E-FILED
Wednesday, 20 July, 2005   11:59:47 AM
Clerk, U.S. District Court, ILCD

07478.00134

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, <br><br> Plaintiff, <br><br> -vs- <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Defendant. <br> _____ <br><br> FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, <br><br> Respondents in Discovery. | No. 05-2160 <br><br> **FILED** <br> JUL 20 2005 <br> JOHN M. WATERS, Clerk <br> U.S. DISTRICT COURT <br> CENTRAL DISTRICT OF ILLINOIS <br> URBANA, IL |

## NOTICE OF REMOVAL OF CAUSE

To:   Jason M. Crowder
      Heller, Holmes & Associates, P.C.
      1101 Broadway Avenue
      P.O. Box 889
      Mattoon, IL 61938

Defendant THE AMERICAN GENERAL LIFE INSURANCE COMPANY, ("Defendant" and "AGL"), pursuant to 28 U.S.C. § 1446 and the Rules of the United States District Court for the Central District of Illinois, notifies this Honorable Court that the above-entitled cause has been removed from the Circuit Court for the Fifth Judicial Circuit of Coles County, Charleston, Illinois, and in support of said notice states as follows:

1.   The Summons and Complaint in this matter were served on Defendant on July 5, 2005 through its agent. Copies of the Summons and Complaint are attached hereto as **Exhibit A**. The Summons and Complaint are the only pleadings that have been received by Defendant.

272417.1



2. The Complaint, which seeks proceeds from a life insurance policy, purports to state a cause of action for breach of contract. Defendant denies it is liable to Plaintiff for any of the relief sought in the Complaint.

3. Defendant seeks to remove this matter to this Court on the ground and for the reasons that the parties at issue are of diverse citizenship and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## AMOUNT IN CONTROVERSY

4. Plaintiff's Complaint purports to state a cause of action for breach of insurance contract based upon the allegation that Defendant improperly paid $512,974.50 to certain business creditors of the insured, James E. Stilwell. Ex. A at p.3, ¶ 18.

5. Accordingly, the amount in controversy is $512,974.50, which exceeds the $75,000 jurisdictional amount required.

## DIVERSITY

6. Plaintiff, Margaret J. Stilwell, is a citizen of Illinois. Ex. A at p.1, ¶ 1.

7. Defendant, AGL is a Texas corporation with its principal place of business in Houston, Texas.

8. Although Plaintiff's Complaint names First Mid Illinois Bank & Trust, Tuscola Furniture Group, LLC, and Janko Financial Group, LLC as respondents in discovery pursuant to 735 ILCS 5/2-402, respondents in discovery are not a parties to a lawsuit. *Allen v. Thorek Hospital*, 275 Ill. App. 3d 695, 703 (1st Dist. 1995). Furthermore, the Seventh Circuit has held that the citizenship of a respondent in discovery is irrelevant for diversity purposes. *See Ford v. Mannesmann Dematic Corp.*, No. 00 C 1226, 2000 U.S. Dist. LEXIS 14560 at *12 (N.D. Ill. October 2, 2000) (citing *Jass v. Prudential Health Care Plan, Inc.*, 88 F.3d 1482, n.3 (7th Cir. 1996)

272417.1

9. Complete diversity exists between the real parties at issue in this matter, Plaintiff and AGL.

10. This Court has original jurisdiction over this action under 28 U.S.C. § 1332. Defendant is, therefore, entitled to remove this action to this Court pursuant to 28 U.S.C. §§ 1332, and 1441.

11. In compliance with 28 U.S.C. § 1446(b), this Notice of Removal is filed with this Court within thirty (30) days after receipt of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based and within thirty (30) days after service of summons.

WHEREFORE, Defendant THE AMERICAN GENERAL LIFE INSURANCE COMPANY notifies that this cause has been removed from the Circuit Court for the Fifth Judicial Circuit of Coles County, Charleston, Illinois, to the United States District Court for the Central District of Illinois, pursuant to the provisions of 28 U.S.C. § 1446 and the Rules of the United States District Court for the Central District of Illinois.

THE AMERICAN GENERAL LIFE INSURANCE COMPANY

By: _____
One of its attorneys

Daniel J. McMahon, Esq.
Rebecca Rothmann, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

272417.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing pleading was served on:

Jason M. Crowder
Heller, Holmes & Associates, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938

by: ☐ hand-delivery; ☐ facsimile; ☐ overnight mail, next day delivery; and/or ☒ depositing same in the US Mail at 120 N. LaSalle Street, Chicago, Illinois 60602 with proper postage prepaid, at or before the hour of 5:00 p.m. this 19 day of July 2005.

Rebecca M. Rothmann

272417.1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARAGRET J. STILWELL, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) No. 05-2160 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) ) |
| FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, | ) ) ) ) ) |
| Respondents in Discovery. | ) |

FILED
JUL 20 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## NOTICE OF FILING

TO:

Jason M. Crowder
Heller, Holmes & Associates, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938

**PLEASE TAKE NOTICE** that on July 19, 2005, we caused to be filed with the Clerk of the United States District Court for the Central District of Illinois, Urbana Division, **Defendant American General Life Insurance Company's Notice of Removal of Cause**, a copy of which is attached and hereby served upon you.

AMERICAN GENERAL LIFE INSURANCE
COMPANY

By: _____
One of its attorneys

272405.1

Daniel J. McMahon, Esq.
Rebecca Rothmann, Esq.
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing pleading was served on:

Jason M. Crowder
Heller, Holmes & Associates, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938

by: ☐ hand-delivery; ☐ facsimile; ☐ overnight mail, next day delivery; and/or ☑ depositing same in the US Mail at 120 N. LaSalle Street, Chicago, Illinois 60602 with proper postage prepaid, at or before the hour of 5:00 p.m. this 19th day of July 2005.

_____
Rebecca M. Rothmann

272405.1

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Margaret J. Stilwell

## DEFENDANTS
American General Life Insurance Company

(b) County of Residence of First Listed Plaintiff: Coles County, IL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Houston, TX
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
See Attached

Attorneys (If Known)
See Attached

FILED  05-2160  JUL 20 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☒ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights / ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
U.S.C. Section 1332, 1441

Brief description of cause:
breach of insurance contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 50,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE: 7/19/05
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

## ATTACHMENT

**Counsel for the Plaintiff**

Jason M. Crowder
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938

**Counsel for the Defendant**

Daniel J. McMahon, Esq.
Rebecca Rothmann, Esq.
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602

272493.1