IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05-2160 |
| ) | |
| AMERICAN GENERAL LIFE INSURANCE ) | |
| COMPANY, ) | FILED |
| ) | |
| Defendant. ) | JUL 20 2005 |
| ) | JOHN M. WATERS, Clerk |
| FIRST MID ILLINOIS BANK & TRUST, ) | U.S. DISTRICT COURT |
| TUSCOLA FURNITURE GROUP, LLC, ) | CENTRAL DISTRICT OF ILLINOIS |
| and JANKO FINANCIAL GROUP, LLC, ) | URBANA, IL |
| ) | |
| Respondents in Discovery. ) | |

**DEFENDANT THE AMERICAN GENERAL LIFE INSURANCE COMPANY'S
MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant American General Life Insurance Company ("AGL"), by its undersigned attorneys, moves this Honorable Court for an extension of time in which to file its responsive pleading to Plaintiff's Complaint, and in support states as follows:

1.  On July 5, 2005, Plaintiff served the Illinois Department of Financial and Professional Regulation, Division of Insurance, as AGL's agent for service, with her complaint, which was forwarded to Prudential on July 6, 2005.

2.  Counsel for AGL was recently retained, and is currently investigating the allegations contained in the Complaint and gathering documents relevant to the Complaint, but requires an additional 30 days to file its responsive pleading to Plaintiff's Complaint.

3.  Plaintiff will not be prejudiced by the grant of an extension of time to answer or otherwise plead to AGL.

272397.1   7-20-05  mt

WHEREFORE, Defendant THE AMERICAN GENERAL LIFE INSURANCE COMPANY respectfully requests that this Honorable Court grant it until August 18, 2005 to file its responsive pleading to Plaintiff's Complaint.

THE AMERICAN GENERAL LIFE INSURANCE COMPANY

By: _____
One of its attorneys

Daniel J. McMahon
Rebecca M. Rothmann
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, Illinois 60602
Tel: (312) 704-0550
Fax: (312) 704-1522

2

272397.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing pleading was served on:

Jason M. Crowder
Heller, Holmes & Associates, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938

by: ☐ hand-delivery; ☐ facsimile; ☐ overnight mail, next day delivery; and/or ☒ depositing same in the US Mail at 120 N. LaSalle Street, Chicago, Illinois 60602 with proper postage prepaid, at or before the hour of 5:00 p.m. this 19th day of July 2005.

_____
Rebecca M. Rothmann