IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO. 05-2160 |
| | ) | |
| AMERICAN GENERAL LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC. and JANKO FINANCIAL GROUP, LLC., | ) | |
| | ) | |
| Respondents in Discovery. | ) | |

RESPONSE TO MOTION FOR EXTENSION OF TIME

Now Comes the Plaintiff, MARGARET STILWELL, by her attorneys, Heller, Holmes & Associates, P.C., and for her response to defendants' Motion for Extension of Time, states that she has no objection to the extension of time as requested in defendants' Motion.

RESPECTFULLY SUBMITTED,


BY:   /s/ Jason M. Crowder
         Attorney for Plaintiff

JASON M. CROWDER
HELLER, HOLMES & ASSOC.
1101 Broadway
P.O. Box 889
Mattoon, IL 61938
217-235-2700
Fax: 217-235-0743

C:\Documents and Settings\JASON\Local Settings\Temporary Internet Files\OLK57\Stilwell Response Motion 7-28-05(bk).wpd

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2005, I electronically filed **Response to Motion for Extension of Time** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Cindy Motley
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle, Suite 2600
Chicago, IL 60602

Respectfully submitted,

 /s/ Jason M. Crowder
Jason M. Crowder
Heller, Holmes & Associates, P.C.
1101 Broadway, P. O. Box 889
Mattoon IL 61938-0889
Telephone: 217-235-2700
Fax: 217-235-0743
E-Mail: jason@hhlawoff.com

Attorneys for Plaintiff

C:\Documents and Settings\JASON\Local Settings\Temporary Internet Files\OLK57\Stilwell Response Motion 7-28-05(bk).wpd