**E-FILED**
Tuesday, 09 August, 2005  11:33:50 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____Central_____  DISTRICT OF  _____Illinois_____

### APPEARANCE

Case Number: 05 CV 02160

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

  American General Life Insurance Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 9, 2005 | /s/ Cinthia G. Motley |
| Date | Signature |
| | Cinthia G. Motley     6280676 |
| | Print Name     Bar Number |
| | 120 N. LaSalle Street, Suite 2600 |
| | Address |
| | Chicago, IL 60602 |
| | City   State   Zip Code |
| | (312) 704-0550     (312) 704-1522 |
| | Phone Number     Fax Number |