IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL,   )<br>  )<br>　　　　　Plaintiff,　　) <br>  )<br>　-vs-　　　　　　　　　) <br>  )<br>AMERICAN GENERAL LIFE INSURANCE　)<br>COMPANY,　　　　　　　　　)<br>  )<br>　　　　　Defendant.　　) <br>_____)<br>  )<br>FIRST MID ILLINOIS BANK & TRUST,　)<br>TUSCOLA FURNITURE GROUP, LLC,　　)<br>and JANKO FINANCIAL GROUP, LLC,　 )<br>  )<br>　　　Respondents in Discovery.　) | No. 05 CV 02160<br><br>Honorable Chief Judge<br>Michael P. McCuskey |

### DEFENDANT THE AMERICAN GENERAL LIFE INSURANCE COMPANY'S SECOND MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant American General Life Insurance Company ("AGL"), by its undersigned attorneys, moves this Honorable Court for an extension of time in which to file its responsive pleading to Plaintiff's Complaint, and in support states as follows:

1. On July 5, 2005, Plaintiff served the Illinois Department of Financial and Professional Regulation, Division of Insurance, as AGL's agent for service, with her complaint, which was forwarded to Prudential on July 6, 2005.

2. On July 20, 2005, AGL removed this matter to this Court and requested an extension of time to file its responsive pleading. Counsel for AGL was gathering documents relevant to the Complaint, but required additional time to file its responsive pleading to

276272.1

Plaintiff's Complaint. On August 5, 2005, this Court granted AGL leave to file its responsive pleading by August 18, 2005.

3. Despite AGL's and counsel's best efforts, counsel for AGL has not yet received the claim file and documents relevant to the Complaint. AGL has mailed the documents to counsel but it appears that they have been lost in the mail. AGL is currently in the process of tracking the location of the record and possibly recreating the same for counsel's review. Therefore, AGL requires an additional 15 days to file its responsive pleading to Plaintiff's Complaint.

4. Counsel for AGL, Cinthia G. Motley, has tried to contact counsel for Plaintiff, Jason Crowder, requesting his agreement to AGL's request and has left a voice mail message requesting his agreement.

5. Plaintiff will not be prejudiced by the grant of an extension of time to answer or otherwise plead to AGL.

WHEREFORE, Defendant THE AMERICAN GENERAL LIFE INSURANCE COMPANY respectfully requests that this Honorable Court grant it until September 2, 2005 to file its responsive pleading to Plaintiff's Complaint.

    THE AMERICAN GENERAL LIFE INSURANCE COMPANY

    By: _____/s/ Cinthia G. Motley_____
           One of its attorneys

Daniel J. McMahon
Rebecca M. Rothmann
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, Illinois 60602
Tel: (312) 704-0550
Fax: (312) 704-1522

276272.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2005, I electronically filed the following document:

1. Defendant American General Life Insurance Company's Second Motion for Extension of Time to Answer or Otherwise Plead

with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Jason Crowder, crowderjason@hotmail.com

          /s/ Cinthia G. Motley
          Cinthia G. Motley

276272.1