IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET STILWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-CV-02160 |
| | ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, | ) ) ) | |
| | ) | |
| Respondents in Discovery. | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that I am one of the attorneys representing MARGARET STILWELL and that on the 12th day of August, 2005, I served a true and exact copy of PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) on the following person(s) by depositing same in the United States Mail at Mattoon, Illinois, first class postage fully prepaid, in an envelope legibly addressed to each of the following:

    Attorney for American General
    Ms. Cinthia G. Motley
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
    120 N. LaSalle St., Suite 2600
    Chicago, IL 60602

                s/   Jason M. Crowder
              Jason M. Crowder    Attorney Bar Number: 6236907
              Attorney for Plaintiff
              Heller, Holmes & Associates, P.C.
              1101 Broadway Ave., P.O. Box 889
              Mattoon, IL 61938
              TEL: 217-235-2700
              FAX: 217-235-0743
              E-mail: jason@hhlawoff.com

Subscribed and sworn to before me
this 12th day of August, 2005.

      s/    Katherine J. Storm
          Notary Public

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by U.S. Mail, postage fully paid, this 12th day of August, 2005, to the following:

    Ms. Cinthia G. Motley
    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
    120 N. LaSalle St., Suite 2600
    Chicago, IL 60602

                      s/    Jason M. Crowder

Subscribed and sworn to before me
this 12th day of August, 2005.

s/    Katherine J. Storm
      Notary Public

JASON M. CROWDER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
c:stilwell14833.certificate/kjs08122005