E-FILED
Wednesday, 17 August, 2005 08:20:58 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. 05-2160 |
| ) | |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| FIRST MID ILLINOIS BANK & TRUST, ) | |
| TUSCOLA FURNITURE GROUP, LLC. ) | |
| and JANKO FINANCIAL GROUP, LLC., ) | |
| ) | |
| Respondents in Discovery. ) | |

## REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by Jason M. Crowder of Heller, Holmes & Associates, P.C., and defendant being represented by Cindy Motley, counsel met on August 8, 2005 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

1. The deadline for amendment of pleadings is February 1, 2006.

2. The deadline for joining additional parties is February 1, 2006.

3. Plaintiff shall disclose experts and provide expert reports by May 1, 2006. Plaintiff shall make any such experts available for deposition by June 1, 2006.

4. Defendant shall disclose experts and provide expert reports by July 1, 2006. Defendant shall make any such experts available for deposition by August 1, 2006.

5. Discovery shall be modified as follows: N/A

6. All discovery, including deposition of experts, is to be completed by September 1, 2006.

7. The deadline for filing case dispositive motions shall be October 1, 2006.

| MARGARET STILWELL, Plaintiff | AMERICAN GENERAL LIFE INS. CO. |
|---|---|
| BY: s/ Jason M. Crowder<br>Jason M. Crowder<br>Attorney for Plaintiff | BY: s/ Cindy Motley<br>Cindy Motley<br>Attorney for America General Life Ins. Co. |

JASON M. CROWDER
HELLER, HOLMES & ASSOC.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
217-235-2700
Fax: 217-235-0743

## ORDER

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before _____ on _____.

The matter is scheduled for a *final pre-trial conference* by personal appearance before _____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before _____ on _____ (Case No.).

ENTERED this _____ day of _____, 2005:

_____

C:\Documents and Settings\JASON\Desktop\Stilwell Report Rule26(f)8-9-05(bk).wpd