IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-CV-02160 |
| | ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, | ) | |
| | ) | |
| Respondents in Discovery. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am one of the attorneys representing AMERICAN GENERAL LIFE INSURANCE COMPANY and that on that on the 23rd day of August, 2005, I served a true and exact copy of DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1) on the following in person(s) by depositing same in the United States Mail at Chicago, Illinois, first class postage fully prepared, in an envelope legibly addressed to each of the following:

Attorney for Margaret Stilwell
Jason M. Crowder
Heller, Holmes & Associates, P.C.
1101 Broadway Ave., P.O. Box 889
Mattoon, IL 61938

/s/Cinthia G. Motley
Cinthia G. Motley   Attorney Bar Number: 6280676
Attorney for American General Life Insurance Company
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 N. LaSalle Street, Suite 2600
Chicago, Illinois 60602
TEL: 312-704-0550
FAX: 312-0704-1522
motleyc@wemed.com

278794.1

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by U.S. Mail, postage fully paid, this 23rd day of August, 2005, to the following:

Jason M. Crowder
Heller, Holmes & Associates, P.C.
1101 Broadway Ave., P.O. Box 889
Mattoon, IL 61938

/s/ Cinthia G. Motley
Cinthia G. Motley
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER, LLP
120 N. LaSalle Street, Suite 2600
Chicago, Illinois 60602
TEL: 312-704-0550
FAX: 312-0704-1522
motleyc@wemed.com

278794.1