E-FILED
Thursday, 01 September, 2005  08:32:14 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05 CV 02160 |
| ) | |
| AMERICAN GENERAL LIFE INSURANCE ) | Honorable Chief Judge |
| COMPANY, ) | Michael P. McCuskey |
| ) | |
| Defendant. ) | |
| ) | |
| FIRST MID ILLINOIS BANK & TRUST, ) | |
| TUSCOLA FURNITURE GROUP, LLC, ) | |
| and JANKO FINANCIAL GROUP, LLC, ) | |
| ) | |
| Respondents in Discovery. ) | |

**RULE 11.3 CERTIFICATE OF INTEREST**

The undersigned, counsel of record for AMERICAN GENERAL LIFE INSURANCE COMPANY, furnishes the following in compliance with Rule 11.3 of this court:

(1) The full name of every party or amicus the attorney represents in the case;

**American General Life Insurance Company**

(2) If such party or amicus is a corporation:

(a) its parent corporation, if any; and

**American International Group, Inc.**

(b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

**American International Group, Inc.**

(3) The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

279009.1

**Wilson Elser Moskowitz Edelman & Dicker, LLP**

DATE: September 1, 2005

                        AMERICAN GENERAL LIFE INSURANCE
                        COMPANY

              By:  /s/ Cinthia G. Motley
                     Cinthia G. Motley

                    Daniel J. McMahon, Esq.
                    Jason M. Kuzniar, Esq.
                    Cinthia G. Motley, Esq.
                    WILSON, ELSER, MOSKOWITZ,
                    EDELMAN & DICKER LLP
                    120 North LaSalle St., 26th Floor
                    Chicago, Illinois 60602
                    Telephone:      (312) 704-0550
                    Facsimile:       (312) 704-1522
                    motleyc@wemed.com

279009.1

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by U.S. Mail, postage fully paid, this 1st day of September, 2005, to the following:

Jason M. Crowder
Heller, Holmes & Associates, P.C.
1101 Broadway Ave., P.O. Box 889
Mattoon, IL 61938

/s/ Cinthia G. Motley
Cinthia G. Motley
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER, LLP
120 N. LaSalle Street, Suite 2600
Chicago, Illinois 60602
TEL: 312-704-0550
FAX: 312-0704-1522
motleyc@wemed.com

279009.1