# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

MARGARET STILWELL,            )
                                 Plaintiff,    )
    v.                                                  )
                                         )    Case No. 05-2160
AMERICAN GENERAL LIFE      )
INSURANCE COMPANY,         )
                               Defendant.    )

## DISCOVERY ORDER

A discovery conference was held **September 2, 2005**, pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff appeared by Jason Crowder. Defendant appeared by Daniel J. McMahon. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **February 1, 2006.**

2. The deadline for joining additional parties is **February 1, 2006.**

3. Plaintiff shall disclose experts and provide expert reports by **May 1, 2006.** Plaintiff shall make any such experts available for deposition by **June 1, 2006.**

4. Defendant shall disclose experts and provide expert reports by **July 1, 2006.** Defendant shall make any such experts available for deposition by **August 1, 2006.**

5. All discovery, including deposition of experts, is to be completed by **September 1, 2006.**

6. The deadline for filing case dispositive motions shall be **October 1, 2006.**

7. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on **January 22, 2007, at 1:30 p.m.**

8. The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **February 5, 2007, at 9:00 a.m. (Case No. 2).**

ENTER this 7th day of September, 2005

                                                    s/ DAVID G. BERNTHAL
                                                  U.S. MAGISTRATE JUDGE