IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET STILWELL, | ) |
|            Plaintiff, | ) |
| -vs- | ) No. 05-CV-02160 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) |
|            Defendant. | ) |
| FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, | ) |
|            Miscellaneous Parties. | ) |

CERTIFICATE OF SERVICE

    I hereby certify that I am one of the attorneys representing the Plaintiff, Margaret Stilwell, and that on the 1st day of December, 2005, I served true and exact copies of:

- Request to Produce Documents
- Interrogatories
- Request for Admissions

on opposing counsel by depositing same in the United States Mail at Mattoon, Illinois, first class postage fully prepaid, in an envelope legibly addressed to said attorney as follows:

    Cindy Motley
    Wilson, Elser Moskowitz
    120 N. LaSalle, Suite 2600
    Chicago, IL 60602

    /s/ Jason M. Crowder
    JASON M. CROWDER
    HELLER, HOLMES & ASSOCIATES
    1101 Broadway, P.O. Box 889
    Mattoon, IL 61938
    TEL: 217-235-2700
    FAX: 217-235-0743
    jason@hhlawoff.com
    C:\Documents and Settings\JASON\Local Settings\Temporary Internet

Files\OLK57\Stilwell Cert Serv 12-1-05(bk).wpd

SUBSCRIBED AND SWORN to before me this   1st   day of   December  , 2005.

  /s/ Bonnie J. Kile
      Notary Public