**E-FILED**
Friday, 27 January, 2006  04:59:11 PM
Clerk, U.S. District Court, ILCD

PO Box 401
Milwaukee  WI  53201 0401
888 653 5463

## THE OLD LINE LIFE Insurance Company of America

### POLICY DELIVERY RECEIPT

Contract/Certificate Number: _____ 2604663 _____

Owner: _____ MARGARET STILWELL _____

**My life or annuity contract/certificate has been delivered to me.**

Date: _____

Owner Signature: _____

**IMPORTANT NOTICE:**   The laws of your state may require the completed Policy Delivery Receipt be returned to the Insurance Company.



EXHIBIT

# AMERICAN GENERAL LIFE INSURANCE COMPANY

MARGARET STILWELL
218 N IOWA STREET
ATWOOD IL   61913

Company: OLD LINE LIFE INSURANCE COMPANY
Policy Number: 2604663
Insured or Annuitant: MARGARET STILWELL

## MERGER CERTIFICATE

This certificate has been issued as a result of a merger on March 31, 2003 of:

THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA, a Wisconsin insurance corporation (Old Line Life);

Into

AMERICAN GENERAL LIFE INSURANCE COMPANY, a Texas insurance corporation (American General Life), the surviving company.

This is to certify that American General Life hereby assumes all liability for the insurance policy, certificate or annuity contract identified above issued by Old Line Life (or any predecessor company) the same as if it had been issued originally by American General Life. Benefits under the policy, certificate or annuity contract identified above will not change as a result of this merger.

This certificate is effective March 31, 2003.

Signed at the Home Office of American General Life Insurance Company,

*Elizabeth M. Snel*
Secretary

**IMPORTANT**

President

This certificate becomes a part of your policy, certificate or annuity contract, and should be attached thereto. All inquiries should be directed to American General Life Insurance Company, 2727-A Allen Parkway, Houston, Texas 77019 (Mailing Address: P.O.Box 4373, Houston, TX 77210-4373).

FOR INFORMATION OR TO MAKE A COMPLAINT, CALL US AT 1-800-937-2351.

AGLC 8204-IL

**AMERICAN**
**GENERAL**
**FINANCIAL GROUP**

**THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA**
*Member American General Financial Group*
P.O. Box 401
Milwaukee, Wisconsin 53201-0401
888/653-5463

### CHECKBOOK REMINDER
(Please substitute for any previous slip referring to this policy)

| (Name of Insured)<br>JAMES E STILWELL | (Policy)<br>2604663 |
|---|---|

Please remember to deduct $ _1,780.63_ on the __27__ of each billing period. Your premium will be automatically paid by the Pre-Authorized Check Plan premium.

Notice:     If you change your checking account to another bank, please complete the form below and mail immediately to the address shown.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**AUTHORIZATION TO HONOR PRE-AUTHORIZED PAYMENTS DRAWN AND PAYABLE TO:**

The OLD LINE LIFE Insurance Company of America

ATTACH VOIDED CHECK TO COMPLETED FORM

As a convenience to me, I hereby request and authorize you, or your Agent Bank, to initiate debit entries on my checking account maintained at the bank named below hereof for the periodic payment to the company named above, hereinafter called COMPANY, of premiums due and/or loan repayment on the policy(ies) shown below, and, if a mutual fund program is indicated below, to the broker/dealer or its nominee or to the funds shown below for mutual fund subscription payments, and if a savings and loan savings account is indicated below, to the savings and loan association shown below for deposit to the indicated savings account and if other amounts are designated, to the designated payee.

It is agreed that:

1. Debit entries shall be drawn on or about the dates on which payments are due.
2. The COMPANY shall incur no liability by reason of the dishonor of any such debit entries.
3. Any requirement for giving notice of premium due on the insurance policies shall be waived as long as this plan is in effect.
4. This authorization shall not become effective unless and until the insurance policies are approved and shall relate only to insurance premiums, policy loan repayment, mutual fund subscription payments or deposits to savings accounts falling due on or after the issue date of said insurance policies.
5. This plan shall continue in effect unless and until terminated by COMPANY or me by thirty (30) days written notice to the other party. COMPANY may terminate the plan immediately if any debit entries are not paid upon presentation.
6. Amounts drawn shall be distributed by Agent Bank to COMPANY, or the funds or savings and loan associations named hereon within fifteen (15) days after presentation of debit entries to bank depositor named hereon.
7. This service shall apply to policies and fund accounts listed hereon.

This authorization is applicable (please check premium payment desired) to the following:

| POLICY NUMBERS | NAME OF INSURED | MONTHLY | QUARTERLY | SEMI-ANNUAL | ANNUAL |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

expressly recognizing that the premiums on the above policy(ies) are due in accordance with the provision therein and that the COMPANY hereby in no way waives or modifies the premium due date or any other terms of the policy(ies).

I request that debit entries be drawn under this authority on the _____ day of each month a premium is due. If no date is indicated, debit entries will be drawn on the due date, or earliest due date of the policy(ies).

NAME OF BANK _____

ADDRESS _____

| | CITY | STATE | ZIP CODE |
|---|---|---|---|

ACCOUNT NO. _____ DATE _____ SIGNATURE OF DEPOSITOR AS IT APPEARS ON BANK RECORDS

## Finding a Low Cost Policy

After you have decided which kind of life insurance fits your needs, look for a good buy. Your chances of finding a good buy are better if you use two types of index numbers that have been developed to aid in shopping for life insurance. One is called the "Surrender Cost Index" and the other is the "Net Payment Cost Index". It will be worth your time to try to understand how these indexes are used, but in any event, use them only for comparing the relative costs of similar policies. *LOOK FOR POLICIES WITH LOW COST INDEX NUMBERS.*

## What is Cost?

"Cost" is the difference between what you pay and what you get back. If you pay a premium for life insurance and get nothing back, your cost for the death protection is the premium. If you pay a premium and get something back later on, such as a cash value, your cost is smaller than the premium.

The cost of some policies can also be reduced by dividends; these are called "participating" policies. Companies may tell you what their current dividends are, but the size of future dividends is unknown today and cannot be guaranteed. Dividends actually paid are set each year by the company.

Some policies do not pay dividends. These are called "guaranteed cost" or "non-participating" policies. Every feature of a guaranteed cost policy is fixed so that you know in advance what your future cost will be.

The premiums and cash values of a participating policy are guaranteed, but the dividends are not. Premiums for participating policies are typically higher than for guaranteed cost policies, but the cost to you may be higher or lower, depending on the dividends actually paid.

## WHAT ARE COST INDEXES?

In order to compare the cost of policies, you need to look at:
1. Premiums
2. Cash values
3. Dividends

Cost indexes use one or more of these factors to give you a convenient way to compare relative costs of similar policies. When you compare costs, an adjustment must be made to take into account that money is paid and received at different times. It is not enough to just add up the premiums you will pay and to subtract the cash values and dividends you expect to get back. These indexes take care of the arithmetic for you. Instead of having to add, subtract, multiply and divide many numbers yourself, you just compare the index numbers which you can get from the life insurance agents and companies:

1. *Life Insurance Surrender Cost Index* - This index is useful if you consider the level of the cash values to be of primary importance to you. It helps you compare costs if at some future point in time, such as 10 or 20 years, you were to surrender the policy and take its cash value.

2. *Life Insurance Net Payment Cost Index* - This index is useful if your main concern is the benefits that are to be paid at your death and if the level of cash values is of secondary importance to you. It helps you compare costs at some future point in time, such as 10 or 20 years, if you continue paying premiums on your policy and do not take its cash value.

\*\*\*

There is another number called the Equivalent Level Annual Dividend. It shows the part dividends play in determining the cost index of a participating policy. Adding a policy's Equivalent Level Annual Dividend to its cost index allows you to compare total costs of similar policies before deducting dividends. However, if you

make any cost comparisons of a participating policy with a non-participating policy, remember that the total cost of the participating policy will be reduced by dividends, but the cost of the non-participating policy will not change.

## HOW DO I USE COST INDEXES?

The most important thing to remember when using cost indexes is that a policy with a smaller index number is generally a better buy than a comparable policy with a larger index number. The following rules are also important:

1. Cost comparisons should only be made between similar plans of life insurance. Similar plans are those which provide essentially the same basic benefits and require premium payments for approximately the same period of time. The closer policies are to being identical, the more reliable the cost comparison will be.

2. Compare index numbers only for the kind of policy for your age and for the amount you intend to buy. Since no one company offers the lowest cost for *all* types of insurance at *all* ages and for *all* amounts of insurance, it is important that you get the indexes for the actual policy, age and amount which you intend to buy. Just because a "shoppers guide" tells you that one company's policy is a good buy for a particular age and amount, you should not assume that all of the company's policies are equally good buys.

3. Small differences in index numbers could be offset by other policy features, or differences in the quality of service you may expect from the company or its agent. Therefore, when you find small differences in cost indexes, your choice should be based on something other than cost.

4. In any event, you will need other information on which to base your purchase decision. Be sure you can afford the premiums, and that you understand its cash values, dividends and death benefits. You should also make a judgement on how well the life insurance company or agent will provide service in the future to you as a policyholder.

5. These life insurance cost indexes apply to new policies and should not be used to determine whether you should drop a policy you have already owned for awhile in favor of a new one. If such a replacement is suggested, you should ask for information from the company which issued the old policy before you take action.

## *Important Things to Remember—A Summary*

The first decision you must make when buying a life insurance policy is choosing a policy whose benefits and premiums most closely meet your needs and ability to pay. Next, find a policy which is also a relatively good buy. If you compare Surrender Cost Indexes and Net Payment Cost Indexes of similar competing policies, your chances of finding a relatively good buy will be better than if you do not shop. *REMEMBER, LOOK FOR POLICIES WITH LOWER COST INDEX NUMBERS.* A good life insurance agent can help you choose the amount of life insurance and kind of policy you want and will give you cost indexes so that you can make cost comparisons of similar policies.

Don't buy life insurance unless you intend to stick with it. A policy which is a good buy when held for 20 years can be very costly if you quit during the early years of the policy. If you surrender such a policy during the first few years, you may get little or nothing back, and much of your premium may have been used for company expenses.

Read your new policy carefully, and ask the agent or company for an explanation of anything you do not understand. Whatever you decide now, it is important to review your life insurance program every few years to keep up with any changes in your income and responsibilities.

STATEMENT OF POLICY COST AND BENEFIT INFORMATION

LTG. SERIES 10 YR
RTG10

THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA
P.O. BOX 401
MILWAUKEE,WI 53201-0401

POLICY NO   2604663

INSURED   JAMES E STILWELL

AGE   44

DEBBIE

NO CITY

| POLICY YEAR | ANNUAL PREMIUM (CURRENT RATES) | GUARANTEED CASH SURRENDER VALUE | GUARANTEED DEATH PAYMENT BEGIN. OF YR. |
|---|---|---|---|
| 1 | 20350.00 | | 4000000 |
| 2 | 20350.00 | | 4000000 |
| 3 | 20350.00 | | 4000000 |
| 4 | 20350.00 | | 4000000 |
| 5 | 20350.00 | | 4000000 |
| 6 | 20350.00 | | 4000000 |
| 7 | 20350.00 | | 4000000 |
| 8 | 20350.00 | | 4000000 |
| 9 | 20350.00 | | 4000000 |
| 10 | 20350.00 | | 4000000 |
| 11 | 127510.00 | | 4000000 |
| 12 | 142990.00 | | 4000000 |
| 13 | 161950.00 | | 4000000 |
| 14 | 183430.00 | | 4000000 |
| 15 | 207430.00 | | 4000000 |
| 16 | 235030.00 | | 4000000 |
| 17 | 266470.00 | | 4000000 |
| 18 | 302470.00 | | 4000000 |
| 19 | 342550.00 | | 4000000 |
| 20 | 388870.00 | | 4000000 |
| AT AGE 62 | 3342550.00 | | 4000000 |
| AT AGE 65 | 4797710.00 | | 4000000 |

LIFE INSUR. NET PAYMENT COST INDEX
10TH YR.**     20TH YR.**
5.09           24.48

LIFE INSUR. SURRENDER COST INDEX
10TH YR.**     20TH YR.**
5.09           24.48

THE COLUMNS OF THIS REPRESENTATION DO NOT REFLECT THE FACT THAT, BECAUSE OF INTEREST, A DOLLAR IN THE FUTURE HAS LESS VALUE THAN A DOLLAR TODAY.

**AN EXPLANATION OF THE INTENDED USE OF THE LIFE INSURANCE COST INDEXES IS PROVIDED IN THE LIFE INSURANCE BUYERS GUIDE.

IMPORTANT NOTE - DURING THE THIRTY DAY PERIOD FROM THE DATE OF DELIVERY OF THIS POLICY, IT MAY BE SURRENDERED TO THE COMPANY FOR CANCELLATION AND A FULL REFUND OF ANY MONEY PAID.

IL

11/12/2003

# STATEMENT OF POLICY COST AND BENEFIT INFORMATION

## THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA
MILWAUKEE,WI 53201-0401
P.O. BOX 401

LTG SERIES 10 YR
RTG10

POLICY NO   2604663

INSURED   JAMES E STILWELL

AGE   44                    DEBBIE
                           NO CITY

| POLICY YEAR | ANNUAL PREMIUM (MAXIMUM RATES) | GUARANTEED CASH SURRENDER VALUE | GUARANTEED DEATH PAYMENT BEGIN. OF YR. |
|---|---|---|---|
| 1 | 20350.00 | | 4000000 |
| 2 | 20350.00 | | 4000000 |
| 3 | 20350.00 | | 4000000 |
| 4 | 20350.00 | | 4000000 |
| 5 | 20350.00 | | 4000000 |
| 6 | 20350.00 | | 4000000 |
| 7 | 20350.00 | | 4000000 |
| 8 | 20350.00 | | 4000000 |
| 9 | 20350.00 | | 4000000 |
| 10 | 20350.00 | | 4000000 |
| 11 | 165910.00 | | 4000000 |
| 12 | 185950.00 | | 4000000 |
| 13 | 210550.00 | | 4000000 |
| 14 | 238510.00 | | 4000000 |
| 15 | 269710.00 | | 4000000 |
| 16 | 305470.00 | | 4000000 |
| 17 | 346390.00 | | 4000000 |
| 18 | 393190.00 | | 4000000 |
| 19 | 445270.00 | | 4000000 |
| 20 | 501790.00 | | 4000000 |
| AT AGE 62 | 445270.00 | | 4000000 |
| AT AGE 65 | 623710.00 | | 4000000 |

LIFE INSUR. NET PAYMENT COST INDEX
10TH YR.**   20TH YR.**
5.09         30.88

LIFE INSUR. SURRENDER COST INDEX
10TH YR.**   20TH YR.**
5.09         30.88

**AN EXPLANATION OF THE INTENDED USE OF THE LIFE INSURANCE COST INDEXES IS PROVIDED IN THE LIFE INSURANCE BUYERS GUIDE.

THE COLUMNS OF THIS REPRESENTATION DO NOT REFLECT THE FACT THAT, BECAUSE OF INTEREST, A DOLLAR IN THE FUTURE HAS LESS VALUE THAN A DOLLAR TODAY.

IMPORTANT NOTE - DURING THE THIRTY DAY PERIOD FROM THE DATE OF DELIVERY OF THIS POLICY, IT MAY BE SURRENDERED TO THE COMPANY FOR CANCELLATION AND A FULL REFUND OF ANY MONEY PAID.

IL                                                                11/12/2003

AGENCY: 834
AGENT : X DEBBIE
MAILTO: NONE
POLICY: 2604663

DEBBIE

NO AGENT ADDRESS FOUND

# THE OLD LINE LIFE Insurance Company of America

1200 North Mayfair Road, Suite 300 • PO Box 401 • Milwaukee WI 53201-0401 • 800-487-5433

THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA, A STOCK COMPANY (REFERRED TO IN THIS POLICY AS WE/US/OUR) WILL PAY THE BENEFITS OF THIS POLICY SUBJECT TO ITS PROVISIONS. THIS PAGE AND THE PAGES THAT FOLLOW ARE PART OF THIS POLICY.

SIGNED AT OUR HOME OFFICE AT 1200 NORTH MAYFAIR ROAD, SUITE 300, P.O. BOX 401, MILWAUKEE, WISCONSIN 53201 0401.

_General Counsel_                              _President_

RIGHT TO RETURN POLICY

THE OWNER MAY RETURN THIS POLICY TO US AT THE ABOVE ADDRESS OR TO THE AGENT FROM WHOM IT WAS PURCHASED WITHIN 30 DAYS AFTER RECEIPT. THIS POLICY WILL THEN BE CANCELLED AS OF ITS DATE OF ISSUE AND ANY PREMIUM PAID WILL BE REFUNDED.

NW

**B-7133**
B1101000-1033-0501

## NOTICE PAGE

## ILLINOIS
## LIFE AND HEALTH INSURANCE GUARANTY
## ASSOCIATION LAW

Note: The terms "policy" and "Policyholder" as used in this Notice shall be read to mean "certificate" and "Certificateholder", respectively, as applicable to persons insured under a group insurance plan.

Residents of Illinois who purchase health insurance, life insurance, and annuities should know that the insurance companies licensed in Illinois to write these types of insurance are members of the Illinois Life and Health Insurance Guaranty Association. The purpose of this Guaranty Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its policy obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the covered claims of policyholders that live in Illinois (and their payees, beneficiaries, and assignees) and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, as noted on the other side of this page.

## DISCLAIMER

The Illinois Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY. Even if coverage is provided, there are substantial limitations and exclusions. Coverage is generally conditioned on continued residence in Illinois. Other conditions may also preclude coverage.

You should not rely on availability of coverage under the Life and Health Insurance Guaranty Association Law when selecting an insurer. Your insurer and agent are prohibited by law from using the existence of the Association or its coverage to sell you an insurance policy.

The Illinois Life and Health Insurance Guaranty Association or the Illinois Department of Insurance will respond to any questions you may have which are not answered by this document. Policyholders with additional questions may contact:

Illinois Life and Health Insurance Guaranty Association
8420 West Bryn Mawr Avenue
Chicago, Illinois 60631
(312) 714-8050

Illinois Department of Insurance
320 West Washington Street
4th Floor
Springfield, Illinois 62767
(217) 782-4515

## SUMMARY OF GENERAL PURPOSES AND
## CURRENT LIMITATIONS OF COVERAGE

The Illinois law that provides for this safety-net coverage is called the Illinois Life and Health Insurance Guaranty Association Law ("Law") [215 ILCS 5/531.01, et seq.]. The other side of this page contains a brief summary of the Law's coverages, exclusions and limits. This summary does not cover all provisions, nor does it in any way change anyone's rights or obligations under the Law or the rights or obligations of the Guaranty Association. If you have obtained this document from an agent in connection with the purchase of a policy, you should be aware that its delivery to you does not guarantee that your policy is covered by the Guaranty Association.

(continued on next page)

NP-1A IL

# COVERAGE

The Illinois Life and Health Insurance Guaranty Association provides coverage to policyholders that reside in Illinois for insurance issued by members of the Guaranty Association, including:

1. life insurance, health insurance, and annuity contracts;
2. life, health or annuity certificates under direct group policies or contracts;
3. unallocated annuity contracts; and
4. contracts to furnish health care services and subscription certificates for medical or health care services issued by certain licensed entities. The beneficiaries, payees, or assignees of such persons are also protected, even if they live in another state.

## EXCLUSIONS FROM COVERAGE

1. The Guaranty Association does not provide coverage for:
   a. any policy or portion of a policy for which the individual has assumed the risk;
   b. any policy of reinsurance (unless an assumption certificate was issued);
   c. interest rate guarantees which exceed certain statutory limitations;
   d. certain unallocated annuity contracts issued to an employee benefit plan protected under the Pension Benefit Guaranty Corporation and any portion of a contract which is not issued to or in connection with a specific employee, union or association of natural persons benefit plan or a government lottery;
   e. any portion of a variable life insurance or variable annuity contract not guaranteed by an insurer; or
   f. any stop loss insurance.

2. In addition, persons are not protected by the Guaranty Association if;
   a. the Illinois Director of Insurance determines that, in the case of an insurer which is not domiciled in Illinois, the insurer's home state provides substantially similar protection to Illinois residents which will be provided in a timely manner; or
   b. their policy was issued by an organization which is not a member insurer of the Association.

## LIMITS ON AMOUNT OF COVERAGE

1. The Law also limits the amount the Illinois Life and Health Insurance Guaranty Association is obligated to pay. The Guaranty Associations's liability is limited to the lesser of either:
   a. the contractual obligations for which insurer is liable or for which the insurer would have been liable if it were not an impaired or insolvent insurer, or
   b. with respect to any one life, regardless of the number of policies, contracts, or certificates:
      i. in the case of life insurance, $300,000 in death benefits but not more than $100,000 in net cash surrender or withdrawal values;
      ii. in the case of health insurance, $300,000 in health insurance benefits, including net cash surrender or withdrawal values; and
      iii. with respect to annuities, $100,000 in the present value of annuity benefits, including net cash surrender or withdrawal values, and $100,000 in the present value of annuity benefits for individuals participating in certain government retirement plans covered by an unallocated annuity contract. The limit for coverage of unallocated annuity contracts other than those issued to certain governmental retirement plans is $5,000,000 in benefits per contract holder, regardless of the number of contracts.

2. However, in no event is the Guaranty Association liable for more than $300,000 with respect to any one individual.

# NOTICE PAGE (Continued)

If any complaints arise regarding the insurance provided by this policy, you may contact us as follows:

American General Insurance Service Center
Correspondence Unit
P.O. Box 35844
Dallas, Texas 75235-0844

Toll Free Telephone Number: 1-800-487-5433
Within Dallas Area Code 214: 654-6300

If you are unable to obtain the information you need from us, you may write to the Department of Insurance at the following address:

Illinois Department of Insurance
Consumer Division
Springfield, Illinois 62767

TABLE OF CONTENTS

| PAGE | TITLE OF PROVISION |
|------|--------------------|
| 7 | ASSIGNMENT |
| 7 | BENEFICIARY |
| 7 | CHANGE OF OWNER OR BENEFICIARY |
| 7 | CLAIMS OF CREDITORS |
| 7 | CONTRACT |
| 7 | CORRESPONDENCE |
| 5 | DEFINITIONS |
| 6 | EXCHANGE OPTIONS |
| 5 | GRACE PERIOD |
| 3 | INCONTESTABILITY |
| 7 | MISSTATEMENT OF AGE OR SEX |
| 5 | NONPARTICIPATING |
| 7 | OWNER |
| 3 | PAYMENT OF PROCEEDS |
| 7 | POLICY SETTLEMENT |
| 2 | POLICY SPECIFICATIONS |
| 5 | PREMIUM PAYMENT |
| 5 | REINSTATEMENT |
| 5 | RENEWAL OPTION |
| 5 | RIGHT TO CHANGE PREMIUM |
| COVER | RIGHT TO RETURN POLICY |
| 2 | SCHEDULE OF BENEFITS AND PREMIUMS |
| 3 | SUICIDE |
| LAST | TABLE OF PREMIUMS |

SEE SUPPLEMENTAL BENEFIT PAGES FOR RIDERS, IF ANY

RENEWABLE LEVEL TERM LIFE POLICY -- INDETERMINATE PREMIUM
INSURANCE PAYABLE IN EVENT OF DEATH PRIOR TO EXPIRY DATE
PREMIUMS PAYABLE DURING TERM

NO DIVIDENDS

80-RCT 97D                    2604663                    PAGE   1

POLICY SPECIFICATIONS

| INSURED | JAMES E STILWELL | 2604663 | POLICY NUMBER |
|---|---|---|---|
| FACE AMOUNT | $4,000,000 | 10/27/1998 | DATE OF ISSUE |
| PREMIUM CLASS | NON-TOBACCO RATED CLASS H | 44 | AGE AT ISSUE |

SCHEDULE OF BENEFITS AND PREMIUMS

| BENEFITS | BENEFIT AMOUNTS | ANNUAL PREMIUMS | YEARS PAYABLE |
|---|---|---|---|
| LIFE INSURANCE | $4,000,000 | $6,830.00 | 10 YEARS* |
| INITIAL EXPIRY DATE   10/27/2008 | | | |

SUBSEQUENT EXPIRY DATES WILL OCCUR AT THE END OF EACH ONE YEAR RENEWABLE TERM PERIOD.  THE FINAL EXPIRY DATE IS 10/27/2049.

| PERMANENT EXTRA | 13,520.00 | 10 YEARS |
|---|---|---|

TOTAL FIRST YEAR ANNUAL PREMIUM                    $20,350.00

PREMIUMS OTHER THAN ANNUAL ARE A PERCENTAGE OF THE ANNUAL PREMIUM. PREMIUMS ARE PAYABLE AT 01 MONTH INTERVALS FROM 10/27/1998.   THE FIRST INTERVAL PREMIUM IS $1,780.63.

* RENEWAL PREMIUMS ARE SHOWN ON THE LAST PAGE.  ON THE  TENTH POLICY ANNIVERSARY AND ANY LATER POLICY ANNIVERSARY WE HAVE A LIMITED RIGHT TO CHANGE THE PREMIUM.  SEE THE RIGHT TO CHANGE PREMIUM PROVISION.

THIS POLICY MAY BE EXCHANGED FOR A NEW POLICY.  SEE THE EXCHANGE OPTIONS PROVISION.  OPTION 1 IS AVAILABLE UNTIL THE EIGHTH POLICY ANNIVERSARY, PROVIDED THE INSURED IS AGE 65 OR LESS ON THE DATE OF EXCHANGE.  THE DATE OF EXCHANGE UNDER OPTION 2 IS THE TENTH POLICY ANNIVERSARY, PROVIDED THE INSURED IS AGE 70 OR LESS.

PAYMENT OF PROCEEDS

THE FACE AMOUNT WILL BE PAID TO THE BENEFICIARY IMMEDIATELY UPON RECEIPT
OF DUE PROOF OF THE DEATH OF THE INSURED IF DEATH OCCURS PRIOR TO THE
EXPIRY DATE.   IF DEATH OCCURS IN THE GRACE PERIOD OF AN UNPAID PREMIUM
AN AMOUNT EQUAL TO THE PREMIUM FOR ONE MONTH WILL BE DEDUCTED FROM THE
PROCEEDS.

SUICIDE EXCLUSION

IN THE EVENT OF THE SUICIDE OF THE INSURED, WHILE SANE OR INSANE,
WITHIN 2 YEARS FROM THE DATE OF ISSUE, OUR LIABILITY WILL BE LIMITED
TO THE PREMIUMS PAID.

INCONTESTABILITY

WE WILL NOT CONTEST THIS POLICY AFTER IT HAS BEEN IN FORCE DURING THE
LIFETIME OF THE INSURED FOR TWO YEARS FROM THE DATE OF ISSUE.  WE WILL
NOT CONTEST ANY REINSTATEMENT AFTER THE REINSTATEMENT HAS BEEN IN FORCE
DURING THE LIFETIME OF THE INSURED FOR TWO YEARS.  IF WE DO CONTEST A
REINSTATEMENT, WE WILL CONTEST ONLY STATEMENTS MADE IN THE REINSTATEMENT
APPLICATION.

(THIS PAGE IS INTENTIONALLY LEFT BLANK.)

## DEFINITIONS

**Age or attained age** means the insured's age nearest birthday at the beginning of a policy year.

**Policy months, years and anniversaries.** The first policy year begins on the date of issue. Policy months, years and anniversaries will be measured from that date.

## PREMIUM PAYMENT

The first premium is due on or before delivery of this policy. Later premiums are due and payable at the intervals and for the period shown on page 2, while the insured is alive. With our consent, premiums may be paid at other intervals.

Premiums after the first are payable at our home office or to an authorized agent in exchange for a receipt signed by one of our officers.

Any premium, after the first, not paid on or before its due date will be in default. Such due date will be the date of default.

## GRACE PERIOD

A 31 day grace period, without interest charge, is allowed for the payment of each premium after the first. This policy will stay in force during this period. If the premium is not paid by the end of this period, insurance will cease.

## REINSTATEMENT

This policy may be reinstated within five years of the date of default subject to receipt of evidence of insurability satisfactory to us.

Reinstatement will also be subject to (1) payment of the premium for the grace period with interest at the rate of 6% per year compounded annually plus the premium due for the current policy month, if this policy has a renewable term period of one year, or (2) payment of all overdue premiums with interest at the rate of 6% per year compounded annually, if this policy has a renewable term period other than one year.

## NONPARTICIPATING

This policy does not pay dividends.

## RENEWAL OPTION

This policy may be renewed without evidence of insurability on each expiry date for a further term period. Renewal premiums are shown on the last page.

The first premium for a new term will be due at the end of the previous term. This policy will renew if this premium is paid within the grace period. Premiums for the new term will be due and payable at the intervals show on page 2.

No term period will extend beyond the final expiry date shown on page 2.

## RIGHT TO CHANGE PREMIUM

We reserve the right to change the premium for this policy on the policy anniversary specified on page 2 and on any later policy anniversary, subject to the following terms:

1. The premium will not exceed the applicable maximum premium shown on the last page.

2. Any change in premium will be made on a uniform basis for all insureds with the same benefits and provisions who have the same age at issue, date of issue, sex and premium class. No change in premium will occur due to any change in the insured's health or occupation.

3. Any change in premium will take effect only after 30 days' prior notice to the owner of this policy.

4. Any change in premium will be determined prospectively. We will not distribute past gains or recoup prior losses, if any, by changing the premium.

This provision does not apply to any rider attached to this policy.

80-RCT 79-05.5

**EXCHANGE OPTIONS**

**Option 1**

This policy may be exchanged for a new level premium life or endowme nt policy with a level face amount. If no premium is in default and the insured does not qualify for di sability benefits under this policy, written application may be made at any time this option is available, as specified o n page 2.

The new policy will be issued as of the date of exchange based on the in sured's age on that date and the premium rate then in use.

The new policy must comply with our then current rules for amount, age a nd premium class. The face amount may not exceed the amount of insurance under this policy on the date of exch ange. The premium class will be the same as this policy.

The suicide and contestable periods of the new policy will be reduced by the elapsed portion of these periods under this policy.

The new policy will be issued with a disability rider and/or accidental death rider if these riders are in force under this policy at the date of exchange and are available at the insured's age on such date. Any rider not in force may be included in the new policy only with our consent.

**Option 2**

This option is available only on the date of exchange specified on p age 2. We agree to exchange this policy for a new renewable level term policy on the life of the insured. Ev idence of insurability satisfactory to us will be required of the insured. Such evidence will be paid for by us and will b e based on our then current underwriting rules.

This exchange will be subject to the following terms:

1. A properly completed application must be submitted to us withi n 60 days prior to the date of exchange, along with payment of the first premium for the new policy.

2. This policy must be in full force and all premiums due prior t o the date of exchange must be paid. Insurance under this policy will cease when this policy is exchanged.

3. The age at issue for the new policy will be the age of the ins ured on the date of exchange.

4. The new policy will be on the same plan of insurance as this p olicy. Alternatively, the owner may elect any other plan with a shorter renewable term period then being issued on this policy form. The date of issue of the new policy will be the date of exchange. The face amount of the new pol icy may not exceed the face amount of this policy and must meet or exceed the minimum then in effect for the plan elected.

5. Any benefits or riders in force under this policy on the date of exchange will be included in the new policy and will be subject to our then current rules and rates.

6. The new policy will not have a suicide provision.

7. The contestable period of the new policy will start on the dat e of exchange, with respect to the evidence of insurability used to qualify the insured for the new policy. Ho wever, we may contest only the difference between the face amount of the new policy and the face amount that the premi um for the new policy, excluding the premium for any riders, would have purchased on the date of exchange had thi s policy remained in force.

8. The premium rates for the new policy will be our then current rates applicable to a new purchase of the plan elected.

## OWNER

The owner is as shown in the application unless changed. The owner has all rights under this policy while the insured is alive. These rights are subject to the consent of any living irrevocable beneficiary.

## BENEFICIARY

The beneficiary or beneficiaries are as shown in the application unless changed. If no beneficiary survives the insured, the owner or the estate of the owner will be the beneficiary. However, if a trust is the owner and no beneficiary survives the insured, the estate of the insured will be the beneficiary.

## CHANGE OF OWNER OR BENEFICIARY

While this policy is in force the owner may change the beneficiary or ownership by written notice to us. When we record the change, it will take effect as of the date the owner signed the notice, subject to any payment we make or other action we take before recording.

## CORRESPONDENCE

Any request, notice or proof shall be filed with our home office.

## ASSIGNMENT

No assignment of this policy will be binding on us until filed with us in writing and recorded by us. No assignment will affect any payment we made before we recorded the assignment. We will not be responsible for the validity of an assignment.

All rights of the owner and any revocable beneficiary are subject to the rights of any assignee on record with us.

## POLICY SETTLEMENT

In any settlement we may require the return of this policy.

## THE CONTRACT

This policy, including any riders and endorsements, the original application and any supplemental applications and declarations, is the entire contract.

All statements in an application are representations and not warranties. No statement will be used to void this policy or to contest a claim unless it appears in an application or declaration which is attached to and made part of this policy.

This policy may not be changed, nor may any of our rights or requirements be waived, except in writing by one of our authorized officers.

## MISSTATEMENT OF AGE OR SEX

If the insured's age or sex has been misstated, any death benefit payable by us will be what the premiums paid would have bought at the insured's correct age and sex.

## CLAIMS OF CREDITORS

All payments under this policy are exempt from the claims of creditors to the extent permitted by law. Payments may not be assigned or withdrawn without our consent before becoming payable.

80-RCT 79-7.3

## ENDORSEMENT

The Payment Options of the policy to which this endorsement is attached will be as follows:

### PAYMENT OPTIONS

The term "annuitant/insured" as used in the following paragraph means the person named in the Policy Specifications as annuitant or insured, as the case may be.

Proceeds of less than $5,000 will be paid in one lump sum. Proceeds of $5,000 or more may be paid under an option. When proceeds are placed under an option the payee will receive a settlement contract. The date of the contract will be the date the proceeds become payable. The owner may choose the option only while the annuitant/insured is living. After the death of the annuitant/insured, the beneficiary may choose the option if proceeds are payable in one sum. Payment options for death proceeds must be chosen within six months after the annuitant's/insured's death. Payment options for other proceeds must be chosen within two months of the date they are payable. All elections must be filed with us in writing. Payments may be requested at 1, 3, 6 or 12 month intervals. Each payment must be at least $50. Each payee must be a living person receiving payments in his own right.

The interest rate for options 1, 2 and 3 will be declared by us each year. This rate will never be less than 3% per year. For options 1 and 3 any interest in excess of 3% will be used to increase payment amounts; for option 2 any excess interest will be used to lengthen the payment period.

For options 4, 5, 6 and 7 the payments will be based on rates declared by us from time to time. These rates will be 3 1/2% less than the published rates in effect for immediate annuities on the date of the settlement contract. Payments under these rates will never be less than the amount according to the tables of minimum monthly income in this endorsement. The rates in the tables are derived from a projection of the 1983 Table "a", and an annual interest rate of 3.00%.

**Option 1. Interest.** We will hold the proceeds on deposit. Interest will be paid while the payee is living. Sums of $500 or more may be withdrawn up to four times a year.

**Option 2. Specified Income.** We will pay a stated income amount until the proceeds, with interest on the unpaid balance, are used up. The income each year may not be less than 10% of the proceeds.

**Option 3. Income for Specified Period.** We will pay an income for a stated period, up to 30 years.

**Option 4. Life Income with Guaranteed Period.** We will pay an income for a guaranteed period and for the rest of the payee's life. The guaranteed period may be 10, 15 or 20 years.

**Option 5. Life Income without Guaranteed Period.** We will pay an income for the payee's lifetime. Payments will end at the death of the payee. However, if the payee dies within one year of the date of the settlement contract, payments will be continued to a contingent payee until 10 years from the date of the settlement contract.

**Option 6. Life Income with Installment Refund.** We will pay an income for a guaranteed period and for the rest of the payee's life. The guaranteed period is the period required for the sum of income payments to equal the proceeds applied.

**Option 7. Joint Life Income with 2/3 to Survivor.** We will pay an income while both payees are living. When one payee dies we will pay 2/3 of the income for the rest of the survivor's life. However, if one payee dies within one year from the date of the settlement contract, income will be paid to the survivor thereafter as if the survivor had chosen option 5 on the date of the settlement contract.

**Additional Option to Buy Single Premium Immediate Life Annuity at Reduced Rate.** If proceeds of at least $5,000 are applied under option 4, 5, 6 or 7, additional money may be used to buy a single premium immediate life annuity. The cost of this annuity will be 3 1/2% less than the then published rate. The monthly income from this annuity together with the monthly income from option 4, 5, 6 or 7 may not exceed 3 times the monthly income which could be bought solely by applying the policy proceeds. Written request must be made within 31 days from the date proceeds are payable.

(Continued on page 2)

PO3-NQ 79-1D

**PAYMENT OPTIONS (Continued)**

**Payment Provisions.** The first payment under options 2, 3, 4, 5, 6 or 7 will be due as of the date of the settlement contract. The first payment under option 1 will be due at the end of the first interest period. If any payments remain under an option at the death of the payee, or at the death of the surviving payee in regard to option 7, the amount stated below will be paid in one sum to the payee's executors or administrators, unless otherwise directed in the election of the option:

**Option 1.** Any amount left on deposit with accrued interest.

**Option 2.** The unpaid balance of proceeds with accrued interest.

**Option 3.** The commuted value, based on interest at 3% per year, of any future income payments for the stated guaranteed period.

**Options 4, 5, 6 or 7.** The commuted value of any future income payments for the stated guaranteed period, based on interest as follows:

1. if payments are made according to the tables of minimum monthly income in this endorsement, 3% per year; or

2. if payments are based on the published rates in effect for immediate annuities, the interest rate shown in the settlement contract.

**Evidence of Age and Survival.** We may require due proof of age and continued survival of a payee under options 4, 5, 6 or 7.

**Special Agreements.** Policy proceeds may be paid in any other manner agreed to by us.

THE OLD LINE LIFE Insurance Company
of America

*Chairman of the Board*

## TABLE OF MINIMUM MONTHLY INCOME FOR FEMALE PAYEES
### UNDER PAYMENT OPTIONS FOR EACH $1,000 OF PROCEEDS

**OPTION 3 — INCOME FOR SPECIFIED PERIOD**

| Year | Income |
|---|---|
| 1 | $84.47 |
| 2 | 42.86 |
| 3 | 28.99 |
| 4 | 22.06 |
| 5 | 17.91 |
| 6 | 15.14 |
| 7 | 13.16 |
| 8 | 11.68 |
| 9 | 10.53 |
| 10 | 9.61 |
| 11 | 8.86 |
| 12 | 8.24 |
| 13 | 7.71 |
| 14 | 7.26 |
| 15 | 6.87 |
| 16 | 6.53 |
| 17 | 6.23 |
| 18 | 5.96 |
| 19 | 5.73 |
| 20 | 5.51 |
| 21 | 5.32 |
| 22 | 5.15 |
| 23 | 4.99 |
| 24 | 4.84 |
| 25 | 4.71 |
| 26 | 4.59 |
| 27 | 4.48 |
| 28 | 4.37 |
| 29 | 4.27 |
| 30 | 4.18 |

| AGE AT FIRST PAYMENT | OPTION 4 — LIFE INCOME WITH GUARANTEED PERIOD | | | OPTION 5 — LIFE INCOME WITHOUT GUARANTEED PERIOD | OPTION 6 — LIFE INCOME WITH INSTALLMENT REFUND |
|---|---|---|---|---|---|
| | 10 Years | 15 Years | 20 Years | | |
| 5 and under | $2.72 | $2.72 | $2.72 | $2.72 | $2.79 |
| 6 | 2.73 | 2.73 | 2.73 | 2.73 | 2.79 |
| 7 | 2.74 | 2.74 | 2.74 | 2.74 | 2.79 |
| 8 | 2.75 | 2.75 | 2.75 | 2.75 | 2.79 |
| 9 | 2.76 | 2.76 | 2.76 | 2.76 | 2.79 |
| 10 | 2.77 | 2.77 | 2.77 | 2.77 | 2.79 |
| 11 | 2.78 | 2.78 | 2.78 | 2.78 | 2.79 |
| 12 | 2.79 | 2.79 | 2.79 | 2.79 | 2.79 |
| 13 | 2.80 | 2.80 | 2.80 | 2.80 | 2.79 |
| 14 | 2.81 | 2.81 | 2.81 | 2.81 | 2.80 |
| 15 | 2.82 | 2.82 | 2.82 | 2.82 | 2.81 |
| 16 | 2.83 | 2.83 | 2.83 | 2.83 | 2.82 |
| 17 | 2.85 | 2.85 | 2.84 | 2.85 | 2.83 |
| 18 | 2.86 | 2.86 | 2.86 | 2.86 | 2.84 |
| 19 | 2.87 | 2.87 | 2.87 | 2.87 | 2.86 |
| 20 | 2.89 | 2.89 | 2.89 | 2.89 | 2.87 |
| 21 | 2.90 | 2.90 | 2.90 | 2.90 | 2.88 |
| 22 | 2.92 | 2.92 | 2.92 | 2.92 | 2.90 |
| 23 | 2.93 | 2.93 | 2.93 | 2.93 | 2.91 |
| 24 | 2.95 | 2.95 | 2.95 | 2.95 | 2.93 |
| 25 | 2.97 | 2.97 | 2.96 | 2.97 | 2.96 |
| 26 | 2.98 | 2.98 | 2.98 | 2.98 | 2.98 |
| 27 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 |
| 28 | 3.02 | 3.02 | 3.02 | 3.02 | 3.02 |
| 29 | 3.04 | 3.04 | 3.04 | 3.04 | 3.04 |
| 30 | 3.06 | 3.06 | 3.06 | 3.06 | 3.06 |
| 31 | 3.09 | 3.08 | 3.08 | 3.09 | 3.08 |
| 32 | 3.11 | 3.11 | 3.11 | 3.11 | 3.10 |
| 33 | 3.13 | 3.13 | 3.13 | 3.13 | 3.13 |
| 34 | 3.16 | 3.16 | 3.15 | 3.16 | 3.15 |
| 35 | 3.18 | 3.18 | 3.18 | 3.18 | 3.18 |
| 36 | 3.21 | 3.21 | 3.21 | 3.21 | 3.20 |
| 37 | 3.24 | 3.24 | 3.24 | 3.24 | 3.23 |
| 38 | 3.27 | 3.27 | 3.27 | 3.27 | 3.26 |
| 39 | 3.30 | 3.30 | 3.30 | 3.30 | 3.29 |
| 40 | 3.34 | 3.33 | 3.33 | 3.34 | 3.32 |
| 41 | 3.37 | 3.37 | 3.36 | 3.37 | 3.35 |
| 42 | 3.41 | 3.40 | 3.40 | 3.41 | 3.39 |
| 43 | 3.44 | 3.44 | 3.43 | 3.45 | 3.42 |
| 44 | 3.49 | 3.48 | 3.47 | 3.49 | 3.46 |
| 45 | 3.53 | 3.52 | 3.51 | 3.53 | 3.50 |
| 46 | 3.57 | 3.57 | 3.55 | 3.58 | 3.54 |
| 47 | 3.62 | 3.61 | 3.60 | 3.62 | 3.58 |
| 48 | 3.67 | 3.66 | 3.64 | 3.67 | 3.63 |
| 49 | 3.72 | 3.71 | 3.69 | 3.73 | 3.68 |
| 50 | 3.78 | 3.76 | 3.74 | 3.78 | 3.73 |
| 51 | 3.83 | 3.82 | 3.79 | 3.84 | 3.78 |
| 52 | 3.90 | 3.88 | 3.85 | 3.90 | 3.83 |
| 53 | 3.96 | 3.94 | 3.90 | 3.97 | 3.89 |
| 54 | 4.03 | 4.00 | 3.96 | 4.04 | 3.95 |
| 55 | 4.10 | 4.07 | 4.02 | 4.12 | 4.02 |
| 56 | 4.17 | 4.14 | 4.09 | 4.19 | 4.08 |
| 57 | 4.25 | 4.22 | 4.15 | 4.28 | 4.15 |
| 58 | 4.34 | 4.29 | 4.22 | 4.36 | 4.23 |
| 59 | 4.42 | 4.37 | 4.29 | 4.46 | 4.30 |
| 60 | 4.52 | 4.46 | 4.36 | 4.56 | 4.39 |
| 61 | 4.62 | 4.55 | 4.44 | 4.66 | 4.47 |
| 62 | 4.72 | 4.64 | 4.51 | 4.78 | 4.56 |
| 63 | 4.84 | 4.74 | 4.59 | 4.90 | 4.66 |
| 64 | 4.95 | 4.84 | 4.66 | 5.03 | 4.76 |
| 65 | 5.08 | 4.95 | 4.74 | 5.17 | 4.87 |
| 66 | 5.21 | 5.06 | 4.81 | 5.31 | 4.98 |
| 67 | 5.35 | 5.17 | 4.89 | 5.47 | 5.10 |
| 68 | 5.50 | 5.28 | 4.96 | 5.65 | 5.23 |
| 69 | 5.66 | 5.40 | 5.03 | 5.83 | 5.36 |
| 70 | 5.82 | 5.52 | 5.09 | 6.03 | 5.51 |
| 71 | 6.00 | 5.64 | 5.15 | 6.25 | 5.66 |
| 72 | 6.18 | 5.75 | 5.21 | 6.49 | 5.82 |
| 73 | 6.37 | 5.87 | 5.26 | 6.74 | 5.99 |
| 74 | 6.56 | 5.98 | 5.30 | 7.02 | 6.17 |
| 75 | 6.76 | 6.09 | 5.34 | 7.33 | 6.37 |
| 76 | 6.97 | 6.19 | 5.38 | 7.65 | 6.57 |
| 77 | 7.17 | 6.29 | 5.41 | 8.01 | 6.78 |
| 78 | 7.39 | 6.38 | 5.43 | 8.40 | 7.02 |
| 79 | 7.59 | 6.46 | 5.46 | 8.82 | 7.26 |
| 80 | 7.79 | 6.53 | 5.47 | 9.28 | 7.52 |
| 81 and over | 7.99 | 6.59 | 5.49 | 9.78 | 7.79 |

MINIMUM INCOME AMOUNTS PAYABLE OTHER THAN MONTHLY WILL BE FURNISHED ON REQUEST.

## TABLE OF MINIMUM MONTHLY INCOME FOR MALE PAYEES
## UNDER PAYMENT OPTIONS FOR EACH $1,000 OF PROCEEDS

| OPTION 3 INCOME FOR SPECIFIED PERIOD | | AGE AT FIRST PAYMENT | OPTION 4 LIFE INCOME WITH GUARANTEED PERIOD | | | OPTION 5 LIFE INCOME WITHOUT GUARANTEED PERIOD | OPTION 6 LIFE INCOME WITH INSTALLMENT REFUND |
|---|---|---|---|---|---|---|---|
| Year | Income | | 10 Years | 15 Years | 20 Years | | |
| 1 | $ 84.47 | 5 and under | $ 2.78 | $ 2.78 | $ 2.78 | $ 2.78 | $ 2.79 |
| 2 | 42.86 | 6 | 2.79 | 2.79 | 2.79 | 2.79 | 2.79 |
| 3 | 28.99 | 7 | 2.80 | 2.80 | 2.80 | 2.80 | 2.80 |
| 4 | 22.06 | 8 | 2.81 | 2.81 | 2.81 | 2.81 | 2.81 |
| 5 | 17.91 | 9 | 2.82 | 2.82 | 2.82 | 2.82 | 2.82 |
| 6 | 15.14 | 10 | 2.84 | 2.84 | 2.83 | 2.84 | 2.83 |
| 7 | 13.16 | 11 | 2.85 | 2.85 | 2.85 | 2.85 | 2.84 |
| 8 | 11.68 | 12 | 2.86 | 2.86 | 2.86 | 2.86 | 2.86 |
| 9 | 10.53 | 13 | 2.87 | 2.87 | 2.87 | 2.88 | 2.87 |
| 10 | 9.61 | 14 | 2.89 | 2.89 | 2.89 | 2.89 | 2.88 |
| 11 | 8.86 | 15 | 2.90 | 2.90 | 2.90 | 2.90 | 2.90 |
| 12 | 8.24 | 16 | 2.92 | 2.92 | 2.91 | 2.92 | 2.91 |
| 13 | 7.71 | 17 | 2.93 | 2.93 | 2.93 | 2.93 | 2.93 |
| 14 | 7.26 | 18 | 2.95 | 2.95 | 2.95 | 2.95 | 2.94 |
| 15 | 6.87 | 19 | 2.97 | 2.96 | 2.96 | 2.97 | 2.96 |
| 16 | 6.53 | 20 | 2.98 | 2.98 | 2.98 | 2.98 | 2.97 |
| 17 | 6.23 | 21 | 3.00 | 3.00 | 3.00 | 3.00 | 2.99 |
| 18 | 5.96 | 22 | 3.02 | 3.02 | 3.02 | 3.02 | 3.01 |
| 19 | 5.73 | 23 | 3.04 | 3.04 | 3.03 | 3.04 | 3.03 |
| 20 | 5.51 | 24 | 3.06 | 3.06 | 3.06 | 3.06 | 3.05 |
| 21 | 5.32 | 25 | 3.08 | 3.08 | 3.08 | 3.08 | 3.07 |
| 22 | 5.15 | 26 | 3.10 | 3.10 | 3.10 | 3.10 | 3.09 |
| 23 | 4.99 | 27 | 3.13 | 3.12 | 3.12 | 3.13 | 3.11 |
| 24 | 4.84 | 28 | 3.15 | 3.15 | 3.14 | 3.15 | 3.14 |
| 25 | 4.71 | 29 | 3.18 | 3.17 | 3.17 | 3.18 | 3.16 |
| 26 | 4.59 | 30 | 3.20 | 3.20 | 3.19 | 3.20 | 3.19 |
| 27 | 4.48 | 31 | 3.23 | 3.23 | 3.22 | 3.23 | 3.21 |
| 28 | 4.37 | 32 | 3.26 | 3.26 | 3.25 | 3.26 | 3.24 |
| 29 | 4.27 | 33 | 3.29 | 3.29 | 3.28 | 3.29 | 3.27 |
| 30 | 4.18 | 34 | 3.32 | 3.32 | 3.31 | 3.32 | 3.30 |
| | | 35 | 3.35 | 3.35 | 3.34 | 3.36 | 3.33 |
| | | 36 | 3.39 | 3.37 | 3.37 | 3.39 | 3.36 |
| | | 37 | 3.43 | 3.42 | 3.41 | 3.43 | 3.39 |
| | | 38 | 3.46 | 3.46 | 3.44 | 3.47 | 3.43 |
| | | 39 | 3.50 | 3.50 | 3.48 | 3.51 | 3.47 |
| | | 40 | 3.55 | 3.54 | 3.52 | 3.55 | 3.50 |
| | | 41 | 3.59 | 3.58 | 3.56 | 3.60 | 3.54 |
| | | 42 | 3.64 | 3.62 | 3.60 | 3.64 | 3.58 |
| | | 43 | 3.68 | 3.67 | 3.65 | 3.69 | 3.63 |
| | | 44 | 3.74 | 3.72 | 3.69 | 3.75 | 3.67 |
| | | 45 | 3.79 | 3.77 | 3.74 | 3.80 | 3.72 |
| | | 46 | 3.84 | 3.82 | 3.79 | 3.86 | 3.77 |
| | | 47 | 3.90 | 3.88 | 3.84 | 3.92 | 3.82 |
| | | 48 | 3.97 | 3.94 | 3.89 | 3.99 | 3.88 |
| | | 49 | 4.03 | 4.00 | 3.95 | 4.05 | 3.93 |
| | | 50 | 4.10 | 4.06 | 4.00 | 4.12 | 3.99 |
| | | 51 | 4.17 | 4.13 | 4.06 | 4.20 | 4.06 |
| | | 52 | 4.24 | 4.20 | 4.12 | 4.28 | 4.12 |
| | | 53 | 4.32 | 4.27 | 4.19 | 4.36 | 4.19 |
| | | 54 | 4.41 | 4.35 | 4.25 | 4.45 | 4.26 |
| | | 55 | 4.49 | 4.42 | 4.32 | 4.55 | 4.33 |
| | | 56 | 4.59 | 4.51 | 4.38 | 4.64 | 4.41 |
| | | 57 | 4.68 | 4.59 | 4.45 | 4.75 | 4.50 |
| | | 58 | 4.79 | 4.68 | 4.52 | 4.86 | 4.58 |
| | | 59 | 4.89 | 4.77 | 4.59 | 4.98 | 4.68 |
| | | 60 | 5.01 | 4.87 | 4.66 | 5.11 | 4.77 |
| | | 61 | 5.13 | 4.97 | 4.73 | 5.25 | 4.87 |
| | | 62 | 5.25 | 5.07 | 4.80 | 5.39 | 4.98 |
| | | 63 | 5.39 | 5.17 | 4.86 | 5.55 | 5.09 |
| | | 64 | 5.53 | 5.27 | 4.93 | 5.72 | 5.21 |
| | | 65 | 5.67 | 5.38 | 4.99 | 5.90 | 5.34 |
| | | 66 | 5.83 | 5.49 | 5.05 | 6.09 | 5.47 |
| | | 67 | 5.98 | 5.60 | 5.11 | 6.30 | 5.61 |
| | | 68 | 6.15 | 5.70 | 5.17 | 6.52 | 5.76 |
| | | 69 | 6.32 | 5.81 | 5.21 | 6.76 | 5.91 |
| | | 70 | 6.50 | 5.91 | 5.26 | 7.02 | 6.08 |
| | | 71 | 6.68 | 6.01 | 5.30 | 7.29 | 6.25 |
| | | 72 | 6.86 | 6.11 | 5.34 | 7.59 | 6.43 |
| | | 73 | 7.05 | 6.20 | 5.37 | 7.91 | 6.62 |
| | | 74 | 7.24 | 6.29 | 5.40 | 8.24 | 6.82 |
| | | 75 | 7.42 | 6.37 | 5.42 | 8.61 | 7.04 |
| | | 76 | 7.61 | 6.44 | 5.44 | 9.01 | 7.26 |
| | | 77 | 7.79 | 6.51 | 5.46 | 9.43 | 7.49 |
| | | 78 | 7.97 | 6.57 | 5.48 | 9.89 | 7.74 |
| | | 79 | 8.14 | 6.62 | 5.49 | 10.38 | 7.99 |
| | | 80 | 8.30 | 6.67 | 5.50 | 10.91 | 8.27 |
| | | 81 and over | 8.45 | 6.71 | 5.51 | 11.47 | 8.55 |

**MINIMUM INCOME AMOUNTS PAYABLE OTHER THAN MONTHLY WILL BE FURNISHED ON REQUEST.**

**TABLE OF MINIMUM MONTHLY INCOME UNDER PAYMENT OPTIONS FOR EACH $1,000 OF PROCEEDS**

**OPTION 7 - JOINT LIFE INCOME WITH TWO THIRDS TO SURVIVOR**

| Female<br>Male | 40 | 45 | 50 | 55 | 60 | 65 | 70 | 75 | 80 |
|---|---|---|---|---|---|---|---|---|---|
| 40 | $3.35 | $3.45 | $3.55 | $3.67 | $3.80 | $3.94 | $4.10 | $4.28 | $4.47 |
| 41 | 3.37 | 3.47 | 3.58 | 3.70 | 3.83 | 3.97 | 4.14 | 4.32 | 4.51 |
| 42 | 3.39 | 3.49 | 3.60 | 3.72 | 3.86 | 4.01 | 4.18 | 4.37 | 4.56 |
| 43 | 3.41 | 3.51 | 3.62 | 3.75 | 3.89 | 4.05 | 4.22 | 4.41 | 4.61 |
| 44 | 3.42 | 3.53 | 3.65 | 3.78 | 3.92 | 4.08 | 4.26 | 4.46 | 4.67 |
| 45 | 3.44 | 3.55 | 3.67 | 3.81 | 3.96 | 4.12 | 4.31 | 4.51 | 4.72 |
| 46 | 3.46 | 3.57 | 3.70 | 3.84 | 3.99 | 4.16 | 4.35 | 4.56 | 4.78 |
| 47 | 3.48 | 3.59 | 3.72 | 3.87 | 4.03 | 4.20 | 4.40 | 4.61 | 4.84 |
| 48 | 3.50 | 3.62 | 3.75 | 3.90 | 4.07 | 4.25 | 4.45 | 4.67 | 4.90 |
| 49 | 3.52 | 3.64 | 3.78 | 3.93 | 4.10 | 4.29 | 4.50 | 4.73 | 4.97 |
| 50 | 3.54 | 3.66 | 3.80 | 3.96 | 4.14 | 4.34 | 4.55 | 4.79 | 5.04 |
| 51 | 3.56 | 3.69 | 3.83 | 4.00 | 4.18 | 4.38 | 4.61 | 4.85 | 5.11 |
| 52 | 3.58 | 3.71 | 3.86 | 4.03 | 4.22 | 4.43 | 4.66 | 4.92 | 5.19 |
| 53 | 3.60 | 3.73 | 3.89 | 4.07 | 4.26 | 4.48 | 4.72 | 4.99 | 5.27 |
| 54 | 3.62 | 3.76 | 3.92 | 4.10 | 4.31 | 4.53 | 4.78 | 5.06 | 5.35 |
| 55 | 3.65 | 3.78 | 3.95 | 4.14 | 4.35 | 4.59 | 4.85 | 5.13 | 5.43 |
| 56 | 3.67 | 3.81 | 3.98 | 4.17 | 4.39 | 4.64 | 4.91 | 5.21 | 5.52 |
| 57 | 3.69 | 3.84 | 4.01 | 4.21 | 4.44 | 4.69 | 4.98 | 5.29 | 5.62 |
| 58 | 3.72 | 3.86 | 4.04 | 4.24 | 4.48 | 4.75 | 5.05 | 5.37 | 5.72 |
| 59 | 3.74 | 3.89 | 4.07 | 4.28 | 4.53 | 4.81 | 5.12 | 5.46 | 5.82 |
| 60 | 3.76 | 3.92 | 4.10 | 4.32 | 4.58 | 4.87 | 5.19 | 5.55 | 5.93 |
| 61 | 3.79 | 3.95 | 4.13 | 4.36 | 4.62 | 4.93 | 5.27 | 5.64 | 6.04 |
| 62 | 3.82 | 3.97 | 4.17 | 4.40 | 4.67 | 4.99 | 5.34 | 5.74 | 6.16 |
| 63 | 3.84 | 4.00 | 4.20 | 4.44 | 4.72 | 5.05 | 5.42 | 5.84 | 6.28 |
| 64 | 3.87 | 4.03 | 4.24 | 4.48 | 4.77 | 5.11 | 5.51 | 5.94 | 6.41 |
| 65 | 3.90 | 4.06 | 4.27 | 4.52 | 4.82 | 5.18 | 5.59 | 6.05 | 6.54 |
| 66 | 3.92 | 4.10 | 4.31 | 4.57 | 4.88 | 5.25 | 5.68 | 6.16 | 6.68 |
| 67 | 3.95 | 4.13 | 4.34 | 4.61 | 4.93 | 5.31 | 5.76 | 6.28 | 6.83 |
| 68 | 3.98 | 4.16 | 4.38 | 4.65 | 4.98 | 5.38 | 5.85 | 6.39 | 6.98 |
| 69 | 4.01 | 4.19 | 4.42 | 4.70 | 5.04 | 5.45 | 5.94 | 6.51 | 7.13 |
| 70 | 4.04 | 4.23 | 4.45 | 4.74 | 5.09 | 5.52 | 6.03 | 6.63 | 7.29 |
| 71 | 4.07 | 4.26 | 4.49 | 4.78 | 5.14 | 5.59 | 6.12 | 6.76 | 7.45 |
| 72 | 4.10 | 4.29 | 4.53 | 4.83 | 5.20 | 5.66 | 6.22 | 6.88 | 7.62 |
| 73 | 4.13 | 4.33 | 4.57 | 4.87 | 5.25 | 5.73 | 6.31 | 7.01 | 7.80 |
| 74 | 4.16 | 4.36 | 4.61 | 4.92 | 5.31 | 5.80 | 6.40 | 7.14 | 7.97 |
| 75 | 4.19 | 4.39 | 4.65 | 4.96 | 5.36 | 5.87 | 6.50 | 7.27 | 8.15 |
| 76 | 4.22 | 4.43 | 4.68 | 5.01 | 5.42 | 5.94 | 6.59 | 7.40 | 8.33 |
| 77 | 4.25 | 4.46 | 4.72 | 5.05 | 5.47 | 6.00 | 6.68 | 7.53 | 8.52 |
| 78 | 4.28 | 4.49 | 4.76 | 5.10 | 5.52 | 6.07 | 6.77 | 7.66 | 8.71 |
| 79 | 4.31 | 4.53 | 4.80 | 5.14 | 5.58 | 6.14 | 6.87 | 7.79 | 8.89 |
| 80 | 4.34 | 4.56 | 4.83 | 5.18 | 5.63 | 6.21 | 6.96 | 7.92 | 9.08 |

**MINIMUM INCOME AMOUNTS FOR AGES NOT SHOWN AND MINIMUM INCOME AMOUNTS PAYABLE OTHER THAN MONTHLY WILL BE FURNISHED ON REQUEST.**

Application for life insurance to:

# THE OLD LINE LIFE Insurance Company of America

(referred to in this application as we/us/our)

2604663

**PART A**
**COMPLETE FOR ALL POLICIES (Please Print)—Questions 1a through a apply to Proposed Insured**

**1. a. NAME**   first   middle   last
James   E   Stilwell   ☒ Male   ☐ Female

**b.** ☐ Single   ☒ Married   ☐ Divorced   ☐ Widowed   ☐ Separated

**c. DATE OF BIRTH**   month day year — 10 07 54   **d. AGE** 43   **e. BIRTHPLACE** state IL country USA

**f. SOCIAL SECURITY OR TAX NO.** 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

**g. HOME TELEPHONE NO.** 217 578-3132

**2. SEND ALL MAIL TO OWNER AT ADDRESS IN** ☐ 3a ☐ 3b ☐ 9

**3. a. RESIDENCE ADDRESS OF PROPOSED INSURED**
No. & Street 218 N. Iowa   5
City Atwood   State IL   Zip 61913
How long at this address? ___ yrs.   Previous Addresses (5 Yrs.)

QUESTIONS 3b & c APPLY TO PROPOSED INSURED IF AGE 15 OR OVER. TO OWNER OR PAYOR IF PROPOSED INSURED UNDER AGE 15.

**b. BUSINESS ADDRESS** with present employer ___ yrs.
Employer Self Employed Enterprises
No. & Street 102 N. Main
City Atwood   State IL   Zip 61913
Nature of Business Antiques, Furniture, Cheese, Meat

**c. OCCUPATION** (All, if more than one) Food Service, Restaurant
Owner
Duties (Describe)

**4. HAS ANY PERSON PROPOSED FOR INSURANCE:**   Yes   No
a. smoked cigarettes during the past 12 months?   ☐   ☒
b. smoked pipes or cigars during the past 12 months?   ☐   ☒
c. used any other tobacco products during the past 12 months?   ☐   ☒

**5. HAS ANY PERSON PROPOSED FOR INSURANCE:**
a. engaged, or intend to engage, in hang gliding, racing, scuba diving, sky diving?   ☐   ☒
b. had driver's license restricted, revoked or suspended? If yes, give driver's ID?   ☐   ☒
c. other life insurance applications pending?   ☐   ☒
d. ever had life or health insurance declined, modified or rated?   ☐   ☒
e. any intention of traveling or residing outside the U.S.?   ☐   ☒
f. any intention of replacing or changing any life insurance or annuity policy in force in this or any other company?   ☐   ☒

If any of 5a through 5f are answered Yes, give names & full details in REMARKS.

g. taken within five years or intend to take flights other than as fare-paying passenger on scheduled airlines?   ☐   ☒
If Yes, complete Aviation Questionnaire.

**AMENDMENTS AND CORRECTIONS** (for Home Office use only)
Plan RTG 10

**6. a. PLAN** ☒ Non Par ☐ Par
LTG 10   **b. AMOUNT** 5,000,000

**c. PREMIUMS PAYABLE** ☐ Annual ☒ Semi-annual ☐ Quarterly
☐ Pre-Auth. Chk. ☐ GAP ☐ List Bill ☐

**d. For Universal Life only:**
☐ Option 1 ☐ Option 2
Planned Premium $
Additional Initial Premium $

**e. AUTOMATIC PREMIUM LOAN,** if available   ☐ Yes   ☐ No

**f. ADDITIONAL COVERAGES** (Check if desired)
☐ WP or WMD ............ $
☐ ADB $ ............ ☐ GIO ............
☐ Spouse Rider ...... Units ☐ Child Rider ...... Units
☐ Term Rider Plan ............ $ ............ Units
☐ Term Rider on Other Insured – use separate application (Amt. or M.I.)

**g. IF PARTICIPATING, USE OF DIVIDENDS**
☐ (1) Cash    Purchase 1 Yr. Term, balance to:
☐ (2) Reduce Premium   ☐ (5) Deposit at Interest
☐ (3) Paid Up Additions   ☐ (6) Reduce Premiums
☐ (4) Deposit at Interest   ☐ (7) Purchase Paid Up Additions
   ☐ (8) Use All to Purchase 1 Yr. Term

**7. LIFE INSURANCE IN FORCE ON PROPOSED INSURED**

| Name of Company | Issue Year | Amount | ADB | Personal/Business |
|---|---|---|---|---|
| Bankers Life | 84 | 800,000 | | Business |

**8. BENEFICIARY** for benefits payable upon death of the proposed insured
Primary:   Full Name   Margaret Stilwell   Age 47   Relationship Wife 60%
Jamie Stilwell (10) Heidi Stilwell (10) Megan
Contingent Stilwell (10) Haley Stilwell (10)
Sarletha Stanley (10)
Except as otherwise directed (a) The proceeds are to be divided equally among all persons who are named as Primary Beneficiary and who survive the insured, but if none survive, equally among all persons who are named as Contingent Beneficiary and who survive the insured. (b) The right to change the beneficiary is reserved.

**9. NAME OF OWNER** if other than proposed insured   Relationship
Margaret Stilwell   Wife
Address 218 N. Iowa
Atwood, IL 61913
Social Security or Tax No. 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

**10. SPECIAL POLICY DATE, IF DESIRED**

**11. AMOUNT PAID WITH THIS APPLICATION:** $ 0

**12. REMARKS**

THIS IS A REISSUED POLICY AND REPLACES ANY POLICY BEARING THIS NUMBER PRIOR TO 10-30-98

This application consists of Part A and one or more Parts B. This application is not a contract of insurance. A contract of insurance shall take effect only if a policy is issued on this application and the first premium is paid in full (a) during the lifetime of all proposed insureds and (b) while there is no change in the insurability and health of all such persons from that stated in this application. However, if cash is paid when this application is signed, the terms of the Conditional Receipt shall apply. It is represented that all statements and answers in this application are true, full and complete, and bind all parties in interest under any policy applied for. Only an authorized officer of our Company can make, void, waive or change any of the conditions or provisions of any application, policy or receipt or accept risks or pass on insurability. Notice to or knowledge by an agent or medical examiner is not notice to or knowledge by us. Acceptance of any policy issued on this application shall mean acceptance of any change, correction, addition or amendment noted by us in the "Amendments and Corrections" Section. However, any such change shall require the written consent of the person or persons who sign this application. The Proposed Insured shall be the policy owner unless another owner is named above.

**DECLARATION**

I have carefully read the receipt. I understand and agree to its terms including the conditions under which a limited amount of insurance may take effect before policy delivery. I have received the MIB, Inc. and Fair Credit Reporting Act Notices.

Signed at City Atwood   State IL

Date 3/2/98

Witness William Yates
(LICENSED RESIDENT AGENT WHERE REQUIRED BY STATUTE OR REGULATION)

Signature of Proposed Insured   James E Stilwell
Signature of Spouse (Spouse Rider only)
Signature of Owner (if 9 answered)   Margaret Stilwell
SIGNATURE & TITLE OF OFFICER SIGNING FOR CORP OR TRUSTEE

Form 4485-Q (Rev. 88)

FF-04001000-1048-1196
Supply Ordering Number-0420I000-1019-1196

Continuation of application for life insurance to:

# THE OLD LINE LIFE Insurance Company of America    2384139
(referred to in this application as we/us/our)

**PART 8**

| 1. PROPOSED INSURED (Person Named on 1a Part A) | A. Height | B. Weight | C. Change in weight in past 12 months. *(Give reason)* |
|---|---|---|---|
| | 6 ft. 1 in. | 320 lbs. | lbs.  Loss ____ Gain ____ |

| 2. FULL NAME(S) OF ADDITIONAL INDIVIDUAL(S) PROPOSED FOR INSURANCE (PLEASE PRINT) first    middle    last | DATE OF BIRTH month day year | Age | Sex | Place of Birth | Height ft. in. | Weight lbs. | Total Insurance in Force |
|---|---|---|---|---|---|---|---|
| a. SPOUSE OR PAYOR (If proposed for insurance) | | | | | | | |
| b. CHILDREN (If proposed for insurance and residing with Proposed Insured) | | | | | | | |

3. Name and address of your personal physician (if none, so state) DR. MANO hANI · Main street · Atwod IL 6/9/2

QUESTIONS 4-8 PERTAIN TO ALL PERSONS NAMED ABOVE AND ARE TO BE ANSWERED TO THE BEST OF THE APPLICANT'S KNOWLEDGE AND BELIEF

GIVE FULL DETAILS IF ANSWER TO QUESTION 4 IS NO OR 5, 6, 7,8 IS YES — Name of Person | Details, Dates, Doctors' Names & Addresses

| | Yes | No |
|---|---|---|
| 4. Are all persons proposed for insurance in good health? | ☒ | ☐ |
| 5. Has any person proposed for insurance any physical defect? | ☐ | ☒ |
| **6. HAS ANY PERSON PROPOSED FOR INSURANCE:** | | |
| a. received treatment or joined an organization for alcoholism or drug dependency or abuse; been advised to discontinue the use of alcohol or drugs? | ☐ | ☒ |
| b. used cocaine, barbiturates, amphetamines or any other drug which might cause a dependency, other than as prescribed by a licensed physician? | ☐ | ☒ |
| c. ever been diagnosed by or received medical treatment from a member of the medical profession for Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex (ARC)? | ☐ | ☒ |
| d. ever applied for or received disability benefits from any source? | ☐ | ☒ |
| **7. HAS ANY PERSON PROPOSED FOR INSURANCE EVER HAD:** | | |
| a. convulsions, epilepsy, paralysis, neuritis, sciatica, nervous breakdown, headache, dizziness, fainting spells, speech defect, nervous or mental disorder? | ☐ | ☒ |
| b. high blood pressure, chest pain, palpitation, heart attack, stroke, heart murmur, hemorrhage, rheumatic fever, disorder of heart or blood vessels? | ☐ | ☒ |
| c. persistent hoarseness or cough, shortness of breath, asthma, emphysema, tuberculosis, bronchitis, disorder of respiratory system? | ☐ | ☒ |
| d. recurrent indigestion, ulcer, colitis, diverticulitis, hernia, intestinal bleeding, appendicitis, disorder of stomach, liver, digestive or abdominal organs? | ☐ | ☒ |
| e. sugar, albumin, blood or pus in urine, kidney stone, diabetes, or disorder of kidneys, bladder, prostate, or genito-urinary organs? | ☐ | ☒ |
| f. arthritis, gout, disorder of muscles, bones, joints or spine? | ☐ | ☒ |
| g. impairment of vision or hearing or disorder of eyes, ears, nose or throat? | ☐ | ☒ |
| h. tumor, cyst, cancer, hemorrhoids, venereal disease, anemia, disorder of blood, skin, thyroid or other glands? | ☐ | ☒ |
| i. treatment or observation in any hospital or institution? (past 5 years) | ☐ | ☒ |
| j. X-ray or electrocardiograms? (past 5 years) | ☐ | ☒ |
| k. treatment or consultations with any physicians or practitioners, other than as stated above? (past 5 years) | ☐ | ☒ |
| 8. Is any person proposed for insurance now pregnant? (if so, how many months?) | ☐ | ☒ |

**COMPLETE IF PROPOSED INSURED UNDER AGE 15**

9. List life insurance in force on family (if none, so state)

| | Age | Amount | | Age | Amount |
|---|---|---|---|---|---|
| Father | | | Mother | | |
| Brothers | | | Sisters | | |

Owner (if other than parent)

Signature of Proposed Insured ☒

Witness _William John by_
(LICENSED RESIDENT AGENT WHERE REQUIRED BY STATUTE OR REGULATION)

Form 4485-Q (Rev. 88)

**COMPLETE IF PROPOSED INSURED AGE 15 OR OVER & NOT SELF-SUPPORTING**

10. Parent's/Spouse's full name ............

11. Parent's/Spouse's occupation ............

12. How much insurance does Parent/Spouse carry? ............

13. Does Proposed Insured have an independent source of income? (state source) ............

Signature of Spouse (If required) ............

Signature of Owner (If required) ............

**PRODUCER'S REPORT**

Is policy intended to replace insurance or annuity in any company? ☐ Yes ☒ No   If Yes, give full details and attach any other papers required by state law.

Are you related to any person proposed for insurance? ☐ Yes ☒ No   If Yes, give details ............

Estimate of Proposed Insured's Income:  Salary $ 150,000    Other Income $ ............  Net Worth $ 10,000,000

AGENCY OR BRANCH OFFICE    CODE NO.    PRODUCER'S NAME FOR RECORD PURPOSES  William John Lynes    CODE NO.  WO090
(IF MORE THAN ONE INDICATE % SPLIT)

I hereby certify that I personally solicited and completed this application; that I have no knowledge of anything which might affect the insurability of any person proposed for insurance which is not fully set forth herein.

_William John Lyn_
SIGNATURE OF PRODUCER

FF-04001000-1048-1196
Supply Ordering Number-04201000-1019-1196

THE OLD LINE LIFE Insurance Company of America

**ANSWERS TO MEDICAL EXAMINER**

forming Part B of Application when used in connection with new Life Insurance

2604663

Agency # W0090

PART B

Proposed Insured *Earl* First Name *James* Middle Initial *Sidwell* Last Name    Birth Date *10* Month *?* Day *57* Year

1. a. Name and address of your personal physician (if none, so state)
   *Dr. Nathan Atwood, ILL*
   b. Date and reason last consulted? *Previous - 1 yr ago*
   c. What treatment was given or medication prescribed? *Chd - Rx*

2. Have you smoked cigarettes during the past 12 months? Do you currently smoke pipes or cigars or use any other tobacco products?    Yes [ ] No [ ]

3. a. Have you received treatment or joined an organization for alcoholism or drug dependency or abuse; been advised to discontinue the use of alcohol or drugs?    [ ] [✓]
   b. Have you used cocaine, barbiturates, amphetamines or any other drug which might cause a dependency, other than as prescribed by a licensed physician?    [ ] [✓]

4. Have you ever had or been told you had or been treated for Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex (ARC)?

5. **Are you in good health?**    [✓] [✓]

6. Do you have any physical defect?    [ ] [✓]

7. Have you ever been treated for or ever had any known indication of:
   a. convulsions, epilepsy, paralysis, neuritis, sciatica, nervous breakdown, headache, dizziness, fainting spells, speech defect, nervous or mental disorder?    [ ] [✓]
   b. high blood pressure, chest pain, palpitation, heart attack, stroke, heart murmur, hemorrhage, rheumatic fever, disorder of heart or blood vessels?    [ ] [✓]
   c. persistent hoarseness or cough, shortness of breath, asthma, emphysema, tuberculosis, bronchitis, disorder of respiratory system?    [ ] [✓]
   d. recurrent indigestion, ulcer, colitis, diverticulitis, hernia, intestinal bleeding, appendicitis, disorder of stomach, liver, digestive or abdominal organs?    [ ] [✓]
   e. sugar, albumin, blood or pus in urine, kidney stone, diabetes, or disorder of kidneys, bladder, prostate, or genito-urinary organs?    [ ] [✓]
   f. arthritis, gout, disorder of muscles, bones, joints or spine?    [ ] [✓]
   g. impairment of vision or hearing or disorder of eyes, ears, nose or throat?    [ ] [✓]
   h. tumor, cyst, cancer, hemorrhoids, venereal disease, anemia, disorder of blood, skin, thyroid or other glands?    [ ] [✓]

8. Are you now under observation or taking treatment?    [ ] [✓]

9. Have you had any change in weight in the past year?    [ ] [✓]

10. Other than above, have you within the past 5 years:
    a. Had any mental or physical disorder not listed above?    [ ] [✓]
    b. Had a checkup, consultation, illness, injury, surgery?    [ ] [✓]
    c. Been a patient in a hospital, clinic, sanatorium, or other medical facility?    [ ] [✓]
    d. Had electrocardiogram, X-ray, or other diagnostic test?    [ ] [✓]
    e. Been advised to have any diagnostic test, hospitalization, or surgery which was not completed?    [ ] [✓]

11. Have you ever been deferred, rejected or discharged from military service or discharged because of a physical or mental condition?    Yes [ ] No [✓]

12. Have you ever requested or received a pension, benefits, or payment because of an injury, sickness or disability?    [ ] [✓]

13. Family History: Tuberculosis, diabetes, cancer, high blood pressure, heart or kidney disease, mental illness or suicide?    [ ] [✓]

| | Age if Living? | Cause of Death | Age at Death? |
|---|---|---|---|
| Father | 67 | living + well | |
| Mother | 63 | living + well | |
| Brothers and Sisters No. Living | 1 Brother - Stephen - birth | | |
| No. Dead | 1 Sister 41 - living + well | | |

14. Females only:
    a. Have you ever had any disorder of menstruation, pregnancy or of the female organs or breasts?    Yes [ ] No [ ]
    b. Are you now pregnant? (If so, how many months?)    [ ] [ ]

Give full details in REMARKS if Answer to Question 5 is No, or if answer to Questions 2-4 or 6-14 is Yes. Identify question number and circle applicable items; include diagnoses, dates, duration and names and addresses of all attending physicians and medical facilities.

**REMARKS**

I hereby declare that, to the best of my knowledge and belief, the information given above is correctly recorded, complete and true, and I agree that the Company, believing it to be true, shall rely and act upon it accordingly.

Date *3 - 23 - 98*

Signature of Person Examined *Earl Sidwell*
(or adult applicant if person examined is under 15)

Signed at City *Urbana* State *Ill*    Witnessed by *Robert W. Oskam MD* M.D.

Form 80P (Rev. 87)    The attached authorization should be dated and signed by the person examined

04201000-1032-1194 (Front)

TABLE OF PREMIUMS AT THE CURRENT AND MAXIMUM RATES FOR THE FACE AMOUNT
AND PREMIUM CLASS OF THIS POLICY.

WE MAY CHANGE THE CURRENT PREMIUM IN ACCORDANCE WITH THE RIGHT TO CHANGE
PREMIUM PROVISION.

| POLICY YEAR | CURRENT ANNUAL LIFE INSURANCE PREMIUM | MAXIMUM ANNUAL LIFE INSURANCE PREMIUM |
|---|---|---|
| 1- 10 | 20,350.00 | 20,350.00 |
| 11 | 127,510.00 | 165,910.00 |
| 12 | 142,990.00 | 185,950.00 |
| 13 | 161,950.00 | 210,550.00 |
| 14 | 183,430.00 | 238,510.00 |
| 15 | 207,430.00 | 269,710.00 |
| 16 | 235,030.00 | 305,470.00 |
| 17 | 266,470.00 | 346,390.00 |
| 18 | 302,470.00 | 393,190.00 |
| 19 | 342,550.00 | 445,270.00 |
| 20 | 385,870.00 | 501,790.00 |
| 21 | 432,190.00 | 561,790.00 |
| 22 | 479,710.00 | 623,710.00 |
| 23 | 524,950.00 | 682,510.00 |
| 24 | 569,350.00 | 740,350.00 |
| 25 | 616,510.00 | 801,430.00 |
| 26 | 670,150.00 | 871,270.00 |
| 27 | 735,910.00 | 956,590.00 |
| 28 | 814,270.00 | 1,064,710.00 |
| 29 | 902,950.00 | 1,189,630.00 |
| 30 | 1,001,350.00 | 1,339,630.00 |
| 31 | 1,108,750.00 | 1,526,710.00 |
| 32 | 1,220,950.00 | 1,759,150.00 |
| 33 | 1,339,390.00 | 2,045,710.00 |
| 34 | 1,465,270.00 | 2,397,910.00 |
| 35 | 1,595,230.00 | 2,832,190.00 |
| 36 | 1,726,990.00 | 3,366,070.00 |
| 37 | 1,860,430.00 | 3,827,830.00 |
| 38 | 1,977,430.00 | 3,827,830.00 |
| 39 | 2,080,030.00 | 3,827,830.00 |
| 40 | 2,198,470.00 | 3,827,830.00 |
| 41 | 2,359,870.00 | 3,827,830.00 |
| 42 | 2,591,470.00 | 3,827,830.00 |
| 43 | 2,892,070.00 | 3,827,830.00 |
| 44 | 3,245,110.00 | 3,827,830.00 |
| 45 | 3,646,990.00 | 3,827,830.00 |

80-RCT 79-8                    2604663                    NEXT TO LAST PAGE

TABLE OF PREMIUMS AT THE CURRENT AND MAXIMUM RATES FOR THE FACE AMOUNT
AND PREMIUM CLASS OF THIS POLICY.   (CONTINUED)

| POLICY YEAR | CURRENT ANNUAL LIFE INSURANCE PREMIUM | MAXIMUM ANNUAL LIFE INSURANCE PREMIUM |
|---|---|---|
| 46 | 3,827,830.00 | 3,827,830.00 |
| 47 | 3,827,830.00 | 3,827,830.00 |
| 48 | 3,827,830.00 | 3,827,830.00 |
| 49 | 3,827,830.00 | 3,827,830.00 |
| 50 | 3,827,830.00 | 3,827,830.00 |
| 51 | 3,827,830.00 | 3,827,830.00 |

RENEWABLE LEVEL TERM LIFE POLICY -- INDETERMINATE PREMIUM
INSURANCE PAYABLE IN EVENT OF DEATH PRIOR TO EXPIRY DATE
PREMIUMS PAYABLE DURING TERM

NO DIVIDENDS

A. For Value Received the undersigned hereby assign, transfer and set over to **Janko Financial Group LLC**

Address **2330 Marquetta Rd**
**Peru IL 61354**

its successors and assigns, (herein called the "Assignee") Policy No. **260 4663** _____ issued by the

(herein called the "Insurer") and any supplementary contracts issued in connection therewith (said policy and contracts being herein called the "Policy"), upon the life of **James E Stilwell**

of **Atwood IL 61913** _____ and all claims, options, privileges, rights, title and interest therein and thereunder (except as provided in Paragraph C hereof), subject to and the terms and conditions of the Policy and to all superior liens, if any, which the Insurer may have against the Policy. The undersigned by this instrument jointly and severally agree and the Assignee by the acceptance of this assignment agrees to the conditions and provisions herein set forth.

B. It is expressly agreed that, without detracting from the generality of the foregoing, the following specific rights are included in this assignment and pass by virtue hereof:
1. The sole right to collect from the Insurer the net proceeds of the Policy when it becomes a claim by death or maturity;
2. The sole right to surrender the Policy and receive the surrender value thereof at any time provided by the terms of the Policy and at such other times as the Insurer may allow;
3. The sole right to obtain one or more loans or advances on the Policy, either from the Insurer or, at any time, from other persons, and to pledge or assign the Policy as security for such loans or advances;
4. The sole right to collect and receive all distributions or shares of surplus, dividend deposits or additions to the Policy now or hereafter made or apportioned thereto, and to exercise any and all options contained in the Policy with respect thereto; provided, that unless and until the Assignee shall notify the Insurer in writing to the contrary, the distributions or shares of surplus, dividend deposits and additions shall continue on the plan in force at the time of this assignment; and
5. The sole right to exercise all nonforfeiture rights permitted by the terms of the Policy or allowed by the Insurer and to receive all benefits and advantages derived therefrom.

C. It is expressly agreed that the following specific rights, so long as the Policy has not been surrendered, are reserved and excluded from this assignment and do not pass by virtue hereof:
1. The right to collect from the Insurer any disability benefit payable in cash that does not reduce the amount of insurance;
2. The right to designate and change the beneficiary;
3. The right to elect any optional mode of settlement permitted by the Policy or allowed by the Insurer; but the reservation of these rights shall in no way impair the right of the Assignee to surrender the Policy completely with all its incidents or impair any other right of the Assignee hereunder, and any designation or change of beneficiary or election of a mode of settlement shall be made subject to this assignment and to the rights of the Assignee hereunder.

D. This assignment is made and the Policy is to be held as collateral security for any and all liabilities of the undersigned or any of them, to the Assignee, either now existing or that may hereafter arise in the ordinary course of business between any of the undersigned and the Assignee (all of which liabilities secured or to become secured are herein called "Liabilities").

E. The Assignee covenants and agrees with the undersigned as follows:
1. That any balance of sums received hereunder from the Insurer remaining after payment of the then existing Liabilities, matured or unmatured, shall be paid by the Assignee to the persons entitled thereto under the terms of the Policy had this assignment not been executed;
2. That the Assignee will not exercise either the right to surrender the Policy or (except for the purpose of paying premiums) the right to obtain policy loans from the Insurer, until there has been default in any of the Liabilities or a failure to pay any premium when due, nor until twenty days after the Assignee shall have mailed, by first-class mail, to the undersigned at the addresses last supplied in writing to the Assignee specifically referring to this assignment, notice of intention to exercise such right; and
3. That the Assignee will upon request forward without unreasonable delay to the Insurer the Policy for endorsement of any designation or change of beneficiary or any election of an optional mode of settlement.

F. The Insurer is hereby authorized to recognize the Assignee's claims to rights hereunder without investigating the reason for any action taken by the Assignee, or the validity or the amount of the Liabilities or the existence of any default therein, or the giving of any notice under Paragraph E (2) above or otherwise, or the application to be made by the Assignee of any amounts to be paid to the Assignee. The sole signature of the Assignee shall be sufficient for the exercise of any rights under the Policy assigned hereby and the sole receipt of the Assignee for any sums received shall be a full discharge and release therefor to the Insurer. Checks for all or any part of the sums payable under the Policy and assigned herein, shall be drawn to the exclusive order of the Assignee if, when, and in such amounts as may be, requested by the Assignee.

G. The Assignee shall be under no obligation to pay any premium, or the principal of or interest on any loans or advances on the Policy whether or not obtained by the Assignee, or any other charges on the Policy, but any such amounts so paid by the Assignee from its own funds, shall become a part of the Liabilities hereby secured, shall be due immediately, and shall draw interest at a rate fixed by the Assignee from time to time not exceeding 6% per annum.

H. The exercise of any right, option, privilege or power given herein to the Assignee shall be at the option of the Assignee, but (except as restricted by Paragraph E (2) above) the Assignee may exercise any such right, option, privilege or power without notice to, or assent by, or affecting the liability of, or releasing any interest hereby assigned by the undersigned, or any of them.

I. The Assignee may take or release other security, may release any party primarily or secondarily liable for any of the Liabilities, may grant extensions, renewals or indulgences with respect to the Liabilities, or may apply to the Liabilities in such order as the Assignee shall determine the proceeds of the Policy hereby assigned or any amount received on account of the Policy by the exercise of any right permitted under this assignment, without resorting or regard to other security.

J. In the event of any conflict between the provisions of this assignment and provisions of the note or other evidence of any Liability, with respect to the Policy or rights of collateral security therein, the provisions of this assignment shall prevail.

K. Each of the undersigned declares that no proceedings in bankruptcy are pending against him and that his property is not subject to any assignment for the benefit of creditors.

x _____ (X) _____ **4/19/99**
  Witness                Policyowner (if company owned, name of company & title of officer signing)    Date

                         Soc. Sec./Tax ID# **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**

x _____ (X) _____ **4/19/99**
  Witness                Joint Insured/Owner, Assignee, Irrevocable Beneficiary or Spouse    Date
                         in Community Property State

Received and filed at the Home Office of The Old Line Life Insurance Company of America, 707 North Eleventh Street,
P.O. Box 401, Milwaukee, Wisconsin 53201-0401.

Date: _____ By: _____

**EXHIBIT**
**2**

## INDIVIDUAL ACKNOWLEDGMENT

State of __Illinois__

County of __Douglas__ } ss:

On the ____19th____ day of __April__ 19 99 . before me personally came

__Margaret Stilwell__ . to me known to be the individual ____ described in and who executed the

assignment on the reverse side hereof and acknowledged to me that_____ s he _____ executed the same.

_____
Notary Public

My commission expires __6-22-00__

> OFFICIAL SEAL
> RICHARD A HARRER
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES:06/22/00

## CORPORATE ACKNOWLEDGMENT

State of _____

County of _____ } ss:

On the _____ day of_____ 19 _____ . before me personally came

_____ . who being by me duly sworn, did depose and say that he resides in

_____ that he is the _____ of_____

the corporation described in and which executed the assignment on the reverse side hereof; that he knows the seal of said corporation; that

the seal affixed to said assignment is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and

that he signed his name thereto by like order.

_____
Notary Public

My commission expires _____

Duplicate received and filed at the home office of the Insurer in __Dallas TX__ . this MAY 1 4 1999 day of _____ 19 _____

_____
By
Authorized Officer

NOTE: When executed by a corporation, the corporate seal should be affixed and there should be attached to the assignment a certified
copy of the resolution of the Board of Directors authorizing the signing officer to execute and deliver the assignment in the name and on
behalf of the corporation.

# `THE OLD LINE LIFE` Insurance Company of America

ADMINISTRATIVE OFFICES / PO BOX 35844 / DALLAS TX 75235 0844
214 654 6300 / 800 487 5433 / FAX 214 654 6008



May 14, 1999

JANKO FINANCIAL GROUP
2320 MARQUETTE RD
PERU IL 61354

Re:  Insured, James Stillwell
     Policy Number   2604663
     Owner, James Stillwell

```
*********************************
*                               *
*    ASSIGNMENT VERIFICATION    *
*                               *
*********************************
```

The original document submitted to place an assignment on this policy
has been endorsed, recorded and made a part of the policy records.

The original copy of this assignment is attached for your records.

If this assignment is released or transferred, please notify us in
writing.

Prepared By:  Title Change Unit
              Policyowner Service Department

Attachment

cc:

2303
23/03
An American General Company                         ***** TA *****

SEP 08 2000 15:06 FR AG-DALLAS SERV CTR   2146546022 TO 912175783560   P.02/03

9/29/001:10P
0005890005575

10/4/0011:57
000609001321

**POOR ORIGINAL**

ADMINISTRATIVE OFFICE
PO Box 35844
Dallas TX 75235 8683
800 487 6433/214 654 6300/FAX 214 654 6001

## THE OLD LINE LIFE Insurance Company of America
### An American General Company

*NOT AN OVERLAP*

### ASSIGNMENT OF LIFE INSURANCE POLICY AS COLLATERAL

$1,500,000

A. For Value Received the undersigned hereby assign, transfer and set over to JANKO Financial Group LLC   2330 MARQUETTA RD. Peru FL 61354
PLEASE PRINT FULL NAME AND ADDRESS OF ASSIGNEE

its successors and assigns, (herein called the "Assignee") Policy No. 2604663 issued by the Company (herein called "Insurer") and any supplementary contracts issued in connection therewith (said policy and contracts being herein called the "Policy"), upon the life of JAMES F. Stilwell of ATWOOD FL. 61913 and all claims, options, privileges, rights, title and interest therein and thereunder (except as provided in Paragraph C hereof) subject to all the terms and conditions of the Policy and to all superior liens, if any, which the Insurer may have against the Policy. The undersigned by this instrument jointly and severally agree and the Assignee by the acceptance of this assignment agrees to the conditions and provisions herein set forth.

B. It is expressly agreed that, without detracting from the generality of the foregoing, the following specific rights are included in this assignment and pass by virtue hereof:
1. The sole right to collect from the Insurer the net proceeds of the Policy when it becomes a claim by death or maturity;
2. The sole right to surrender the Policy and receive the surrender value thereof at any time provided by the terms of the Policy and at such other times as the Insurer may allow;
3. The sole right to obtain one or more loans or advances on the Policy, either from the Insurer or, at any time, from other persons, and to pledge or assign the Policy as security for such loans or advances;
4. The sole right to collect and receive all distributions or shares of surplus, dividend deposits or additions to the Policy now or hereafter made or apportioned thereto, and to exercise any and all options contained in the Policy with respect thereto; provided, that unless and until the Assignee shall notify the Insurer in writing to the contrary, the distributions or shares of surplus, dividend deposits and additions shall continue on the plan in force at the time of this assignment; and
5. The sole right to exercise all nonforfeiture rights permitted by the terms of the Policy or allowed by the Insurer and to receive all benefits and advantages derived therefrom.

C. It is expressly agreed that the following specific rights, so long as the Policy has not been surrendered, are reserved and excluded from this assignment and do not pass by virtue hereof:
1. The right to collect from the Insurer any disability benefit payable in cash that does not reduce the amount of insurance;
2. The right to designate and change the beneficiary;
3. The right to elect any optional mode of settlement permitted by the Policy or allowed by the Insurer; but the reservation of these rights shall in no way impair the right of the Assignee to surrender the Policy completely with all its incidents or impair any other right of the Assignee hereunder, and any designation or change of beneficiary or election of a mode of settlement shall be made subject to this assignment and to the rights of the Assignee hereunder.

D. This assignment is made and the Policy is to be held as collateral security for any and all liabilities of the undersigned, or any of them, to the Assignee, either now existing or that may hereafter arise in the ordinary course of business between any of the undersigned and the Assignee (all of which liabilities secured or to become secured are herein called "Liabilities").

E. The Assignee covenants and agrees with the undersigned as follows:
1. That any balance of sums received hereunder from the Insurer remaining after payment of the then existing Liabilities, matured or unmatured, shall be paid by the Assignee to the persons entitled thereto under the terms of the Policy had this assignment not been executed;
2. That the Assignee will not exercise either the right to surrender the Policy or (except for the purpose of paying premiums) the right to obtain policy loans from the Insurer, until there has been default in any of the Liabilities or a failure to pay any premium when due, nor until twenty days after the Assignee shall have mailed, by first-class mail, to the undersigned at the address last supplied in writing to the Assignee specifically referring to this assignment, notice of intention to exercise such right; and
3. That the Assignee will forward without unreasonable delay to the Insurer the Policy for endorsement of any designation or change of beneficiary or any election of an optional mode of settlement.

F. The Insurer is hereby authorized to recognize the Assignee's claims to rights hereunder without investigating the reason for any action taken by the Assignee, or the validity or the amount of the Liabilities or the existence of any default therein, or the giving of any notice under Paragraph E (2) above or otherwise, or the application to be made by the Assignee of any amounts to be paid to the Assignee. The sole signature of the Assignee shall be sufficient for the exercise of any rights under the Policy assigned hereby and the sole receipt of the Assignee for any sums received shall be a full discharge and release therefor to the Insurer. Checks for all or any part of the sums payable under the Policy and assigned herein, shall be drawn to the exclusive order of the Assignee if, then, and in such amounts as may be requested by the Assignee.

G. The Assignee shall be under no obligation to pay any premium, or the principal of or interest on any loans or advances on the Policy whether or not obtained by the Assignee, or any other charges on the Policy, but any such amounts so paid by the Assignee from its own funds, shall become a part of the Liabilities hereby secured, shall be due immediately, and shall draw interest at a rate fixed by the Assignee from time to time not exceeding 6% per annum.

H. The exercise of any right, option, privilege or power given herein to the Assignee shall be at the option of the Assignee, but (except as restricted by Paragraph E (2) above) the Assignee may exercise any such right, option, privilege or power without notice to, or assent by, or affecting the liability of, or releasing any interest hereby assigned by the undersigned, or any of them.

I. The Assignee may take or release other security, may release any party primarily or secondarily liable for any of the Liabilities, may grant extensions, renewals or indulgences with respect to the Liabilities, or may apply to the Liabilities in such order as the Assignee shall determine, the proceeds of the Policy hereby assigned or any amount received on account of the Policy by the exercise of any right permitted under this assignment, without resorting or regard to other security.

J. In the event of any conflict between the provisions of this assignment and provisions of the note or other evidence of any Liability, with respect to the Policy or rights of collateral security therein, the provisions of this assignment shall prevail.

K. Each of the undersigned declares that no proceedings in bankruptcy are pending against him and that his property is not subject to any assignment for the benefit of creditors.



EXHIBIT
3

10/4/0 011:57
000609 001322

SEP 08 2000 15:07 FR AG-DALLAS SERV CTR    2146546022 TO 912175783560    9/28/001:10P
0005 0005576

Signed this _____ 25 day of September _____ 7000
                                                  YEAR

In the presence of:

William John Young _____    _____
GF    _____ ng                INSURED OR OWNER IF OTHER THAN INSURED

                              _____
                              OTHER REQUIRED SIGNATURE

                              _____
                              OTHER REQUIRED SIGNATURE

**POOR ORIGINAL**

**CORPORATE ACKNOWLEDGEMENT**

STATE OF _____ ILLINOIS _____
COUNTY OF _____ DOUGLAS _____ } ss.

On the 25th of September 2000, before me personally came Margaret Stickle
                          YEAR
_____, who being by me duly sworn, did depose and say that she resides in Arcola IL _____ that she is
the Vice President of Ames Mar Corp Inc the corporation described in and which executed the foregoing instrument; that he
knows the seal of said corporation; that the seal affixed to said assignment is such corporate seal; that it was so affixed by order of the
Board of Directors of said corporation, and that he signed his name thereto by like order.

OFFICIAL SEAL
GERALD V. ALEXANDER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4/03/02

                                          _____
                                          NOTARY PUBLIC

My commission expires _____ 4-3-02 _____

**HOME OFFICE USE ONLY**

This is to certify that the original of this collateral Assignment has been recorded with the Company.

Dated in Dallas T X _____ this _____ day of _____ OCT 0 2 2000
                                                                        YEAR

By _____

10/4/0011:57
000609001320

# THE OLD LINE LIFE Insurance Company of America

ADMINISTRATIVE OFFICES / PO BOX 35844 / DALLAS TX 75235 0844
214 654 6300 / 800 487 5433 / FAX 214 654 6008

October 3, 2000

JANKO FINANCIAL GROUP LLC
2220 MARQUETTA RD
PERU IL 61354

Re: Insured, James E Stilwell
    Policy Number  2604663
    Owner, James E Stilwell

```
***********************************
*                                 *
*     ASSIGNMENT VERIFICATION     *
*                                 *
***********************************
```

The original document submitted to place an assignment on this policy
has been endorsed, recorded and made a part of the policy records.

A copy of this assignment is attached for your records.

If this assignment is released or transferred, please notify us in
writing.

Prepared By:  Title Change Unit
              Policyowner Service Department

Attachment

cc:   W0908 FRAN TONY M CARTER
      W0090 FRAN WILLIAM J LYONS

2303
23/03
        An American General Company

                                    ***** TA *****

NOV 20 2000 11:14 FR AG-DALLAS SERV CTR    2146546022 TO 912175783560  00033 001003

**POOR ORIGINAL**

### AMERICAN GENERAL FINANCIAL GROUP

**Assignment**

- ☐ **All American Life Insurance Company (AALL)**, P.O. Box 35844 Dallas, TX 75235-8883
- ☐ **The American Franklin Life Insurance Company (AMFLIC)**, P.O. Box 19520, Springfield, IL 62794-9520
- ☐ **American General Life Insurance Company (AGL)**, P.O. Box 4373, Houston TX 77210-4373
- ☐ **The Franklin Life Insurance Company (FLIC)**, #1 Franklin Square, Springfield, IL 62713-0001
- ☒ **The Old Line Life Insurance Company of America (OLL)**, P.O. Box 35844, Dallas TX 75235-8883

Members of American General Financial Group. American General Financial Group is the marketing name for American General Corporation and its subsidiaries.

| | |
|---|---|
| **1. CONTRACT IDENTIFICATION**<br><br>☐ Check Here if New Address | You may use this form for multiple contracts that have the same contract owner and require the same signatures. All contracts must be assigned to the same assignee or all contracts released from assignment with same assignee.<br><br>CONTRACT No.: **2604663**<br><br>OWNER: **MARGARET Stilwell**    SSN/TIN OR EIN: **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**<br><br>Address: **218 N. IOWA**<br>**Atwood, IL 61913**<br><br>Phone No.: **(217) 578-3131**<br>INSURED/ANNUITANT (if other than Owner): **James E. Stilwell** |
| **2. ☐ ASSIGNMENT** | For value received, I/we hereby assign and transfer to the named Assignee/Creditor as their interest may appear, the Contract number named above, issued by the Company, upon the life as named above and all moneys now or hereafter payable thereunder, subject to the conditions of said contract, the regulations of the Company and to any lien, charge, or indebtedness thereon now or hereafter existing in favor of the Company.<br><br>Assignee/Creditor Name:<br><br>Assignee/Creditor Address: |
| **3. ☒ RELEASE OF ASSIGNMENT** | The consideration for which the Assignment was made, having been fully paid and satisfied, all right, title, and interest of the assignee in the above named Contract issued or assumed by the Company on the above named life is hereby relinquished.<br><br>Assignee/Creditor Name: **Janko Financial Group LL.C.**<br><br>Assignee/Creditor Address: **2220 Marquetta Rd Peru, IL 61354** |
| **4. SIGN HERE FOR ABOVE REQUEST** | This request must be dated and all required signatures must be written in ink, using full legal names.<br><br>To assign this contract, this request must be signed by the person or persons who have the rights of ownership under the terms of the contract. For Corporate Owned contracts, this form must be signed by one officer followed by the officer's title. The request must be accompanied by a piece of corporate letterhead or paper with the corporate seal that has been signed by that officer. For contracts owned by a Partnership, the full name of the partnership should be written followed by the signatures of any partner, other than the Insured. For contracts owned or assigned to a Trustee, Trustee signatures are required as instructed by the trust agreement.<br><br>Under penalty of perjury, the contract owner(s) certify: (1) that the number(s) shown on this form is my (are our) correct social security (or taxpayer identification) number(s); and (2) that I am (we are) not subject to backup withholding under Section 3406(A)(1)(C) of the Internal Revenue Code.<br><br>_____    _____    _____    _____<br>Signature of Owner    Date    Signature of co-owner    Date<br>(or other party interested in contract)<br><br>To release the assignment of this contract, this request must be signed by the Assignee.<br><br>X **Lawrence W. Bianchi / Authorized Member**    *In favor of Tuscola Furniture Group, LLC* |

Received and Recorded on
The Old Line Life Insurance Company of America
DEC 01 2000
ASSIGNMENT
RELEASE OF ASSIGNMENT

NO OVERLAP

EXHIBIT **4**



# THE OLD LINE LIFE Insurance Company of America

ADMINISTRATIVE OFFICES / PO BOX 35844 / DALLAS TX 75235 0844
214 654 6300 / 800 487 5433 / FAX 214 654 6008

December 4, 2000

JANKO FINANCIAL GROUP LLC
2220 MARQUETTA RD
PERU IL   61354

Policy Number    2604663         Insured, Margaret Stilwell

Owner, James E Stilwell

```
*******************************************
**                                       **
**   RELEASE OF ASSIGNMENT VERIFICATION   **
**                                       **
*******************************************
```

The original document submitted to release the assignment on this
policy has been endorsed, recorded and made a part of the policy
records.

A copy of this release of assignment is attached for your records.

Sincerely,

Title Change Unit
Policyowner Service Department

Attachment

cc:    W0908 FRAN TONY M CARTER
       W0090 FRAN WILLIAM J LYONS

23/03
        An American General Company

NOV 20 2000 11:14 FR AG-DALLAS SERV CTR    2146546022 TO 912175783560

**POOR**
**ORIGINAL**

**AMERICAN | GENERAL**
FINANCIAL GROUP

250,000

**Assignment**

- ☐ All American Life Insurance Company (AAL), P.O. Box 35844 Dallas, TX 75235-8863
- ☐ The American Franklin Life Insurance Company (AMFLIC), P.O. Box 19520, Springfield, IL 62794-9520
- ☐ American General Life Insurance Company (AGL), P.O. Box 4373, Houston TX 77210-4373
- ☐ The Franklin Life Insurance Company (FLIC), #1 Franklin Square, Springfield, IL 62713-0001
- ☒ The Old Line Life Insurance Company of America (OLL), P.O. Box 35844, Dallas TX 75235-8863

Members of American General Financial Group. American General Financial Group is the marketing name for American General Corporation and its subsidiaries.

| 1. | CONTRACT IDENTIFICATION | You may use this form for multiple contracts that have the same contract owner and require the same signatures. All contracts must be assigned to the same assignee or all contracts released from assignment with same assignee. |
|---|---|---|

☐ Check Here if New Address

CONTRACT No.: 2L04663

OWNER: Margaret Stilwell        SSN/TIN OR EIN: 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

Address: 218 N. Town

Atwood, IL 61913

Phone No.: (217) 578-3732    578-3322

INSURED/ANNUITANT (if other than Owner): James E. Stilwell

| 2. ☒ | ASSIGNMENT | For value received, I/we hereby assign and transfer to the named Assignee/Creditor as their interest may appear, the Contract number named above, issued by the Company, upon the life as named above and all moneys now or hereafter payable thereunder, subject to the conditions of said contract, the regulations of the Company and to any lien, charge, or indebtedness thereon now or hereafter existing in favor of the Company: |
|---|---|---|

Assignee/Creditor Name: Tuscola Furniture Group L.L.C.    ($250,000)

Assignee/Creditor Address: 2220 Marquette Rd Peru IL 61354

| 3. ☐ | RELEASE OF ASSIGNMENT | The consideration for which the Assignment was made, having been fully paid and satisfied, all right, title, and interest of the assignee in the above named Contract issued or assumed by the Company on the above named life is hereby relinquished. |
|---|---|---|

Assignee/Creditor Name:

Assignee/Creditor Address:

NOT AN OVERLAP

| 4. | SIGN HERE FOR ABOVE REQUEST | This request must be dated and all required signatures must be written in ink, using full legal names. |
|---|---|---|

To assign this contract, this request must be signed by the person or persons who have the rights of ownership under the terms of the contract. For Corporate Owned contracts, this form must be signed by one officer followed by the officer's title. The request must be accompanied by a piece of corporate letterhead or paper with the corporate seal that has been signed by that officer. For contracts owned by a Partnership, the full name of the partnership should be written followed by the signatures of any partner, other than the Insured. For contracts owned by or assigned to a Trustee, Trustee signatures are required as instructed by the trust agreement.

Under penalty of perjury, the contract owner(s) certify: (1) that the number(s) shown on this form is my (are our) correct social security (or taxpayer identification) number(s); and (2) that I am (we are) not subject to backup withholding under Section 3406(A)(1)(C) of the Internal Revenue Code.

**ASSIGNMENT**

Margaret Stilwell    12/1/2000
Signature of Owner    Date        Signature of co-owner    Date
(or other party interested in contract)

**RELEASE OF ASSIGNMENT**

To release the assignment of this contract, this request must be signed by the Assignee.

DEC 01 2000
Received and Recorded on
by The Old Line Life Insurance Company
Registrar


EXHIBIT 5



# THE OLD LINE LIFE Insurance Company of America

ADMINISTRATIVE OFFICES / PO BOX 35844 / DALLAS TX 75235 0844
214 654 6300 / 800 487 5433 / FAX 214 654 6008

December 4, 2000

TUSCOLA FURNITURE GROUP LLC
2220 MARQUETTA RD
PERU IL 61354

Re: Insured, James E Stilwell
    Policy Number   2604663
    Owner, Margaret Stilwell

```
**********************************
*                                *
*    ASSIGNMENT VERIFICATION     *
*                                *
**********************************
```

The original document submitted to place an assignment on this policy
has been endorsed, recorded and made a part of the policy records.

A copy of this assignment is attached for your records.

If this assignment is released or transferred, please notify us in
writing.

Prepared By:  Title Change Unit
              Policyowner Service Department

Attachment

cc:  W0908 FRAN TONY M CARTER
     W0090 FRAN WILLIAM J LYONS

2303
23/03
        An American General Company