IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO.  05-CV-02160 |
| | ) | |
| AMERICAN GENERAL LIFE | ) | Honorable Chief Judge |
| INSURANCE CO., | ) | Michael P. McCuskey |
| | ) | |
| Defendant. | ) | |

## MOTION TO AMEND

Now Comes the Plaintiff, MARGARET STILWELL, by her attorneys, Heller, Holmes & Associates, P.C., and for her Motion to Amend the Complaint to add her daughters as additional party Plaintiffs, states as follows:

1. Pursuant to discovery responses received from American General in early January, 2003, Plaintiff became aware that she is the owner of the life insurance policy at issue, Policy #2604663.

2. That although she is the Owner of the Policy, Margaret J. Stilwell is only a sixty percent beneficiary under the Policy and her daughters, Jamie Stilwell, Heidi Stilwell, Megan Stilwell, and Haley Stilwell each are ten percent beneficiaries of the policy.

3. Plaintiff, therefore, desires to amend the Complaint to add her daughters as party Plaintiffs entitled to benefit from a recovery in this lawsuit.

4. Defendant, American General Life Insurance Company, has been contacted and has no objection to the Motion to Amend.

5. Attached hereto and identified herein as Exhibit "A" is the proposed Amended Complaint.

WHEREFORE, Plaintiff, MARGARET J. STILWELL, respectfully prays this Honorable Court grant her Motion to Amend, and for such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED,


BY:   s/ Jason M. Crowder
          Attorney for Plaintiff

JASON M. CROWDER
HELLER, HOLMES & ASSOC.
1101 Broadway
P.O. Box 889
Mattoon, IL 61938
217-235-2700
Fax: 217-235-0743
crowderjason@hotmail.com
ARDC#6236907

C:\Documents and Settings\JASON\Local Settings\Temporary Internet Files\OLK57\Stilwell Motion Amend 2-7-07(bk).wpd

CERTIFICATE OF SERVICE

      I hereby certify that on February __7th__ 2006, I electronically filed ***Motion to Amend*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Cindy Motley
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle, Suite 2600
Chicago, IL 60602

      Respectfully submitted,

 s/ Jason M. Crowder
Jason M. Crowder
Heller, Holmes & Associates, P.C.
1101 Broadway, P. O. Box 889
Mattoon IL 61938-0889
Telephone: 217-235-2700
Fax: 217-235-0743
E-Mail: crowderjason@hotmail.com
ARDC#6236907
Attorneys for Plaintiff

C:\Documents and Settings\JASON\Local Settings\Temporary Internet Files\OLK57\Stilwell Motion Amend 2-7-07(bk).wpd