E-FILED
Wednesday, 03 February, 2006 03:05:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, JAMIE STILWELL, HEIDI STILWELL, MEGAN STILWELL and HALEY STILWELL, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | NO. 05-CV-02160 |
| AMERICAN GENERAL LIFE INSURANCE CO., | ) ) ) ) | Honorable Chief Judge Michael P. McCuskey |
| Defendant. | ) | |

## AMENDED COMPLAINT

NOW COME the Plaintiffs, MARGARET J. STILWELL, JAMIE STILWELL, HEIDI STILWELL, MEGAN STILWELL and HALEY STILWELL, by their attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for their Complaint for Breach of Contract against the Defendant, AMERICAN GENERAL LIFE INSURANCE COMPANY, state as follows:

1. Plaintiffs are citizens of the State of Illinois.

2. Defendant is a Texas Corporation with its principal place of business in Houston, Texas.

3. The amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Complete diversity exists between Plaintiffs and Defendant.

5. This Court has jurisdiction over this action under 28 UCS §1332.

6. That JAMES E. STILWELL had a term life insurance policy (Policy No. 2604663) with the Defendant in the amount of $4,000,000.00. Attached hereto and identified herein as EXHIBIT A is the portion of the policy in Plaintiff's possession. Plaintiff, MARGARET J. STILWELL was the owner of the policy.

7. JAMES E. STILWELL passed away on May 2, 2003

8. That the original beneficiaries under such policy is MARGARET J. STILWELL, his wife, and his four children.

9. That during his lifetime, JAMES E. STILWELL, made assignments from his insurance policy to several business creditors. He made an assignment to Citizens First National Bank (CFNB) in the amount of $1,500,000.00, an assignment to Tuscola National Bank (TNB) in the amount of $2,000,000.00, an assignment to Tuscola Furniture Group, LLC (TFG) in the amount of $250,000.00, as assignment to First Mid-Illinois Bank and Trust (First Mid) in the amount of $1,000,000.00, and two assignments to Janko Financial Group (JFG) in the amount of $2,000,000.00 cumulatively.

10. That the Defendant had knowledge of each and every assignment stated in paragraph 4 and the terms thereof.

11. That JFG released its assignments (amounting to $2,000,000.00 cumulatively) on or about November 28, 2000, and the Defendant had knowledge of such releases.

12. That upon the death of JAMES E. STILWELL, the Defendant was contractually obligated to pay out all amounts properly due on the aforementioned assignments and provide the original beneficiaries with the remainder.

13. That upon the death of JAMES E. STILWELL, CFNB and TNB were each owed an amount in excess of their assignments, and the Defendant properly issued each a check for the full amount of their assignments ($2 million to CFNB and $1,5 million to TNB).

14. That upon the death of JAMES E. STILWELL, TFG and First Mid made a joint claim to the Defendant for $512,974.50 of the life insurance monies.

15. That JAMES E. STILWELL never made a joint assignment to TFG and First Mid, and

the Defendant had knowledge that no such joint assignment had ever been made.

16. That because JAMES E. STILWELL never made a joint assignment to TFG and First Mid, TFG and First Mid had no right to pool their assignments and bring a joint claim for insurance monies.

17. That First Mid was only owed $81,000.00 as of the date of JAMES E. STILWELL'S death, and the Defendant was contractually obligated to pay First Mid this amount and nothing more.

18. That TFG claims it was owed in excess of $250,000.00 as of the date of JAMES E. STILWELL'S death, and the Defendant was contractually obligated to pay only the amount properly owed TFG up to $250,000.00, and nothing more.

19. That Defendant improperly paid TFG's claim resulting in an overpayment TFG was not due.

20. That Defendant was contractually obligated to pay Plaintiffs that amount which Defendant improperly paid to TFG.

21. That despite its knowledge that TFG and First Mid had never received a joint assignment from JAMES E. STILWELL, the Defendant improperly paid the joint claim ($512,974.50) made by TFG and First Mid, thus breaching its contract with the Plaintiff.

22. That because the Defendant failed to perform its contractual obligation to make proper payments on the aforementioned assignments, Plaintiffs failed to receive monies due them as beneficiaries of the life insurance policy.

WHEREFORE, Plaintiffs, MARGARET STILWELL, JAMIE STILWELL, HEIDI STILWELL, MEGAN STILWELL and HALEY STILWELL, respectfully pray this court enter judgment in their favor and against the Defendant, AMERICAN GENERAL LIFE INSURANCE

COMPANY, in an amount in excess of SEVENTY FIVE THOUSAND DOLLARS($75,000), together with costs and attorney's fees as well as any other relief this court would deem just, fair and equitable.

        MARGARET J. STILWELL, JAMIE STILWELL,
        HEIDI STILWELL, MEGAN STILWELL and
        HALEY STILWELL, Plaintiffs

    By   s/ Jason M. Crowder
        Of Heller, Holmes & Associates, P.C.
          Their Attorneys
        JASON M. CROWDER
        HELLER, HOLMES & ASSOC.
        1101 Broadway, P. O. Box 889
        Mattoon, IL 61938
        217-235-2700
        217-235-0743 (FAX#)
        crowderjason@hotmail.com
        ARDC#6236907

C:\Documents and Settings\JASON\Local Settings\Temporary Internet Files\OLK57\Stilwell Amend Complaint 2-7-06(bk).wpd

## JURY DEMAND

Plaintiff hereby demands trial by jury.

      MARGARET J. STILWELL, JAMIE STILWELL,
      HEIDI STILWELL, MEGAN STILWELL and
      HALEY STILWELL, Plaintiffs


    By   s/Jason M. Crowder
      Of Heller, Holmes & Associates, P.C.
       Their Attorneys
      JASON M. CROWDER
      HELLER, HOLMES & ASSOCIATES, P.C.
      1101 Broadway Avenue, P.O. Box 889
      Mattoon, IL 61938
      TEL: 217-235-2700
      FAX: 217-235-0743
      crowderjason@hotmail.com
      ARDC#6236907

C:\Documents and Settings\JASON\Local Settings\Temporary Internet Files\OLK57\Stilwell Amend Complaint 2-7-06(bk).wpd