AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Central    DISTRICT OF    Illinois

**APPEARANCE**

Case Number: 05 CV 02160

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

American General Life Insurance Company

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/13/2006 | /s/ Jason M. Kuzniar |
| Date | Signature |
| | Jason M. Kuzniar — 06270123 |
| | Print Name — Bar Number |
| | 120 N. LaSalle St., Suite 2600 |
| | Address |
| | Chicago — IL — 60602 |
| | City — State — Zip Code |
| | (312) 704-0550 — (312) 704-1522 |
| | Phone Number — Fax Number |