IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05 CV 02160 |
| | ) | |
| v. | ) | Honorable Chief Judge |
| | ) | Michael P. McCuskey |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically filed the Notice of Appearance (Docket #22) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

***By CM/ECF Electronic Notification***
Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

 _/s/ Jason M. Kuzniar_____
Jason M. Kuzniar, Bar No. 06270123
*Attorney for Defendant*

314231.1

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
Tel. (312) 704-0550
Fax (312) 704-1522
Jason.Kuzniar@wilsonelser.com

314231.1