**E-FILED**
Friday, 24 March, 2006  10:33:39 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET STILWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 05-CV-02160 |
| | ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| FIRST MID ILLINOIS BANK & TRUST, | ) | |
| TUSCOLA FURNITURE GROUP, LLC, | ) | |
| and JANKO FINANCIAL GROUP, LLC, | ) | |
| | ) | |
| Miscellaneous Parties. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that I am one of the attorneys representing the Plaintiff, Margaret Stilwell, and that on the  21ˢᵗ  day of   March    , 2006, I served true and exact copies of:

Second Request to Admit to Defendant, American General Life Insurance Co.

on opposing counsel by depositing same in the United States Mail at Mattoon, Illinois, first class postage fully prepaid, in an envelope legibly addressed to said attorney as follows:

> Cindy Motley
> Wilson, Elser Moskowitz
> 120 N. LaSalle, Suite 2600
> Chicago, IL 60602

                              s/ Jason M. Crowder
                              JASON M. CROWDER
                              HELLER, HOLMES & ASSOCIATES
                              1101 Broadway, P.O. Box 889
                              Mattoon, IL 61938
                              TEL: 217-235-2700
                              FAX: 217-235-0743
                              crowderjason@hotmail.com
                              ARDC#6236907
                              C:\Documents  and  Settings\JASON\Local  Settings\Temporary  Internet

Files\OLK57\Stilwell Cert Serv 3-21-06(bk).wpd

SUBSCRIBED AND SWORN to before me
this  21ˢᵗ  day of   March       , 2006.

   s/ Bonnie J. Kile
        Notary Public