**E-FILED**
Thursday, 30 March, 2006 01:35:57 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF  ILLINOIS

**APPEARANCE**

Case Number: 05-CV-02160

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
TUSCOLA FURNITURE GROUP, LLC

I certify that I am admitted to practice in this court.

| 3/30/2006 | /s/ Timothy J. Howard |
|---|---|
| Date | Signature |

| Timothy J. Howard | 01271202 |
|---|---|
| Print Name | Bar Number |

211 Fulton Street, Suite 600
Address

| Peoria | Illinois | 61602 |
|---|---|---|
| City | State | Zip Code |

| (309) 672-1483 | (309) 672-1568 |
|---|---|
| Phone Number | Fax Number |