IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant.<br>―――――――――――――――――――<br>FIRST MID ILLINOIS BANK & TRUST,<br>TUSCOLA FURNITURE GROUP, LLC,<br>and JANKO FINANCIAL GROUP, LLC,<br><br>Respondents in Discovery. | NO. 05-CV-02160<br><br>Honorable Chief Judge<br>Michael P. McCuskey |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Tuscola Furniture Group, LLC and Janko Financial Group, LLC, furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party or amicus the attorney represents in the case:

    **Tuscola Furniture Group, LLC and Janko Financial Group, LLC**

2. If such party or amicus is a corporation:

    a. Its parent corporation, if any;
    b. A list of corporate stock holders which are publicly held companies owning 10% or more of the stock of the party or amicus if it is a publicly held company.

    **a.  Both parties are limited liability companies.**
    **b.  None.**

3. Name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case:

**Howard & Howard Attorneys P.C.**

    Respectfully submitted,

    s/ Timothy J Howard

    Timothy J. Howard
    ARDC No. 01271202
    Howard & Howard Attorneys, P.C.
    211 Fulton Street, Suite 600
    Peoria, IL  61602-1350
    Telephone: (309) 672-1483
    Facsimile: (309) 672-1568
    Email:  THoward@howardandhoward.com

    Michael S. Seneca
    ARDC No. 06273030
    Howard & Howard Attorneys, P.C.
    211 Fulton Street, Suite 600
    Peoria, IL  61602-1350
    Telephone: (309) 672-1483
    Facsimile: (309) 672-1568
    Email:  MSeneca@howardandhoward.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2006, I electronically filed Defendants' Certificate of Interest with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

                        s/ Timothy J. Howard

                        Timothy J. Howard
                        ARDC No. 01271202
                        Howard & Howard Attorneys, P.C.
                        211 Fulton Street, Suite 600
                        Peoria, Illinois  61602-1350
                        Telephone:     (309) 672-1483
                        Facsimile:     (309) 672-1568
                        Email:  THoward@howardandhoward.com

G:\J-L\Janko financial\Stilwell\pldgs\Certificate of Interest.doc