AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

## APPEARANCE

Case Number:   05-CV-02160

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FIRST MID-ILLINOIS BANK & TRUST

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/31/2006 | /s/ Richard L. Heavner |
| Date | Signature |
| | Richard L. Heavner    01167618 |
| | Print Name    Bar Number |
| | 111 E. Main Street, Suite 200 |
| | Address |
| | Decatur    Illinois    62523 |
| | City    State    Zip Code |
| | (217) 422-1719    (217) 422-1754 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 31, 2006, I electronically filed Defendant's Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Jason Crowder
Heller Holmes & Associates PC
crowderjason@hotmail.com

Timothy J. Howard
Howard & Howard Attorneys PC
toward@howardandhoward.com

Jason M. Kuzniar
Wilson Elser Moskowitz Edelman & Dicker LLP
Jason.Kuzniar@wilsonelser.com

Daniel J. McMahon
Wilson Elser Moskowitz Edelman & Dicker LLP
Daniel.mcmahon@wilsonelser.com

Cinthia G. Motley
Wilson Elser Moskowitz Edelman & Dicker LLP
cinthia.motley@wilsonelser.com

Rebecca M. Rothmann
Wilson Elser Moskowitz Edelman & Dicker LLP
Rebecca.rothmann@wilsonelser.com

                                                /s/        Richard L. Heavner
                                                            Richard L. Heavner

Richard L. Heavner
ARDC No. 01167618
Heavner, Scott, Beyers & Mihlar
111 E. Main, Suite 200
Decatur, IL  62523
Telephone:   (217)-422-1719
Facsimile:   (217) 422-1754
Email: rickheavner@hsbattys.com