IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, | ) |
| Plaintiff, | ) |
| v. | ) 05 CV 02160 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) |
| Defendants | ) |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) |
| Third-Party Plaintiffs | ) |
| v. | ) |
| FIRST MID-ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, And JANKO FINANCIAL GROUP, LLC, | ) |
| Third Party Defendants | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for First Mid-Illinois Bank & Trust, furnishes the following in compliance with Rule 11.3 of this Court:

1. The full name of every party or amicus the attorney represents in the case:

   The First Mid-Illinois Bank & Trust

2. If such party or amicus is a corporation:

   a. Its parent corporation, if any:
   b. A list of corporate stock holders which are publicly held companies owning 10% or more of the stock of the party or amicus if it is a publicly held company.

      a.    **First Mid-Illinois Bancshares, Inc.**
      b.    **None**

3. Name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case:

Heavner, Scott, Beyers & Mihlar

          Respectfully submitted,

          /s/    Richard L. Heavner
                 Richard L. Heavner

Richard L. Heavner
ARDC No. 01167618
Heavner, Scott, Beyers & Mihlar
111 E. Main, Suite 200
Decatur, IL 62523
Telephone:    (217)-422-1719
Facsimile:    (217) 422-1754
Email: rickheavner@hsbattys.com

Julie Beyers
ARDC No. 06217185
Heavner, Scott, Beyers & Mihlar
111 E. Main, Suite 200
Decatur, IL 62523
Telephone:    (217)-422-1719
Facsimile:    (217) 422-1754
Email: juliebeyers@hsbattys.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006, I electronically filed Defendant's Certificate of Interest with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Jason Crowder
Heller Holmes & Associates PC
crowderjason@hotmail.com

Timothy J. Howard
Howard & Howard Attorneys PC
toward@howardandhoward.com

Jason M. Kuzniar
Wilson Elser Moskowitz Edelman & Dicker LLP
Jason.Kuzniar@wilsonelser.com

Daniel J. McMahon
Wilson Elser Moskowitz Edelman & Dicker LLP
Daniel.mcmahon@wilsonelser.com

Cinthia G. Motley
Wilson Elser Moskowitz Edelman & Dicker LLP
cinthia.motley@wilsonelser.com

Rebecca M. Rothmann
Wilson Elser Moskowitz Edelman & Dicker LLP
Rebecca.rothmann@wilsonelser.com

/s/      Richard L. Heavner
         Richard L. Heavner

Richard L. Heavner
ARDC No. 01167618
Heavner, Scott, Beyers & Mihlar
111 E. Main, Suite 200
Decatur, IL  62523
Telephone:   (217)-422-1719
Facsimile:   (217) 422-1754
Email: rickheavner@hsbattys.com