E-FILED
Friday, 31 March, 2006  04:01:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-CV-02160 |
| | ) | |
| v. | ) | |
| | ) | Honorable Chief Judge |
| AMERICAN GENERAL LIFE | ) | Michael P. McCuskey |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| AMERICAN GENERAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST MID ILLINOIS BANK & TRUST, | ) | |
| TUSCOLA FURNITURE GROUP, LLC, | ) | |
| and JANKO FINANCIAL GROUP, LLC, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**MOTION TO DISMISS THIRD PARTY COMPLAINT**

NOW COME Third-Party Defendants, TUSCOLA FURNITURE GROUP, LLC ("TFG") and JANKO FINANCIAL GROUP, LLC ("JFG"), by HOWARD & HOWARD ATTORNEYS, P.C. and for their Motion to Dismiss Defendant's/Third-Party Plaintiff's, AMERICAN GENERAL LIFE INSURANCE COMPANY ("American General"), Third-Party Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and Central District Local Rule 7.1 and state as follows:

1. TFG and JFG's Motion to Dismiss should be granted because American General paid them under a claim of right with complete knowledge of the underlying facts, and free from coercion, fraud or a superior bargaining position on the part of TFG or JFG. As such, if a mistake was made, it was one of law, for which American General is not allowed to recover. A "mistake of law" is defined as an erroneous conclusion to the legal effects of known facts.

2. Further, American General has not and cannot allege fraud. Its alleged "misrepresentation" was not a misrepresentation at all. Assuming a misrepresentation was made, it could not have been one of material fact.

3. American General's fraud, unjust enrichment, contribution and implied indemnity claims are nothing more than relabeled mistake claims and are defective for the same reasons as its mistake claims.

4. Even if American General's allegations stated a viable claim, the exhibits attached to its Third-Party Complaint, specifically Exhibit 4, contradict those allegations. To the extent the allegations contradict the exhibits, the exhibits control. Thus, Exhibit 4 demonstrates the extent of American General's knowledge prior to making its decision and payment to TFG and JFG.

5. TFG and JFG submit herewith and incorporate herein the Memorandum of Law in Support of their Motion to Dismiss the Third-Party Complaint.

WHEREFORE, Tuscola Furniture Group and Janko Financial Group, LLC request that this Court dismiss American General Life Insurance Company's Third-Party Complaint against them for the reasons set forth herein and also contained in their Memorandum of Law.

Dated:  March 31, 2006

                                                TUSCOLA FURNITURE GROUP, LLC
                                                and JANKO FINANCIAL GROUP, LLC


                                                By:   /s/  Timothy J. Howard
                                                     Timothy J. Howard


Timothy J. Howard
Michael S. Seneca
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, IL 61602
(309) 672-1483
(309) 672-1568 (fax)


laf\g:\j-l\janko financial\tuscola furniture grp\pldgs\appeal\motion to dismiss.doc

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system and that service was made electronically to the parties as indicated on that system.

                                            /s/   Timothy J. Howard