IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05 CV 02160 |
| ) | |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants ) | |
| _____) | |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST MID-ILLINOIS BANK & TRUST, ) | |
| TUSCOLA FURNITURE GROUP, LLC, ) | |
| And JANKO FINANCIAL GROUP, LLC, ) | |
| ) | |
| Third Party Defendants ) | |

## MOTION TO DISMISS THIRD PARTY COMPLAINT

NOW COMES the Third Party Defendant First Mid-Illinois Bank & Trust (hereinafter referred to as "First Mid") by its attorneys Heavner, Scott, Beyers, and Mihlar and for its Motion to Dismiss Third Party Complaint states as follows:

1) The Third Party Complaint filed by American General Finance (hereinafter referred to as "AGF") alleges the same causes of action, in the same counts, based on the same facts against Tuscola Furniture Group, LLC (hereinafter referred to as

"TFG"), Janko Financial Group, LLC (hereinafter referred to as "JFG") and First Mid-Illinois Bank & Trust (hereinafter referred to as "First Mid").

2) The Third Party Defendants, Tuscola Furniture Group, LLC ("TFG") and Janko Financial Group, LLC ("JFG") have filed a Motion to Dismiss Third Party Complaint along with a Memorandum of Law in Support. In the motion, TFG and JFG argue, in part, that the payments at issue were made by American General to the Third Party Defendants with full disclosure of all material facts and free from coercion, fraud or a superior bargaining position on the part of TFG or JFG. Just as American General made payment to TFG and JFG, so to did American General tender payment to First Mid. (See Exhibits to Third Party Complaint, specifically Ex. 7 and Ex. 8)

3) The facts, argument, and issues raised in the Motion to Dismiss and supporting Memorandum filed by JFG and TFG are equally applicable to AGF's claims against First Mid. Therefore, in the interest of judicial economy and pursuant to Federal Rule 10 (c), First Mid adopts, as if fully set forth herein, the Motion to Dismiss Third Party Complaint, as well as the Memorandum of Law in Support of Motion to Dismiss Third Party Complaint filed by Third Party Defendants, Tuscola Furniture Group, LLC, ("TFG") and Janko Financial Group, LLC ("JFG").

WHEREFORE, First Mid-Illinois Bank & Trust prays that this Court dismiss the Third Party Complaint, with prejudice.

              FIRST MID-ILLINOIS BANK & TRUST,
            BY /s/ Richard L. Heavner
              RICHARD L. HEAVNER

HEAVNER, SCOTT, BEYERS & MIHLAR
P.O. Box 740
Decatur, IL 62525
(217)-422-1719; (217)-422-1719 (Fascimile)

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system and that service was made electronically to the parties as indicated on that system.

Jason Crowder
Heller Holmes & Associates PC
crowderjason@hotmail.com

Timothy J. Howard
Howard & Howard Attorneys PC
toward@howardandhoward.com

Jason M. Kuzniar
Wilson Elser Moskowitz Edelman & Dicker LLP
Jason.Kuzniar@wilsonelser.com

Daniel J. McMahon
Wilson Elser Moskowitz Edelman & Dicker LLP
Daniel.mcmahon@wilsonelser.com

Cinthia G. Motley
Wilson Elser Moskowitz Edelman & Dicker LLP
cinthia.motley@wilsonelser.com

Rebecca M. Rothmann
Wilson Elser Moskowitz Edelman & Dicker LLP
Rebecca.rothmann@wilsonelser.com

/s/    Richard L. Heavner
Richard L. Heavner

HEAVNER, SCOTT, BEYERS & MIHLAR
P.O. Box 740
Decatur, IL  62525
(217)-422-1719
(217) 422-1754 (Facsimile)