**E-FILED**
Monday, 03 April, 2006  03:40:32 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-CV-02160 |
| v. | ) | |
| | ) | Honorable Chief Judge |
| AMERICAN GENERAL LIFE | ) | Michael P. McCuskey |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| AMERICAN GENERAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| FIRST MID ILLINOIS BANK & TRUST, | ) | |
| TUSCOLA FURNITURE GROUP, LLC, | ) | |
| and JANKO FINANCIAL GROUP, LLC, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**CERTIFICATE OF SERVICE**
**FOR DOCUMENT NO. 26, APPEARANCE**

I hereby certify that on March 30, 2006, I electronically filed the Appearance for Tuscola Furniture Group, LLC with the Clerk of the Court using the ECF system and that service is hereby made electronically to the parties as indicated on that system.

 s/  Timothy J. Howard

Timothy J. Howard, Bar Number 01271202
Attorney for Third-Party Defendant
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
Telephone:  (309) 672-1483
Facsimile:  (309) 672-1568
Email:  THoward@howardandhowardattorneys.com