IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL | ) ) ) ) ) | |
| Plaintiff, | ) | No. 05 CV 02160 |
| v. | ) ) | Honorable Chief Judge |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) ) | Michael P. McCuskey Magistrate Judge David G. Bernthal |
| Defendant. | ) ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) ) | |
| Third-Party Plaintiff, v. | ) ) ) ) ) | |
| FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, | ) ) ) | |
| Third-Party Defendants. | | |

**AGREED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE
RESPONSE TO THIRD-PARTY DEFENDANTS' MOTIONS TO DISMISS**

Defendant/Third-Party Plaintiff, American General Life Insurance Company ("AGL"), by its undersigned attorneys, moves this Honorable Court, pursuant to Local Rules 61.1 and 7.1(A)(3), for an extension of time in which to file its response to Third-Party Defendants' motions to dismiss ("Response"), and in support states as follows:

1. On March 31, 2006 Third-Party Defendants Tuscola Furniture Group, LLC and Janko Financial Group, LLC, filed a motion to dismiss AGL's Third-Party Complaint.

1

318968.1

2. On March 31, 2006, Third-Party Defendant First Mid-Illinois Bank & Trust also filed a motion to dismiss AGL's Third-Party Complaint.

3. Pursuant to Local Rule 7.1 AGL's Response to the Third-Party Defendants' motions to dismiss is currently due by April 14, 2006.

4. As a result of counsel's review of the Third-Party Defendants' motions and the record, counsel estimates that it will take approximately 2 additional weeks to draft a brief that responds to the complex issues the third-parties raise in their motions.

5. Despite giving priority to the preparation of a response, Counsel is unable to meet the scheduled date and requests a 14-day extension of time.

6. A continuation of the date for filing its Response to April 28, 2006, will allow sufficient time to ensure that an adequate response will be filed on behalf of AGL.

7. On April 6, 2006, counsel for AGL, spoke with counsel for Tuscola Furniture Group, LLC and Janko Financial Group, LLC, Timothy Howard, who indicated that he does not object to AGL's motion.

8. On April 6, 2006, counsel for AGL, Cinthia Motley, spoke with counsel for Tuscola Furniture Group, LLC and Janko Financial Group, LLC, Timothy Howard, who indicated that he does not object to AGL's motion.

9. On April 7, 2006, counsel for AGL, Cinthia Motley, contacted counsel for First Mid-Illinois Bank & Trust, Richard Heavner, who indicated that he does not object to AGL's motion.

10. AGL's request for an extension of time to file its Response is not brought to cause delay.

WHEREFORE, Defendant/Third-Party Plaintiff, American General Life Insurance Company prays that the Court grant an extension of time until April 28, 2006 within which to file its response to Third-Party Defendants' motions to dismiss.

    Respectfully submitted,

    THE AMERICAN GENERAL LIFE INSURANCE COMPANY

    By:   /s/ Cinthia G. Motley
          Cinthia G. Motley

    Daniel J. McMahon
    Rebecca M. Rothmann
    Cinthia G. Motley
    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    120 North LaSalle Street, Suite 2600
    Chicago, Illinois 60602
    Tel: (312) 704-0550
    Fax: (312) 704-1522

318968.1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7th, 2006, I electronically filed the above pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*By CM/ECF Electronic Notification*
Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main St , Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
thoward@howardandhoward.com

   /s/ Cinthia G. Motley
     Cinthia G. Motley

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
Tel. (312) 704-0550
Fax (312) 704-1522
Cinthia.Motley@wilsonelser.com

318968.1