**E-FILED**
Monday, 10 April, 2006  05:09:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | NO.  05-CV-02160 |
| | ) | |
| AMERICAN GENERAL LIFE | ) | Honorable Chief Judge |
| INSURANCE CO., | ) | Michael P. McCuskey |
| | ) | |
| Defendant. | ) | |

NOTICE OF DEPOSITION

TO:    SEE CERTIFICATE OF SERVICE


   PLEASE TAKE NOTICE that the undersigned counsel will take the discovery deposition of Diana Fields on the   11th   day of   May  , 2006, at   9:00   A.M., at 5847 San Filipe, Suite 2300, Houston, Texas 77057, upon oral interrogatories before a Notary Public.


   THIS NOTICE is pursuant to the Federal Rules of Civil Procedure.

   Dated: April 10, 2006.

                    MARGARET J. STILWELL,


                    By:  s/Jason J. Crowder
                        Jason M. Crowder
                        Heller, Holmes & Associates, P.C.
                        1101 Broadway, P. O. Box 889
                        Mattoon IL 61938-0889
                        Telephone: 217-235-2700
                        Fax: 217-235-0743
                        E-Mail: crowderjason@hotmail.com
                        ARDC#6236907
                        Attorneys for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on April 10th, 2006, I electronically filed *Notice of Deposition* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Cindy Motley
Wilson, Elser, Moskowitz, Edelman & Dicker
120 N. LaSalle, Suite 2600
Chicago, IL 60602

Timothy J. Howard
Howard & Howard Attorneys, P.C.
Attorneys at Law
211 Fulton Street
Suite 600
Peoria, IL 61602

Richard Heavner
Heavner, Scott, Beyers & Mihlar
P. O. Box 740
111 E. Main, Suite 200
Decatur, IL   62525

                                            Respectfully submitted,

                                            s/ Jason M. Crowder
                                            Jason M. Crowder
                                            Heller, Holmes & Associates, P.C.
                                            1101 Broadway, P. O. Box 889
                                            Mattoon IL 61938-0889
                                            Telephone: 217-235-2700
                                            Fax: 217-235-0743
                                            E-Mail: crowderjason@hotmail.com
                                            ARDC#6236907
                                            Attorneys for Plaintiff

C:\Documents and Settings\JASON\Local Settings\Temporary Internet Files\OLK57\Stilwell Dep Notice 4-10-06(bk).wpd