IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC,<br><br>Third-Party Defendants. | No. 05 CV 02160<br><br>Honorable Chief Judge<br>Michael P. McCuskey<br><br>Magistrate Judge<br>David G. Bernthal |

## CERTIFICATE OF SERVICE

    I hereby certify that I am one of the attorneys representing AMERICAN GENERAL LIFE INSURANCE COMPANY and that on that on the 20th day of April, 2006, I served a true and exact copy of DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR ADMISSION on the following in person(s) by facsimile and depositing same in the United States Mail at Chicago, Illinois, first class postage fully prepared, in an envelope legibly addressed to each of the following:

    Jason M. Crowder
    HELLER, HOLMES & ASSOC., P.C.
    1101 Broadway, P.O. Box 889
    Mattoon, IL 61938
    (217) 235-2700
    (217) 235-0743 (Fax#)
    crowderjason@hotmail.com.

    Richard L Heavner
    HEAVNER SCOTT BEYERS & MIHLAR
    111 E Main St , Suite 200
    Decatur, IL 62523
    217-422-1719
    Fax: 217-422-1754
    richardheavner@hsbattys.com

            Timothy J Howard
            HOWARD & HOWARD
            ATTORNEYS PC
            211 Fulton St, Ste 600
            Peoria, IL 61602-1350
            309-672-1483
            Fax: 309-672-1568
            thoward@howardandhoward.com

        /s/Cinthia G. Motley
Cinthia G. Motley  Attorney Bar Number: 6280676
Attorney for American General Life Insurance Company
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
120 N. LaSalle Street, Suite 2600
Chicago, Illinois 60602
TEL: 312-704-0550
FAX: 312-0704-1522
cinthia.motley@wilsonelser.com

321626.1

## CERTIFICATE OF SERVICE

  I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by U.S. Mail, postage fully paid, this 20th day of April, 2006, to the following:

Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main St , Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
thoward@howardandhoward.com

/s/ Cinthia G. Motley
Cinthia G. Motley
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER, LLP
120 N. LaSalle Street, Suite 2600
Chicago, Illinois 60602
TEL: 312-704-0550
FAX: 312-0704-1522
cinthia.motley@wilsonelser.com