IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 05-CV-02160 |
| | ) | |
| v. | ) | |
| | ) | Honorable Chief Judge |
| AMERICAN GENERAL LIFE | ) | Michael P. McCuskey |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| AMERICAN GENERAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST MID ILLINOIS BANK & TRUST, | ) | |
| TUSCOLA FURNITURE GROUP, LLC, | ) | |
| and JANKO FINANCIAL GROUP, LLC, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

### ENTRY OF APPEARANCE OF ATTORNEY

The undersigned, Michael S. Seneca, Esq., hereby enters the appearance of Third Party Defendnats, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, in the above-entitled cause and HOWARD & HOWARD ATTORNEYS, P.C. as attorneys therein. The undersigned hereby certifies that he is a member in good standing of the Bar of this Court.

HOWARD & HOWARD ATTORNEYS, P.C.

By: /s/   Michael S. Seneca
Michael S. Seneca, Esq.
Howard & Howard Attorneys, P.C.
211 Fulton, Suite 600
Peoria, IL 61602
(309) 672-1483
(309) 672-1568 (fax)
Email: mss@h2law.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 8, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system and that service was made electronically to the parties as indicated on that system.

/s/   Michael S. Seneca

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568