E-FILED
Friday, 12 May, 2006 03:36:28 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

CENTRAL                 DISTRICT OF                 ILLINOIS

## APPEARANCE

Case Number: 05-CV-02160

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FIRST MID-ILLINOIS BANK & TRUST

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/12/2006 | /s/ Julie Beyers |
| Date | Signature |
| | Julie Beyers — 6217185 |
| | Print Name — Bar Number |
| | 111 E. Main Street, Suite 200 |
| | Address |
| | Decatur, Illinois 62523 |
| | City — State — Zip Code |
| | (217) 422-1719 — (217) 422-1754 |
| | Phone Number — Fax Number |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2006, I electronically filed Third Party Defendant's Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Jason Crowder
Heller Holmes & Associates PC
crowderjason@hotmail.com

Timothy J. Howard
Howard & Howard Attorneys PC
thoward@howardandhoward.com

Michael S. Seneca
Howard & Howard Attorneys PC
mseneca@howardandhoward.com

Jason M. Kuzniar
Wilson Elser Moskowitz Edelman & Dicker LLP
Jason.Kuzniar@wilsonelser.com

Daniel J. McMahon
Wilson Elser Moskowitz Edelman & Dicker LLP
Daniel.mcmahon@wilsonelser.com

Cinthia G. Motley
Wilson Elser Moskowitz Edelman & Dicker LLP
cinthia.motley@wilsonelser.com

Rebecca M. Rothmann
Wilson Elser Moskowitz Edelman & Dicker LLP
Rebecca.rothmann@wilsonelser.com

/s/    Julie Beyers
       Julie Beyers

Julie Beyers
ARDC No. 6217185
Heavner, Scott, Beyers & Mihlar
111 E. Main, Suite 200
Decatur, IL  62523
Telephone:   (217)-422-1719
Facsimile:    (217) 422-1754
Email: juliebeyers@hsbattys.com