IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05 CV 02160 |
| ) | |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants ) | |
| _____) | |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST MID-ILLINOIS BANK & TRUST, ) | |
| TUSCOLA FURNITURE GROUP, LLC, ) | |
| And JANKO FINANCIAL GROUP, LLC, ) | |
| ) | |
| Third-Party Defendants. ) | |

**OBJECTION TO MAGISTRATE'S REPORT AND RECOMMENDATION**

NOW COMES Third-Party Defendants, TUSCOLA FURNITURE GROUP, LLC and JANKO FINANCIAL GROUP, LLC (hereinafter referred to as "TFG" and "JFG" respectively), by Howard & Howard Attorneys, P.C., and for their Objection to Magistrate's Report and Recommendation on their Motion to Dismiss Third-Party Complaint state as follows:

1.      First Mid-Illinois Bank & Trust ("First Mid") filed an objection to the Magistrate's Report and Recommendation; and

2. For the sake of brevity, TFG and JFG wish to incorporate the objections articulated in Mid-Illinois' Objection.

WHEREFORE, Tuscola Furniture Group, LLC and Janko Financial Group pray this Court uphold the objections noted herein and in First-Mid's Objection and pray that the Court dismiss the Third-Party Complaint with Prejudice.

Respectfully submitted,

s/ Timothy J Howard

Timothy J. Howard
ARDC No. 01271202
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, IL  61602-1350
Telephone:     (309) 672-1483
Facsimile:     (309) 672-1568
Email:  THoward@howardandhoward.com

Michael S. Seneca
ARDC No. 06273030
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, IL  61602-1350
Telephone:     (309) 672-1483
Facsimile:     (309) 672-1568
Email:  MSeneca@howardandhoward.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2006, I electronically filed Defendants' Motion to Join First Mid-Illinois Bank & Trusts' Objection to Magistrate's Report and Recommendation with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

s/ Timothy J. Howard

Timothy J. Howard
ARDC No. 01271202
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois  61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email:  THoward@howardandhoward.com

jen;G:\J-L\Janko financial\Stilwell\pldgs\ObjectiontoMagistrateReportandRecom7-10-06.doc
(17379-4)