UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| **MARGARET STILLWELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2160 |
| ) | |
| **AMERICAN GENERAL LIFE INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| Defendants. ) | |

_____

**OPINION**
_____

On June 23, 2006, the Magistrate Judge filed a Report and Recommendation (#42) in the above cause. The Magistrate Judge recommended that the Third Party Defendants' Motions to Dismiss Third Party Complaint (#30, #32) be DENIED.

On July 10, 2006, Third Party Defendants Tuscola Furniture Group, Janko Financial Group, and First Mid-Illinois Bank & Trust filed their Objections to the Report and Recommendation (#43, #44). This court has reviewed the Magistrate Judge's reasoning and the Third Party Defendants' Objections. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Third Party Defendants' Motions to Dismiss Third Party Complaint (#30, #32) are DENIED.

(2) Third Party Defendants are allowed twenty-one (21) days from the entry of this order to file an answer to the Third Party Complaint filed by American General Life Insurance Company.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 11th day of July, 2006

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE