IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05 CV 02160 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) |
| Defendants | ) |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| FIRST MID-ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, And JANKO FINANCIAL GROUP, LLC, | ) |
| Third-Party Defendants. | ) |

## ANSWER AND AFFIRMATIVE DEFENSES

NOW COME TUSCOLA FURNITURE GROUP, LLC ("TFG") and JANKO FINANCIAL GROUP, LLC ("JFG"), two of the Third-Party Defendants, by Howard & Howard Attorneys, P.C., and for their Answer and Affirmative Defenses to AMERICAN GENERAL LIFE INSURANCE COMPANY's ("AGL") Third-Party Complaint state:

1. TFG and JFG, admit the allegations of Paragraph 1.

2. TFG and JFG, admit on information and belief the allegations of Paragraph 2.

3. TFG and JFG, admit the allegations of Paragraph 3.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

4.  TFG and JFG, admit the allegations of Paragraph 4.

5.  TFG and JFG, deny the allegations of Paragraph 5. TFG and JFG admit that the Policy was issued to Margaret Stillwell as owner on the life of James Stillwell.

6.  TFG and JFG, admit the allegations of Paragraph 6.

7.  TFG and JFG, admit the allegations of Paragraph 7.

8.  TFG and JFG, admit the allegations of Paragraph 8.

9.  TFG and JFG, admit the allegations of Paragraph 9.

10. TFG and JFG, have no direct personal knowledge of when AGL received the assignment. JFG admits that it received correspondence from AGL confirming receipt, endorsement and recording.

11. TFG and JFG, admit the allegations of Paragraph 11.

12. TFG and JFG, have no direct personal knowledge of when AGL received the assignment. JFG admits that it received correspondence from AGL confirming receipt, endorsement and recording.

13. TFG and JFG, admit the allegations of Paragraph 13. TFG and JFG further state that Larry Bianchi received instruction, assistance and the proper paperwork on how to assign from JFG to TFG from James Stilwell and AGL.

14. TFG and JFG, have no direct personal knowledge of when AGL received the assignment. JFG admits that it received correspondence from AGL confirming receipt, endorsement and recording.

15. TFG and JFG, admit the allegations of Paragraph 15.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

16.   TFG and JFG, have no direct personal knowledge of when AGL received the assignment.   JFG admits that it received correspondence from AGL confirming receipt, endorsement and recording.

17.   TFG and JFG, admit the allegations of Paragraph 17.

18.   TFG and JFG have no direct personal knowledge of when or if First Mid received a claimant statement form.  JFG and TFG admit that TFG received a claimant statement form.

19.   TFG and JFG, admit the allegations of Paragraph 19.

20.   TFG and JFG, admit the allegations of Paragraph 20.

21.   TFG and JFG, admit the allegations of Paragraph 21.

22.   TFG and JFG, admit the allegations of Paragraph 22.

23.   TFG and JFG, admit the allegations of Paragraph 23.

24.   TFG and JFG, admit the allegations of Paragraph 24.

25.   TFG and JFG, admit the allegations of Paragraph 25.

26.   TFG and JFG, admit the allegations of Paragraph 26.

27.   TFG and JFG, admit they received the June 10, 2003 correspondence requesting verification.

28.   TFG and JFG, admit the allegations of Paragraph 28.

29.   TFG and JFG, admit the allegations of Paragraph 29.

30.   TFG and JFG, admit the allegations of Paragraph 30.

31.   TFG and JFG, admit the allegations of Paragraph 31.

32.   TFG and JFG, deny the allegations of Paragraph 32 because the Third-Party Defendants, TFG and JFG provided AGL with documents for it to conduct its own review and

stated, "I believe that the enclosed letters dated 12 May 2003 and 28 May 2003, provide AGL with releases for all assignments totaling $3,250,000. . . ."

33. TFG and JFG admit that AGL issued a check but deny the remaining allegations of Paragraph 33.

34. TFG and JFG, admit the allegations of Paragraph 34.

35. TFG and JFG, admit that the Plaintiff makes the allegations described in Paragraph 35.

36. TFG and JFG, admit the allegations of Paragraph 36.

## COUNT I
## CONSTRUCTIVE TRUST OR EQUITABLE LIEN (FRAUD)

1-36. TFG and JFG, adopt the responses to Paragraphs 1-36 as if fully set forth herein.

37. Third Party Defendants, TFG and JFG deny the allegations of Paragraph 37.

38. Third Party Defendants, TFG and JFG deny the allegations of Paragraph 38.

39. Third Party Defendants, TFG and JFG deny the allegations of Paragraph 39.

40. Third Party Defendants, TFG and JFG deny the allegations of Paragraph 40.

41. Third Party Defendants, TFG and JFG deny the allegations of Paragraph 41.

42. Third Party Defendants, TFG and JFG deny the allegations of Paragraph 42.

## COUNT II
## CONSTRUCTIVE TRUST OR EQUITABLE LIEN BASED (MISTAKE)

1-36. Third-Party Defendants, TFG and JFG, adopt the responses to Paragraphs 1-36 as if fully set forth herein.

37. TFG and JFG deny the allegations of Paragraph 37.

38. TFG and JFG deny the allegations of Paragraph 38.

39. TFG and JFG deny the allegations of Paragraph 39.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

40. TFG and JFG deny the allegations of Paragraph 40.

41. TFG and JFG deny the allegations of Paragraph 41.

42. TFG and JFG deny the allegations of Paragraph 42.

## COUNT III
## RESTITUTION/UNJUST ENRICHMENT (FRAUD)

1-42. TFG and JFG, adopt the responses to Paragraphs 1-42 as if fully set forth herein.

43. TFG and JFG deny the allegations of Paragraph 43.

44. TFG and JFG deny the allegations of Paragraph 44.

45. TFG and JFG deny the allegations of Paragraph 45.

## COUNT IV
## RESTITUTION/UNJUST ENRICHMENT (MISTAKE)

1-42. TFG and JFG, adopt the responses to Paragraphs 1-42 as if fully set forth herein.

43. TFG and JFG deny the allegations of Paragraph 43.

44. TFG and JFG deny the allegations of Paragraph 44.

45. TFG and JFG deny the allegations of Paragraph 45.

## COUNT V
## CONTRIBUTION

1-42. TFG and JFG, adopt the responses to Paragraphs 1-42 as if fully set forth herein.

43. TFG and JFG deny the allegations of Paragraph 43.

44. TFG and JFG deny the allegations of Paragraph 44.

45. TFG and JFG deny the allegations of Paragraph 45.

## COUNT VI
## IMPLIED INDEMNITY

1-42. TFG and JFG, adopt the responses to Paragraphs 1-42 as if fully set forth herein.

43. TFG and JFG deny the allegations of Paragraph 43.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

44. TFG and JFG deny the allegations of Paragraph 44.

45. TFG and JFG deny the allegations of Paragraph 45.

46. TFG and JFG deny the allegations of Paragraph 46.

47. TFG and JFG deny the allegations of Paragraph 47.

48. TFG and JFG deny the allegations of Paragraph 48.

49. TFG and JFG deny the allegations of Paragraph 49.

50. TFG and JFG deny the allegations of Paragraph 50.

51. TFG and JFG deny the allegations of Paragraph 51.

## AFFIRMATIVE DEFENSES
### Factual Allegations

1. Margaret Stillwell, the wife of James Stilwell, was the owner and beneficiary of a life insurance policy issued by American General Life Insurance Company ("AGL") insuring the life of James Stillwell and being Policy #2604663 the ("Policy").

2. At all relevant times Amishland Country Village, Inc. ("Amishland") was in the business of selling Amish furniture.

3. James Stilwell was President of Amishland.

4. Prior to November 17, 2000, Amishland had a consignment agreement with JFG pursuant to which JFG financed the inventory of Amish crafted furniture. Amishland lacked the resources to finance its inventory. In exchange Amishland made principal and consignment payments to JFG. In addition, Amishland agreed to maintain life insurance and pay the premiums in an amount of at least $2,000,000 with First Mid and JFG as the named beneficiaries. Further, James and Margaret Stillwell executed a personal Guaranty on the borrowed funds.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

Howard ⬛ Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

5. Thereafter, TFG was created by JFG to take over the consignment business with Amishland. JFG owned and owns seventy percent (70%) of TFG.

6. TFG and JFG entered into an assignment and assumption agreement whereby JFG transferred to TFG all contracts and rights (including assignments of the Policy) regarding consignment of Amish furniture with Amishland to TFG.

7. On November 17, 2000 Amishland entered into a consignment agreement with the newly formed TFG pursuant to which TFG financed the inventory of Amish crafted furniture. Amishland still lacked the financial resources to finance its inventory. In exchange, Amishland made principal and consignment payments to TFG. Section 3.9 of the consignment agreement required Amishland to maintain lifer insurance and pay the premiums in an amount of at least $1,250,000 with First Mid and TFG as the named beneficiaries. Further, James and Margaret Stillwell executed a personal Guaranty on the borrowed funds.

8. In furtherance of the November 17, 2000 consignment agreement, on November 28, 2000, Margaret made an assignment in the amount of $250,000 under the Policy to TFG.

9. Margaret then assigned $1,000,000 under the Policy to First Mid.

10. Because the required assignment of $1,250,000 to both First Mid and TFG as joint beneficiaries had not been made properly in one assignment as required by the November 17, 2000 consignment agreement, with the assistance of AGL and James Stillwell, JFG released its assignment under the Policy from Margaret "in favor of Tuscola Furniture Group, LLC."

11. On May 12, 2003, First Mid submitted a completed to AGL a claim form for $512,974.50 on behalf of Bank, JFG and TFG with a cover letter. The cover letter advised AGL that First Mid, JFG and TFG were making a joint claim for collateral assignments securing

unpaid obligations. The May 12, 2003 cover letter itemized the $512,974.50 still due and owing to First Mid, TFG and JFG.

12. James Stillwell died on May 2, 2003.

13. After Mr. Stillwell's death, AGL provided claimant statement forms to TFG and First Mid. On May 12, 2003, First Mid submitted a completed claim for on behalf of First Mid, TFG and JFG with a cover letter. That same day, Lawrence Bianchi forwarded a separate correspondence to AGL along with a completed claim form for TFG and JFG. The correspondence made a joint application for proceeds and provided an itemized amount of the unpaid debt secured by the Policy. On May 28, 2003, Mr. Bianchi amended his earlier letter because he inadvertently failed to include the November 21, 2000 assignment in the amount of $250,000 in his May 12, 2003 correspondence to AGL.

14. On June 10, 2003, AGL sent correspondence to TFG and JFG requesting verification of the assignments and confirmation of the debt.

15. On June 11, 2003, Mr. Bianchi sent a correspondence to AGL which detailed the events leading up to the assignments and provided copies of the assignments and provided copies of the consignment agreements, including the November 17, 2000 consignment agreement requiring TFG and First Mid to receive a joint assignment of $1,250,000 under the Policy for AGL to independently review.

16. Upon James Stillwell's death, AGL paid the sum of $512,974 to TFG, JFG and First Mid.

17. In paying TFG and JFG, AGL made and relied upon its own evaluation of the legal effect of the documents propounded to it by TFG and JFG.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

18. After James Stilwell's death, Margaret filed her current Complaint against AGL's alleging its payment to TFG, JFG and Bank breached Policy #2604663 because JFG had released its assignment and because TFG, JFG and Bank never received a joint assignment from her and therefore could not make a joint claim.

19. AGL answered Margaret's Complaint by denying all allegations that its payments to TFG and JFG were improper. AGL, nevertheless, brought this third party action asserting that if it is liable to Margaret for improper payment, TFG, JFG and Bank are liable to it for the amounts improperly paid.

### First Affirmative Defense

AGL's Third Party Complaint is barred by the voluntary payments doctrine.

### Second Affirmative Defense

Count V fails to state a claim upon which relief may be granted.

### Third Affirmative Defense

Count VI fails to state a claim upon which relief may be granted.

Respectfully submitted,

TUSCOLA FURNITURE GROUP and
JANKO FINANCIAL GROUP


s/ Timothy J Howard

Timothy J. Howard
ARDC No. 01271202
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, IL 61602-1350
Telephone:   (309) 672-1483
Facsimile:   (309) 672-1568
Email:  THoward@howardandhoward.com

9

**Howard & Howard**
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

Michael S. Seneca
ARDC No. 06273030
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, IL 61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email:  <u>MSeneca@howardandhoward.com</u>

## CERTIFICATE OF SERVICE

I hereby certify that on July ___, 2006, I electronically filed Defendants' Answer and Affirmative Defenses with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Howard & Howard
law for business®

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

s/ Timothy J. Howard

Timothy J. Howard
ARDC No. 01271202
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois  61602-1350
Telephone:   (309) 672-1483
Facsimile:   (309) 672-1568
Email: THoward@howardandhoward.com

G:\J-L\Janko financial\tuscola furniture grp\pldgs\Appeal\Answer and Aff Def 7-12-06.doc