E-FILED
Thursday, 03 August, 2006  08:38:38 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, JAMIE STILWELL, HEIDI STILWELL, MEGAN STILWELL and HALEY STILWELL, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) ) NO. 05-CV-02160 |
| AMERICAN GENERAL LIFE INSURANCE CO., | ) ) Honorable Chief Judge ) Michael P. McCuskey ) |
| Defendant. | ) |

### 2nd MOTION TO AMEND

NOW COME the Plaintiffs, MARGARET J. STILWELL, JAMIE STILWELL, HEIDI STILWELL, MEGAN STILWELL and HALEY STILWELL, by their attorneys, HELLER, HOLMES & ASSOCIATES, P.C. and for their Motion to Amend the Amended Complaint to add Count II for Conversion and also a request for interest pursuant to 215 ILCS 5/224(1)(l), states as follows:

1. Original Plaintiff MARGARET J. STILWELL filed a Motion to Amend on February 7, 2006 to add her daughters as additional party Plaintiffs.

2. Plaintiffs desire to amend the Amended Complaint to add a second Count for Conversion.

3. Plaintiffs desire to amend the Amended Complaint to add a request for interest, accrued from the date of death of JAMES STILWELL to present, on the monies due to the original beneficiaries pursuant to 215 ILCS 5/224.

4.  Defendant, American General Life Insurance Company, was placed on notice of Plaintiffs forthcoming request for attorneys fees prior to the settlement conference.

5.  This proceeding is in the discovery stages and the trial date is far enough in the future that such amendments would not result in prejudice to the Defendant.

6.  Attached hereto and identified herein as Exhibit "A" is the proposed Amended Complaint.

WHEREFORE Plaintiffs, MARGARET J. STILWELL, JAMIE STILWELL, HEIDI STILWELL, MEGAN STILWELL and HALEY STILWELL, respectfully pray this Honorable Court grant their Motion to Amend, and for such other and further relief as this court deems just and proper.

RESPECTFULLY SUBMITTED,

By    s/Jason M. Crowder

Of Heller, Holmes & Associates, P.C.
Their Attorneys
JASON M. CROWDER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
crowderjason@hotmail.com
ARDC#6236907

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system and that service was made electronically to the parties as indicated on that system.

Cinthia G. Motley
Wilson Elser Moskowitz Edelman & Dicker LLP
cinthia.motley@wilsonelser.com

Michael S. Seneca
mseneca@howardandhoward.com

Richard L. Heavner
richardheavner@hsbattys.com

                    By s/ Jason M. Crowder
                    Of Heller, Holmes & Associates, P.C.
                    Their Attorneys
                    JASON M. CROWDER
                    HELLER, HOLMES & ASSOCIATES, P.C.
                    1101 Broadway Avenue, P.O. Box 889
                    Mattoon, IL 61938
                    TEL: 217-235-2700
                    FAX: 217-235-0743
                    crowderjason@hotmail.com
                    ARDC#6236907