07478.00134

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>        Defendants.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC,<br><br>        Third-Party Defendants. | No. 05 CV 02160<br><br>Honorable Chief Judge<br>Michael P. McCuskey<br><br>Magistrate Judge<br>David G. Bernthal |

**NOTICE OF DEPOSITION**

To:    See Attached Service List

YOU ARE HEREBY NOTIFIED that the undersigned will take the deposition of the Plaintiff Lawrence W. Bianchi before a notary public or any other duly authorized officer in the City of Champaign commencing on the date below at 2:00 p.m.

**DEPONENT:**    **LAWRENCE W. BIANCHI**

**DATE:**    **August 31, 2006**

**TIME:**    **2:00 p.m.**

**ADDRESS**:    **301 West White Street**
                  **Champaign, IL 61820**

341170.1
338597.1

- 2 -

YOU ARE HEREBY FURTHER NOTIFIED that pursuant to the Federal Rules of Civil Procedure that you are by this Notice required to have present at the date, time and place stated, the said deponent for oral examination for the purpose of discovery.

                                  **AMERICAN GENERAL LIFE INSURANCE COMPANY**

                                  By: _____/s/ Cinthia G. Motley_____
                                           Cinthia G. Motley

                                         Daniel J. McMahon
                                         Rebecca M. Rothmann
                                         Cinthia G. Motley
                            WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP
                              120 North La Salle Street, Suite 2600
                              Chicago, Illinois 60602
                              (312) 704-0550

## CERTIFICATE OF SERVICE

     The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing notice was deposited in the U.S. Mail, postage prepaid, enclosed in an envelope properly addressed to all counsel listed on the attached service list on this 7th day of August, 2006.

                                                      /s/ Cinthia G. Motley
                                                          Cinthia G. Motley

## SERVICE LIST
*Margaret Stilwell v. American General Life Ins. Co.*

| | |
|---|---|
| Jason M. Crowder<br>HELLER, HOLMES & ASSOC., P.C.<br>1101 Broadway, P.O. Box 889<br>Mattoon, IL 61938<br>(217) 235-2700<br>(217) 235-0743 (Fax#)<br>crowderjason@hotmail.com. | Richard L Heavner<br>HEAVNER SCOTT BEYERS & MIHLAR<br>111 E Main St., Suite 200<br>Decatur, IL 62523<br>217-422-1719<br>Fax: 217-422-1754<br>richardheavner@hsbattys.com<br><br>Timothy J Howard<br>HOWARD & HOWARD ATTORNEYS PC<br>211 Fulton St, Ste 600<br>Peoria, IL 61602-1350<br>309-672-1483<br>Fax: 309-672-1568<br>thoward@howardandhoward.com |

- 3 -