E-FILED
Monday, 21 August, 2006  01:44:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05 CV 02160 |
| ) | |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants ) | |
| _____) | |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST MID-ILLINOIS BANK & TRUST, ) | |
| TUSCOLA FURNITURE GROUP, LLC, ) | |
| And JANKO FINANCIAL GROUP, LLC, ) | |
| ) | |
| Third-Party Defendants. ) | |

**ANSWER OF CROSS-CLAIM DEFENDANTS, TUSCOLA FURNITURE
GROUP, LLC AND JANKO FINANCIAL GROUP, LLC
TO CROSSCLAIM OF FIRST MID-ILLINOIS BANK & TRUST**

NOW COME Defendants, TUSCOLA FURNITURE GROUP, LLC ("TFG") and JANKO FINANCIAL GROUP, LLC ("JFG"), by Howard & Howard Attorneys, P.C. and for their Answer to Crossclaim of First Mid Illinois Bank & Trust ("First Mid") states:

1. On October 27, 1998, The Old Line Life Insurance Company of America issued Policy No. 2604663 (the Policy) on the life of James Stilwell with a face amount of

$4,000,000.00. The Policy was later held by American General Life Insurance Company ("AGL").

**ANSWER**: TFG and JFG, admit the allegations of Paragraph 1.

2. Margaret Stilwell was the owner of the Policy.

**ANSWER**: TFG and JFG, admit the allegations of Paragraph 2.

3. On April 19, 1999, Margaret Stilwell executed an assignment under the Policy in the amount of $500,000.00 to JFG.

**ANSWER**: TFG and JFG, admit the allegations of Paragraph 3.

4. On September 25, 2000, Margaret Stilwell executed another assignment under the Policy in the amount of $1,500,000.00 to JFG.

**ANSWER**: TFG and JFG, admit the allegations of Paragraph 4.

5. On November 28, 2000, Lawrence Bianchi, on behalf of JFG, released the above assignments to and in favor of Tuscola Furniture Group, LLC (hereinafter referred to as TFG).

**ANSWER:** TFG and JFG, admit the allegations of Paragraph 5.

6. On November 28, 2000, Margaret Stilwell executed a form assignment under the Policy in the amount of $250,000.00 to TFG.

**ANSWER:** TFG and JFG, admit the allegations of Paragraph 6.

7. On January 11, 2001, Margaret Stilwell executed an assignment under the policy at issue in this cause in the amount of $1,000,000.00, to First Mid-Illinois Bank & Trust.

**ANSWER:** TFG and JFG, admit the allegations of Paragraph 7.

8. James Stilwell died on or about May 2, 2003.

**ANSWER**: TFG and JFG, admit the allegations of Paragraph 8.

9. After the death of James Stilwell, First Mid and TFG made a joint application for payment under the subject insurance Policy.

**ANSWER**: TFG and JFG, admit the allegations of Paragraph 9.

10. After application for payment was made, the Defendant, Third Party Plaintiff, American General Life Insurance Company requested certain additional information concerning the claims for payment.

**ANSWER:** TFG and JFG, admit the allegations of Paragraph 10.

11. Thereafter, Lawrence Bianchi, on behalf of both TFG and JFG sent correspondence which explained the chain of events concerning the assignments pursuant to which TFG made its claim for payment.

**ANSWER**: TFG and JFG, admit the allegations of Paragraph 11.

12. The Plaintiff's Complaint and the Third Party Complaint both revolve around whether the release by JFG "in favor of TFG" as shown in Exhibit 4 attached to the Third Party Complaint legally assigned JFG's rights in the proceeds of the policy at issue to TFG.

**ANSWER**: TFG and JFG, deny the allegations of Paragraph 12. The issues of voluntary payments and reformation are also present in this case.

13. With respect to the presentation of the joint application for payment to American General Finance, all representations concerning the validity of the assignment under which TFG requested payment, as well as the release of JFG's assignment in favor of TFG, were made by Lawrence Bianchi on behalf of JFG and TFG.

**ANSWER**: TFG and JFG deny Lawrence Bianchi did not make any representations concerning the validity of the assignments or release. He simply identified the transaction and provided the documents to AGL for its own independent review and determination.

14.     If there was any fraud, misrepresentation or mistake made in the joint application for payment, which First Mid expressly denies, any such acts were committed by TFG and JFG, not First Mid.

**ANSWER**:  TFG and JFG, deny the allegations of Paragraph 14.

15.     By virtue of the foregoing, if the Third Party Defendants are found liable to the Third-Party Plaintiff, in any amount whatsoever, which liability is expressly denied, then First Mid is entitled to contribution from the Third Party Defendants JFG and TFG based on their portion of fault as determined by this Court.

**ANSWER:**  TFG and JFG, deny the allegations of Paragraph 15.

WHEREFORE, Crossclaim Defendants, Tuscola Furniture Group, LLC and Janko Financial Group, LLC pray this Court grant judgment in their favor and against First Mid-Illinois Bank & Trust on claims of contribution.

### FIRST AFFIRMATIVE DEFENSE

NOW COME Crossclaim Defendants, Tuscola Furniture Group, LLC and Janko Financial Group, LLC and for their Affirmative Defense to the Crossclaim of First Mid Illinois Bank & Trust state:

1.     AGL brings its third-party complaint against First Mid, TFG and JFG asserting fraud, contribution, mistake and implied indemnity.

2.     If First Mid is found liable on AGL's claims of fraud and contribution, it may not seek contribution against TFG and JFG for those claims.

WHEREFORE, Tuscola Furniture Group, LLC and Janko Financial Group, LLC, pray this Court enter judgment in their favor and against First Mid Illinois Bank & Trust on the Crossclaim.

        Respectfully submitted,

        TUSCOLA FURNITURE GROUP and
        JANKO FINANCIAL GROUP


        /s/ Timothy J Howard
        Timothy J. Howard
        ARDC No. 01271202
        Howard & Howard Attorneys, P.C.
        211 Fulton Street, Suite 600
        Peoria, IL  61602-1350
        Telephone:    (309) 672-1483
        Facsimile:    (309) 672-1568
        Email:  THoward@howardandhoward.com

        Michael S. Seneca
        ARDC No. 06273030
        Howard & Howard Attorneys, P.C.
        211 Fulton Street, Suite 600
        Peoria, IL  61602-1350
        Telephone:    (309) 672-1483
        Facsimile:    (309) 672-1568
        Email:  MSeneca@howardandhoward.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August ___, 2006, I electronically filed the Answer of Crossclaim Defendant, Tuscola Furniture Group, LLC and Janko Financial Group, LLC, to Crossclaim of First Mid-Illinois Bank & Trust with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

/s/ Timothy J. Howard

Timothy J. Howard
ARDC No. 01271202
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois  61602-1350
Telephone:    (309) 672-1483
Facsimile:     (309) 672-1568
Email:  THoward@howardandhoward.com

jen;g:\j-l\janko financial\stilwell\pldgs\answertocrosclaimoffirstmid8-8-06.doc