## WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

120 North LaSalle Street, 26th Floor, Chicago, IL 60602-2412
Tel: 312.704.0550  Fax: 312.704.1522

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

*WRITER'S DIRECT EXT. 132*
*WRITER'S SUITE: 2600*
*WRITER'S E-MAIL ADDRESS:* CINTHIA.MOTLEY@WILSONELSER.COM

August 7, 2006

Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938

Richard L Heavner
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main St , Suite 200
Decatur, IL 62523

Timothy J Howard
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350

Re: *Margaret J. Stillwell v. American General Life Insurance Company*
Case No.:    05 CV 2160
WEMED File No.:   07478.00134

Dear Counsel:

Enclosed please find American General's notice of depositions in the above matter. In light of the fact that American General seeks to take eight depositions in this matter, coordination among the parties may be difficult. As a starting point, we are noticing these depositions for August 30 and 31, 2006 are they are the last possible dates for these depositions to take place prior to closing of discovery. However, in compliance with local rule 30.1, if these dates do not work for your client(s), please provide us with alternate dates prior to September 1, 2006.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Cinthia G. Motley

CGM/lkk
Enclosures

341294.1

EXHIBIT A