**Motley, Cinthia Granados**

**From:** Motley, Cinthia Granados
**Sent:** Thursday, August 17, 2006 11:50 AM
**To:** 'Jason Crowder'
**Subject:** RE: Activity in Case 2:05-cv-02160-MPM-DGB Stilwell v. American General Life Insurance Company Notice to Take Deposition

Jason,

Since discovery is scheduled to close September 1, 2006, please provide us with other availability dates. If the discovery date is moved then we can obviously look to other dates in the future.

Best regards,
Cindy.

-----Original Message-----
From: Jason Crowder [mailto:crowderjason@hotmail.com]
Sent: Thursday, August 17, 2006 11:17 AM
To: juliebeyers@hsbattys.com; MSeneca@HowardandHoward.com; Motley, Cinthia Granados
Subject: Re: Activity in Case 2:05-cv-02160-MPM-DGB Stilwell v. American General Life Insurance Company Notice to Take Deposition

All,

My clients are not available on such short notice. I've been out, as well. I talked to my staff, and no one called here to see if the dates would work.
   Jason


>From: "Julie Beyers" <juliebeyers@hsbattys.com>
>To: "Seneca, Michael S." <MSeneca@HowardandHoward.com>,
><cinthia.motley@wilsonelser.com>
>CC: <crowderjason@hotmail.com>
>Subject: Re: Activity in Case 2:05-cv-02160-MPM-DGB Stilwell v.
>American General Life Insurance Company Notice to Take Deposition
>Date: Thu, 17 Aug 2006 10:29:35 -0500
>
>MessageI have no idea if my client (First Mid) is available on the date
>proposed- I have been out of the country and returned to find the
>notices.....I will have to check and see - However, I want all to note
>that I have no control over and I cannot speak as to Mr. Chamberlain as
>he no longer works at First-Mid -
>
>
>Julie Beyers
>Heavner, Scott, Beyers & Mihlar
>P.O. Box 740
>Decatur, IL 62525
>(217) 422-1719
>    ----- Original Message -----
>    From: Seneca, Michael S.
>    To: Motley, Cinthia Granados
>    Cc: Julie Beyers ; crowderjason@hotmail.com
>    Sent: Tuesday, August 15, 2006 9:36 PM
>    Subject: RE: Activity in Case 2:05-cv-02160-MPM-DGB Stilwell v.
>American General Life Insurance Company Notice to Take Deposition
>
>
>   Cinthia,
>
>   Larry is available on the date you proposed. Are the other
>depositions going forward?

1



```
>      Mike
>          -----Original Message-----
>      From: Motley, Cinthia Granados [mailto:Cinthia.Motley@wilsonelser.com]
>      Sent: Monday, August 07, 2006 5:20 PM
>      To: Seneca, Michael S.
>      Cc: Julie Beyers; crowderjason@hotmail.com
>      Subject: RE: Activity in Case 2:05-cv-02160-MPM-DGB Stilwell v.
>American General Life Insurance Company Notice to Take Deposition
>
>
>      Mike,
>
>      Attached is the letter that accompanied the notices sent to you via
>regular mail.  Rule 30.1 requires a "good faith effort to coordinate with
>all opposing counsel the scheduling of a time that is mutually
>convenient to all opposing counsel and parties."  Our notice and letter
>are in the spirit of the local rule.  We are also trying to comply with
>the discovery cut-off date, September 1, 2006.
>
>      As to local rule 26.3, you will find that not only has it been the
>practice in this case to file notices of depositions, the rule relates
>to depositions (i.e. transcripts) and not to the notice of depositions.
>We also confirmed with the court that this is an acceptable practice.
>
>      As noted in our letter, please let me know if these dates work for
>you and your clients.  Also, in light of the recent responsive
>pleadings, please let us know if you will be seeking to extend the
>discovery cut-off date.
>
>      Thanks,
>      Cindy.
>      Cinthia Granados Motley, Esq.
>      Wilson Elser Moskowitz Edelman & Dicker, LLP
>      120 North LaSalle Street, 26th Floor
>      Chicago, Illinois 60602
>      (312) 704-0550x132
>      fax (312) 704-1522
>      Cinthia.Motley@wilsonelser.com
>
>
>-------------------------------------------------------------------------
>      From: Seneca, Michael S. [mailto:MSeneca@HowardandHoward.com]
>      Sent: Monday, August 07, 2006 2:58 PM
>      To: Motley, Cinthia Granados
>      Cc: Julie Beyers; crowderjason@hotmail.com; Howard, Timothy
>      Subject: FW: Activity in Case 2:05-cv-02160-MPM-DGB Stilwell v.
>American General Life Insurance Company Notice to Take Deposition
>
>
>      Cinthia,
>
>
>
>      Two points.  First, notice of depositions is not supposed to be
>filed with the Court pursuant to local rule 26.3.  Second, I was not
>contacted regarding scheduling of depositions.  Local rule 30.1
>mandates that you coordinate the scheduling of depositions prior to
>setting them.  It also mandates that when you sign a notice of
>deposition, you are certifying you have complied with local rule 30.1.
>
>
>
>      I will contact our client to check his availability.  If you have
>not already done so, please confer with the other attorneys to see if
>they are available on the dates you suggested and we can move from there.
>
```

2

```
>
>
>       Mike
>
>
>
>       -----Original Message-----
>       From: ECF_Returns@ilcd.uscourts.gov
>[mailto:ECF_Returns@ilcd.uscourts.gov]
>       Sent: Monday, August 07, 2006 2:09 PM
>       To: ECF_Notices@ilcd.uscourts.gov
>       Subject: Activity in Case 2:05-cv-02160-MPM-DGB Stilwell v.
>American General Life Insurance Company Notice to Take Deposition
>
>
>
>       This is an automatic e-mail message generated by the CM/ECF system.
>Please DO NOT RESPOND to this e-mail because the mail box is unattended.
>       ***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents
>once without charge. To avoid later charges, download a copy of each
>document during this first viewing.
>
>       U.S. District Court
>
>       United States District Court for the Central District of Illinois
>
>       Notice of Electronic Filing
>
>
>       The following transaction was entered by Motley, Cinthia on
>8/7/2006 at 2:09 PM CDT and filed on 8/7/2006
>
>           Case Name:
>       Stilwell v. American General Life Insurance Company
>
>           Case Number:
>       2:05-cv-2160
>
>           Filer:
>       American General Life Insurance Company
>
>           Document Number:
>       53
>
>
>       Docket Text:
>       NOTICE to Take Deposition of Haley Stilwell taken on August 30,
>2006 by Defendant American General Life Insurance Company.(Motley,
>Cinthia)
>
>
>       2:05-cv-2160 Notice has been electronically mailed to:
>
>       Julie Beyers      juliebeyers@hsbattys.com
>
>       Jason Crowder     crowderjason@hotmail.com
>
>       Richard L Heavner     richardheavner@hsbattys.com,
>juliebeyers@hsbattys.com
>
>       Timothy J Howard      thoward@howardandhoward.com,
>prolawpeo@howardandhoward.com
>
>       Jason M Kuzniar       Jason.Kuzniar@wilsonelser.com
>
>       Daniel J McMahon      daniel.mcmahon@wilsonelser.com
>
```

3

```
>       Cinthia G Motley      cinthia.motley@wilsonelser.com,
>linnae.kowalczyk@wilsonelser.com
>
>       Rebecca M Rothmann     rebecca.rothmann@wilsonelser.com
>
>       Michael S Seneca !     mseneca@howardandhoward.com,
>lforney@howardandhoward.com
>
>       2:05-cv-2160 Notice has been delivered by other means to:
>
>       The following document(s) are associated with this transaction:
>
>               Document description:Main Document
>               Original filename:n/a
>               Electronic document Stamp:
>               [STAMP dcecfStamp_ID=1068668610 [Date=8/7/2006]
>[FileNumber=367134-0]
>
>[283733b86baf923adfbf5fae2addc847925bfba1dadec46ab943689c938b713db31a2
>
>95e3f402e73f7e0e1be4414026323a981cffe41fc8a0eb6b020f0eb9a44]]
>
>
>
>
>
>
>This communication was not intended or written to be used, and it
>cannot be used by any taxpayer, for the purpose of avoiding tax
>penalties. (The foregoing legend has been affixed pursuant to U.S.
>Treasury Regulations governing tax practice.)
>
>*************************************************************
>
>
>CONFIDENTIALITY NOTICE: This electronic message is intended to be
>viewed only by the individual or entity to whom it is addressed. It may
>contain information that is privileged, confidential and exempt from
>disclosure under applicable law. Any dissemination, distribution or
>copying of this communication is strictly prohibited without our prior
>permission. If the reader of this message is not the intended
>recipient, or the employee or agent responsible for delivering the
>message to the intended recipient, or if you have received this
>communication in error, please notify us immediately by return e-mail
>and delete the original message and any copies of it from your computer
>system.
>
>For further information about Wilson, Elser, Moskowitz, Edelman &
>Dicker LLP, please see our website at www.wilsonelser.com or refer to
>any of our offices. Thank you.
>
>
```