**Motley, Cinthia Granados**

**From:** Motley, Cinthia Granados
**Sent:** Tuesday, August 22, 2006 9:37 AM
**To:** 'Julie Beyers'; crowderjason@hotmail.com; Seneca, Michael S.
**Subject:** RE: Stilwell

We have not been provided with alternate dates prior to the September 1, 2006 discovery cut-off deadline. Our notices of deposition were served on August 7, 2006 with enough time for the parties to coordinate alternate dates. Given that we selected the last 2 days prior to closing discovery, we would like to proceed as planned. However, considering that the third-party action is just starting to move forward, if a party wishes to seek an extension to the discovery cut-off date, we would not object provided that it is a reasonable request.

*Cinthia Granados Motley, Esq.*
**Wilson Elser Moskowitz Edelman & Dicker, LLP**
**120 North LaSalle Street, 26th Floor**
**Chicago, Illinois 60602**
**(312) 704-0550x132**
**fax (312) 704-1522**
**Cinthia.Motley@wilsonelser.com**

---

**From:** Julie Beyers [mailto:juliebeyers@hsbattys.com]
**Sent:** Monday, August 21, 2006 11:31 AM
**To:** crowderjason@hotmail.com; Motley, Cinthia Granados; Seneca, Michael S.
**Subject:** Stilwell

I just got off the phone with Jason and he indicated that he is not available on the 31st of August, thus it appears that none of the depositions can go forward next week.

Jason indicated that he would have no problem with an extension that would benefit all parties - I am sure that myself and the other third party defendants also would not have a problem extending the deadlines - If AGF could prepare and distribute a motion for extension of the discovery dates all parties could review same and if all parties agreed to the dates set forth therein, then a representation could be made that no party objects to the deadlines being extended - I am sure the Judge would not have a problem with such a motion, particularly if all parties are in agreement, and then we could go from there about scheduling depositions -

This is my suggestion as we need to get this matter resolved.

Julie Beyers
Heavner, Scott, Beyers & Mihlar
P.O. Box 740
Decatur, IL 62525
(217) 422-1719


EXHIBIT B

8/22/2006