E-FILED
Thursday, 24 August, 2006  03:17:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, | ) |
|     Plaintiff, | ) |
|     v. | ) Case No. 05 CV 02160 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) |
|     Defendants | ) |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) |
|     Third-Party Plaintiffs, | ) |
|     v. | ) |
| FIRST MID-ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, And JANKO FINANCIAL GROUP, LLC, | ) |
|     Third-Party Defendants. | ) |

## RESPONSE OF TUSCOLA FURNITURE GROUP, LLC AND JANKO FINANCIAL GROUP, LLC TO MOTION TO QUASH

NOW COME Defendants, TUSCOLA FURNITURE GROUP, LLC ("TFG") and JANKO FINANCIAL GROUP, LLC ("JFG"), by Howard & Howard Attorneys, P.C. and for their Response to Motion to Quash filed by First Mid-Illinois Bank & Trust state as follows:

    1.    Third-Party Defendants TFG and JFG support the Motion to Quash.

    2.    Third-Party Defendants TFG and JFG agree with the factual statements contained in the Motion to Quash and further state that the attorney for American General Life Insurance

Company did not make a good faith effort to coordinate setting the depositions with the attorneys for TFG and JFG as required by Local Rule 30.1 prior to serving the Notices of Depositions on August 31, 2006.

WHEREFORE, Third-Party Defendants, Tuscola Furniture Group, LLC and Janko Financial Group, LLC, request that the Motion to Quash be granted.

Respectfully submitted,

TUSCOLA FURNITURE GROUP and
JANKO FINANCIAL GROUP


/s/ Timothy J Howard
Timothy J. Howard
ARDC No. 01271202
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois  61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email:  THoward@howardandhoward.com

Michael S. Seneca
ARDC No. 06273030
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email:  MSeneca@howardandhoward.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2006, I electronically filed the Response of Tuscola Furniture Group, LLC and Janko Financial Group, LLC, to Motion to Quash of First Mid-Illinois Bank & Trust with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

    Jason Crowder
    Jason M. Kuzniar
    Daniel J. McMahon
    Cinthia G. Motley
    Rebecca M. Rothmann

                    /s/ Timothy J. Howard

                    Timothy J. Howard
                    ARDC No. 01271202
                    Howard & Howard Attorneys, P.C.
                    211 Fulton Street, Suite 600
                    Peoria, Illinois  61602-1350
                    Telephone:    (309) 672-1483
                    Facsimile:    (309) 672-1568
                    Email:  THoward@howardandhoward.com

G:\J-L\Janko financial\Stilwell\pldgs\response to mot to quash.doc