IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05 CV 02160 |
| ) | |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants ) | |
| _____) | |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| FIRST MID ILLINOIS BANK & TRUST, ) | |
| TUSCOLA FURNITURE GROUP, LLC, ) | |
| And JANKO FINANCIAL GROUP, LLC, ) | |
| ) | |
| Third Party Defendants ) | |

**MOTION TO EXTEND DISCOVERY ORDER**

NOW COMES the Third Party Defendant First Mid-Illinois Bank & Trust, (hereinafter referred to as First Mid) by its attorneys Heavner, Scott, Beyers, and Mihlar and for its Motion to Extend the deadlines set forth in the Discovery Order entered on September 7, 2005, states as follows:

1) On September 7, 2005 this Court entered a Discovery Order in this cause which sets forth certain deadlines for the disclosure of experts, and the completion of discovery.

2) Thereafter, First Mid received the Third Party Complaint, and a Waiver of Service of Summons was filed which required said Third Party Defendant to Answer by March 31, 2006.

3) Thereafter, First Mid and the other Third Party Defendants TFG and JFG filed a Motion to Dismiss. That Motion was denied on July 11, 2006 and the Third Party Defendant's respective Answers were due on July 31, 2006.

4) As First Mid was added to this cause after the initial Discovery Order was entered, First Mid requests that various deadlines set forth in the Order be extended. Specifically, First Mid requests that the deadlines set forth in paragraphs five (completion of all discovery) and six (deadline for filing dispositive motions) be extended for a period of eight months to allow the parties to complete the discovery process in an orderly fashion. First Mid additionally requests time to disclose an expert, if necessary.

5) Extending these deadlines as set forth above would require only a brief extension of the pre trial and trial dates.

6) All parties have expressed that they would not object to a "reasonable" extension of the Discovery Order. First Mid suggests that this extension is fair and reasonable and would pre-empt further argument concerning various discovery issues.

WHEREFORE, the Third Party Defendant, First Mid-Illinois Bank and Trust prays that this Court extend the discovery schedule in this cause as requested herein.

        FIRST MID-ILLINOIS BANK
        AND TRUST,

        By:___/s/ Julie Beyers_____
            One of its Attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR
P.O. Box 740
Decatur, IL 62525
(217)-422-1719

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2006, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system and that service was made electronically to the parties as indicated on that system.

Jason Crowder
Heller Holmes & Associates PC
crowderjason@hotmail.com

Timothy J. Howard
Howard & Howard Attorneys PC
toward@howardandhoward.com

Jason M. Kuzniar
Wilson Elser Moskowitz Edelman & Dicker LLP
Jason.Kuzniar@wilsonelser.com

Daniel J. McMahon
Wilson Elser Moskowitz Edelman & Dicker LLP
Daniel.mcmahon@wilsonelser.com

Cinthia G. Motley
Wilson Elser Moskowitz Edelman & Dicker LLP
cinthia.motley@wilsonelser.com

Rebecca M. Rothmann
Wilson Elser Moskowitz Edelman & Dicker LLP
Rebecca.rothmann@wilsonelser.com


Michael S. Seneca
mseneca@howardandhoward.com
lforney@howardandhoward.com


/s/    Julie Beyers
Julie Beyers

HEAVNER, SCOTT, BEYERS & MIHLAR
P.O. Box 740
Decatur, IL 62525
(217)-422-1719
(217) 422-1754 (Facsimile)