IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05 CV 02160 |
| | ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST MID-ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, And JANKO FINANCIAL GROUP, LLC, | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## RESPONSE OF TUSCOLA FURNITURE GROUP, LLC AND JANKO FINANCIAL GROUP, LLC TO MOTION TO EXTEND DISCOVERY ORDER

NOW COME Defendants, TUSCOLA FURNITURE GROUP, LLC ("TFG") and JANKO FINANCIAL GROUP, LLC ("JFG"), by Howard & Howard Attorneys, P.C. and for their Response to Motion to Extend Discovery Order filed by First Mid-Illinois Bank & Trust state as follows:

1. Third-Party Defendants TFG and JFG support the Motion to Extend the Discovery Order.

2. Third-Party Defendants TFG and JFG agree with the factual statements contained in the Motion to Extend Discovery Order.

WHEREFORE, Third-Party Defendants, Tuscola Furniture Group, LLC and Janko Financial Group, LLC, request that the Motion to Extend Discovery Order be granted.

Respectfully submitted,

TUSCOLA FURNITURE GROUP and
JANKO FINANCIAL GROUP


/s/ Michael S. Seneca
Timothy J. Howard
ARDC No. 01271202
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email:  THoward@howardandhoward.com

Michael S. Seneca
ARDC No. 06273030
Howard & Howard Attorneys, P.C.
211 Fulton Street, Suite 600
Peoria, Illinois 61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email:  MSeneca@howardandhoward.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2006, I electronically filed the Response of Tuscola Furniture Group, LLC and Janko Financial Group, LLC, to Motion to Extend Discovery Order of First Mid-Illinois Bank & Trust with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Jason Crowder
Jason M. Kuzniar
Daniel J. McMahon
Cinthia G. Motley
Rebecca M. Rothmann

                                  /s/ Michael S. Seneca
                                  Michael S. Seneca
                                  ARDC No. 06273030
                                  Howard & Howard Attorneys, P.C.
                                  211 Fulton Street, Suite 600
                                  Peoria, Illinois  61602-1350
                                  Telephone:    (309) 672-1483
                                  Facsimile:     (309) 672-1568
                                  Email: MSeneca@howardandhoward.com

g:\j-l\janko financial\stilwell\pldgs\response to mot to extend discovery.doc