07478.00134

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL,<br><br>      Plaintiff,<br><br> v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>      Defendant.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>      Third-Party Plaintiff,<br><br> v.<br><br>FIRST MID ILLINOIS BANK & TRUST,<br><br>      Third-Party Defendant/<br>      Cross-Claim Plaintiff<br><br> v.<br><br>TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC,<br><br>      Third-Party Defendants/<br>      Cross-Claim Defendants. | No. 05 CV 02160<br><br>Honorable Chief Judge<br>Michael P. McCuskey<br><br>Magistrate Judge<br>David G. Bernthal |

**DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY'S
RESPONSE TO FIRST MID-ILLINOIS BANK & TRUST'S MOTION TO EXTEND
DISCOVERY ORDER**

  Defendant/Third-Party Plaintiff, American General Life Insurance Company ("American General"), by its undersigned attorneys, for its response to First Mid-Illinois Bank & Trust's ("First-Mid") Motion to Extend Discovery Order, states as follows:

345672.1
344598.1

- 2 -

1.	American General has no objection to First Mid's motion to extend discovery and it has previously advised First Mid and others that it has no objection to a reasonable request to extend discovery.

2.	However, it is difficult to see why an eight month extension for discovery is warranted under the facts of this case and First Mid has not articulated any factual basis to support an eight month extension.

3.	American General respectfully suggests that the Court grant a four month extension for the parties to complete all discovery and for filing dispositive motions.

WHEREFORE, Defendant/Third-Party Plaintiff, American General Life Insurance Company respectfully requests that this Court grant First Mid's motion to extend discovery and extend completion of all discovery and the deadline for filing dispositive motions for a period no longer than four months.

        Respectfully submitted,

        **AMERICAN GENERAL LIFE**
        **INSURANCE COMPANY**

        By: ___s/ Cinthia G. Motley_____
            Cinthia G. Motley
            Bar number 6280676
            WILSON, ELSER, MOSKOWITZ,
              EDELMAN & DICKER LLP
            120 North La Salle Street, Suite 2600
            Chicago, Illinois 60602
            (312) 704-0550x132
            Fax (312) 704-1522
            Cinthia.Motley@wilsonelser.com

## CERTIFICATE OF SERVICE

      I hereby certify that on **August 29, 2006**, I electronically filed the above pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*By CM/ECF Electronic Notification*
Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
Julie Beyers
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main St , Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
Michael Seneca
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
thoward@howardandhoward.com

   ___s/ Cinthia G. Motley_____
   Cinthia G. Motley
   Bar number 6280676
   WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
   120 North La Salle Street, Suite 2600
   Chicago, Illinois 60602
   (312) 704-0550x132
   Fax (312) 704-1522
   Cinthia.Motley@wilsonelser.com

345672.1
344598.1