E-FILED
Tuesday, 19 September, 2006  01:44:46 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| MARGARET STILWELL, ) | |
| JAMIE STILWELL, HEIDI STILWELL, ) | |
| MEGAN STILWELL, and ) | |
| HALEY STILWELL, ) | |
|     Plaintiffs, ) | |
| v. ) | |
| ) | Case No. 05-2160 |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE COMPANY, ) | |
|     Defendant. ) | |

## ORDER

Plaintiff Margaret J. Stilwell initiated this action by filing a complaint in the Circuit Court for the Fifth Judicial Circuit, Coles County, Charleston, Illinois, on June 23, 2005. The case was removed to this Court on July 20, 2005. On September 7, 2005, this Court entered a Discovery Order (#12). That order established the deadline for amendment of pleadings as February 1, 2006.

In February 2006, Plaintiff filed a Motion to Amend (#15) which was granted without objection. On August 3, 2006, a 2nd Motion to Amend (#48) was filed. Defendant has filed written opposition.

Rule 16.2 of the Local Rules of the United States District Court for the Central District of Illinois governs the scheduling conference and order. Subparagraph (D) of that rule provides, "The parties and their counsel are bound by the dates specified in the scheduling order absent a finding of due diligence and good cause for changing said dates." (CDIL-LR 16.2(D).) This is a clear statement that the Court considers the deadlines contained in the Discovery Order to be binding and not merely suggestions. The rule also contains language to avoid an arbitrary or inflexible approach to enforcement.

Plaintiff's motion reflects their "desire" to add a claim for conversion and a prayer for interested based on Illinois statute. They offer no explanation for waiting until August 2006 (several months after the deadline and days before the expiration of the period of discovery).

The Court finds neither due diligence nor good cause for allowing Plaintiffs to amend their complaint months after their deadline. The Court will enforce the deadline as originally established. Accordingly, the 2nd Motion to Amend **(#48)** is **DENIED**.

ENTER this 19th day of September, 2006.

                                                           s/ DAVID G. BERNTHAL
                                                           U.S. MAGISTRATE JUDGE