IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-CV-02160 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) | Honorable Chief Judge Michael P. McCuskey |
| Defendants. | ) ) ) | Magistrate Judge David G. Bernthal |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | |
| FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, | ) ) ) | |
| Third-Party Defendants. | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that I am one of the attorneys representing MARGARET STILWELL and that on the 9th day of November, 2006, I mailed ANSWERS TO DEFENDANTS FIRST SET OF INTERROGATORIES UPON PLAINTIFFS by depositing same in the United States Mail at Mattoon, Illinois, first class postage fully prepaid, in an envelope legibly addressed to each of the following:

    Ms. Cinthia G. Motley
    Attorney at Law
    120 N. LaSalle St., Suite 2600
    Chicago, IL 60602

    Mr. Richard L. Heavner
    Attorney at Law
    111 E. Main St., Suite 200
    Decatur, IL 62523

    Mr. Michael S. Seneca
    Attorney at Law
    211 Fulton St., Suite 600
    Peoria, IL 61602

        MARGARET STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL, Plaintiffs

By    s/ Jason M. Crowder
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: crowderjason@hotmail.com
ARDC No: 6236907
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by U.S. Mail, postage fully paid, this 9th day of November 2006, to the following:

Ms. Cinthia G. Motley
Attorney at Law
120 N. LaSalle St., Suite 2600
Chicago, IL 60602

Mr. Richard L. Heavner
Attorney at Law
111 E. Main St., Suite 200
Decatur, IL 62523

Mr. Michael S. Seneca
Attorney at Law
211 Fulton St., Suite 600
Peoria, IL 61602

s/    Jason M. Crowder
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: crowderjason@hotmail.com
ARDC No: 6236907
Attorneys for Plaintiffs

Subscribed and sworn to before me
this 9th day of November, 2006.

s/    Katherine J. Storm
    Notary Public

c:stilwell414833.certificateofservice/kjs11092006