07478.00134

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendants.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC,<br><br>Third-Party Defendants. | No. 05 CV 02160<br><br>Honorable Chief Judge<br>Michael P. McCuskey<br><br>Magistrate Judge<br>David G. Bernthal |

## NOTICE OF DEPOSITION OF PLAINTIFF MARGARET J. STILWELL

To:    See Attached Service List

YOU ARE HEREBY NOTIFIED that the undersigned will take the deposition of the Plaintiff Margaret J. Stilwell before a notary public or any other duly authorized officer in the City of Champaign commencing on the date below at 11:00 a.m.

**DEPONENT:**     **MARGARET J. STILWELL**

**DATE:**     **February 9, 2007**

**TIME:**     **11:00 a.m.**

**ADDRESS:**     **Area Wide Reporting**
**301 West White Street**
**Champaign, IL 61820**

339145.1

- 2 -

YOU ARE HEREBY FURTHER NOTIFIED that pursuant to the Federal Rules of Civil Procedure that you are by this Notice required to have present at the date, time and place stated, the said deponent for oral examination for the purpose of discovery.

                                        **AMERICAN GENERAL LIFE**
                                        **INSURANCE COMPANY**

                                By:    /s/ Cinthia G. Motley
                                           Cinthia G. Motley

                                      Daniel J. McMahon
                                      Rebecca M. Rothmann
                                      Cinthia G. Motley
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
    120 North La Salle Street, Suite 2600
    Chicago, Illinois 60602
    (312) 704-0550

339145.1
338597.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing notice was deposited in the U.S. Mail, postage prepaid, enclosed in an envelope properly addressed to all counsel listed on the attached service list on this 19th day of January, 2007.

/s/ Cinthia G. Motley
Cinthia G. Motley

## SERVICE LIST
*Margaret Stilwell v. American General Life Ins. Co.*

Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main St., Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
thoward@howardandhoward.com

339145.1
338597.1