E-FILED
Friday, 19 January, 2007  04:10:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Defendants. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, <br><br> Third-Party Defendants. | No. 05 CV 02160 <br><br> Honorable Chief Judge <br> Michael P. McCuskey <br><br> Magistrate Judge <br> David G. Bernthal |

## NOTICE OF DEPOSITION

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30(b)(6) of the F.R.Civ.P., the undersigned will take the Deposition of the below named Deponent before a Notary Public or any other duly authorized officer at the offices of Area Wide Reporting, 301 West White Street, Champaign, IL 61820 on the date and time indicated below.

**DEPONENT**:                                **DATE**:                    **TIME**:

FIRST MID ILLINOIS BANK & TRUST      February 8, 2007         3:00 p.m.
("First Mid")

YOU ARE HEREBY FURTHER NOTIFIED that pursuant to the Federal Rules of Civil Procedure that you are by this Notice required to have present at the date, time and place stated, the said deponent for oral examination for the purpose of discovery and any other purpose permitted under the Federal Rules of Civil Procedure. Testimony shall be recorded using stenographic means.

341169.1

The topics upon which examination will be made will include, but will not be limited to, the following:

1. The pleadings filed in the present case and all documents relied upon by First Mid in defense of American General Life Insurance Company's Third-Party Complaint.

2. First Mid's initial disclosures and its responses to all discovery served upon it;

3. All documents produced by First Mid;

4. First Mid's relationships with Tuscola Furniture Group, LLC, Janko Financial Group, LLC, and Amishland Country Village;

5. First Mid's communications with Tuscola Furniture Group, LLC and/or Janko Financial Group, LLC regarding filing a joint claim for the proceeds at issue in this lawsuit;

6. First Mid's business dealings with Tuscola Furniture Group, LLC, Janko Financial Group, LLC, and Amishland Country Village;

7. First Mid's investigation relating to Plaintiffs' claims both before and after the lawsuit was filed.

**AMERICAN GENERAL LIFE
INSURANCE COMPANY**

By: ____/s/ Cinthia G. Motley_____
   Cinthia G. Motley

Daniel J. McMahon
Rebecca M. Rothmann
Cinthia G. Motley
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
(312) 704-0550

341169.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing notice was deposited in the U.S. Mail, postage prepaid, enclosed in an envelope properly addressed to all counsel listed on the attached service list on this 19th day of January, 2007.

/s/ Cinthia G. Motley
Cinthia G. Motley

## SERVICE LIST
*Margaret Stilwell v. American General Life Ins. Co.*

Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main St., Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
thoward@howardandhoward.com

341169.1