IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL,<br><br>          Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>          Defendants.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>          Third-Party Plaintiff,<br><br>v.<br><br>FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC,<br><br>          Third-Party Defendants. | No. 05 CV 02160<br>Honorable Chief Judge<br>Michael P. McCuskey<br><br>Magistrate Judge<br>David G. Bernthal |

**NOTICE OF DEPOSITION**

To:    See Attached Service List

YOU ARE HEREBY NOTIFIED that the undersigned will take the deposition of William "John" Lyons before a notary public or any other duly authorized officer in the City of Champaign commencing on the date below at 1:00 p.m.

**DEPONENT:**    William "John" Lyons

**DATE:**    February 26, 2007

**TIME:**    1:00 p.m.

**ADDRESS:**    **Area Wide Reporting**
**301 West White Street**
**Champaign, IL 61820**

YOU ARE HEREBY FURTHER NOTIFIED at the date, time and place stated, the undersigned shall conduct an oral examination of the deponent for the purpose of discovery and pursuant to the Federal Rules of Civil Procedure.

**FIRST MID-ILLINOIS BANK & TRUST,**

By: /s/ Julie Beyers
     Julie Beyers

Julie Beyers
HEAVNER, SCOTT, BEYERS & MIHLAR
111 E. Main Street, Suite 200
Decatur, IL 62523
Phone: (217) 422-1719
Fax:     (217) 422-1754
juliebeyers@hsbattys.com
ARDC#06217185

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing notice was deposited in the U.S. Mail, postage prepaid, enclosed in an envelope properly addressed to all counsel listed on the attached service list on this 15th day of February, 2007.

/s/ Julie Beyers
Julie Beyers

## SERVICE LIST
### Margaret Stilwell v. American General Life Ins. Co.

Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com

Daniel J. McMahon
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North La Salle Street,
Suite 2600
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522 (Fax#)
daniel.mcmahon@wilsonelser.com

Timothy J. Howard
HOWARD & HOWARD
ATTORNEYS PC
211 Fulton St., Suite 600
Peoria, IL 61602-1350
(309) 672-1483
(309) 672-1568 (Fax#)
thoward@howardandhoward.com

Rebecca M. Rothmann
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North La Salle Street
Suite 2600
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522 (Fax#)
rebecca.rothmann@wilsonelser.com

Michael S. Seneca
HOWARD & HOWAARD
ATTORNEYS PC
211 Fulton Street
Suite 600
Peoria, IL 61602-1350
(309) 672-1483
(309) 672-1568
mseneca@howardandhoward.com

Cinthia G. Motley
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North La Salle Street
Suite 2600
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522 (Fax#)
cinthia.motley@wilsonelser.com