IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, and MEGAN STILWELL, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | No. 05-CV-02160 |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | Honorable Chief Judge Michael P. McCuskey |
| Defendant. _____ | ) ) ) ) | Magistrate Judge David G. Bernthal |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| -vs- | ) ) | |
| FIRST MID ILLINOIS BANK & TRUST, | ) ) | |
| Third Party Defendant/ Cross-Claim Plaintiff, | ) ) ) | |
| -vs- | ) ) | |
| TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, | ) ) ) | |
| Third-Party Defendants/ Cross-Claim Defendants. | ) ) | |

MOTION TO COMPEL PRODUCTION OF INSURANCE DOCUMENTS

Now comes the Plaintiffs, MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, and MEGAN STILWELL, by and through JASON M. CROWDER of Heller, Holmes & Associates, P.C., their attorneys and moves this Court, pursuant

to Federal Rules of Civil Procedure No. 26(b) and 37(a), to enter an order directing Defendant, AMERICAN GENERAL LIFE INSURANCE COMPANY, to produce certain documents requeted in Plaintiffs' Request for Production. In support of this motion, Plaintiff states as follows:

1. On August 18, 2005, Plaintiffs sent to Defendant a Request for the Production of Documents pursuant to Fed. R. Civ. Pro. 26(b), attached hereto as Exhibit 1.

2. In said requests, Plaintiffs requested all documents, including computer entries and emails, related to the handling of the life insurance policy which is the subject of this Complaint.

3. Defendant, in its Response to Request for Production of Documents, cited privilege as the reason for nonproduction of certain documents referenced in a log pertaining to said insurance policy. See Defendant's Answer to Request for Production of Document, attached hereto as Exhibit 2. Defendant later produced a "privilege log" which identified the documents being withheld. See privilege log attached hereto as Exhibit 3.

4. Attorney for Plaintiff, Jason M. Crowder, attempted to resolve said discovery dispute by sending correspondence, dated November 7, 2006 (attached hereto as Exhibit 4) seeking compliance with the request to produce. Plaintiff's counsel also discussed the matter by phone with Defendant's attorney, Rebecca Rothman, on February 14, 2007.

5. Defendant, in a January 10, 2007 letter from Cinthia G. Motley, of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, provided some additional documents, but again refused to produce documents which Plaintiffs believe are not privileged. A copy of said letter is attached hereto as Exhibit 5.

6. Defendant's failure to comply with the request for production is inconsistent with case law applying the doctrine of attorney client privilege to documents from general counsel in insurance cases.

7. A memorandum of law in support of this motion has been filed contemporaneously herewith.

8. To date, Defendant has unreasonably refused to comply with Plaintiff's request to produce.

9. Defendant's unreasonable refusal to comply with this request to produce has required Plaintiffs' attorney to expend time in preparing the instant motion and in making informal attempts to secure compliance with the request to produce.

10. By his electronic signature below, Attorney, Jason M. Crowder, certifies that he has made attempts to resolve this discovery dispute without success and prior to filing this motion with the Court.

WHEREFORE, Plaintiffs move this Court for an order directing Defendant to produce the items sought in the outstanding request to produce, and for any and other relief this Court deems just and proper.

    MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, and MEGAN STILWELL, Plaintiffs,

BY:   s/   Jason M. Crowder
    JASON M. CROWDER
    HELLER, HOLMES & ASSOCIATES, P.C.
    1101 Broadway Ave., P.O. Box 889
    Mattoon, IL 61938
    Tel: 217-235-2700
    Fax: 217-235-0743
    ARDC#6236907
    crowderjason@hotmail.com

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by United States Mail at Mattoon, Illinois, first class postage fully prepaid, this 15th day of February, 2007, to the following:

Timothy J. Howard
Cinthia G. Motley
Julie Beyers
Michael S. Seneca

                                          s/ Jason M. Crowder
                                          JASON M. CROWDER
                                          HELLER, HOLMES & ASSOCIATES, P.C.
                                          1101 Broadway, P.O. Box 889
                                          Mattoon, IL 61938
                                          Tel: 217-235-2700
                                          Fax: 217-235-0743
                                          ARDC#6236907
                                          crowderjason@hotmail.com

SUBSCRIBED AND SWORN to before me this 15th day of February, 2007.

 s/ Katherine J. Storm
       Notary Public

c:stilwell14833.motiontocompel/kjs02082007