**E-FILED**
Wednesday, 21 February, 2007   03:04:21 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Defendants.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC,<br><br>    Third-Party Defendants. | No. 05 CV 02160<br><br>Honorable Chief Judge<br>Michael P. McCuskey<br><br>Magistrate Judge<br>David G. Bernthal |

## NOTICE OF DEPOSITION

To: See Attached Service List

  YOU ARE HEREBY NOTIFIED that the undersigned will take the deposition of the Richard Broch before a notary public or any other duly authorized officer in the City of Champaign commencing on the date below at 10:00 a.m.

**DEPONENT:**  **RICHARD BROCH**

**DATE:**  **February 26, 2007**

**TIME:**  **10:00 a.m.**

**ADDRESS:**  **Area Wide Reporting**
     **301 West White Street**
     **Champaign, IL 61820**

381696.1
338597.1

YOU ARE HEREBY FURTHER NOTIFIED that at the date, time and place stated, the undersigned shall conduct an oral examination of the deponent for the purpose of discovery and pursuant to the Federal Rules of Civil Procedure.

        **AMERICAN GENERAL LIFE INSURANCE COMPANY**

        By:    /s/ Cinthia G. Motley
                Cinthia G. Motley

Daniel J. McMahon
Rebecca M. Rothmann
Cinthia G. Motley
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
Phone: (312) 704-0550
Fax: (312) 704-1522
Cinthia.motley@wilsonelser.com

- 2 -

381696.1

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing notice was deposited in the U.S. Mail, postage prepaid, enclosed in an envelope properly addressed to all counsel listed on the attached service list on this 21st day of February, 2007.

                              /s/ Cinthia G. Motley
                              Cinthia G. Motley

## SERVICE LIST
*Margaret Stilwell v. American General Life Ins. Co.*

Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main St., Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
thoward@howardandhoward.com

381696.1