# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

120 North LaSalle Street, Chicago, Illinois 60602-2412
Tel: (312) 704-0550  Fax: (312) 704-1522

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

WRITER'S DIRECT EXT. 132
WRITER'S SUITE: 2600
WRITER'S E-MAIL ADDRESS: CINTHIA.MOTLEY@WILSONELSER.COM

February 15, 2007

**VIA REGULAR MAIL &
VIA FACSIMILE (217) 235-0743**

Jason Crowder, Esq.
Heller, Holmes & Assoc., P.C.
1101 Broadway
P.O. Box 889
Matoon, IL 61938-0889

Re:  *Margaret J. Stillwell v. American General Life Insurance Company*
     Case No.:       05 CV 2160
     WEMED File No.:  07478.00134

Dear Jason:

Pursuant to your conversation with Rebecca Rothmann, enclosed please find the revised privilege log. Upon further review, we have identified additional documents that are not privileged. We are attaching those documents, Bates stamped AIG 430, 440-443, 446-447, and supplement our document production accordingly. We stand on the privilege asserted as to the remaining documents.

If you have any questions, please give me or Rebecca a call.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Cinthia G. Motley

CGM/rn
Attachments


DEFENDANT'S EXHIBIT

380792.1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 05 CV 02160<br><br>Honorable Chief Judge<br>Michael P. McCuskey<br><br>Magistrate Judge<br>David G. Bernthal |
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　Third-Party Plaintiff,<br>　v.<br><br>FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC,<br><br>　　　　　Third-Party Defendants. | |

**REVISED PRIVILEGE LOG**

380756.1

| DATE | AUTHOR | DESCRIPTION | PRIVILEGE | BATES STAMP |
|---|---|---|---|---|
| July 7, 2003 | Margaret Singh | AWD History for Work Object – entry by Margaret Singh of American General regarding phone call with Melinda Boyd, Sr. Counsel, Litigation AIG/American General | Attorney-client privilege | AIG 429 **REDACTED and PRODUCED** |
| June 26, 2003 | Margaret Singh | AWD History for Work Object – entry by Margaret Singh of American General regarding claim review from Melinda Boyd, Sr. Counsel, Litigation AIG/American General | Attorney-client privilege | AIG 440 **REDACTED and PRODUCED** |
| June 11, 2003 | Margaret Singh | AWD History for Work Object – entry by Margaret Singh of American General regarding claim review by Melinda Boyd, Sr. Counsel, Litigation AIG/American General | Attorney-client privilege | AIG 430 **PRODUCED** |
| June 10, 2003 | Margaret Singh | AWD History for Work Object – entry by Margaret Singh of American General regarding claim review by legal department | Attorney-client privilege | AIG 431 **PRODUCED** |
| June 26, 2003 | Melinda Boyd | Intra-office e-mail from Melinda Boyd, Sr. Counsel, Litigation AIG/American General to Margaret Singh regarding claim review | Attorney-client privilege | AIG 432, 435-6, 439 |
| June 25, 2003 | Melinda Boyd | Intra-office e-mail from Melinda Boyd, Sr. Counsel, Litigation AIG/American General to Margaret Singh regarding claim review | Attorney-client privilege | AIG 433-4, 437-8 |
| November 13, 2003 | Leanne Gahr | AWD History for Work Object – entry by Leanne Gahr of American General regarding subpoena review by legal department | Attorney-client privilege | AIG 441 **PRODUCED** |
| November 12, 2003 | Debbie Platt | AWD History for Work Object – entry by Debbie Platt of American General regarding claim review by legal department | Attorney-client privilege | AIG 442-3 **PRODUCED** |
| January 26, 2004 | Diana Fields | AWD History for Work Object – entries by Diana Fields of American General regarding communications with Melinda Dressler Sr. Counsel, Litigation AIG/American General | Attorney-client privilege | AIG 444-446 AIG 446 **PRODUCED** |

380756.1

| August 24, 2004 | Melissa Grove | AWD History for Work Object – entry by Melissa Grove of American General regarding information from legal department regarding policy regarding plaintiff's counsel's pre-litigation letter and response thereto | Attorney-client privilege | AIG 447 **PRODUCED** |
|---|---|---|---|---|

AMERICAN GENERAL LIFE
INSURANCE COMPANY

By: _____
One of its attorneys

Daniel J. McMahon
Rebecca M. Rothmann
Cinthia G. Motley
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
(312) 704-0550

380756.1

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was faxed and mailed by U.S. Mail, postage fully paid, this 15th February, 2007, to the following:

Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main St , Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
thoward@howardandhoward.com

_____
Daniel J. McMahon
Rebecca M. Rothmann
Cinthia G. Motley
  Wilson, Elser, Moskowitz,
EDELMAN & DICKER, LLP
120 N. LaSalle Street, Suite 2600
Chicago, Illinois 60602
TEL: 312-704-0550
FAX: 312-0704-1522
motleyc@wemed.com

380756.1

5

```
Client ID:          2604663 - STILWELL - 2003-05-02-08.45.08.427216
Team:               Page Number: 14
                    PRODUCT ID:           2604663
                    Printed on Thursday, September 01, 2005 at 3:43:44PM
```
==========================================================================
Oal

| | | | |
|---|---|---|---|
| Begin Date:     | 2003-06-11 | Flags:           | 0000N0 |
| Begin Time:     | 13:38:25   | DTM Job Name:    | |
| User Id:        | D12CM61    | DTM Return Code: | |
| Workstation Id: | AW027137   | DTM Task Name:   | |
| Business Area:  | CLAIMS     | DTM Next Task:   | |
| Type:           | REG        | End Date:        | 2003-06-11 |
| Status:         | DWAIT10E   | End Time:        | 13:38:35 |
| Queue:          | RENDEZ     | | |
| User Name:      | **Singh, Margaret | | |
| DTM Description:| | | |
| Comments:       | | | |

---

| | | | |
|---|---|---|---|
| Begin Date:     | 2003-06-11 | Flags:           | |
| Begin Time:     | 13:38:21   | DTM Job Name:    | |
| User Id:        | D12CM61    | DTM Return Code: | |
| Workstation Id: |            | DTM Task Name:   | |
| Business Area:  |            | DTM Next Task:   | |
| Type:           |            | End Date:        | 2003-06-11 |
| Status:         |            | End Time:        | 13:38:21 |
| Queue:          |            | | |
| User Name:      | **Singh, Margaret | | |
| DTM Description:| | | |

Comments:   NOTE: IF YOU RECEIVE A FAX FROM LARRY BIANKI ADDRESSED TO RAY SAWICKI, PLEASE
            GIVE ME THE FAXED DOCUMENT. TKS.

---

| | | | |
|---|---|---|---|
| Begin Date:     | 2003-06-11 | Flags:           | |
| Begin Time:     | 13:37:49   | DTM Job Name:    | |
| User Id:        | D12CM61    | DTM Return Code: | |
| Workstation Id: |            | DTM Task Name:   | |
| Business Area:  |            | DTM Next Task:   | |
| Type:           |            | End Date:        | 2003-06-11 |
| Status:         |            | End Time:        | 13:37:49 |
| Queue:          |            | | |
| User Name:      | **Singh, Margaret | | |
| DTM Description:| | | |

Comments:

6/10: ohn Lyons rtn call re current fax #217-578-3292. Larry Bianki called from Janko Financial Grp. He said that he wants us to pay the claim as requested in the letters d/d May 12,2003. I told him that since we would need individual releases or payoff from each Assignee. He requested to speak with Ray Sawicki.

6/11: Ray spoke to Mr. Bianki and advised me that Mr. Bianki will fax us a letter. Once received, send file to Melinda Boyd-Attorney for review. Ray advised that Mr. Bianki is aware that the file will be reviewed by our Legal Dept.

AIG000430

```
                         2604663 - STILWELL - 2003-05-02-08.45.08.427216
            Client ID:              Policy Number:  2604663
            Team:                   PRODUCT ID:
                         Printed on Thursday, September 01, 2005 at 3:43:44PM
===============================================================================
0a1

     Type:                                    End Date:       2003-06-26
     Status:                                  End Time:       09:37:55
     Queue:
     User Name:       **Singh, Margaret
     DTM Description:
     Comments:        Note: Face amount $4M
                      Assignment to Janko Financial Group was released in 12-2000.
                      Assignment to: Tuscola National Bank still
                      outstanding.------------------------$2M
                      Assignment to Citizens 1ST Natinal Bank still oustanding:----------------- $1
                      .5M
                      Amt owed to Tuscola Furniture LLC & First Mid-Illionois Bkm & Trust:
                      $512,974.50. (documents received and reviewed by Melinda Boyd, Attorney): OK
                      to pay $512,974.50 to Tuscola Furniture Group LLC & First Mid-Illionois Bk &
                      Trust.
                      Melinda Boyd, spoke with Laurence Bianchi who is an authorized member of the
                      Janko Financial Group, LLC, and asked him fax her the Partnership Agreement
                      which   shows that Laurence Bianchi is indeed an "authorized representative" of
                      Janko Financial and authorized to release the assignment.

                      per Melinda, send ck to Tuscola Furniture LLC  & First Mid-Illinois Bank and
                      Trust by overnight mail (our expense).
                      Claim set up for approval.
-------------------------------------------------------------------------------

     Begin Date:      2003-06-26               Flags:          3290N0
     Begin Time:      00:18:44                 DTM Job Name:
     User Id:         AWDBATCH                 DTM Return Code:
     Workstation Id:  AWDBATCH                 DTM Task Name:
     Business Area:   CLAIMS                   DTM Next Task:
     Type:            REG                      End Date:       2003-06-26
     Status:          DMATCHE                  End Time:       00:18:44
     Queue:           DCLAIME
     User Name:       Batch Station & User, BATCH
     DTM Description:
     Comments:

-------------------------------------------------------------------------------

     Begin Date:      2003-06-25               Flags:          3000N0
     Begin Time:      00:19:05                 DTM Job Name:
     User Id:         AWDBATCH                 DTM Return Code:
     Workstation Id:  AWDBATCH                 DTM Task Name:
     Business Area:   CLAIMS                   DTM Next Task:
     Type:            REG                      End Date:       2003-06-25
```

AIG440

2:05-cv-02160-MPM-DGB   # 77-2   Page 9 of 14
Client ID       2604663 -    - STILWELL - 2003-11-04-13.22.05.396088 -   -
Team:                        Policy Number: 2604663
                             PRODUCT ID:
              Printed on Thursday, September 01, 2005 at 3:46:21PM

```
Begin Date:      2003-11-13              Flags:
Begin Time:      09:58:16                DTM Job Name:
User Id:         DU37CC06                DTM Return Code:
Workstation Id:                          DTM Task Name:
Business Area:                           DTM Next Task:
Type:                                    End Date:        2003-11-13
Status:                                  End Time:        09:58:16
Queue:
User Name:       Gahr, Leanne
DTM Description:
Comments:        Agent John Lyons called checking on this since there was a supoena.  Per
                 Teresa H in Consumer Affairs, this has been referred to Legal and they are
                 handling.
```

---

```
Begin Date:      2003-11-11              Flags:            9990N0
Begin Time:      09:05:56                DTM Job Name:
User Id:         AWDBATCH                DTM Return Code:
Workstation Id:  AWDBATCH                DTM Task Name:
Business Area:   LIFE                    DTM Next Task:
Type:            CMPLNT                  End Date:         2003-11-11
Status:          DREFERRED               End Time:         09:05:56
Queue:           END
User Name:       Batch Station & User, BATCH
DTM Description:
Comments:        End Suspension
```

---

```
Begin Date:      2003-11-10              Flags:            0000N0
Begin Time:      16:03:08                DTM Job Name:
User Id:         DU37CT34                DTM Return Code:
Workstation Id:  AW201170                DTM Task Name:
Business Area:   LIFE                    DTM Next Task:
Type:            CMPLNT                  End Date:         2003-11-10
Status:          DREFERRED               End Time:         16:04:56
Queue:           END
User Name:       Antonacci, Beverly
DTM Description:
Comments:
```

---

```
Begin Date:      2003-11-10              Flags:            0000N0
Begin Time:      16:02:09                DTM Job Name:
User Id:         DU37CT34                DTM Return Code:
Workstation Id:  AW201170                DTM Task Name:
Business Area:   LIFE                    DTM Next Task:
```

AIG441

2:05-cv-02160-MPM-DGB    # 77-2    Page 10 of 14

Client ID:         2004663 -        - STILWELL - 2003-11-12-14.02.55.352304 -    -
Team:                              Policy Number: 2604663
                                   PRODUCT ID:
                Printed on Thursday, September 01, 2005 at 3:46:49PM
===============================================================================
0

| | | | |
|---|---|---|---|
| Begin Date: | 2003-11-12 | Flags: | |
| Begin Time: | 15:15:27 | DTM Job Name: | |
| User Id: | DU37CT26 | DTM Return Code: | |
| Workstation Id: | | DTM Task Name: | |
| Business Area: | | DTM Next Task: | |
| Type: | | End Date: | 2003-11-12 |
| Status: | | End Time: | 15:15:27 |
| Queue: | | | |
| User Name: | Platt, Debbie | | |
| DTM Description: | | | |
| Comments: | Suspend | Suspend Reason | SUSPEND RC |
| | Activate Date/Time | 2003-11-13 00:00:00 | Activate Status |

---

| | | | |
|---|---|---|---|
| Begin Date: | 2003-11-12 | Flags: | 0000Y1 |
| Begin Time: | 15:15:18 | DTM Job Name: | |
| User Id: | DU37CT26 | DTM Return Code: | |
| Workstation Id: | AW205148 | DTM Task Name: | |
| Business Area: | LIFE | DTM Next Task: | |
| Type: | DUPPOL | End Date: | 2003-11-12 |
| Status: | DPROCESSED | End Time: | 15:15:26 |
| Queue: | DQUALITY | | |
| User Name: | Platt, Debbie | | |
| DTM Description: | | | |
| Comments: | | | |

---

| | | | |
|---|---|---|---|
| Begin Date: | 2003-11-12 | Flags: | |
| Begin Time: | 15:15:16 | DTM Job Name: | |
| User Id: | DU37CT26 | DTM Return Code: | |
| Workstation Id: | | DTM Task Name: | |
| Business Area: | | DTM Next Task: | |
| Type: | | End Date: | 2003-11-12 |
| Status: | | End Time: | 15:15:16 |
| Queue: | | | |
| User Name: | Platt, Debbie | | |
| DTM Description: | | | |
| Comments: | policy print requested-handling sheet in pick up tray-going to Usulnee Wade-Legal Depart. | | |

---

| | | | |
|---|---|---|---|
| Begin Date: | 2003-11-12 | Flags: | |
| Begin Time: | 14:04:00 | DTM Job Name: | |
| User Id: | DU37CT26 | DTM Return Code: | |
| Workstation Id: | | DTM Task Name: | |

AIG442

```
          Client ID:   2604663 -     - STILWELL - 2003-11-12-14.02.55.352304 -    -
          Team:                       Policy Number: 2604663
                                      PRODUCT ID:
                    Printed on Thursday, September 01, 2005 at 3:46:49PM
```
==================================================================================
0

```
  Type:                                          End Date:      2003-11-12
  Status:                                        End Time:      14:04:00
  Queue:
  User Name:       Platt, Debbie
DTM Description:
  Comments:        Debbie - Can you please send a duplicate or specimen of the policy.

                   Thanks for all your help!

                   Usulnee Wade
                   Legal Assistant
                   AIG/American General
                   2929 Allen Parkway, AT40-02
```
-----------------------------------------------------------------------------------

```
  Begin Date:      2003-11-12            Flags:             0430N0
  Begin Time:      14:01:53              DTM Job Name:
  User Id:         DU37CT26              DTM Return Code:
  Workstation Id:  AW205148              DTM Task Name:
  Business Area:   LIFE                  DTM Next Task:
  Type:            DUPPOL                End Date:          2003-11-12
  Status:          DCREATED              End Time:          14:02:55
  Queue:           DPROCESS
  User Name:       Platt, Debbie
DTM Description:
  Comments:
```
-----------------------------------------------------------------------------------

AIG443

Client ID:  2004005 - STILWELL - 2004-01-26-09.32.04.344656
2:05-cv-02160-MPM-DGB    # 77-2    Policy Number: 2604663    Page 12 of 14
Team:                    PRODUCT ID:
Printed on Thursday, September 01, 2005 at 3:47:50PM

```
0=
0
```

Activate Date/Time    2004-01-27 00:00:00    Activate Status

---

Begin Date:       2004-01-26           Flags:              0000Y2
Begin Time:       09:45:49             DTM Job Name:
User Id:          U40CL18              DTM Return Code:
Workstation Id:   AW106075             DTM Task Name:
Business Area:    CLAIMS               DTM Next Task:
Type:             REG                  End Date:           2004-01-26
Status:           DPROCESSED           End Time:           09:45:54
Queue:            DQUALITY
User Name:        Fields, Diana
DTM Description:
Comments:

---

Begin Date:       2004-01-26           Flags:              0300N0
Begin Time:       09:37:37             DTM Job Name:
User Id:          U40CL18              DTM Return Code:
Workstation Id:   AW106075             DTM Task Name:
Business Area:    CLAIMS               DTM Next Task:
Type:             REG                  End Date:           2004-01-26
Status:           D2CLAIMD             End Time:           09:37:37
Queue:            DCLAIMD
User Name:        Fields, Diana
DTM Description:
Comments:

---

Begin Date:       2004-01-26           Flags:
Begin Time:       09:32:33             DTM Job Name:
User Id:          U40CL18              DTM Return Code:
Workstation Id:                        DTM Task Name:
Business Area:                         DTM Next Task:
Type:                                  End Date:           2004-01-26
Status:                                End Time:           09:32:33
Queue:
User Name:        Fields, Diana
DTM Description:
Comments:          melinda dressler requested that I respond to Mr. Crowder's letter...d

---

Begin Date:       2004-01-26           Flags:              0300N0

AIG446

2:05-cv-02160-MPM-DGB    # 77-2    Page 13 of 14

Client ID:          STILWELL - 2004-08-04-09.56.04.095637 - -
                    Policy Number: 142604663
                    PRODUCT ID:
Printed on Thursday, September 01, 2005 at 3:51:23PM
=====================================================================

```
User Name:          **Grove, Melissa
DTM Description:
Comments:
```

---

```
Begin Date:         2004-08-24          Flags:
Begin Time:         08:04:48            DTM Job Name:
User Id:            DU37CT45            DTM Return Code:
Workstation Id:                         DTM Task Name:
Business Area:                          DTM Next Task:
Type:
Status:                                 End Date:       2004-08-24
Queue:                                  End Time:       08:04:48
User Name:          **Grove, Melissa
DTM Description:
Comments:           information from legal and consumer affairs has the money was for a duplicate
                    policy.  the money is being handled closing work obj
```

---

```
Begin Date:         2004-08-23          Flags:          0000N0
Begin Time:         08:06:23            DTM Job Name:
User Id:            DU37CT45            DTM Return Code:
Workstation Id:     AW201167            DTM Task Name:
Business Area:      LIFE                DTM Next Task:
Type:               POLCHG
Status:             PERSONAL            End Date:       2004-08-23
Queue:              DU37CT45            End Time:       08:06:23
User Name:          **Grove, Melissa
DTM Description:
Comments:           Suspend                 Suspend Reason        OTHER
                    Activate Date/Time      2004-08-26 00:00:00   Activate Status
```

---

```
Begin Date:         2004-08-23          Flags:          9990N0
Begin Time:         06:00:35            DTM Job Name:
User Id:            AWDBATCH            DTM Return Code:
Workstation Id:     AWDBATCH            DTM Task Name:
Business Area:      LIFE                DTM Next Task:
Type:               POLCHG
Status:             PERSONAL            End Date:       2004-08-23
Queue:              DU37CT45            End Time:       06:00:35
User Name:          Batch Station & User, BATCH
DTM Description:
Comments:           End Suspension
```

---

AIG447

## Confirmation Report—Memory Send

```
                                   Time       : Feb-15-07  06:44pm
                                   Tel line 1 :
                                   Name       :
```

| | | |
|---|---|---|
| Job number | : | 632 |
| Date | : | Feb-15 06:39pm |
| To | : | 2#170 |
| Document Pages | : | 14 |
| Start time | : | Feb-15 06:40pm |
| End time | : | Feb-15 06:44pm |
| Pages sent | : | 14 |
| Job number | : 632 | *** SEND SUCCESSFUL *** |

## WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
### FACSIMILE

120 North LaSalle Street  
Chicago, Illinois 60602-2412  

Telephone #:  (312) 704-0550  
Facsimile #:  (312) 704-1522

The following facsimile has 13 page(s) including this cover page. If you have any difficulty, or if the transmission was incomplete, please advise. 132

| | | | |
|---|---|---|---|
| Company: | Heller Holmes & Associates | Date: | February 15, 2007 |
| Department: | | From: | Cinthia G. Morley |
| Attention: | Jason M. Crowder | Attorney #: | 7090 |
| Facsimile #: | 217-235-0743 | File #: | 07478.00134 |
| Telephone #: | 217-235-2700 | Re: | Stilwell v American General |

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us via postal service. Thank you.

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean  
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington DC • White Plains  
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

324489.1