E-FILED

Monday, 05 March, 2007 03:24:18 PM
Clerk, U.S. District Court, ILCD

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

120 North LaSalle Street, Chicago, Illinois 60602-2412
Tel: (312) 704-0550   Fax: (312) 704-1522

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

—

www.wilsonelser.com

*WRITER'S DIRECT EXT. 132*

*WRITER'S SUITE: 2600*

*WRITER'S E-MAIL ADDRESS: CINTHIA.MOTLEY@WILSONELSER.COM*

February 16, 2007

**VIA FACSIMILE (217) 235-0743**

Jason Crowder, Esq.
Heller, Holmes & Assoc., P.C.
1101 Broadway
P.O. Box 889
Matoon, IL 61938-0889

Re:   *Margaret J. Stillwell v. American General Life Insurance Company*
        Case No.:        05 CV 2160
        WEMED File No.:    07478.00134

Dear Jason:

    We received your motion to compel production of insurance documents.  Yesterday, we produced, via facsimile, a revised privilege log and additional documents, Bates stamped AIG 430, 440-443, 446-447.  Attached is a confirmation that the facsimile transmission was sent successfully to your office.  Moreover, as your motion indicates, and per your discussion with Rebecca Rothmann, we agreed to produce additional documents in the privilege log.  As such, we find your motion intentionally misleading and request that you amend your motion and base it on the true facts of our discussions, our additional production and the revised privilege log.

    If you wish to discuss this matter further, please give me or Rebecca a call.

Very truly yours,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Cinthia G. Motley

Attachments



380855.1

# Confirmation Report—Memory Send

Time      : Feb-15-07  06:44pm
Tel line 1 :
Name      :

| | | |
|---|---|---|
| Job number | : | 632 |
| Date | : | Feb-15 06:39pm |
| To | : | 2#170 |
| Document Pages | : | 14 |
| Start time | : | Feb-15 06:40pm |
| End time | : | Feb-15 06:44pm |
| Pages sent | : | 14 |
| Job number | : 632 | *** SEND SUCCESSFUL *** |

## WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
### FACSIMILE

**120 North LaSalle Street**
**Chicago, Illinois 60602-2412**

Telephone #:   (312) 704-0550
Facsimile  #:   (312) 704-1522

The following facsimile has 13 page(s) including this cover page. If you have any difficulty, or if the transmission was incomplete, please advise.  132

| | | | |
|---|---|---|---|
| Company: | Heller Holmes & Associates | Date: | February 15, 2007 |
| Department: | | From: | Cinthia G. Motley |
| Attention: | Jason M. Crowder | Attorney #: | 7090 |
| Facsimile #: | 217-235-0743 | File #: | 07478.00134 |
| Telephone #: | 217-235-2700 | Re: | Stilwell v American General |

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us via postal service. Thank you.

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
324489.1

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

120 North LaSalle Street, Chicago, Illinois 60602-2412
Tel: (312) 704-0550  Fax: (312) 704-1522

*Albany ● Baltimore ● Boston ● Chicago ● Dallas ● Garden City ● Houston ● Las Vegas ● London ● Los Angeles ● McLean
Miami ● Newark ● New York ● Philadelphia ● San Diego ● San Francisco ● Stamford ● Washington, DC ● White Plains
Affiliates: Berlin ● Cologne ● Frankfurt ● Munich ● Paris*

—

www.wilsonelser.com

*WRITER'S DIRECT EXT. 132*

*WRITER'S SUITE: 2600*

*WRITER'S E-MAIL ADDRESS: CINTHIA.MOTLEY@WILSONELSER.COM*

February 15, 2007

**VIA REGULAR MAIL &**
**VIA FACSIMILE (217) 235-0743**

Jason Crowder, Esq.
Heller, Holmes & Assoc., P.C.
1101 Broadway
P.O. Box 889
Matoon, IL 61938-0889

> Re:   *Margaret J. Stillwell v. American General Life Insurance Company*
>       Case No.:        05 CV 2160
>       WEMED File No.:    07478.00134

Dear Jason:

Pursuant to your conversation with Rebecca Rothmann, enclosed please find the revised privilege log. Upon further review, we have identified additional documents that are not privileged. We are attaching those documents, Bates stamped AIG 430, 440-443, 446-447, and supplement our document production accordingly. We stand on the privilege asserted as to the remaining documents.

If you have any questions, please give me or Rebecca a call.

Very truly yours,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Cinthia G. Motley

CGM/rn
Attachments

380792.1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

|  |  |  |
|---|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL | ) ) ) ) | |
| Plaintiff, | ) | No. 05 CV 02160 |
| | ) | |
| v. | ) | Honorable Chief Judge Michael P. McCuskey |
| | ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | Magistrate Judge David G. Bernthal |
| Defendant. | ) ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | |
| FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, | ) ) ) | |
| Third-Party Defendants. | ) ) | |

**REVISED PRIVILEGE LOG**

| DATE | AUTHOR | DESCRIPTION | PRIVILEGE | BATES STAMP |
|---|---|---|---|---|
| July 7, 2003 | Margaret Singh | AWD History for Work Object – entry by Margaret Singh of American General regarding phone call with Melinda Boyd, Sr. Counsel, Litigation AIG/American General | Attorney-client privilege | AIG 429 **REDACTED and PRODUCED** |
| June 26, 2003 | Margaret Singh | AWD History for Work Object – entry by Margaret Singh of American General regarding claim review from Melinda Boyd, Sr. Counsel, Litigation AIG/American General | Attorney-client privilege | AIG 440 **REDACTED and PRODUCED** |
| June 11, 2003 | Margaret Singh | AWD History for Work Object – entry by Margaret Singh of American General regarding claim review by Melinda Boyd, Sr. Counsel, Litigation AIG/American General | Attorney-client privilege | AIG 430 **PRODUCED** |
| June 10, 2003 | Margaret Singh | AWD History for Work Object – entry by Margaret Singh of American General regarding claim review by legal department | Attorney-client privilege | AIG 431 **PRODUCED** |
| June 26, 2003 | Melinda Boyd | Intra-office e-mail from Melinda Boyd, Sr. Counsel, Litigation AIG/American General to Margaret Singh regarding claim review | Attorney-client privilege | AIG 432, 435-6, 439 |
| June 25, 2003 | Melinda Boyd | Intra-office e-mail from Melinda Boyd, Sr. Counsel, Litigation AIG/American General to Margaret Singh regarding claim review | Attorney-client privilege | AIG 433-4, 437-8 |
| November 13, 2003 | Leanne Gahr | AWD History for Work Object – entry by Leanne Gahr of American General regarding subpoena review by legal department | Attorney-client privilege | AIG 441 **PRODUCED** |
| November 12, 2003 | Debbie Platt | AWD History for Work Object – entry by Debbie Platt of American General regarding claim review by legal department | Attorney-client privilege | AIG 442-3 **PRODUCED** |
| January 26, 2004 | Diana Fields | AWD History for Work Object – entries by Diana Fields of American General regarding communications with Melinda Dressler Sr. Counsel, Litigation AIG/American General | Attorney-client privilege | AIG 444-446 AIG 446 **PRODUCED** |

380756.1

| | | |
|---|---|---|
| | regarding plaintiff's counsel's pre-litigation letter and response thereto | |
| August 24, 2004 | Melissa Grove | AWD History for Work Object – entry by Melissa Grove of American General regarding information from legal department regarding policy | Attorney-client privilege | AIG 447 **PRODUCED** |

AMERICAN GENERAL LIFE
INSURANCE COMPANY

By: _____
One of its attorneys

Daniel J. McMahon
Rebecca M. Rothmann
Cinthia G. Motley
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
(312) 704-0550

380756.1

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was faxed and mailed by U.S. Mail, postage fully paid, this 15th February, 2007, to the following:

Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS &
MIHLAR
111 E Main St , Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD
ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
thoward@howardandhoward.com

Daniel J. McMahon
Rebecca M. Rothmann
Cinthia G. Motley
        Wilson, Elser, Moskowitz,
 EDELMAN & DICKER, LLP
120 N. LaSalle Street, Suite 2600
Chicago, Illinois 60602
TEL: 312-704-0550
FAX: 312-0704-1522
motleyc@wemed.com

380756.1

5

2604663 - STILWELL - 2003-05-02-08.45.08.427216

Client ID:
Team:
Policy Number: 2604663
PRODUCT ID:

Printed on Thursday, September 01, 2005 at 3:43:44PM

Oal

| | | | |
|---|---|---|---|
| Begin Date: | 2003-06-11 | Flags: | 0000N0 |
| Begin Time: | 13:38:25 | DTM Job Name: | |
| User Id: | D12CM61 | DTM Return Code: | |
| Workstation Id: | AW027137 | DTM Task Name: | |
| Business Area: | CLAIMS | DTM Next Task: | |
| Type: | REG | End Date: | 2003-06-11 |
| Status: | DWAIT10E | End Time: | 13:38:35 |
| Queue: | RENDEZ | | |
| User Name: | **Singh, Margaret | | |

DTM Description:
Comments:

| | | | |
|---|---|---|---|
| Begin Date: | 2003-06-11 | Flags: | |
| Begin Time: | 13:38:21 | DTM Job Name: | |
| User Id: | D12CM61 | DTM Return Code: | |
| Workstation Id: | | DTM Task Name: | |
| Business Area: | | DTM Next Task: | |
| Type: | | End Date: | 2003-06-11 |
| Status: | | End Time: | 13:38:21 |
| Queue: | | | |
| User Name: | **Singh, Margaret | | |

DTM Description:
Comments: NOTE: IF YOU RECEIVE A FAX FROM LARRY BIANKI ADDRESSED TO RAY SAWICKI, PLEASE GIVE ME THE FAXED DOCUMENT. TKS.

| | | | |
|---|---|---|---|
| Begin Date: | 2003-06-11 | Flags: | |
| Begin Time: | 13:37:49 | DTM Job Name: | |
| User Id: | D12CM61 | DTM Return Code: | |
| Workstation Id: | | DTM Task Name: | |
| Business Area: | | DTM Next Task: | |
| Type: | | End Date: | 2003-06-11 |
| Status: | | End Time: | 13:37:49 |
| Queue: | | | |
| User Name: | **Singh, Margaret | | |

DTM Description:
Comments: 6/10: ohn Lyons rtn call re current fax #217-578-3292. Larry Bianki called from Janko Financial Grp. He said that he wants us to pay the claim as requested in the  letters d/d  May 12,2003. I told him that since we would need individual releases or payoff from each Assignee. He requested to speak with Ray Sawicki.
6/11: Ray spoke to Mr. Bianki and advised me that Mr. Bianki will fax us a letter. Once received, send file to Melinda Boyd-Attorney for review. Ray advised that Mr. Bianki is aware that the file will be reviewed by our Legal Dept.

AIG000430

REG - DAPPROVED2 - END - Updateable
2604663 - STILWELL - 2003-05-02-08.45.08.427216
Policy Number: 2604663
PRODUCT ID:
Printed on Thursday, September 01, 2005 at 3:43:44PM
===================================================================================
0al

| | |
|---|---|
| **Type:** | |
| **Status:** | **End Date:**    2003-06-26 |
| **Queue:** | **End Time:**    09:37:55 |
| **User Name:** | **Singh, Margaret |

**DTM Description:**

**Comments:**

Note: Face amount $4M
Assignment to Janko Financial Group was released in 12-2000.
Assignment to: Tuscola National Bank still
outstanding.------------------------$2M
Assignment to Citizens 1ST Natial Bank still oustanding:-------------------- $1
.5M

Amt owed to Tuscola Furniture LLC & First Mid-Illionois Bkm & Trust:
$512,974.50. (documents received and reviewed by Melinda Boyd, Attorney): OK
to pay $512,974.50 to Tuscola Furniture Group LLC & First Mid-Illionois Bk &
Trust.

Melinda Boyd, spoke with Laurence Bianchi who is an authorized member of the
Janko Financial Group, LLC, and asked him fax her the Partnership Agreement
which  shows that Laurence Bianchi is indeed an "authorized representative" of
Janko Financial and authorized to release the assignment

per Melinda, send ck to Tuscola Furniture LLC  & First Mid-Illinois Bank and
Trust by overnight mail (our expense).
Claim set up for approval.

---

| | | | |
|---|---|---|---|
| **Begin Date:** | 2003-06-26 | **Flags:** | 3290N0 |
| **Begin Time:** | 00:18:44 | **DTM Job Name:** | |
| **User Id:** | AWDBATCH | **DTM Return Code:** | |
| **Workstation Id:** | AWDBATCH | **DTM Task Name:** | |
| **Business Area:** | CLAIMS | **DTM Next Task:** | |
| **Type:** | REG | **End Date:** | 2003-06-26 |
| **Status:** | DMATCHE | **End Time:** | 00:18:44 |
| **Queue:** | DCLAIME | | |
| **User Name:** | Batch Station & User, BATCH | | |

**DTM Description:**

**Comments:**

---

| | | | |
|---|---|---|---|
| **Begin Date:** | 2003-06-25 | **Flags:** | 3000N0 |
| **Begin Time:** | 00:19:05 | **DTM Job Name:** | |
| **User Id:** | AWDBATCH | **DTM Return Code:** | |
| **Workstation Id:** | AWDBATCH | **DTM Task Name:** | |
| **Business Area:** | CLAIMS | **DTM Next Task:** | |
| **Type:** | REG | **End Date:** | 2003-06-25 |

AIG440

2604663 -    - STILWELL - 2003-11-04-13.22.05.396088 -   -
Client ID                    Page Number: 2604663
Team:                PRODUCT ID:
Printed on Thursday, September 01, 2005 at 3:46:21PM

========================================================================

Begin Date:        2003-11-13           Flags:
Begin Time:        09:58:16             DTM Job Name:
User Id:           DU37CC06             DTM Return Code:
Workstation Id:                         DTM Task Name:
Business Area:                          DTM Next Task:
Type:      .                            End Date:        2003-11-13
Status:                                 End Time:        09:58:16
Queue:
User Name:         Gahr, Leanne
DTM Description:
Comments:

Agent John Lyons called checking on this since there was a supoena.  Per
Teresa H in Consumer Affairs, this has been referred to Legal and they are
handling.

------------------------------------------------------------------------

Begin Date:        2003-11-11           Flags:        9990N0
Begin Time:        09:05:56             DTM Job Name:
User Id:           AWDBATCH             DTM Return Code:
Workstation Id:    AWDBATCH             DTM Task Name:
Business Area:     LIFE                 DTM Next Task:
Type:              CMPLNT               End Date:        2003-11-11
Status:            DREFERRED            End Time:        09:05:56
Queue:             END
User Name:         Batch Station & User, BATCH
DTM Description:
Comments:          End Suspension

------------------------------------------------------------------------

Begin Date:        2003-11-10           Flags:        0000N0
Begin Time:        16:03:08             DTM Job Name:
User Id:           DU37CT34             DTM Return Code:
Workstation Id:    AW201170             DTM Task Name:
Business Area:     LIFE                 DTM Next Task:
Type:              CMPLNT               End Date:        2003-11-10
Status:            DREFERRED            End Time:        16:04:56
Queue:             END
User Name:         Antonacci, Beverly
DTM Description:
Comments:

------------------------------------------------------------------------

Begin Date:        2003-11-10           Flags:        0000N0
Begin Time:        16:02:09             DTM Job Name:
User Id:           DU37CT34             DTM Return Code:
Workstation Id:    AW201170             DTM Task Name:
Business Area:     LIFE                 DTM Next Task:

AIG441

2:05-cv-02160-MPM-DGB    # 77-3    Page 16 of

0

| | | |
|---|---|---|
| Begin Date: | 2003-11-12 | |
| Begin Time: | 15:15:27 | Flags: |
| User Id: | DU37CT26 | DTM Job Name: |
| Workstation Id: | | DTM Return Code: |
| Business Area: | | DTM Task Name: |
| Type: | | DTM Next Task: |
| Status: | | End Date:   2003-11-12 |
| Queue: | | End Time:   15:15:27 |
| User Name: | Platt, Debbie | |
| DTM Description: | | |
| Comments: | | |

Suspend          Suspend Reason          SUSPEND RC
Activate Date/Time    2003-11-13 00:00:00    Activate Status

---

| | | |
|---|---|---|
| Begin Date: | 2003-11-12 | |
| Begin Time: | 15:15:18 | Flags:   0000Y1 |
| User Id: | DU37CT26 | DTM Job Name: |
| Workstation Id: | AW205148 | DTM Return Code: |
| Business Area: | LIFE | DTM Task Name: |
| Type: | DUPPOL | DTM Next Task: |
| Status: | DPROCESSED | End Date:   2003-11-12 |
| Queue: | DQUALITY | End Time:   15:15:26 |
| User Name: | Platt, Debbie | |
| DTM Description: | | |
| Comments: | | |

---

| | | |
|---|---|---|
| Begin Date: | 2003-11-12 | |
| Begin Time: | 15:15:16 | Flags: |
| User Id: | DU37CT26 | DTM Job Name: |
| Workstation Id: | | DTM Return Code: |
| Business Area: | | DTM Task Name: |
| Type: | | DTM Next Task: |
| Status: | | End Date:   2003-11-12 |
| Queue: | | End Time:   15:15:16 |
| User Name: | Platt, Debbie | |
| DTM Description: | | |
| Comments: | | |

policy print requested-handling sheet in pick up tray-going to Usulnee
Wade-Legal Depart.

---

| | | |
|---|---|---|
| Begin Date: | 2003-11-12 | |
| Begin Time: | 14:04:00 | Flags: |
| User Id: | DU37CT26 | DTM Job Name: |
| Workstation Id: | | DTM Return Code: |
| | | DTM Task Name: |

AIG442

========================================================================

0

```
Type:                                   End Date:      2003-11-12
Status:                                 End Time:      14:04:00
Queue:
User Name:        Platt, Debbie
DTM Description:
Comments:         Debbie - Can you please send a duplicate or specimen of the policy.

                  Thanks for all your help!

                  Usulnee Wade
                  Legal Assistant
                  AIG/American General
                  2929 Allen Parkway, AT40-02
```

----------------------------------------------------------------------

```
Begin Date:    2003-11-12          Flags:          0430N0
Begin Time:    14:01:53            DTM Job Name:
User Id:       DU37CT26            DTM Return Code:
Workstation Id: AW205148           DTM Task Name:
Business Area: LIFE                DTM Next Task:
Type:          DUPPOL             End Date:       2003-11-12
Status:        DCREATED            End Time:       14:02:55
Queue:         DPROCESS
User Name:     Platt, Debbie
DTM Description:
Comments:
```

----------------------------------------------------------------------

AIG443

0=
0

Activate Date/Time    2004-01-27 00:00:00  Activate Status

Begin Date:        2004-01-26          Flags:          0000Y2
Begin Time:        09:45:49           DTM Job Name:
User Id:           U40CL18            DTM Return Code:
Workstation Id:    AW106075           DTM Task Name:
Business Area:     CLAIMS             DTM Next Task:
Type:              REG                End Date:        2004-01-26
Status:            DPROCESSED         End Time:        09:45:54
Queue:             DQUALITY
User Name:         Fields, Diana
DTM Description:
Comments:

Begin Date:        2004-01-26          Flags:          0300N0
Begin Time:        09:37:37           DTM Job Name:
User Id:           U40CL18            DTM Return Code:
Workstation Id:    AW106075           DTM Task Name:
Business Area:     CLAIMS             DTM Next Task:
Type:              REG                End Date:        2004-01-26
Status:            D2CLAIMD           End Time:        09:37:37
Queue:             DCLAIMD
User Name:         Fields, Diana
DTM Description:
Comments:

Begin Date:        2004-01-26          Flags:
Begin Time:        09:32:33           DTM Job Name:
User Id:           U40CL18            DTM Return Code:
Workstation Id:                       DTM Task Name:
Business Area:                        DTM Next Task:
Type:                                 End Date:        2004-01-26
Status:                               End Time:        09:32:33
Queue:
User Name:         Fields, Diana
DTM Description:
Comments:          melinda dressler requested that I respond to Mr. Crowder's letter...d

Begin Date:        2004-01-26          Flags:          0300N0

AIG446

Client ID:
2:05-ea-02160-MPM-DGB    # 77-3
Policy Number: 2604663
PRODUCT ID:
Page 15 of 16
Printed on Thursday, September 01, 2005 at 3:51:23PM

═══════════════════════════════════════════════════════════════════════════════

User Name:            **Grove, Melissa
DTM Description:
Comments:

-------------------------------------------------------------------------------

Begin Date:           2004-08-24          Flags:
Begin Time:           08:04:48            DTM Job Name:
User Id:              DU37CT45            DTM Return Code:
Workstation Id:                           DTM Task Name:
Business Area:                            DTM Next Task:
Type:                                     End Date:      2004-08-24
Status:                                   End Time:      08:04:48
Queue:
User Name:            **Grove, Melissa
DTM Description:
Comments:             information from legal and consumer affairs has the money was for a duplicate
                      policy.  the money is being handled closing work obj

-------------------------------------------------------------------------------

Begin Date:           2004-08-23          Flags:         0000N0
Begin Time:           08:06:23            DTM Job Name:
User Id:              DU37CT45            DTM Return Code:
Workstation Id:       AW201167            DTM Task Name:
Business Area:        LIFE                DTM Next Task:
Type:                 POLCHG              End Date:      2004-08-23
Status:               PERSONAL            End Time:      08:06:23
Queue:                DU37CT45
User Name:            **Grove, Melissa
DTM Description:
Comments:             Suspend             Suspend Reason      OTHER
                      Activate Date/Time  2004-08-26 00:00:00  Activate Status

-------------------------------------------------------------------------------

Begin Date:           2004-08-23          Flags:         9990N0
Begin Time:           06:00:35            DTM Job Name:
User Id:              AWDBATCH            DTM Return Code:
Workstation Id:       AWDBATCH            DTM Task Name:
Business Area:        LIFE                DTM Next Task:
Type:                 POLCHG              End Date:      2004-08-23
Status:               PERSONAL            End Time:      06:00:35
Queue:                DU37CT45
User Name:            Batch Station & User, BATCH
TM Description:
Comments:             End Suspension

-------------------------------------------------------------------------------

AIG447

# Confirmation Report—Memory Send

Time        : Feb-16-07  11:47am
Tel line 1 :
Name        :

| | | |
|---|---|---|
| Job number | : | 641 |
| Date | : | Feb-16 11:41am |
| To | : | 2#177 |
| Document Pages | : | 16 |
| Start time | : | Feb-16 11:41am |
| End time | : | Feb-16 11:47am |
| Pages sent | : | 16 |
| Job number | : 641 | *** SEND SUCCESSFUL *** |

## WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
### FACSIMILE

120 North LaSalle Street
Chicago, Illinois 60602-2412

Telephone #:  (312) 704-0550
Facsimile  #:  (312) 704-1522

The following facsimile has 16 page(s) including this cover page. If you have any difficulty, or if the transmission was incomplete, please advise: 132

| | | | |
|---|---|---|---|
| Company: | Heller Holmes & Associates | Date: | February 16, 2007 |
| Department: | | From: | Cinthia G. Motley |
| Attention: | Jason M. Crowder | Attorney #: | 7090 |
| Facsimile #. | 217-235-0743 | File #: | 07478.00134 |
| Telephone #: | 217-235-2700 | Re: | Stilwell v American General |

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us via postal service. Thank you

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Philadelphia • San Diego • San Francisco • Stamford • Washington DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
324489.1