07478.00134

E-FILED
Monday, 05 March, 2007 03:24:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Defendants. | No. 05 CV 02160 <br><br> Honorable Chief Judge <br> Michael P. McCuskey <br><br> Magistrate Judge <br> David G. Bernthal |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, <br><br> Third-Party Defendants. | |

### AFFIDAVIT OF DIANA FIELDS

I, Diana Fields, under penalty of perjury, depose and state as follows:

1. I am employed as a Senior Claims Analyst with American General Life Insurance Company ("American General"), the defendant/third-party plaintiff in the above-captioned lawsuit, and have personal knowledge of the statements contained in this affidavit and, if sworn to testify could competently testify thereto.

2. Margaret Singh held a position as claims examiner while employed with American General. She no longer works at American General.


DEFENDANT'S EXHIBIT "4"

384169.1
338597.1

3. I have been employed with American General for over 30 years and have previously held the position of claims examiner with American General.

4. A claim examiner has the authority and responsibility to review and pay claims that are payable.

5. In connection with this determination, a claim examiner may call on American General's in-house counsel for the purpose of soliciting legal advice and assistance in determining whether funds should be paid in light of the claim documentation submitted and the policy terms.

6. Upon review of the file in this case, Margaret Singh communicated with American General's in-house counsel for the purpose of soliciting legal advice and assistance upon receiving the claim submissions from the Third-Party Defendants.

7. I became a Senior Claims Analyst on or about 2003 when my position as Claim Investigator was renamed to Senior Claims Analyst.

8. As a Senior Claims Analyst, and previously as a Claim Investigator, I am responsible for the handling of contestable claims, foreign death claims, fraudulent claims and claims pertaining to homicides.

9. As a Senior Claims Analyst I have the authority and responsibility to analyze the claim documentation submitted and determine if the proceeds are payable in light of that documentation under a policy.

384169.1

10. In connection with my determination, I may call on American General's in-house counsel for the purpose of soliciting legal advice and assistance in determining whether funds should be paid in light of the claim documentation submitted and the policy terms.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on this 5th day of March, 2007.

                                                   /s/ Diana Fields
                                                   Diana Fields

384169.1