E-FILED
Wednesday, 21 March, 2007  03:51:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )     05 CV 02160 |
| AMERICAN GENERAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants | ) |
| _____ | ) |
| AMERICAN GENERAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| FIRST MID ILLINOIS BANK & TRUST, | ) |
| TUSCOLA FURNITURE GROUP, LLC, | ) |
| And JANKO FINANCIAL GROUP, LLC, | ) |
| | ) |
| Third Party Defendants | ) |

**MOTION FOR EXTENSION OF TIME**

NOW COMES the Third Party Defendant, First Mid-Illinois Bank & Trust, by its attorneys Heavner, Scott, Beyers, and Mihlar, and for its Motion for Extension of Time states as follows:

1.) On September 25, 2006, this Court entered a scheduling order which set a deadline of April 2, 2007, for the filing of Dispositive Motions;

2.) The parties have completed oral and written discovery, however, on February 16, 2007, the Plaintiff filed a Motion to Compel the Defendant, American General to produce certain documents it withheld pursuant to the attorney-client

privilege. American General filed a response and based on that response, this Court

ordered American General to produce the documents at issue for in camera inspection;

3.) Although it does not appear that there are many documents at issue, there is

no question that said documents would certainly be relevant to any Motion for Summary

Judgment to be filed by the Third Party Defendants, including First Mid-Illinois Bank &

Trust;

4.) Based on this outstanding issue, the Third Party Defendant First Mid-Illinois

Bank & Trust requests that this Court grant an extension of fourteen days from the date of

this Court's ruling on Plaintiff's Motion to Compel, for the parties to file any dispositive

motions, including any motions for summary judgment.

WHEREFORE, First Mid-Illinois Bank & Trust prays that this Court grant its

Motion for Extension of Time, and that this Court enter an Order extending the deadline

for the filing of any dispositive motions to fourteen days from the date this Court issues

its ruling on Plaintiff's Motion to Compel.

FIRST MID-ILLINOIS BANK &
TRUST,

/s/ Julie Beyers_____
Julie Beyers

Julie Beyers
HEAVNER, SCOTT, BEYERS & MIHLAR
111 E. Main Street, Suite 200
Decatur, IL 62523
Phone: (217) 422-1719
Fax:   (217) 422-1754
juliebeyers@hsbattys.com
ARDC#06217185

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2007, I electronically filed the foregoing

Motion for Extension of Time with the Clerk of the Court using the ECF system and that

service was made electronically to the parties as indicated on that system.

Jason Crowder
Heller Holmes & Associates PC
crowderjason@hotmail.com

Timothy J. Howard
Howard & Howard Attorneys PC
toward@howardandhoward.com

Jason M. Kuzniar
Wilson Elser Moskowitz Edelman & Dicker LLP
Jason.Kuzniar@wilsonelser.com

Daniel J. McMahon
Wilson Elser Moskowitz Edelman & Dicker LLP
Daniel.mcmahon@wilsonelser.com

Cinthia G. Motley
Wilson Elser Moskowitz Edelman & Dicker LLP
cinthia.motley@wilsonelser.com

Rebecca M. Rothmann
Wilson Elser Moskowitz Edelman & Dicker LLP
Rebecca.rothmann@wilsonelser.com


Michael S. Seneca
mseneca@howardandhoward.com
lforney@howardandhoward.com

/s/   Julie Beyers
      Julie Beyers

Julie Beyers
HEAVNER, SCOTT, BEYERS & MIHLAR
111 E. Main Street, Suite 200
Decatur, IL 62523
Phone: (217) 422-1719
Fax:   (217) 422-1754
juliebeyers@hsbattys.com
ARDC#06217185