## THE OLD LINE LIFE Insurance Company of America

ADMINISTRATIVE OFFICES / PO BOX 35844 / DALLAS TX 75235 0844
214 654 6300 / 800 487 5433 / FAX 214 654 6008

January 30, 2001

1ST MID ILLNOIS BANK & TRUST
PO BOX 18
TUSCOLA IL  61953

Re: Insured, James E Stilwell
    Policy Number   2604663
    Owner, James E Stilwell

```
*******************************
*                             *
*   ASSIGNMENT VERIFICATION   *
*                             *
*******************************
```

The original document submitted to place an assignment on this policy has been endorsed, recorded and made a part of the policy records.

A copy of this assignment is attached for your records.

If this assignment is released or transferred, please notify us in writing.

Prepared By: Title Change Unit
             Policyowner Service Department

Attachment

cc:   W0908 FRAN TONY M CARTER
      W0090 FRAN WILLIAM J LYONS

2303

23/03
          An American General Company



EXHIBIT 5

AIG-000031

**AMERICAN GENERAL FINANCIAL GROUP**

$1,000,000

POOR ORIGINAL

1/31/01 00:26
1/Assignment
0013 000000 :39
001404000138

☐ All American Life Insurance Company (AALI), P.O. Box 35844 Dallas, TX 75235-8683
☐ The American Franklin Life Insurance Company (AMFLIC), P.O. Box 19520, Springfield, IL 62794-9520
☐ American General Life Insurance Company (AGL), P.O. Box 4373, Houston TX 77210-4373
☐ The Franklin Life Insurance Company (FLIC), #1 Franklin Square, Springfield, IL 62713-0001
☒ The Old Line Life Insurance Company of America (OLL), P.O. Box 35844, Dallas TX 75235-8683

Members of American General Financial Group. American General Financial Group is the marketing name for American General Corporation and its subsidiaries.

**1. CONTRACT IDENTIFICATION**

You may use this form for multiple contracts that have the same contract owner and require the same signatures. All contracts must be assigned to the same assignee or all contracts released from assignment with same assignee.

☐ Check Here if New Address

CONTRACT No.: 2604663
OWNER: Margaret Stilwell          SSN/TIN OR EIN: 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
Address: 218 N. Iowa
Atwood, IL. 61913
Phone No.: (217) 578-3132     578-3322
INSURED/ANNUITANT (if other than Owner): James E. Stilwell

**2. ☒ ASSIGNMENT**

For value received, I/we hereby assign and transfer to the named Assignee/Creditor as their interest may appear, the Contract number named above, issued by the Company, upon the life as named above and all moneys now or hereafter payable thereunder, subject to the conditions of said contract, the regulations of the Company and to any lien, charge, or indebtedness thereon now or hereafter existing in favor of the Company.

Assignee/Creditor Name: 1st Mid-Illinois Bank + Trust (1,000,000)
Assignee/Creditor Address: PO Box 18, 410 S. Main Tuscola, IL 61953

**3. ☐ RELEASE OF ASSIGNMENT**

The consideration for which the Assignment was made, having been fully paid and satisfied, all right, title, and interest of the assignee in the above named Contract issued or assumed by the Company on the above named life is hereby relinquished.

Assignee/Creditor Name: _____
Assignee/Creditor Address: _____

**4. SIGN HERE FOR ABOVE REQUEST**

This request must be dated and all required signatures must be written in ink, using full legal names.

To assign this contract, this request must be signed by the person or persons who have the rights of ownership under the terms of the contract. For Corporate Owned contracts, this form must be signed by one officer followed by the officer's title. The request must be accompanied by a piece of corporate letterhead or paper with the corporate seal that has been signed by that officer. For contracts owned by a Partnership, the full name of the partnership should be written followed by the signatures of any partner, other than the Insured. For contracts owned by or assigned to a Trustee, Trustee signatures are required as instructed by the trust agreement.

Under penalty of perjury, the contract owner(s) certify: (1) that the number(s) shown on this form is any (are our) correct social security (or taxpayer identification) number(s); and (2) that I am (we are) not subject to backup withholding under Section 3406(A)(1)(C) of the Internal Revenue Code.

ASSIGNMENT
*Margaret Stilwell 1/11/01*
Signature of Owner     Date          Signature of co-owner     Date
                                     (or other party interested in contract)

RELEASE OF ASSIGNMENT

To release the assignment of this contract, this request must be signed by the Assignee.

_____
Assignee     Date

JAN 29 2001
Received and Recorded on _____
by The Old Line Life Insurance Company
Registrar _____

This assignment is recorded subject to a prior collateral assignment executed by the policyowner.

AGLC 0205

AIG-000032