## QUITCLAIM BILL OF SALE

Seller, JANKO FINANCIAL GROUP, L.L.C. an Illinois Limited Liability Company, in consideration of payment for the average wholesale cost and other good and valuable consideration, does hereby sell, assign, transfer, and set over to Buyer, TUSCOLA FURNITURE GROUP, LLC., the following described personal property, to-wit:

All AMISH FURNITURE owned by Seller and consigned to AMISHLAND COUNTRY VILLAGE, INC. pursuant to Consignment Agreement dated April 16, 1999.

ALL WARRANTIES OF QUALITY, FITNESS AND MERCHANTABILITY ARE HEREBY EXCLUDED.

IN WITNESS WHEREOF, Seller has signed and sealed this Bill of Sale at Ottawa, IL this _16_ day of _NOV_, 2000.

JANKO FINANCIAL GROUP, L.L.C.,

BY: _____
RICHARD JANKO, Manager

LWB/sma
JANKO\FINAC-FURN-AMISH.QC.DEED



EXHIBIT
8

000089