## BILL OF SALE

SELLER, AMISHLAND'S COUNTRY VILLAGE, INC., an Illinois Corporation, in consideration of TWO HUNDRED EIGHT THOUSAND, THREE HUNDRED FORTY-ONE Dollars ($ 208,341) and other good and valuable consideration, receipt whereof is hereby acknowledged, does hereby sell, assign, transfer, and set over to Buyer, TUSCOLA FURNITURE GROUP, LLC., an Illinois Limited Liability Compant, the following described personal property, to-wit:

ALL AMISH FURNITURE INVENTORY owned by Seller.

Together with all warranties of quality, fitness and merchantability attributable to the foregoing.

And, AMISHLAND'S COUNTRY VILLAGE, INC. hereby warrants that it is the owner thereof, and has full right and title thereto, and authority to sell and dispose of the same, and that the above described property is now free and clear of all liens and encumbrances of every kind.

IN WITNESS WHEREOF, Seller has signed and sealed this Bill of Sale at Tuscola, Illinois this __20__ day of December, 2000.

AMISHLAND'S COUNTRY VILLAGE, INC.

BY: _____
James E. Stilwell, President

EXHIBIT 9