## ASSIGNMENT

For value received, the undersigned, secured party under a security agreement dated November _17_, 2000, between the undersigned and Amishland's Country Village, Inc., a corporation referred to as debtor, hereby sells, assigns, and transfers to First Mid-Illinois Bank & Trust, N.A. of 410 S. Main, P.O. Box 18, City of Tuscola, County of Douglas, State of Illinois, its successors and assigns, the foregoing security agreement, hereafter referred to as agreement, and all right, title and interest of the undersigned in and to the collateral described therein, hereby granting full power to the assignee, either in its own name or in the name of the undersigned, to take all legal or other proceedings that the undersigned may have taken but for this agreement.

The undersigned represents and warrants that:

1. The Agreement evidences a bona fide consignment of the collateral to debtor;
2. The description of the collateral set forth in agreement is correct;
3. All statements contained in agreement are in all respects true and correct;
4. The consignment was made in accordance with all laws and regulations affecting such consignment;
5. Agreement is valid and enforceable in accordance with its terms;
6. The names and signatures on agreement are not forged, fictitious or assumed, and are genuine in all respects;
7. At the time of the consignments, title to the collateral was in the undersigned and the collateral was, on delivery to the debtor and is now, free from all liens and encumbrances, except agreement;
8. Agreement is subject to no defenses on the part of debtor;
9. Duly completed copies of agreement were delivered to debtor prior to his execution thereof;
10. The collateral was delivered to debtor on consignment in good condition, without any misrepresentation by the undersigned and has been accepted by debtor; and
11. The undersigned is the owner of agreement free from all liens and encumbrances except agreement, and has full right and power to sell and assign the same.

This assignment is made subject to all the terms, conditions, promises, representations, and warranties contained in any agreement in effect between the undersigned and debtor on the date hereof.

Dated: _NOV. 17_, 2000

TUSCOLA FURNITURE GROUP, L.L.C., an Illinois Limited Liability Company

By: Its Manager: JANKO FINANCIAL GROUP, L.L.C., a Limited Liability Company

By: _____
Richard Janko, Authorized Member
220 Marquette Road
Peru, Illinois 61354

EXHIBIT 10