ASSIGNMENT AND ASSUMPTION AGREEMENT
(AMISH FURNITURE)

This Assignment and Assumption Agreement made as of this _16_ day of _NOV_____, 2000 by and between JANKO FINANCIAL GROUP, LLC, an Illinois Limited Liability Company, Assignor, and TUSCOLA FURNITURE GROUP, LLC, an Illinois Limited Liability Company, Assignee.

NOW THEREFORE, in consideration of Ten Dollars ($10.00) and other good and valuable consideration, the receipt whereof is acknowledged, Assignor hereby assigns and Assignee hereby agrees to assume and to fully and faithfully perform the obligations of Assignor under the following:

1.  Consignment Agreement dated 4/16/99 by and between AMISHLAND COUNTRY VILLAGE, INC., and JANKO FINANCIAL GROUP, L.L.C.

2.  Any and all Contracts and other documents including insurance policies, relating to and incurred in connection with the acquisition and consignment of AMISH FURNITURE pursuant to the Consignment Agreement referred to in paragraph 1.

3.  All inventory of AMISH FURNITURE owned by Assignor and subject to the Consignment Agreement.

IN WITNESS WHEREOF, the Assignor and Assignee have caused this Assignment and Assumption Agreement to be fully executed and delivered this _16_ day of _NOV_____, 2000.

ASSIGNEE:
TUSCOLA FURNITURE GROUP, LLC
by its Manager,
JANKO FINANCIAL GROUP, L.L.C.

BY: _____
RICHARD JANKO, Authorized Member

ASSIGNOR:
JANKO FINANCIAL GROUP, LLC

BY: _____
RICHARD JANKO, Authorized Member

EXHIBIT
11

JANKO\TUSCOLA-AMISHLAND.ASNM

000068