E-FILED
Wednesday, 28 March, 2007  09:21:37 AM
Clerk, U.S. District Court, ILCD
005755 005165



## AMERICAN GENERAL

Company

Insurance Service Center for:

American General Life Insurance

June 10, 2003

FIRST MID-ILLINOIS BANK & TRUST
ATTN: THOMAS J CHAMBERLAIN, COMMUITY PRESIDENT
2229 SOUTH NEIL ST
CHAMPAIGN, IL 61820-2001



| Contract Number: | 2604663 |
| Insured: | JAMES STILWELL |
| Claim Number: | 03D00893OLL |

Dear Mr. Chamberlain:

We are in receipt of the certified death certificate for the above-referenced insured under Policy Number 2604633.

Our records indicate in January 2001, a Collateral Assignment was made under Policy Number 2604663 to First Mid Illinois Bank and Trust. Our records do not reflect a release of this assignment.

Therefore, in order to continue processing this claim, please review your records and determine if the Collateral Assignment is still in effect, or, if it has been released. We will need a letter from this business signed by an Officer of the Company, giving the amount of debt still owed, or, a release of the assignment.

The Rules and Regulations of the Illinois Department of Insurance requires that our Company advise you that if you wish to take this matter with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 West Randolph Street, Chicago, Illinois 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

If you should have any questions regarding this information or forms, please do not hesitate to contact our office at 1.800.487.5433.

Sincerely,
INDIVIDUAL CLAIMS DEPARTMENT

cc:    W0908
       W0090

3009

American General Life Insurance Company
Member of American International Group, Inc.
Service Center • P.O. Box 4373 • Houston, TX  77210-4373 • 1.800.487.5433 • Fax 214.654.6008

EXHIBIT
tables'    16

AIG-000223