

**AIG AMERICAN GENERAL**

Company

*Insurance Service Center for:*

American General Life Insurance

June 10, 2003

TUSCOLA FURNITURE GROUP LLC
ATTN: LAWRENCE BIANCHI
2220 MARQUETTE RD
PERU IL 61354-1538

Contract Number:    2604663
Insured:            JAMES STILWELL
Claim Number:       03D008930OLL

Dear Mr. Mr. Bianchi:

We are in receipt of the certified death certificate for the above-referenced insured under Policy Number 2604633.

Our records indicate in December 2000, a Collateral Assignment was made under Policy Number 2604663 to Tuscola Furniture Group, LLC for the amount of $250,000.00. Our records do not reflect a release of this assignment.

Therefore, in order to continue processing this claim, please review your records and determine if the Collateral Assignment is still in effect, or, if it has been released. We will need a letter from this business signed by an Officer of the Company, giving the amount of debt still owed, or, a release of the assignment.

The Rules and Regulations of the Illinois Department of Insurance requires that our Company advise you that if you wish to take this matter with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 West Randolph Street, Chicago, Illinois 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

If you should have any questions regarding this information or forms, please do not hesitate to contact our office at 1.800.487.5433.

Sincerely,
INDIVIDUAL CLAIMS DEPARTMENT

cc:  W0908
     W0090

3009

American General Life Insurance Company
*Member of American International Group, Inc.*
Service Center • P.O. Box 4373 • Houston, TX 77210-4373 • 1.800.487.5433 • Fax 214.654.6008

EXHIBIT 17

AIG-000226