**E-FILED**
Wednesday, 28 March, 2007  09:22:09 AM
Clerk, U.S. District Court, ILCD



**AMERICAN GENERAL**

Company

*Insurance Service Center for:*

**American General Life Insurance**

June 10, 2003

JANKO FINANCIAL GROUP, LLC
ATTN: LAWRENCE BIANCHI
2220 MARQUETTE RD
PERU IL 61354-1538

| | |
|---|---|
| Contract Number: | 2604663 |
| Insured: | JAMES STILWELL |
| Claim Number: | 03D00893OLL |

Dear Mr. Bianchi:

We are in receipt of a claimant's statement signed by you for the benefit of Janko Financial Group LLC under Policy Number 2604633.

Our records show that In April 2000 and in October 2000, there were Collateral Assignments against the above policy to Janko Financial Group, LLC. In December 2000, we received a release of the Collateral Assignment to Janko Financial Group, LLC. Our records do not reflect a Collateral Assignment to Janko Financial Group, LLC after December 2000. According to our records, there is no debt owing to Janko Financial Group, under Policy 2604633. If you have proof that there is debt owing to this company against this policy, please send us the proof, within fifteen days from the date of this letter.

The Rules and Regulations of the Illinois Department of Insurance requires that our Company advise you that if you wish to take this matter with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 West Randolph Street, Chicago, Illinois 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

If you should have any questions regarding this information or forms, please do not hesitate to contact our office at 1.800.487.5433.

Sincerely,
INDIVIDUAL CLAIMS DEPARTMENT

cc:   W0908
       W0090

3009

**EXHIBIT**

*tabbies*

18

0B1

**American General Life Insurance Company**
*Member of American International Group, Inc.*
Service Center • P.O. Box 4373 • Houston, TX  77210-4373 • 1.800.487.5433 • Fax 214.654.6008

AIG-000222