E-FILED
Wednesday, 26 December, 2007 09:22:56 AM
Clerk, U.S. District Court, ILCD



AMERICAN GENERAL LIFE INSURANCE COMPANY    51-44/119
HOUSTON    TX

| S.S#/CORP.TAX ID NO. | POLICY/AGENT NO. | INSURED | |
|---|---|---|---|
| CP117 | 2604663 | STILWELL, JAMES | |

Check No.: 0005134183
RFP No.: 00061187
06/27/2003

PAY FIVE HUNDRED TWELVE THOUSAND NINE HUNDRED SEVENTY FOUR
DOLLARS AND 50 CENTS**

TO THE ORDER OF
TUSCOLA FURNITURE
LLC & FIRST MID-ILLINOIS BANK
AND TRUST

*********$512,974.50
VOID AFTER NINETY DAYS

FLEET BANK
HARTFORD        CT

AUTHORIZED SIGNATURE

ENDORSEMENT OR PAY INDICATES
NO BANKRUPTCY OR INSOLVENCY
PROCEEDINGS PENDING

⑈"0005134183"⑈ ⑆011900445⑆    62750⑈"

**EXHIBIT**
20

## LOAN SYSTEM - CREDIT - PAYOFF (CLIENT DEFINED)

ACCOUNT NAME  Tuscola Furniture Group, LLC

PREPARED BY  Tom Chamberlain

DATE 7 / 3 / 200

AMOUNT
$    8 1 6 6 0 3 7

ACCOUNT NUMBER
* 2 1 5 0 0 9 5 3 8

385

DEPOSIT TICKET
NAME Tuscola Furniture Group, LLC
ACCOUNT NO. 894-418-1
DATE 7-3-2003

First Mid-Illinois Bank & Trust
Mattoon, Illinois 61938

70-207/711
BRANCH 3

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS | | |
| 1 Insurance | | |
| 2 Proceeds | 5129745 | 0 |
| 3 | | |
| 4 Less: | | |
| 5 Loan Payoff | | |
| 6 215009538 | 81660 | 37 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| TOTAL FROM ATTACHED LIST | | |
| TOTAL | 431,314 | 13 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY OR ATTACH LIST

PLEASE RE-ENTER TOTAL HERE

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND

TOTAL ITEMS        $

⑆"0711020761⑆"        4 3 1 3 1 4 1 3
000003
009

AMERICAN GENERAL LIFE INSURANCE COMPANY

| | DATE 06/27/2003 | CHECK NO 0005134183 |

TUSCOLA FURNITURE
LLC & FIRST MID-ILLINOIS BANK
AND TRUST

| EXPLANATION | AMOUNT |
| --- | --- |
| 2619110I16 | |
| CLAIM NUMBER: 03D008930LL | |
| CLAIM PROCEEDS-------------------- | 512,974.50 |

| INSURED | POLICY NUMBER | |
| --- | --- | --- |
| STILWELL, JAMES | 2604663 | CHECK AMOUNT $512,974.50 |

THIS DOCUMENT CONTAINS A CUSTOM COLORED BACKGROUND AS A SECURITY FEATURE

AMERICAN GENERAL LIFE INSURANCE COMPANY
HOUSTON    TX

ENDORSEMENT OF PAYEE INDICATES
NO BANKRUPTCY OR INSOLVENCY
PROCEEDINGS PENDING

51-44/119

| S.S#/CORP. TAX ID NO. | POLICY/AGENT NO. | INSURED | |
| --- | --- | --- | --- |
| P117 | 2604663 | STILWELL, JAMES | |

Check No.: 0005134183
RFP No.: 00061187
06/27/2003

PAY FIVE HUNDRED TWELVE THOUSAND NINE HUNDRED SEVENTY FOUR
DOLLARS AND 50 CENTS**

0174 06/27/2003 12:04:31 PM FFH

TO
THE
ORDER
OF

TUSCOLA FURNITURE
LLC & FIRST MID-ILLINOIS BANK
AND TRUST

**********$512,974.50

VOID AFTER NINETY DAYS

LEET BANK
ARTFORD                    CT

AUTHORIZED SIGNATURE

000004



**First Mid-Illinois Bank & Trust**

FAX TRANSMITTAL

DATE:  7-3-03

PLEASE DELIVER THE FOLLOWING PAGES TO:

NAME:        Mike, Dick & Larry

COMPANY:     Janko Financial Group

FAX NUMBER:  Mike: 630-964-9903    Dick & Larry: 815-223-7160

FROM:        Tom Chamberlain

SENDER FAX #:   (217) 359-9889

*** IMPORTANT NOTICE ***

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE SO THAT WE MAY ARRANGE TO RETRIEVE THIS TRANSMISSION AT NO COST TO YOU. THANK YOU FOR YOUR COOPERATION.

We are transmitting ___2___ pages, including this cover page. If you do not receive all of the pages, please call me as soon as possible at: (217) 359-9837 or TOLL FREE (888) 367-8451.

COMMENTS:

    Matt delivered check just fine. We paid off the

entire loan balance of $81,660.37 and deposited the balance

of $431,314.13 to your checking account #894-418-1

Loan Payoff:  $81,020.00 Principal, plus $480.00 in legal fees

plus $160.37 in accrued interest.

000007

2229 South Neil, Champaign, IL 61820
(217) 359 9837  FAX (217)