*Insurance Service Center for:*

**American General Life Insurance Company**

January 26, 2004

JASON M CROWDER
HELLER HOMES & ASSOCIATES PC
P O BOX 889
MATTOON IL  61938-0889

via fax  217-235-0743

Contract Number: 2604663
Insured: James E. Stilwell
Your File No.: 13957

Dear JASON M CROWDER :

Your letter of January 7, 2004 has been referred to me for research and response.

As part of our routine handling of a claim with an assignment we requested a letter from each of the assignees indicating their loan's outstanding balance.

Listed below is each assignee and their outstanding balances:

Tuscola National Bank – The original amount assigned was $2,000,000.00. On June 16, 2003 we received a letter stating that the payoff amount exceeded this amount. This letter was signed by a representative of Tuscola National Bank.

Citizen's 1st National Bank of Princeton – The original amount assigned was $1,500,000.00. On June 16, 2003 we received a letter stating that the payoff amount exceeded this amount. This letter was signed by a representative of Citizen's 1st National Bank of Princeton.

Tuscola Furniture Group LLC – The original amount assigned was $250,000.00.

First Mid Illinois Bank and Trust – The original amount assigned was $1,000,000.00. ON May 12, 2003 we received a letter from First Mid Illinois Bank and Trust indicating that the amount due Tuscola Furniture and First Mid Illinois Bank and Trust was $512,974.50, jointly. This letter was signed by a representative of both entities.

Payments were made as follows:

Citizens 1st National Bank of Princeton - $1,500,000.00 – check dated 6-26-03
Tuscola National Bank - $2,000,000.00 – check dated 6-26-03
Tuscola Furniture LLC and First Mid Illinois Bank & Trust - $512,974.50 – check dated 6-26-03

Should you have any questions, please let us know.

Sincerely,


EXHIBIT 21

**American General Life Insurance Company**
*Member of American International Group, Inc.*
P.O. Box 4443 • Houston, TX  77210-4443 • 1-800-231-3655 • Fax 713-831-3687 • www.aigag.com

OB1

Diana Fields, FCLS
Claim Department
800-231-3655

/
CC:

AIG-000380