*Insurance Service Center for:*

**American General Life Insurance Company**

March 5, 2004

JASON M CROWDER
HELLER HOLMES & ASSOCIATES, PC
1101 BROADWAY
MATTOON IL 61938-0889

Via Facsimile (217) 235-0743

Contract Number: 2604663 ("Policy")
Insured: James E. Stillwell
Your File No: 13957

Dear JASON M CROWDER:

This is in response to your questions regarding my letter to you dated January 26, 2004.

James Stillwell died in May, 2003. Upon receipt of the claims for benefits under the above referenced Policy, American General Life Insurance Co. ("AGL") thoroughly reviewed the assignments and releases of assignment pertaining to the Policy death benefit that had been received by AGL in the course of the preceding years. As evidenced by the June 10, 2003 letter authored by a representative of AGL's Individual Claims Department and sent to Larry Bianchi of Janko Financial Group, LLC , ("JFG") it was AGL's position that the assignments to JFG dated April, 2000 and October, 2000 had been released by the release of assignment received by AGL in December 2000. The release of assignment was signed by Lawrence W. Bianchi as an authorized member of JFG.

Before making any payments to any person or entity who claimed portions of the Policy's death benefit, AGL obtained written documentation and evidence that Larry Bianchi was authorized to act on behalf of JFG and the Tuscola Furniture Group. Therefore, no portion of the Policy death benefit was owed to JFG.

Sincerely,

Diana Fields, FCLS
Claim Department
800-231-3655

/
CC:

**EXHIBIT 22**

**American General Life Insurance Company**
*Member of American International Group, Inc.*
P.O. Box 4443 • Houston, TX 77210-4443 • 1-800-231-3655 • Fax 713-831-3687 • www.aigag.com

0B1

AIG-000384