William John Lyons, LUTCF
District Manager



**EXHIBIT 23**

To: Tom Chamberlain
1st Mid Illinois Bank + Trust
Fax 359-9889

2 PAGES

Dear Tom,

Here is the FAX copy of the claimants statement that you asked for. I am mailing the original, plus a letter of instructions today. Please call if you have questions.

*Jon*

---

**William John Lyons, LUTCF, Registered Representative**
231 N. Main • Atwood, IL 61913-0260 • 217.578.3142 • Fax 217.578.3292 • lyonspride@mcleodusa.net

Representing American General Life Insurance Company and its affiliated insurance companies.
Members of American International Group, Inc.

Securities offered through American General Securities Incorporated (AGSI),
2727 Allen Parkway, Houston, TX 77019, 713.831.3806, Member NASD and SIPC.
Member of American International Group, Inc.

William John Lyons is a separate entity from any member of the American International Group, Inc.