

*Insurance Service Center for:*

American General Life
Insurance Company

June 26, 2003

FIRST MID-ILLINOIS BANK & TRUST
ATTN: THOMAS CHAMBERLAIN
2229 SOUTH NEIL
CHAMPAIGN IL 61820-2001

| | |
|---|---|
| Contract Number: | 2604663 |
| Insured: | JAMES STILWELL |
| Claim Number: | 03D00893OLL |

DEAR MR. CHAMBERLAIN:

Enclosed is our check for $512,974.50 representing payment of benefits payable to Tuscola Furniture Group, LLC and First Mid-Illinois Bank and Trust..

　　　　TOTAL PAYABLE                                    $512,974.50

We appreciate the opportunity to be of service to you during this time. If we may be of further assistance, please contact our office.

Thank You.
INDIVIDUAL CLAIMS DEPARTMENT

Enclosure - Check

cc:    W0908
       W0090





EXHIBIT 24

3009

0131

American General Life Insurance Company
*Member of American International Group, Inc.*
Service Center • P.O. Box 4373 • Houston, TX  77210-4373 • 1.800.487.5433 • Fax 214.654.6008