William John Lyons, LUTCF
District Manager

Representing members of
**AMERICAN GENERAL**
FINANCIAL GROUP

14 pages

253-~~3~~
3142

To: Lloyd Murphy
From John
Regarding Stilwell

EXHIBIT 25

Dear Lloyd,

I have enclosed you the papers I have received on assignments on 5 imp policies. I also enclosed the Release of Assignment from Janko Financial Group. ~~John~~ I am also sending the papers from Citizens National Bank. I did call the home office and talked to claims. The company will pay Citizens directly. They have no choice because Citizens has made the claim and they do have an assignment in force. The money will be paid 1st come 1st serve. Call me if you have questions.

Thanks
John

William John Lyons, LUTCF, District Manager
231 N. Main • Atwood, IL 61913-0260 • 217.578.3142 • Fax 217.578.3560 • lyons6@mail.one-eleven.net
Representing: The Old Line Life Insurance Company of America, The Franklin Life Insurance Company, Franklin Financial Services Corporation
American General Life Insurance Company, The American Franklin Life Insurance Company
• Members American General Financial Group
Securities offered through Franklin Financial Services Corporation, #1 Franklin Square, Springfield, IL 62713, 800.528.2011, Member NASD and S
William John Lyons, Registered Representative