IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 05 CV 02160 |
| v. | ) ) | Honorable Chief Judge Michael P. McCaskey |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | Magistrate Judge David G. Bertha |
| Defendant. | ) ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, | ) ) ) ) | |
| Third-Party Defendants. | ) | |

## AMERICAN GENERAL'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT

| Exhibit | | Document |
|---|---|---|
| A | | Plaintiff's Response to American General's Request to Admit |
| | A1 | Exhibits to Request to Admit |
| B | | Deposition of Margaret Stilwell with exhibits |
| | B1 | Life Insurance Policy No. 2604663 |
| | B2 | Consignment Agreement dated April 16, 1999 |

390298.1

B3   $500,000 assignment dated 4/19/99

B4   $1.5 million assignment dated 9/25/00

B5   Closing documents for consignment agreement dated 11/17/00

B6   $250,000 assignment dated 11/21/00

B7   $1,000,000 assignment dated 1/11/01

B8   Pleadings from Amishland Development LLC v. ACV, Case No. 03 LM 10, including Complaint, Answer and Voluntary Dismissal

B9   5/2/03 letter from American General to Margaret Stilwell

B10  5/6/03 Claimant's Statement from Margaret Stilwell for $1,000,000 policy

B11  5/6/03 correspondence from Timothy Howard to Richard Broch

B12  5/19/03 facsimile from Richard Broch to Tim Howard

B13  5/12/03 claim submission from TFC

B14  5/28/03 claim submission from TFC

B15  5/28/03 letter from John Lyons to American General

B16  7/10/03 letter from American General to Margaret Stilwell

B17  7/10/03 letter from American General to William Lyons enclosing check for Margaret Stilwell

B18  7/10/03 letter from American General to Margaret Stilwell enclosing check

B19  8/20/03 correspondence from John Lyons

B20  Assignment form executed by Lawrence Bianchi (in favor of Tuscola Furniture Group LLC)

| | | |
|---|---|---|
| C | | Deposition transcript of Lawrence Bianchi including exhibits |
| | C1 | Undated letter from John Lyons to Larry Bianchi |
| | C2 | 5/6/03 letter from William Lyons to TFG |
| | C3 | 5/7/03 facsimile from Larry Bianchi to Tim Howard |
| | C4 | 5/12/03 claim letter from First Mid Illinois Bank & Trust to American General |
| | C5 | 5/28/03 claim submission from TFG |
| | C6 | 6/10/03 letter from American General to TFG, Janko, and First Mid-Illnois Bank & Trust |
| | C7 | 6/11/03 claim submission from Mr. Bianchi to American General |
| | C8 | 6/25/03 claim submission from TFG and Janko to American General |
| | C9 | 12/10/04 correspondence from Tim Howard to Jason Crowder with attached agreement for assignment of LLC membership interests |
| | C10 | Exhibit A to assignment of LLC membership interests |
| | C11 | $250,000 assignment to TFG dated 11/21/00 and verification of assignment |
| | C12 | Assignment executed by Lawrence Bianchi "in favor of Tuscola Furniture Group LLC" and verification of release of assignment |
| | C13 | Undated memo from John Lyons to Larry Bianchi |
| D | | Deposition transcript of John Lyons without exhibits |
| E | | Deposition transcript of Thomas Chamberlain, with exhibits |
| F | F1 | Creditors' Responses to American General's Requests to Admit |

390298.1

|   |    |                                                                                              |
|---|----|----------------------------------------------------------------------------------------------|
|   | F2 | American General's Request to Admit with exhibits                                            |
| G | G1 | Deposition of Diana Fields                                                                   |
|   | G2 | Affidavit of Diana Fields dated 3/5/07                                                       |
|   | G3 | Affidavit of Diana Fields dated 4/2/07                                                       |
| H |    | Affidavit of Richard Broch with exhibits                                                     |
| I |    | U.S. Bankruptcy Court docket for Margaret Stilwell's bankruptcy, Case No. 03-93877           |

Respectfully submitted,

**AMERICAN GENERAL LIFE INSURANCE COMPANY**

By:     s/ Rebecca M. Rothmann
Rebecca M/ Rothmann
Attorney Bar Number: 6236791
Attorney for Defendant/Third Party
 Plaintiff
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
Phone: (312) 704-0550
Fax: (312) 704-1522
Rebecca.Rothmann@wilsonelser.com

4

390298.1

## CERTIFICATE OF SERVICE

    I hereby certify that on **April 2, 2007**, I electronically filed the above pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

## SERVICE LIST
*Margaret Stilwell v. American General Life Ins. Co.*

Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main St., Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
thoward@howardandhoward.com

    s/ Rebecca M. Rothmann
    Rebecca M. Rothmann
Attorney Bar Number: 6236791
Attorney for Defendant/Third Party
 Plaintiff
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
Phone: (312) 704-0550
Fax: (312) 704-1522
Rebecca.Rothmann@wilsonelser.com

390298.1