E-FILED
Monday, 02 April, 2007 03:46:04 PM
Clerk, U.S. District Court, ILCD



**EXHIBIT**

Bianchi 1
2-9-07        JH



*WILLIAM "JOHN" LYONS, LUTCF*
District Leader
P. O. Box 260
Atwood IL 61913
Bus.: 217-578-3142
Res.: 217-578-3058
Fax: 217-578-3560

To Mr Larry Bianco          815- 223- 7160
Janko Financial Group

Dear Larry :

Here is copy of the 500,000 Assigned
to Janko by margaret on Policy # 2604663
Policy # 2604663 is For 4,000,000
And I have enclosed a copy of the declaration
page of that policy also. I will get Another
Assignment Sheet from Old Line Life For the
additional 1,500,000 And have margaret , sign it!
Thanks!
John Lyon



**EXHIBIT**

C 1

William John Lyons, LUTCF
District Manager



May 6, 2003

Chief Loan Officer
Tuscola Furniture Group LLC
2220 Marquetta Rd.
Peru, Il. 61354

Dear Sir:

I am enclosing a claimant statement for my client, Jim Stilwell. American General

shows your bank as having an assignment on policy #2604663. Please fill in your

information on the claimant's statement. I also need the amount you are owed on

your company letterhead and signed by the loan officer at the bank. Once I have

received the letter stating the amount owed and signed by the loan officer and the

completed claimant's statement form, I will send it to my company. American

General has assured me that your claim will be paid within fifteen business days.

Please call if you have any questions.

Sincerely,

William John Lyons

William John Lyons



**William John Lyons, LUTCF, Registered Representative**
231 N. Main • Atwood, IL 61913-0260 • 217.578.3142 • Fax 217.578.3292 • lyonspride@mcleodusa.net
Representing American General Life Insurance Company and its affiliated insurance companies.
Members of American International Group, Inc.
Securities offered through American General Securities Incorporated (AGSI),
2727 Allen Parkway, Houston, TX 77019, 713.831.3806, Member NASD and SIPC.
Member of American International Group, Inc.

William John Lyons is a separate entity from any member of the American International Group, Inc.

000136

# Janko Financial Group, L.L.C.

*Real Estate Investments and Financial Management*

Michael M. Janko, CPA, JD
3030 Finley Road
Suite 110
Downers Grove, Illinois 60515
Ph: (630) 964-9902
Fax (630) 964-9903

Richard F. Janko
Lawrence W. Bianchi
2220 Marquette Road
Peru, Illinois 61354
Ph: (815) 223-3380
Fax (815) 223-7160

# TRANSMITTAL PAGE

**TO:** Tim Howard          **FAX #** 309/672-1483

**FROM:** Larry Bianchi     **DATE:** 5/7/03

**RE:** Tuscola Furniture Group     **# Pages:** 3

Please see attached Claim form received from

AIG agent John Lyons.

Thanks!                    LWB

CC: Tom Chamberlain



EXHIBIT
C3

000043

William John Lyons, LUTCF
District Manager



**AMERICAN GENERAL**

May 6, 2003

Chief Loan Officer
Tuscola Furniture Group LLC
2220 Marquetta Rd.
Peru, IL 61354

Dear Sir:

I am enclosing a claimant statement for my client, Jim Stilwell. American General

shows your bank as having an assignment on policy #2604663. Please fill in your

information on the claimant's statement. I also need the amount you are owed on

your company letterhead and signed by the loan officer at the bank. Once I have

received the letter stating the amount owed and signed by the loan officer and the

completed claimant's statement form, I will send it to my company. American

General has assured me that your claim will be paid within fifteen business days.

Please call if you have any questions.

Sincerely,

William John Lyons

William John Lyons

---

**William John Lyons, LUTCF, Registered Representative**
231 N. Main • Atwood, IL 61913-0260 • 217.578.3142 • Fax 217.578.3292 • lyonspride@mcleodusa.net
Representing American General Life Insurance Company and its affiliated insurance companies.
Members of American International Group, Inc.

Securities offered through American General Securities Incorporated (AGSI),
2727 Allen Parkway, Houston, TX 77019, 713.831.3806, Member NASD and SIPC.
Member of American International Group, Inc.

William John Lyons is a separate entity from any member of the American International Group, Inc.

MAY 02 '03 11:54 FR AMERICAN GEN LIFE    TO 912175783292    P.03/03



**Proof of Death**
**· Claimant's Statement**

## American General Life Insurance Company
Member of American International Group, Inc.
Service Center: P.O. Box 4443 · Houston, TX 77210-4443

To Be Completed By The Beneficiary

| | | |
|---|---|---|
| DECEASED FULL NAME James E. Stilwell | DATE OF BIRTH 10-07-54 | CAUSE OF DEATH Heart Attack | DATE OF DEATH 5/02/03 |

**POLICIES DECEASED HELD WITH THIS COMPANY**

| POLICY NUMBER | AMOUNT OF INSURANCE | POLICY NUMBER | AMOUNT OF INSURANCE |
|---|---|---|---|
| 7604663 | 4,000,000 | | |

I hereby certify that the policy of insurance for the listed policy has been ☐ ENCLOSED ☐ LOST ☐ DESTROYED

| CLAIMANT'S NAME | DATE OF BIRTH | RELATIONSHIP TO DECEASED |
|---|---|---|
| | | |

| ADDRESS | CITY | STATE | ZIP | PHONE NO. ( ) |
|---|---|---|---|---|

Have you given the Funeral Home an Assignment to collect any amount due under this claim? ☐ YES ☒ NO   If yes, what amount? $ _____   ( Attach copy of assignment )

How do you want proceeds paid?   Lump ☐ Sum.   *If a lump sum option is elected and the proceeds are $10,000 or more, then an interest earning money-market type account with check-writing privileges will be opened. If the beneficiary wants all proceeds, a check may be written as soon as the account starter kit is received. If the proceeds are less than $10,000, the beneficiary will receive a lump sum check unless an optional payment plan was, or is elected.   Settlement ☐ Option   If Option, give details: _____

IMPORTANT: Do you wish to receive a completed IRS Form No. 712 (Stmt. of Ins.)   ☐ YES ☐ NO   (An IRS Form 712 is to be filed with United States tax return, Form 706.)

Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

PLEASE SIGN HERE   X

| | | |
|---|---|---|
| Enter the claimant's taxpayer identification number in the appropriate box. For most individuals this is your social security number. | CLAIMANT'S S.S. NO. | TAX I.D. NO. |
| | OR | |

Note: If the account is in more than one name, see the chart on reverse side for guidelines on which number to give the payer. If the Social Security number or Tax I.D. number is not provided, and backup withholding is applicable, taxes will be withheld from the proceeds.

CERTIFICATION: Under penalties of perjury, I certify: (1) that the number shown on this claim form is my correct social security (or taxpayer identification) number and (2) that I am not subject to backup withholding under Section 3406(a)(1)(C) of the Internal Revenue Code. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| PLEASE SIGN HERE   X | CLAIMANT'S SIGNATURE | DATE |
|---|---|---|

WHERE SHOULD ANY CHECK OR CORRESPONDENCE BE MAILED? SHOW BELOW



**First**
**Mid-Illinois**
**Bank & Trust**

May 12, 2003

Mr. William J. Lyons, LUTCF
District Manager
American General Life Insurance Company
231 N. Main Street
Atwood, IL 61913-0260

**Re:**   **Life Insurance Policy No. 2604663**

Dear Mr. Lyons:

Pursuant to your letter of May 6, 2003, Tuscola Furniture Group, LLC ("TFG") and First Mid-Illinois Bank & Trust ("Bank"), are jointly making application on the Collateral Assignments they received to secure an obligation under a certain Consignment Agreement dated November 17, 2000 between TFG and Amishland Country Village, Inc.

As itemized on the attached Exhibit A, the total amount owed by Amishland Country Village, Inc. and guaranteed by James and Margaret Stilwell is $ 512,974.50 . This amount includes the amounts that TFG owes the Bank.

Please issue your draft made payable to "Tuscola Furniture Group, LLC and First Mid-Illinois Bank & Trust", and have it delivered to First Mid-Illinois Bank & Trust - 2229 South Neil - Champaign, IL 61820 - ATTN: Thomas J. Chamberlain.  The signature of the Bank officer below acknowledges and confirms this direction.

Upon receipt of this amount TFG and the Bank will relinquish all Assignments against the proceeds on the life insurance policy number 2604663.  Specifically, these are the Assignments to Janko Financial Group, LLC, TFG and the Bank dated April 19, 1999 for $500,000.00, September 25, 2000 for $1,500,000.00, and January 11, 2001 for $1,000,000.00.



EXHIBIT

C4



Mr. William J. Lyons
May 12, 2003
Page 2

Finally, we have enclosed a completed Claimant's Statement on the form you provided for both TFG and Janko Financial Group, LLC.

Very truly yours,

First Mid-Illinois Bank & Trust

By: _Thomas J. Chamberlain_

Thomas J. Chamberlain
Community President

Acknowledgment:

The undersigned, on behalf of Tuscola Furniture Group, LLC and Janko Financial Group, LLC, the manager of TFG hereby acknowledges and confirms the directions above.

Tuscola Furniture Group, LLC and
Janko Financial Group, LLC,
the manager of TFG

By: _Lawrence W. Bianchi_

Lawrence W. Bianchi
Their Authorized Representative

Enclosures

5/20/10 31:58P
.005807 000141

EXHIBIT A

## TUSCOLA FURNITURE GROUP, LLC (TFG)
### Amounts due from Stillwells/ACV
### As of April 30, 2003

| | Principal | Interest (Prime) + 10 % of Reported Sales | Total |
|---|---|---|---|
| 3/31/03 - 1st Qtr Financials (thru 2/28, transactions consistently 1 month behind) | 404,951.63 | 71,810.39 | 476,762.02 |
| March   (1,359.98 + 1,461.71) | | 2,821.69 | 2,821.69 |
| April    (4,882.40 + 1,414.56) | | 6,296.96 | 6,296.96 |
| | 404,951.63 | 80,929.04 | 485,880.67 |
| $101,780.32 unlocated inventory at cost Unknown sales price certainly higher, TFG entitled to a minimum of 10% fee. | | | |
| JFG/TFG credit application guaranty claim from Eagle Industries for unauthorized purchases made by Stillwell outside the system. (4,463.91 + 7,250.88) | | | 10,178.04 |
| | | | 11,714.79 |
| Legal | | | 5,201.00 |
| | | | 512,974.50 |

Due from Stillwell 4-30-03.xls

**AIG  AMERICAN GENERAL**

Proof of Death
- Claimant's Statement

**American General Life Insurance Company**
Member of American International Group, Inc.
Service Center: P.O. Box 4443 • Houston, TX 77210-4443

To Be Completed By The Beneficiary

### I DECEASED

| DECEASED FULL NAME | DATE OF BIRTH | CAUSE OF DEATH | DATE OF DEATH |
|---|---|---|---|
| James E. Stilwell | 10-07-54 | Heart Attack | 5/02/03 |

POLICIES DECEASED HELD WITH THIS COMPANY:

| POLICY NUMBER | AMOUNT OF INSURANCE | POLICY NUMBER | AMOUNT OF INSURANCE |
|---|---|---|---|
| 2604663 | $4,000,000.00 | | |

I hereby certify that the policy of insurance for the listed policy has been    ☐ ENCLOSED    ☐ LOST    ☐ DESTROYED

### II CLAIMANT

| CLAIMANT'S NAME | DATE OF BIRTH | RELATIONSHIP TO DECEASED |
|---|---|---|
| First Mid-Illinois Bank & Trust | | Assignee/Creditor |

| ADDRESS | CITY | STATE | ZIP | PHONE NO. |
|---|---|---|---|---|
| 2229 South Neil | Champaign | IL | 61820 | (217) 359-9889 |

Have you given the Funeral Home an Assignment to collect any amount due under this claim?    ☐ YES    ☒ NO    If yes, what amount? $_____    ( Attach copy of assignment )

How do you want proceeds paid?    ☒ Lump Sum    *If a lump sum option is elected and the proceeds are $10,000 or more, then an interest earning money-market type account with check-writing privileges will be opened. If the beneficiary wants all proceeds, a check may be written as soon as the account starter kit is received. If the proceeds are less than $10,000, the beneficiary will receive a lump sum check unless an optional payment plan was, or is elected.    Settlement    ☐ Option    If Option, give details:_____

IMPORTANT: Do you wish to receive a completed IRS Form No. 712 (Stmt. of Ins.)    ☐ YES    ☐ NO    (An IRS Form 712 is to be filed with United States tax return, Form 706.)

Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

PLEASE SIGN HERE    First Mid-Illinois Bank & Trust    BY: Thomas J. Chamberlain    Thomas J. Chamberlain, Community President

### III TAXPAYER I.D. NO.

Enter the claimant's taxpayer identification number in the appropriate box. For most individuals this is your social security number.

| CLAIMANT'S S.S. NO. | OR | TAX I.D. NO. 37-0404035 |
|---|---|---|

Note: If the account is in more than one name, see the chart on reverse side for guidelines on which number to give the payer. If the Social Security number or Tax I.D. number is not provided, and backup withholding is applicable, taxes will be withheld from the proceeds.

CERTIFICATION: Under penalties of perjury, I certify: (1) that the number shown on this claim form is my correct social security (or taxpayer identification) number and (2) that I am not subject to backup withholding under Section 3406(a)(1)(C) of the Internal Revenue Code. The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

DATE 5-12-03

PLEASE SIGN HERE    CLAIMANT'S SIGNATURE    First Mid-Illinois Bank & Trust    BY: Thomas J. Chamberlain    Thomas J. Chamberlain, Community President

### IV MAILING

WHERE SHOULD ANY CHECK OR CORRESPONDENCE BE MAILED?    SHOW BELOW

First Mid-Illinois Bank & Trust
ATTN:  Thomas J. Chamberlain, Community President
2229 South Neil
Champaign, IL 61820

05 28 23  08:10  FAX 815 223 7160        JANKO BUILDING                              ☑01

# Janko Financial Group, L.L.C.
### Real Estate Investments and Financial Management

Michael M. Janko, CPA, JD
3030 Finley Road
Suite 110
Downers Grove, Illinois 60515
Ph. (630) 964-9902
Fax (630) 964-9903

Richard F. Janko
Lawrence W. Bianchi
2220 Marquette Road
Peru, Illinois 61354
Ph: (815) 223-3380
Fax (815) 223-7160

# TRANSMITTAL PAGE

**TO:** John Lyons

**FROM:** Larry Bianchi

**RE:** Life Insurance Claim

**FAX #** 217/578-3282

**DATE:** 5/28/03

**# Pages:** 2

Please see attached letter as an amendment to
my original letter dated 12 May 2003. If there
is any problem with this letter, please call
immediately. If I do not hear from you, I
will overnight the letter to your office.

Thanks for all your help!

LWB

**EXHIBIT**

C5

# Tuscola Furniture Group, LLC

*Michael M. Janko,* CPA, JD
3030 Finley Road
Suite 110
Downers Grove, Illinois 60515
Ph: (630) 964-9902
Fax (630) 964-9903

*Richard F. Janko*
*Lawrence W. Bianchi*
2220 Marquette Road
Peru, Illinois 61354
Ph: (815) 223-3380
Fax (815) 223-7160

28 May 2003

Mr. William J. Lyons, LUTCF
District Manager
American General Life Insurance Company
231 N. Main Street
Atwood, IL 61913-0260

**VIA FAX (217/578-3292)**
**& OVERNIGHT MAIL**

RE:    Life Insurance Policy No. 2604663

Dear Mr. Lyons:

Please accept this letter as an amendment to my letter dated 12 May 2003. When listing "all Assignments" against the proceeds on the life insurance policy number 2604663, I inadvertently left out an assignment to Tuscola Furniture Group, LLC dated November 21, 2000 for $250,000.

Paragraph four of my letter dated 12 May 2003 is hereby amended to read as follows:

"Upon receipt of this amount, TFG and the Bank will relinquish all Assignments against the proceeds on the life insurance policy number 2604663. Specifically, these are the assignments to Janko Financial Group, LLC, TFG and the Bank dated April 19, 1999 for $500,000, September 25, 2000 for $1,500,000, November 21, 2000 for $250,000 and January 11, 2001 for $1,000,000."

Please contact me immediately if any further documentation should be needed. Thank you for your assistance.

Very Truly Yours,

Tuscola Furniture Group, LLC and
Janko Financial Group, LLC, the manager of TFG

By: *Lawrence W. Bianchi*
Lawrence W. Bianchi
Their Authorized Representative

cc:    First Mid-Illinois Bank & Trust
Richard L. Broch, Esq.
Timothy J. Howard, Esq.
Richard Heavner, Esq.

000009



 **AMERICAN GENERAL**

Company

*Insurance Service Center for:*

American General Life Insurance

June 10, 2003

TUSCOLA FURNITURE GROUP LLC
ATTN: LAWRENCE BIANCHI
2220 MARQUETTE RD
PERU IL 61354-1538

| | |
|---|---|
| Contract Number: | 2604663 |
| Insured: | JAMES STILWELL |
| Claim Number: | 03D00893OLL |

Dear Mr. Mr. Bianchi:

We are in receipt of the certified death certificate for the above-referenced insured under Policy Number 2604633.

Our records indicate in December 2000, a Collateral Assignment was made under Policy Number 2604663 to Tuscola Furniture Group, LLC for the amount of $250,000.00. Our records do not reflect a release of this assignment.

Therefore, in order to continue processing this claim, please review your records and determine if the Collateral Assignment is still in effect, or, if it has been released. We will need a letter from this business signed by an Officer of the Company, giving the amount of debt still owed, or, a release of the assignment.

The Rules and Regulations of the Illinois Department of Insurance requires that our Company advise you that if you wish to take this matter with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 West Randolph Street, Chicago, Illinois 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

If you should have any questions regarding this information or forms, please do not hesitate to contact our office at 1.800.487.5433.

Sincerely,
INDIVIDUAL CLAIMS DEPARTMENT

cc:    W0908
       W0090



3009

American General Life Insurance Company
*Member of American International Group, Inc.*
Service Center • P.O. Box 4373 • Houston, TX 77210-4373 • 1.800.487.5433 • Fax 214.654.6008



**AMERICAN GENERAL**

Company

*Insurance Service Center for:*

American General Life Insurance

June 10, 2003

JANKO FINANCIAL GROUP, LLC
ATTN: LAWRENCE BIANCHI
2220 MARQUETTE RD
PERU IL 61354-1538

| | |
|---|---|
| Contract Number: | 2604663 |
| Insured: | JAMES STILWELL |
| Claim Number: | 03D00893OLL |

Dear Mr. Bianchi:

We are in receipt of a claimant's statement signed by you for the benefit of Janko Financial Group LLC under Policy Number 2604633.

Our records show that In April 2000 and in October 2000, there were Collateral Assignments against the above policy to Janko Financial Group, LLC. In December 2000, we received a release of the Collateral Assignment to Janko Financial Group, LLC. Our records do not reflect a Collateral Assignment to Janko Financial Group, LLC after December 2000. According to our records, there is no debt owing to Janko Financial Group, under Policy 2604633. If you have proof that there is debt owing to this company against this policy, please send us the proof, within fifteen days from the date of this letter.

The Rules and Regulations of the Illinois Department of Insurance requires that our Company advise you that if you wish to take this matter with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 West Randolph Street, Chicago, Illinois 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

If you should have any questions regarding this information or forms, please do not hesitate to contact our office at 1.800.487.5433.

Sincerely,
INDIVIDUAL CLAIMS DEPARTMENT

cc:    W0908
       W0090

3009

0131

 **AMERICAN GENERAL**

*Insurance Service Center for:*

**American General Life Insurance**

Company

June 10, 2003

FIRST MID-ILLINOIS BANK & TRUST
ATTN: THOMAS J CHAMBERLAIN, COMMUITY PRESIDENT
2229 SOUTH NEIL ST
CHAMPAIGN, IL 61820-2001



Contract Number:        2604663
Insured:                JAMES STILWELL
Claim Number:           03D00893OLL

Dear Mr. Chamberlain:

We are in receipt of the certified death certificate for the above-referenced insured under Policy Number 2604633.

Our records indicate in January 2001, a Collateral Assignment was made under Policy Number 2604663 to First Mid Illinois Bank and Trust. Our records do not reflect a release of this assignment.

Therefore, in order to continue processing this claim, please review your records and determine if the Collateral Assignment is still in effect, or, if it has been released. We will need a letter from this business signed by an Officer of the Company, giving the amount of debt still owed or, a release of the assignment.

The Rules and Regulations of the Illinois Department of Insurance requires that our Company advise you that if you wish to take this matter with the Illinois Department of Insurance, it maintains a Consumer Division in Chicago at 100 West Randolph Street, Chicago, Illinois 60601 and in Springfield at 320 West Washington Street, Springfield, Illinois 62767.

If you should have any questions regarding this information or forms, please do not hesitate to contact our office at 1.800.487.5433.

Sincerely,
INDIVIDUAL CLAIMS DEPARTMENT

cc:    W0908
       W0090

3009

**American General Life Insurance Company**
*Member of American International Group, Inc.*
Service Center • P.O. Box 4373 • Houston, TX 77210-4373 • 1.800.487.5433 • Fax 214.654.6008

# Janko Financial Group, L.L.C.
### Real Estate Investments and Financial Management

Michael M. Janko, CPA, JD
3030 Finley Road
Suite 110
Downers Grove, Illinois 60515
Ph: (630) 964-9902
Fax (630) 964-9903
Rp@jankofinancial.com

Richard F. Janko
Lawrence W. Bianchi
2220 Marquette Road
Peru, Illinois 61354
Ph: (815) 223-3380
Fax (815) 223-7160
Jfg.peru@insightbb.com

11 June 2003

Ray Sawicki, Director of Claims
American General Life
6363 Forrest Park Rd.
Dallas, TX 75235-5460

**VIA FAX (214/654-6047) &
REGULAR MAIL**

RE:    LIFE INSURANCE POLICY No. 2604663

Dear Mr. Sawicki:

Thank you for the opportunity to provide a further explanation for a rather complex situation. Enclosed are copies of the following letters that I will reference in this correspondence:

> **12 May 2003** - Letter to William J. Lyons, District Manager for AIG from Lawrence W. Bianchi, Authorized Representative for Tuscola Furniture Group, LLC & Janko Financial Group, LLC (letter acknowledged by Thomas Chamberlain, Community President for First Mid-Illinois Bank & Trust);

> **12 May 2003** - Letter to William J. Lyons, District Manager for AIG from Thomas Chamberlain, Community President for First Mid-Illinois Bank & Trust (letter acknowledged by Lawrence W. Bianchi, Authorized Representative for Tuscola Furniture Group, LLC & Janko Financial Group, LLC);

> **28 May 2003** - Letter to William J. Lyons, District Manager for AIG from Lawrence W. Bianchi, Authorized Representative for Tuscola Furniture Group, LLC & Janko Financial Group, LLC.

**On 16 April 1999**, Janko Financial Group (JFG), LLC entered into a Consignment Agreement for the retailing of Amish Furniture with Amishland Country Village, Inc. and guaranteed personally by James and Margaret Stilwell. Section 3.9 of this original Consignment Agreement required that JFG and their lender, First Mid-Illinois Bank & Trust (FMIB), receive an assignment of beneficial interest for life insurance on James Stilwell in the amount of $2,000,000.

**On 19 April 1999**, JFG received an assignment of life insurance in the amount of $500,000 from Margaret Stilwell, owner of policy number 2604663 with James Stilwell as the insured. However, it was not until 25 September 2000 that JFG received a second assignment of life insurance for the same policy in the amount of $1,500,000 from Margaret Stilwell.

**EXHIBIT**

C7

000014

On 16 November 2000, JFG signed an Assignment & Assumption Agreement with a newly formed LLC, Tuscola Furniture Group (TFG), LLC. This new entity is owned 70% by JFG with JFG acting as managing member. This agreement specifically included and lists any rights to insurance assignments relating to the original Consignment Agreement.

On 17 November 2000, TFG entered into a new Consignment Agreement with Amishland Country Village, Inc and guaranteed personally by James and Margaret Stilwell. This new agreement modified and replaced the previous agreement. Once again, Section 3.9 of the new Consignment Agreement required that TFG and their lender FMIB receive an assignment of beneficial interest for life insurance on James Stilwell in the amount of $1,250,000.

On 20 November 2000, in support of the Assignment & Assumption Agreement between JFG & TFG, JFG signed a release of assignment on policy number 2604663 **"In favor of Tuscola Furniture Group, LLC."** This release was a transfer of all rights of insurance assignment from JFG to TFG.

On 21 November 2000, TFG received an assignment of life insurance in the amount of $250,000 from Margaret Stilwell, owner of policy number 2604663 with James Stilwell as the insured. Then, on 11 January 2001, FMIB received an assignment of life insurance for the same policy in the amount of $1,000,000 from Margaret Stilwell.

The preceeding chronology of events resulted in the following assignments from Margaret Stilwell on policy number 2604663:

> **Tuscola Furniture Group, LLC - $2,000,000** (assignment transferred to Tuscola Furniture Group, LLC via Agreement dated 16 November 2000 and Release dated 20 November 2000);

> **Tuscola Furniture Group, LLC - $250,000** (21 November 2000);

> **First Mid-Illinois Bank & Trust - $1,000,000** (11 January 2001).

Therefore, the life insurance assignments received from Margaret Stilwell on policy number 2604663 in satisfaction of the requirements of the Consignment Agreements (dated 16 April 1999 and 17 November 2000) totaled **$3,250,000**.

These events lead us to the claim being made jointly by TFG and FMIB to American General Life. As documented in the information submitted by JFG, TFG and FMIB, a joint claim is being made for $512,974.50 in conjunction with the obligations of Amishland Country Village, Inc. and James and Margaret Stilwell per the Consignment Agreement date 17 November 2000. The payment of this claim in the amount of $512,974.50 would release all assignments to JFG, TFG and FMIB which total $3,250,000. Mr. Sawicki, as we discussed I believe that a review of the enclosed letters dated 12 May 2003 and 28 May 2003, provide American General Life with releases for all assignments totaling $3,250,000 upon receipt of the claim amount of $512,974.50.

I apologize for the complex nature of this letter. However, I do believe that I have provided a factual summary of the situation. Also, I would be glad to answer any questions that you might have on this matter. In any event please contact me after your legal department has completed their review. As I am sure you can appreciate, all parties concerned are anxiously awaiting payment of our claim.

Thank you for your kind attention.

Sincerely,

*Lawrence W. Bianchi*

Lawrence W. Bianchi/ Authorized Representative
Tuscola Furniture Group, LLC and
Janko Financial Group, LLC, the manager of TFG
:bm

Enclosures

cc:    Dick Janko
       Mike Janko
       Tom Chamberlain, FMIB
       Tim Howard, Attorney at Law

JUN 25 2003 09:15 FR AMERICAN GEN LEGAL    713 831 1266 TO 912149025874

# Janko Financial Group, L.L.C.

*Real Estate Investments and Financial Management*

**Michael M. Janko, CPA /JD.**
3030 Finley Road
Suite 110
Downers Grove, Illinois 60515
Ph: (630) 964-9901
Fax (630) 964-9903
Janko@jankoltd.com

**Richard F. Janko**
**Lawrence W. Bianchi**
2220 Marquette Road
Peru, Illinois 61354
Ph: (815) 223-3390
Fax (815) 223-7160
JBanchi@jankoltd.com

25 June 2003

American General Life Insurance Company
Individual Claims Department
Box 4373
Houston, TX 77210-4373
Attention: Melinda Boyd

                    **VIA FAX (713/620-4840) &**
                    **US MAIL**

RE:    Contract #2604663
       Insured: James Stilwell
       Claim # 03D008930LL

Dear Sir:

Please accept this letter as a formal authorization for Lawrence W. Bianchi to act as signatory for Janko Financial Group, LLC in release of all assignments pertaining to Contract #2604663, James Stilwell-Insured, Claim # 03D008901LL. Also, please accept this letter as a formal authorization for Lawrence W. Bianchi to act as signatory for Tuscola Furniture Group, LLC on behalf of its manager Janko Financial Group, LLC in release of all assignments pertaining to Contract #2604663, James Stilwell-Insured, Claim #03D00390LL.

                    Janko Financial Group, LLC, an
                    Illinois limited liability company

                    Richard F. Janko, One of Its Members

                    Michael M. Janko, One of Its Members

                    Lawrence W. Bianchi, One of Its Members



EXHIBIT

C8

Ann Ar.    Bloomfield Hills    Detroit    Kalamazoo    Lansing    oria

# Howard & Howard

### law for business·

direct dial: 309.999.6307

Timothy J. Howard

email: THoward@howardandhoward.com

December 10, 2004

Jason M. Crowder, Esq.
Heller, Holmes & Associates, P.C.
1101 Broadway
P.O. Box 889
Mattoon, IL 61938

RE:    **In Re the Estate of James Stilwell, Deceased**
Your File No. 13957
Our File No. 17379-1

Dear Jason:

Enclosed please find a fully executed Agreement for Assignment of LLC Membership Interest. At your earliest convenience please call myself or Mike Seneca to arrange a closing date for this transaction. At that time we will ask your client to execute and deliver the Assignment an original of which is enclosed in consideration for the delivery of the $300,000.00 check and the Release of Claim which you have previously reviewed.

Very truly yours,

HOWARD & HOWARD ATTORNEYS, P.C.

*Tim Howard (Jw.u)*

Timothy J. Howard

Enclosure

fvu\G:\J-L\Janko financial\amishland dev\cor\jc 12-9-04.doc

**EXHIBIT**
tabbies
**C9**

# AGREEMENT FOR ASSIGNMENT OF
# LLC MEMBERSHIP INTEREST

THIS AGREEMENT is made, entered into and effective this 17th day of September, 2004 (the "Effective Date"), by and between Margaret Stilwell, Executor of the Estate of James Stilwell, Deceased, and Amishland Development, LLC (the "Company") by Janko Financial Group, LLC ("Janko"), the manager of the Company.

## RECITALS

WHEREAS, the Estate of James Stilwell (hereinafter "Estate" or "Jim") owns an undivided one-third (1/3) interest in Amishland Development, LLC ("Membership Interest");

WHEREAS, the Company is governed by the provisions of an Amended Operating Agreement dated March 2001;

WHEREAS, Amishland Country Village, Inc. defaulted in payments on the Lease dated May 25, 2001 with Amishland Development, LLC for premises in Tuscola, Illinois, commonly known as Amishland Country Village (the "Lease"), which payments James and Margaret Stilwell (the "Guarantors") personally guaranteed;

WHEREAS, the Company filed a claim against the Estate in the Circuit Court of Douglas County (the "Claim");

WHEREAS, the Claim was allowed as a Seventh Class Claim in the sum of $799,190.47 on December 8, 2003; and

WHEREAS, the Estate desires by this Assignment to assign to the Company all of Jim's membership rights and the Company agrees by this Agreement to accept the same in satisfaction of the Claim and the payment of $300,000.00 to the Estate.

## AGREEMENTS

IN CONSIDERATION of the promises contained herein and for other good and valuable consideration and subject to the approval of the Circuit Court of Douglas County, Illinois, the parties agree as follows:

1.    The Estate agrees to assign to the Company and the Company agrees to accept an Assignment from the Estate of all of Jim's Membership Interest and the rights and privileges thereto under the provisions of the Amended Operating Agreement in and to the Company, representing all of the Estate's interest in the Company. The form of Assignment is attached as Exhibit A.

2.    In consideration for the Assignment and upon entry of an order of the Circuit Court of Douglas County, Illinois, the Company will file a release of its Claim against the

1

Estate in the Circuit Court and pay the Estate $300,000.00.

3.    Pursuant to Article 14 of the Amended Operating Agreement, Janko consents to the transfer of Jim's Membership Interest to the Company.

4.    <u>Waiver and Mutual Release of All Claims and Defenses</u>.  The parties agree that all defenses and claims of every kind or nature, whether existing by virtue of state, federal, bankruptcy or non-bankruptcy law, by agreement or otherwise, whether previously or now existing or arising out of or relating to any transactions or dealings between the Estate, the Company and Guarantors through the date of this Agreement with respect to Jim's Membership Interest, the Amended Operating Agreement, the Company's tax returns, the Lease and any obligations thereunder, are mutually waived, relinquished, discharged and released against each other, and their successors, assigns, agents, employees and attorneys, including without limitation, any affirmative defenses, counter-claims, set-offs, deductions or recoupments, by the Estate, the Company and Guarantors and their representatives, successors, assigns, agents, employees, officers, directors, and heirs.

5.    <u>Miscellaneous Provisions</u>.

   (a)    <u>Integration</u>.  This Agreement constitutes the entire agreement and understanding among the parties relating to the subject matter hereof, and supersedes all prior proposals, negotiations, agreements and understandings relating to such subject matter.  In entering into this Agreement, the parties acknowledge that they are relying on no statement, representation, warranty, covenant or agreement of any kind made by any employee or agent of the other parties, except for the agreements set forth herein.

   (b)    <u>Amendment</u>.  No amendment, modification, rescission, waiver or release of any provision of this Agreement shall be effective unless the same shall be in writing and signed by the parties hereto.

   (c)    <u>Time</u>.  Time is of the essence under this Agreement.

   (d)    <u>Binding on the Parties</u>.  This Agreement shall be binding upon all parties and their respective heirs, personal representatives, successors and assigns.

   (e)    <u>Governing Law</u>.  This Agreement shall be governed by and construed in accordance with the laws of the State of Illinois, without regard to the choice of law principles of such state.

0407

IN WITNESS WHEREOF, the undersigned execute this Agreement effective the day and year first written above.

AMISHLAND DEVELOPMENT,
LLC, an Illinois Limited
Liability Company, by its Manager,
Janko Financial Group, L.L.C.,
a Limited Liability Company

ESTATE OF JAMES STILWELL,
Deceased

By: _____
     Richard Janko,
     Authorized Member

By: _____
     Margaret Stilwell
     Executor

Prepared by:    Timothy J. Howard
               Howard & Howard Attorneys, P.C.
               One Technology Plaza
               211 Fulton Street
               Suite 600
               Peoria, IL  61602
               309/672-1483

betty\g:\j-l\janko financial\amishland dev\misc\assignment of llc agt-3

0408

# EXHIBIT A

## ASSIGNMENT OF LLC MEMBERSHIP INTEREST

This Assignment is made this ____ day of _____, 2004.

The Estate of James Stilwell (hereinafter "Estate" or "Jim") holds an undivided one-third (1/3) interest in Amishland Development, LLC ("Membership Interest"). Pursuant to the Agreement for Assignment of LLC Membership Interest that has been approved by the Circuit Court of Douglas County, Illinois, the Estate hereby assigns to Amishland Development, LLC (the "Company"), and the Company hereby agrees to accept an assignment from the Estate of all of Jim's Membership Interest and the rights and privileges thereto under the provisions of the Amended Operating Agreement in and to the Company, this representing all of the Estate's interest in the Company.

ESTATE OF JAMES STILWELL,
Deceased

By: _____
           Margaret Stilwell
           Executor

4

0409

## EXHIBIT A

## ASSIGNMENT OF LLC MEMBERSHIP INTEREST

This Assignment is made this _8_ day of _Oct_, 2004.

The Estate of James Stilwell (hereinafter "Estate" or "Jim") holds an undivided one-third (1/3) interest in Amishland Development, LLC ("Membership Interest"). Pursuant to the Agreement for Assignment of LLC Membership Interest that has been approved by the Circuit Court of Douglas County, Illinois, the Estate hereby assigns to Amishland Development, LLC (the "Company"), and the Company hereby agrees to accept an assignment from the Estate of all of Jim's Membership Interest and the rights and privileges thereto under the provisions of the Amended Operating Agreement in and to the Company, this representing all of the Estate's interest in the Company.


ESTATE OF JAMES STILWELL,
Deceased


By: _Margaret Stilwell_
    Margaret Stilwell
    Executor


EXHIBIT
C10

4

0469

12/7/0010:45
001120005510

# THE OLD LINE LIFE Insurance Company of America

ADMINISTRATIVE OFFICES / PO BOX 35844 / DALLAS TX 75235 0844
214 654 6300 / 800 487 5433 / FAX 214 654 6008

December 4, 2000

TUSCOLA FURNITURE GROUP LLC
2220 MARQUETTA RD
PERU IL  61354

Re:  Insured, James E Stilwell
     Policy Number   2604663
     Owner, Margaret Stilwell

```
*********************************
*                               *
*     ASSIGNMENT VERIFICATION   *
*                               *
*********************************
```

The original document submitted to place an assignment on this policy
has been endorsed, recorded and made a part of the policy records.

A copy of this assignment is attached for your records.

If this assignment is released or transferred, please notify us in
writing.

Prepared By:  Title Change Unit
              Policyowner Service Department

Attachment

cc:  W0908 FRAN TONY M CARTER
     W0090 FRAN WILLIAM J LYONS

2303
23/03


EXHIBIT
C//

An American General Company

AIG-000022

NOV 20 2000 11:14 FR AG-DALLAS SERV CTR    2146546022 TO 912175783560

**POOR**
# AMERICAN **ORIGINAL**
**GENERAL** $250,000
FINANCIAL GROUP

**Assignment**

- ☐ All American Life Insurance Company (AAL), P.O. Box 35844 Dallas, TX 76235-8683
- ☐ The American Franklin Life Insurance Company (AMFLIC), P.O. Box 19520, Springfield, IL 62794-9520
- ☐ American General Life Insurance Company (AGL), P.O. Box 4373, Houston TX 77210-4373
- ☐ The Franklin Life Insurance Company (FLIC), #1 Franklin Square, Springfield, IL 62713-0001
- ☒ The Old Line Life Insurance Company of America (OLL), P.O. Box 35844, Dallas, TX 76235-8683

Members of American General Financial Group. American General Financial Group is the marketing name for American General Corporation and its subsidiaries.

| | |
|---|---|
| **1. CONTRACT IDENTIFICATION**<br><br>☐ Check Here if New Address | You may use this form for multiple contracts that have the same contract owner and require the same signatures. All contracts must be assigned to the same assignee or all contracts released from assignment with same assignee.<br><br>CONTRACT No: **2604663**<br><br>OWNER: **Margaret Stilwell**    SSN/TIN OR EIN: **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**<br><br>Address: **218 N. Iowa**<br>**Atwood, IL 61913**<br><br>Phone No: **(217) 578-3732    578-3322**<br>INSURED/ANNUITANT (if other than Owner): **James E. Stilwell** |
| **2. ☒ ASSIGNMENT** | For value received, I/we hereby assign and transfer to the named Assignee/Creditor as their interest may appear, the Contract number named above, issued by the Company, upon the life as named above and all moneys now or hereafter payable thereunder, subject to the conditions of said contract, the regulations of the Company and to any lien, charge, or indebtedness thereon now or hereafter existing in favor of the Company.<br><br>Assignee/Creditor Name: **Tuscola Furniture Group L.L.C.  (250,000)**<br><br>Assignee/Creditor Address: **2220 Marquette Rd  Peru, IL 61354** |
| **3. ☐ RELEASE OF ASSIGNMENT** | The consideration for which the Assignment was made, having been fully paid and satisfied, all right, title, and interest of the assignee in the above named Contract issued or assumed by the Company on the above named life is hereby relinquished.<br><br>Assignee/Creditor Name:<br><br>Assignee/Creditor Address: |
| **4. SIGN HERE FOR ABOVE REQUEST** | This request must be dated and all required signatures must be written in ink, using full legal names.<br><br>To assign this contract, this request must be signed by the person or persons who have the rights of ownership under the terms of the contract. For Corporate Owned contracts, this form must be signed by an officer followed by the officer's title. The request must be accompanied by a piece of corporate letterhead or paper with the corporate seal that has been signed by that officer. For contracts owned by a Partnership, the full name of the partnership should be written followed by the signatures of any partner, other than the Insured. For contracts owned by or assigned to a Trustee, Trustee signatures are required as instructed by the trust agreement.<br><br>Under penalty of perjury, the contract owner(s) certify: (1) that the number(s) shown on this form is my (are our) correct social security (or taxpayer identification) number(s); and (2) that I am (we are) not subject to backup withholding under Section 3406(A)(1)(C) of the Internal Revenue Code. |

*NOT AN OVERLAP*

| | | | | |
|---|---|---|---|---|
| **ASSIGNMENT** | X **Margaret Stilwell** 1/21/2000 | | Signature of co-owner | Date |
| | Signature of Owner    Date | | (or other party interested in contract) | |
| **RELEASE OF ASSIGNMENT** | To release the assignment of this contract, this request must be signed by the Assignee. | | Received and Recorded on **DEC 01 2000** | |
| | | | by The Old Line Life Insurance Company | |

12/7/0010:45
001120005508

## THE OLD LINE LIFE Insurance Company of America

ADMINISTRATIVE OFFICES / PO BOX 35844 / DALLAS TX 75235 0844
214 654 6300 / 800 487 5433 / FAX 214 654 6008

December 4, 2000

JANKO FINANCIAL GROUP LLC
2220 MARQUETTA RD
PERU IL  61354

Policy Number   2604663        Insured, Margaret Stilwell

Owner, James E Stilwell

```
********************************************
**                                        **
** RELEASE OF ASSIGNMENT VERIFICATION  **
**                                        **
********************************************
```

The original document submitted to release the assignment on this
policy has been endorsed, recorded and made a part of the policy
records.

A copy of this release of assignment is attached for your records.

Sincerely,

Title Change Unit
Policyowner Service Department

Attachment

cc:   WO908 FRAN TONY M CARTER
      WO090 FRAN WILLIAM J LYONS

**EXHIBIT**

C12

23/03
An American General Company

AIG-000020

NOV 20 2000 11:14 FR AG-DALLAS SERV CTR    2146546022 TO 912175783560

# POOR ORIGINAL

**AMERICAN GENERAL**
FINANCIAL GROUP

**Assignment**

- ☐ All American Life Insurance Company (AAL), P.O. Box 35944 Dallas, TX 75235-8683
- ☐ The American Franklin Life Insurance Company (AMFLIC), P.O. Box 19520, Springfield, IL 62794-9520
- ☐ American General Life Insurance Company (AGL), P.O. Box 4373, Houston TX 77210-4373
- ☐ The Franklin Life Insurance Company (FLIC), #1 Franklin Square, Springfield, IL 62713-0001
- ☒ The Old Line Life Insurance Company of America (OLL), P.O. Box 35944, Dallas TX 75235-8683

Members of American General Financial Group. American General Financial Group is the marketing name for American General Corporation and its subsidiaries.

| 1. | **CONTRACT IDENTIFICATION** | You may use this form for multiple contracts that have the same contract owner and require the same signatures. All contracts must be assigned to the same assignee or all contracts released from assignment with same assignee. |
|---|---|---|
| | ☐ Check Here if New Address | **CONTRACT No.:** 2604663 |
| | | **OWNER:** MARGARET Stilwell        **SSN/TIN OR EIN:** 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 |
| | | **Address:** 218 N. IOWA |
| | | Atwood, IL 61913 |
| | | **Phone No.:** (217) 578-3132 |
| | | **INSURED/ANNUITANT (if other than Owner):** JAMES E. Stilwell |
| **2.** | ☐ **ASSIGNMENT** | For value received, I/we hereby assign and transfer to the named Assignee/Creditor as their interest may appear, the Contract number named above, issued by the Company, upon the life as named above and all moneys now or hereafter payable thereunder, subject to the conditions of said contract, the regulations of the Company and to any lien, charge, or indebtedness thereon now or hereafter existing in favor of the Company. |
| | | **Assignee/Creditor Name:** |
| | | **Assignee/Creditor Address:** |
| **3.** | ☒ **RELEASE OF ASSIGNMENT** | The consideration for which the Assignment was made, having been fully paid and satisfied, all right, title, and interest of the assignee in the above named Contract issued or assumed by the Company on the above named life is hereby relinquished. |
| | | **Assignee/Creditor Name:** JANKO FINANCIAL GROUP LL.C. |
| | | **Assignee/Creditor Address:** 2220 MARQUETTA Rd  Peru, IL. 61354 |
| **4.** | **SIGN HERE FOR ABOVE REQUEST** | This request must be dated and all required signatures must be written in ink, using full legal names. |
| | | To assign this contract, this request must be signed by the person or persons who have the rights of ownership under the terms of the contract. For Corporate Owned contracts, this form must be signed by one officer followed by the officer's title. The request must be accompanied by a piece of corporate letterhead or paper with the corporate seal that has been signed by that officer. For contracts owned by a Partnership, the full name of the partnership should be written followed by the signatures of any partner, other than the Insured. For contracts owned by or assigned to a Trustee, Trustee signatures are required as instructed by the trust agreement. |
| | | Under penalty of perjury, the contract owner(s) certify: (1) that the number(s) shown on this form is my (are our) correct social security (or taxpayer identification) number(s); and (2) that I am (we are) not subject to backup withholding under Section 3406(A)(1)(C) of the Internal Revenue Code. |
| | | Signature of Owner _____ Date _____    Signature of co-owner (or other party interested in contract) _____ Date _____ |
| | | To release the assignment of this contract, this request must be signed by the Assignee. |
| | | X _Laurence W. Bianchi / Authorized Member_    In favor of Tastula Furniture Group, LLC |

Received and Recorded on by The Old Line Life Insurance Company

DEC 01 2000

ASSIGNMENT
RELEASE OF ASSIGNMENT

AIG-000021



**WILLIAM "JOHN" LYONS, LUTCF**
*District Leader*
P. O. Box 260
Atwood IL 61913
Bus.: 217-578-3142
Res.: 217-578-3058
Fax: 217-578-3560

Dear Larry,

I have enclosed the Form to Release the Assignment of Policy # 2604 663 from Janko Financial Group Please sign on the very Bottom of the Form and mail in the enclosed envelope, Please call if you have questions. Thanks



EXHIBIT
C13