

**WILLIAM "JOHN" LYONS, LUTCF**
*District Leader*
P. O. Box 260
Atwood IL 61913
Bus.: 217-578-3142
Res.: 217-578-3058
Fax: 217-578-3560

Dear Larry,

I have enclosed the Form to Release the Assignment of Policy # 2604663 from Janko Financial Group. Please sign on the very Bottom of the Form, and mail in the enclosed envelope. Please call if you have questions. Thanks

John

**EXHIBIT G**