```
                                2604663      STILWELL 2003-05-02-08.45.08.427216
                                             Policy Number:  2604663
                                PRODUCT ID:
                      Printed on Thursday, September 01, 2005 at 3:43:44PM
========================================================================================
Oal

    Type:                                         End Date:       2003-06-26
    Status:                                       End Time:       09:37:55
    Queue:
    User Name:          **Singh, Margaret
    DTM Description:
    Comments:
                        Note: Face amount $4M
                        Assignment to Janko Financial Group was released in 12-2000.
                        Assignment to: Tuscola National Bank still
                        outstanding.-------------------------$2M
                        Assignment to Citizens 1ST Natinal Bank still oustanding:------------------$1
                        .5M
                        Amt owed to Tuscola Furniture LLC & First Mid-Illionois Bkm & Trust:
                        $512,974.50. (documents received and reviewed by Melinda Boyd, Attorney): OK
                        to pay $512,974.50 to Tuscola Furniture Group LLC & First Mid-Illionois Bk &
                        Trust.
                        Melinda Boyd, spoke with Laurence Bianchi who is an authorized member of the
                        Janko Financial Group, LLC, and asked him fax her the Partnership Agreement
                        which  shows that Laurence Bianchi is indeed an "authorized representative" of
                        Janko Financial and authorized to release the assignment.

                        per Melinda, send ck to Tuscola Furniture LLC  & First Mid-Illinois Bank and
                        Trust by overnight mail (our expense).
                        Claim set up for approval.

    Begin Date:         2003-06-26                Flags:          3290N0
    Begin Time:         00:18:44                  DTM Job Name:
    User Id:            AWDBATCH                  DTM Return Code:
    Workstation Id:     AWDBATCH                  DTM Task Name:
    Business Area:      CLAIMS                    DTM Next Task:
    Type:               REG                       End Date:       2003-06-26
    Status:             DMATCHE                   End Time:       00:18:44
    Queue:              DCLAIME
    User Name:          Batch Station & User, BATCH
    DTM Description:
    Comments:


    Begin Date:         2003-06-25                Flags:          3000N0
    Begin Time:         00:19:05                  DTM Job Name:
    User Id:            AWDBATCH                  DTM Return Code:
    Workstation Id:     AWDBATCH                  DTM Task Name:
    Business Area:      CLAIMS                    DTM Next Task:
    Type:               REG                       End Date:       2003-06-25
```

EXHIBIT H

AIG440