07478.00134

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>        Defendant.<br>_____<br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC,<br><br>        Third-Party Defendants. | No. 05 CV 02160<br><br>Honorable Chief Judge<br>Michael P. McCaskey<br><br>Magistrate Judge<br>David G. Bernthal |

## CERTIFICATE OF COMPLIANCE

NOW COMES Defendant/Third-Party Plaintiff, AMERICAN GENERAL LIFE INSURANCE COMPANY ("American General"), by its attorneys, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and pursuant to CDIL-LR 7.1(B)(4) submits the following Certificate of Compliance in Support of Its Memorandum For Summary Judgment On Plaintiff's Claim and Its Memorandum For Summary Judgment On Its Third-Party Claims:

1.    CDIL-LR 7.1(B)(4) provides that memoranda in support of motions shall be double spaced and shall not exceed 15 pages in length, unless they comply with the following type volume limitation. Memoranda that exceed 15 pages in length will comply with a type

390847.1

volume limitation if they do not contain more than 7,000 words or 45,000 characters. The Certificate of Compliance must state the number of words, characters or lines of type in the memorandum. The person who prepares this Certificate of Compliance may rely on the word or character count of the word processing system used to prepare the document.

2. The Argument through Conclusion sections in American General's Memorandum For Summary Judgment On Plaintiff's Claim contain 4,811 words, including headings, footnotes and quotations, thus complying with CDIL-LR 7.1(B)(4).

3. The Argument through Conclusion sections in American General's Memorandum For Summary Judgment On Its Third-Party Claims contain 1,495 words, including headings, footnotes and quotations, thus complying with CDIL-LR 7.1(B)(4).

4. The undersigned relies on the accuracy of the word count of the word processing system (Microsoft WORD).

Respectfully submitted,

**AMERICAN GENERAL LIFE INSURANCE COMPANY**

By: ____s/ Rebecca M. Rothmann_____
Rebecca M/ Rothmann
Attorney Bar Number: 6236791
Attorney for Defendant/Third Party
 Plaintiff
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
Phone: (312) 704-0550
Fax: (312) 704-1522
Rebecca.Rothmann@wilsonelser.com

390847.1

## CERTIFICATE OF SERVICE

    I hereby certify that on **April 3, 2007**, I electronically filed the above pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

## SERVICE LIST
*Margaret Stilwell v. American General Life Ins. Co.*

Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main St., Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
thoward@howardandhoward.com

      s/ Rebecca M. Rothmann
      Rebecca M. Rothmann
Attorney Bar Number: 6236791
Attorney for Defendant/Third Party
 Plaintiff
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
Phone: (312) 704-0550
Fax: (312) 704-1522
Rebecca.Rothmann@wilsonelser.com

390847.1