**E-FILED**
Thursday, 05 April, 2007  02:50:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Defendant. <br><br> AMERICAN GENERAL LIFE INSURANCE COMPANY, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> FIRST MID ILLINOIS BANK & TRUST, <br><br> Third-Party Defendant/ Cross-Claim Plaintiff <br><br> v. <br><br> TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, <br><br> Third-Party Defendants/ Cross-Claim Defendants. | No. 05 CV 02160 <br><br> Honorable Chief Judge Michael P. McCuskey <br><br> Magistrate Judge David G. Bernthal |

### DEFENDANT THE AMERICAN GENERAL LIFE INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Defendant American General Life Insurance Company ("AGL" or "American General"), by its undersigned attorneys, moves this Honorable Court for an extension of time in which to file its responsive brief to Plaintiffs' Motion for Summary Judgment, and in support states as follows:

391422.1

1. Pursuant to this Court's order of September 25, 2006, the deadline for dispositive motions was set for April 2, 2007.

2. On March 28, 2007, Plaintiffs filed their Motion For Summary Judgment (Court docket entry #80). American General's responsive brief is currently due by April 23, 2007.

3. On April 2, 2007, American General filed its Combined Motion And Memorandum For Summary Judgment On Plaintiff's Claim (Court docket entry #81). Plaintiffs' responsive brief is due by April 26, 2007.

4. On April 2, 2007, American General filed its Combined Motion And Memorandum For Summary Judgment On Its Third-Party Claims (Court docket entry #82). Third-Party Defendants' responsive briefs are due by April 26, 2007.

5. On April 2, 2007, Third-Party Defendant First Mid Illinois Bank & Trust filed its Motion for Summary Judgment on Third Party Complaint and Cross Claim Against TFG and JFG (Court docket entry #84). Responsive briefs by American General and Third Party Defendants Tuscola Furniture Group LLC and Janko Financial Group LLC are due by April 26, 2007.

6. On April 2, 2007, Third-Party Defendants Tuscola Furniture Group LLC and Janko Financial Group LLC filed their Motion for Summary Judgment on Third Party Complaint (Court docket entry #85). Responsive briefs by American General and Third-Party Defendant First Mid Illinois Bank & Trust are due by April 26, 2007.

7. All responsive briefs are due by April 26, 2007, except for American General's responsive brief to Plaintiffs' Motion for Summary Judgment, currently due by April 23, 2007.

8. For the sake of judicial economy AGL requests that this Honorable Court align all responsive brief deadlines to be due by April 26, 2007. Doing so would avoid multiple briefs

391422.1

being filed on different dates and allow AGL to adequately prepare its responsive briefs at the same time.

9. AGL requests that this Court grant to AGL a 3 day extension of time to file its responsive brief to Plaintiffs' motion for summary judgment to be due by April 26, 2007.

10. On April 4, 2007, counsel for AGL, Cinthia G. Motley, contacted counsel for Plaintiffs, Jason Crowder. Mr. Crowder has not responded nor objected to AGL's request.

11. No party will be prejudiced by the grant of a 3 day extension of time to AGL to respond to Plaintiffs' motion for summary judgment.

WHEREFORE, Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY respectfully requests that this Honorable Court grant it until April 26, 2007 to file its responsive brief to Plaintiffs Motion for Summary Judgment.

    Respectfully submitted,

**AMERICAN GENERAL LIFE INSURANCE COMPANY**

By:   s/ Cinthia G. Motley
    Cinthia G. Motley
    Attorney Bar Number: 6280676
    Attorney for Defendant/
      Third-Party Plaintiff
    WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
    120 North La Salle Street, Suite 2600
    Chicago, Illinois 60602
    Phone:   (312) 704-0550
    Fax:     (312) 704-1522
    Cinthia.Motley@wilsonelser.com

391422.1

## CERTIFICATE OF SERVICE

I hereby certify that on **April 5, 2007**, I electronically filed the above pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

### SERVICE LIST
*Margaret Stilwell v. American General Life Ins. Co.*

Jason M. Crowder
HELLER HOLMES & ASSOC. P.C.
1101 Broadway
P.O. Box 889
Mattoon, IL 61938
Ph:     217-235-2700
Fax:   217-235-0743
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main Street, Suite 200
Decatur, IL 62523
Ph:     217-422-1719
Fax:   217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD ATTORNEYS P.C.
211 Fulton Street, Suite 600
Peoria, IL 61602-1350
Ph:     309-672-1483
Fax:   309-672-1568
thoward@howardandhoward.com

   s/ Cinthia G. Motley
Cinthia G. Motley
Attorney Bar Number: 6280676
Attorney for Defendant/
   Third-Party Plaintiff
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
Phone: (312) 704-0550
Fax:     (312) 704-1522
Cinthia.Motley@wilsonelser.com

391422.1