IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| MARGARET J. STILWELL, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | No. 05-CV-02160 |
| v. | ) | |
| | ) | Honorable Michael P. McCuskey |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) | |
| | ) | Magistrate Judge David G. Bernthal |
| Defendant. | ) | |
| | ) | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC, | ) ) ) | |
| | ) | |
| Third-Party Defendants. | ) | |

## RESPONSE OF TUSCOLA FURNITURE GROUP AND JANKO FINANCIAL GROUP TO CROSS CLAIM OF FIRST MID ILLINOIS BANK & TRUST

NOW COME Third-Party Defendants, TUSCOLA FURNITURE GROUP, LLC ("TFG") and JANKO FINANCIAL GROUP, LLC ("JFG"), by HOWARD & HOWARD ATTORNEYS, P.C., and respectfully submit their Response to the Motion for Summary Judgment filed by Third-Party Defendant, FIRST MID ILLINOIS BANK & TRUST (the "Bank"), on its Cross Claim pursuant to Federal Rule of Civil Procedure 56(b) and Central District Local 7.1(D).

### I. ARGUMENT

After American General Life Insurance Company ("AGLIC") filed its Third-Party Complaint against TFG, JFG and the Bank, the Bank filed a Cross Claim against TFG and JFG.

#261685-v1

As part of the numerous motions for summary judgment filed by the parties, the Bank filed a Motion for Summary Judgment on its Cross Claim against TFG and JFG. The facts are undisputed as contained in the various statements of undisputed facts of the parties. Rather than repeat the arguments contained in the Motion for Summary Judgment filed by TFG and JFG on the Third-Party Complaint, they incorporate those arguments by reference. If the Court grants their motion and enters judgment in favor of TFG and JFG on the Third-Party Complaint, then the Bank's Cross Claim must be dismissed as moot.

## II. CONCLUSION

For the reasons stated in the Motion for Summary Judgment filed by Tuscola Furniture Group, LLC and Janko Financial Group, LLC on the Third-Party Complaint, they request that the Court deny the Motion for Summary Judgment on the Cross Claim filed by First Mid Illinois Bank & Trust as moot.

Dated: April 19, 2007

        TUSCOLA FURNITURE GROUP, LLC
        and JANKO FINANCIAL GROUP, LLC


        By: __/s/ Timothy J. Howard_____
           Timothy J. Howard, ARDC No.01271202
           Michael S. Seneca, ARDC No. 06273030
           Attorneys for Defendant
           Howard & Howard Attorneys, P.C.
           211 Fulton Street, Suite 600
           Peoria, Illinois 61602
           Telephone:   (309) 672-1483
           Facsimile:   (309) 672-1568 (fax)
           Email: THoward@howardandhoward.com
           Email: MSeneca@howardandhoward.com

## CERTIFICATE OF SERVICE

     I hereby certify that on April 19, 2007, I electronically filed the foregoing pleading with the Clerk of the Court using the ECF system and that service was made electronically to the parties as indicated on that system.

Jason M. Crowder
Heller, Holmes & Associates, P.C.
PO Box 889
Mattoon, Illinois 61938

Richard L. Heavner
Julie Beyers
Heavner, Scott & Byers
111 East Main Street, Suite 200
Decatur, Illinois 62523

Cinthia G. Motley
Rebbecca M. Rothman
Wilson Elser Moskowitz
Edelman & Dicker LLP
120 North LaSalle Street, Suite 2600
Chicago, Illinois 60602

          By:   /s/   Timothy J. Howard
             Timothy J. Howard, ARDC No.01271202
             Michael S. Seneca, ARDC No. 06273030
             Attorneys for Defendant
             Howard & Howard Attorneys, P.C.
             211 Fulton Street, Suite 600
             Peoria, Illinois 61602
             Telephone:   (309) 672-1483
             Facsimile:   (309) 672-1568 (fax)
             Email: THoward@howardandhoward.com
             Email: MSeneca@howardandhoward.com