```
                                                            1

  1              IN THE UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF ILLINOIS
  2                       URBANA DIVISION

  3    MARGARET J. STILWELL, HALEY STILWELL,
       HEIDI STILWELL, JAMIE STILWELL,
  4    MEGAN STILWELL,
                Plaintiffs,
  5
                -vs-                        No. 05 CV 02160
  6
       AMERICAN GENERAL LIFE INSURANCE
  7    COMPANY,
                Defendant.
  8    -----------------------------------
       AMERICAN GENERAL LIFE INSURANCE
  9    COMPANY,
                Third Party Plaintiff,
 10
                -vs-
 11
       FIRST MID ILLINOIS BANK & TRUST,
 12    TUSCOLA FURNITURE GROUP, LLC, and
       JANKO FINANCIAL GROUP, LLC,
 13             Third Party Defendants.

 14

 15                         DEPOSITION

 16       The Deposition of THOMAS J. CHAMBERLAIN, a
       citizen of the State of Illinois, a witness of
 17    lawful age; produced, sworn, and examined upon his
       corporeal oath, at the offices of Area Wide
 18    Reporting Service, 301 West White Street,
       Champaign, Illinois, at 3:00 P.M. on the 8th day
 19    of February, 2007, before Shelley Marvin, CRR,
       RPR, and CSR in and for the State of Illinois, CSR
 20    License No. 84-003926, as a witness in a certain
       suit and matter now pending and undetermined in
 21    the United States District Court for the Central
       District of Illinois.
 22

 23

 24
```

EXHIBIT A

1  correct?

2     A.    That's correct.

3     Q.    But he wouldn't have shared with you any
4  specifics; just that he was taking care of
5  whatever other information was needed; is that
6  correct?

7     A.    That's correct.

8     Q.    And to your knowledge, you didn't ever
9  get any sort of letter or correspondence from Ray
10 Sawicki or from anybody else at American General
11 requesting any additional information from First
12 Mid in order to complete their determination
13 concerning the claim; is that correct?

14    A.    I don't recall any, no.

15    Q.    Okay.  And when you submitted the joint
16 claim, you also believe that American General
17 would review it, ask questions if they needed to
18 ask questions, and then make their own
19 determination as to whether or not the claim
20 should be paid; is that correct?

21    A.    That's correct.

22          MR. CROWDER:  I'll object to the form.
23 BY MS. BEYERS:

24    Q.    And you said that you don't have any