# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**MARGARET J. STILWELL**
**HALEY STILWELL**
**HEIDI STILWELL**
**JAMIE STILWELL**
**MEGAN STILWELL**
        Plaintiffs

    vs.                                     Case Number:   **05-2160**

**AMERICAN GENERAL LIFE INSURANCE COMPANY**
        Defendant

**AMERICAN GENERAL LIFE INSURANCE COMPANY**
        ThirdParty Plaintiff

    vs.

**FIRST MID ILLINOIS BANK & TRUST**
**TUSCOLA FURNITURE GROUP LLC**
**JANKO FINANCIAL GROUP LLC**

        ThirdParty Defendant

**FIRST MID ILLINOIS BANK & TRUST**
        Cross Claimant
    vs.

**TUSCOLA FURNITURE GROUP LLC**
**JANKO FINANCIAL GROUP LLC**
        Cross Defendants

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of the defendant American General Life Insurance Company and against the plaintiffs Margaret J. Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, and Megan Stilwell.

ENTER this 14th day of June, 2007

s/John M. Waters
_____
JOHN M. WATERS, CLERK


s/V. Ball
_____
BY:  DEPUTY CLERK