IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, and MEGAN STILWELL, | ) ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) Case No. 05-CV-02160 ) |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) The Honorable ) Michael P. McCuskey ) |
| Defendant/Third Party Plaintiff, | ) Magistrate Judge ) David G. Bernthal |
| -vs- | ) ) |
| FIRST MID-ILLINOIS BANK & TRUST; TUSCOLA FURNITURE GROUP, L.L.C.; and JANKO FINANCIAL GROUP, L.L.C., | ) ) ) ) |
| Third Party Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, and MEGAN STILWELL, in the above-captioned case, by DAVID STEVENS and JASON M. CROWDER of HELLER, HOLMES & ASSOCIATES, P.C., her attorneys, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Judgment in a Civil Case (Doc. 100) entered on June 14, 2007, and the Opinion (Doc. 99) entered on June 14, 2007, by the Honorable Michael P. McCuskey, granting summary judgment to Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY.  Plaintiff prays that the judgment of the District Court be reversed and the cause remanded for further proceedings consistent with the opinion of the Court of Appeals; for costs on appeal; and for such other and further relief to which they may be entitled and which this Court deems just and fair.

        MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, and MEGAN STILWELL, Plaintiffs

        By:     s/David Stevens
            Of Heller, Holmes & Associates, P.C.
            Her Attorneys

Of Counsel:

DAVID STEVENS
JASON M. CROWDER
**HELLER, HOLMES & ASSOCIATES, P.C.**
1101 Broadway, P.O. Box 889
Mattoon, IL 61938-0889
Telephone: (217)-235-2700
Fax: (217)-235-0743
E-Mail: DavidStevens@HHLawOff.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2006, I electronically filed Plaintiffs' Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

| | |
|---|---|
| Julie Beyers | Timothy J. Howard; Michael S. Seneca |
| Heavner, Scott, Beyers & Mihlar | Howard & Howard |

Jason M. Kuzniar; Daniel J. McMahon; Cinthia G. Motley; Rebecca M. Rothmann
Wilson Elser Moskowitz Edelman & Dicker, LLP.

        Respectfully submitted,

           s/David Stevens
        Heller, Holmes & Associates, P.C.
        1101 Broadway Avenue
        P.O. Box 889
        Mattoon, IL 61938