IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, and MEGAN STILWELL, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| -vs- | )  Case No. 05-CV-02160<br>) |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | )  The Honorable<br>)  Michael P. McCuskey<br>) |
| Defendant/Third Party Plaintiff, | )  Magistrate Judge<br>)  David G. Bernthal |
| -vs- | )<br>) |
| FIRST MID-ILLINOIS BANK & TRUST; TUSCOLA FURNITURE GROUP, L.L.C.; and JANKO FINANCIAL GROUP, L.L.C., | )<br>)<br>)<br>) |
| Third Party Defendants. | ) |

## SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT

Now come Plaintiffs MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, and MEGAN STILWELL,, by DAVID STEVENS and JASON M. CROWDER, of HELLER, HOLMES & ASSOCIATES, P.C., her attorneys, and for her Seventh Circuit Rule 3(c) Docketing Statement state as follows:

The United States District Court for the Central District of Illinois had diversity jurisdiction in this matter pursuant to 28 U.S.C. Section 1332 because Plaintiffs were all citizens of the State of Illinois; Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY was a Texas corporation with its principal place of business in Houston, Texas; and the amount in controversy, exclusive of interest and costs, exceeded $75,000.00.  The cause was removed from the Circuit Court of Douglas County, Illinois, where it was number 05-L-47, on July 20, 2005. (Doc. 1)  At the

time of removal, FIRST MID-ILLINOIS BANK & TRUST; TUSCOLA FURNITURE GROUP, L.L.C.; and JANKO FINANCIAL GROUP, L.L.C., which later became third-party defendants, were merely respondents in discovery pursuant to 735 ILCS 5/2-402 (West 2006), which makes their citizenship irrelevant for diversity purposes. (See *Jass v. Prudential Health Care Plan, Inc.*, 88 F.3d 1482, 1485 n. 3 (7th Cir. 1996).)

The District Court denied Plaintiffs' Motion for Summary Judgment (Doc. 80) and granted Defendant's Motion for Summary Judgment (Doc.81) on June 14, 2007 (Doc. 99), and entered its Judgment in a Civil Case on the same day. (Doc. 100) All other pending motions were denied as moot, and the Court closed the case. Plaintiffs filed their timely Notice of Appeal simultaneously with this Docketing Statement.

The United States Court of Appeals for the Seventh Circuit has jurisdiction in this matter pursuant to 28 U.S.C. Section 1291 because the District Court's granting of summary judgment adjudicated all claims with respect to all parties and was a final decision, and because the Notice of Appeal was filed within the requisite time period. The order appealed from was entered by United States District Judge Michael J. McCuskey and not by a magistrate judge. There were no prior or related appellate proceedings in this matter.

> MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, and MEGAN STILWELL, Plaintiffs
>
> By:   s/David Stevens
>         Of Heller, Holmes & Associates, P.C.
>         Their Attorneys

DAVID STEVENS
JASON M. CROWDER
**HELLER, HOLMES & ASSOCIATES, P.C.**
1101 Broadway, P.O. Box 889
Mattoon, IL 61938-0889
Telephone: (217)-235-2700
Fax: (217)-235-0743
E-Mail: DavidStevens@HHLawOff.com

**Attorneys for Plaintiff**

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2006, I electronically filed Plaintiff's Seventh Circuit Rule 3(c) Docketing Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

| | |
|---|---|
| Julie Beyers | Timothy J. Howard; Michael S. Seneca |
| Heavner, Scott, Beyers & Mihlar | Howard & Howard |

Jason M. Kuzniar; Daniel J. McMahon; Cinthia G. Motley; Rebecca M. Rothmann
Wilson, Elser, Moskowitz, Edelman & Dicker, L.L.P.


Respectfully submitted,

       s/David Stevens
Heller, Holmes & Associates, P.C.
1101 Broadway Avenue
P.O. Box 889
Mattoon, IL 61938