## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois     Docket No.: 05-2160

Division: Urbana

**Plaintiff (Petitioner)     Short Caption     Defendant (Respondent)**

Margaret J Stilwell et al     v.     American General Life Insurance Company et al.

---

**Current Counsel for Plaintiff (Petitioner):**     **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Jason Crowder

Name: Daniel McMahon/Rebecca Rothmann/Cinthia Motley/Jason Kuzniar

Firm: HELLER HOLMES & ASSOCIATES PC

Firm: WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Address: PO Box 889

Address: 120 N LaSalle St, Ste 2600

Mattoon, IL 61938-0889

Chicago, IL 60602

Phone: 217-235-2700

Phone: 312-704-0550

---

Judge: Michael P. McCuskey

Court Reporter:

Nature of Suit Code: 110

Date Filed in District Court: 7/20/05

Date of Judgment: 6/14/07

Date of Notice of Appeal: 7/11/07

Counsel: ___Appointed     x___Retained     ___Pro Se

Fee Status: X_Paid     __ _Due     ___IFP     ___IFP Pending     ___U.S.     ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:     x___Yes     ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE**

*U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).*

2:05-cv-02160-MPM-DGB    # 103    Page 2 of 3

*U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).*

Additional Attorneys

First Mid Illinois Bank & Trust - Third Party Defendant & Cross Claimant

Julie Beyers/Richard Heavner
HEAVNER SCOTT BEYERS & MIHLAR
Ste 200
111 E Main St
Decatur, IL 62523
217-422-1719

TUSCOLA FURNITURE GROUP LLC - Third Party Defendant & Cross Defendant
JANKO FINANCIAL GROUP LLC - Third Party Defendant & Cross Defendant

Michael S Seneca/Timothy J Howard
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St
Ste 600
Peoria, IL 61602-1350
309-672-1483