IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL,<br><br>                Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>                Defendant.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>                Third-Party Plaintiff,<br><br>v.<br><br>FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC,<br><br>                Third-Party Defendants. | No. 05 CV 02160<br><br>Honorable Chief Judge<br>Michael P. McCaskey<br><br>Magistrate Judge<br>David G. Bertha |

## NOTICE OF APPEAL TO A COURT OF APPEALS
## FROM AN OPINION AND FINAL JUDGMENT OF A DISTRICT COURT

NOTICE IS HEREBY GIVEN that AMERICAN GENERAL LIFE INSURANCE COMPANY ("American General"), Defendant/Third-Party Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the opinion and final judgment entered in this action on the 14th day of June, 2007.

415231.1

Respectfully submitted:

**AMERICAN GENERAL LIFE INSURANCE COMPANY,**

By:     s/ Cinthia G. Motley
     Cinthia G. Motley

Attorney Bar Number: 6280676
Cinthia G. Motley, Esq.
Daniel J. McMahon, Esq.
Rebecca M. Rothmann, Esq.
Wilson, Elser, Moskowitz, Edelman &
    Dicker LLP
120 North LaSalle Street-Suite 2600
Chicago, IL  60602
Telephone:  (312) 704-0550
Facsimile:   (312) 704-1522

415231.1

## CERTIFICATE OF SERVICE

I hereby certify that on **July 16, 2007**, I electronically filed the above Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

### SERVICE LIST
*Margaret Stilwell v. American General Life Ins. Co.*

Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS &
   MIHLAR
111 E Main St., Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD
ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
Thoward@howardandhoward.com

By: _____/s Cinthia G. Motley_____
       Cinthia G. Motley

   Attorney Bar Number: 6280676
   Attorney for Defendant/Third Party
    Plaintiff
   WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
   120 North La Salle Street, Suite 2600
   Chicago, Illinois 60602
   Phone: (312) 704-0550
   Fax: (312) 704-1522
   Cinthia.Motley@wilsonelser.com

415231.1