## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CDIL

Docket No.: 05-2160

Division: Urbana

### Plaintiff (Petitioner)    Short Caption    Defendant (Respondent)

Margaret J. Stillwell, et al.    v.    American General Life Insurance Company

---

**Current Counsel for Plaintiff (Petitioner):**    **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Jason Crowder    Name: Daniel J. McMahon

Firm: Heller Holmes & Associates    Firm: Wilson Elser Moskowitz Edelman & Dicker

Address: PO Box 889    Address: 120 N LaSalle St Ste 2600

Matton, IL 61938-0889    Chicago, IL 60602

Phone: 217-235-2700    Phone: 312-704-0550

---

Judge: Michael P. McCuskey    Nature of Suit Code: 110

Court Reporter:    Date Filed in District Court: July 20, 2005

Date of Judgment: June 14, 2007

Date of Notice of Appeal: July 16, 2007

Counsel: ___Appointed    XX Retained    ___Pro Se

Fee Status:    XX Paid    ___Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    XX No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; ___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**