IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARGARET J. STILWELL, HALEY STILWELL, HEIDI STILWELL, JAMIE STILWELL, MEGAN STILWELL<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Defendant.<br><hr>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br>v.<br><br>FIRST MID ILLINOIS BANK & TRUST, TUSCOLA FURNITURE GROUP, LLC, and JANKO FINANCIAL GROUP, LLC,<br><br>    Third-Party Defendants. | No. 05 CV 02160<br><br>Honorable Chief Judge<br>Michael P. McCuskey<br><br>Magistrate Judge<br>David G. Bernthal |

## MOTION TO WITHDRAW RECORD ON APPEAL

Defendant/Third-Party Plaintiff, American General Life Insurance Company ("AGL"), by its undersigned attorneys, moves this Honorable Court, pursuant to Local Rule 79.2 and Circuit Rule 10, to withdraw the record on appeal in this matter, and in support states as follows:

1. On July 16, 2007 Plaintiffs filed a Notice of Appeal.

2. Plaintiff's filed their appellate brief on September 14, 2007. AGL's responsive brief is due on October 15, 2007.

1

433063.1

3. AGL kindly requests to withdraw the Record on Appeal in this matter in order to prepare its responsive brief.

4. AGL also requests that the following documents be also designated as part of the Record of Appeal, Court docket entry #s: 30, 31, 80, 81, 82, 83, 84, 85, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, and 98.

WHEREFORE, Defendant/Third-Party Plaintiff, American General Life Insurance Company prays that the Court grant it leave to withdraw the Record on Appeal in this matter containing the aforementioned designated record.

Respectfully submitted,

THE AMERICAN GENERAL LIFE INSURANCE COMPANY

By: __/s/ Cinthia G. Motley__
      Cinthia G. Motley

Daniel J. McMahon
Rebecca M. Rothmann
Cinthia G. Motley
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, Illinois 60602
Tel: (312) 704-0550
Fax: (312) 704-1522

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, I electronically filed the above pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*By CM/ECF Electronic Notification*
Jason M. Crowder
HELLER, HOLMES & ASSOC., P.C.
1101 Broadway, P.O. Box 889
Mattoon, IL 61938
(217) 235-2700
(217) 235-0743 (Fax#)
crowderjason@hotmail.com.

Richard L Heavner
HEAVNER SCOTT BEYERS & MIHLAR
111 E Main St, Suite 200
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
richardheavner@hsbattys.com

Timothy J Howard
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St, Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
thoward@howardandhoward.com

/s/ Cinthia G. Motley
Cinthia G. Motley

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
Tel. (312) 704-0550
Fax (312) 704-1522
Cinthia.Motley@wilsonelser.com

3

433063.1