

# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

October 1, 2007

Cinthia G. Motley
WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP.
Suite 2600
120 N LaSalle St.
Chicago, IL 60602

Re: STILWELL ET AL V. AMERICAN GENERAL LIFE INSURANCE
 COMPANY
USDC Case No. 05-2160
USCA 7 Case No. 07-2613 and 07-2684

Dear Miss Motley:

Enclosed please find the Appeal Record for the above captioned case consisting of:

    \_\_\_\_\_3\_\_\_\_ volumes of pleadings
    _____ volumes of depositions
    _____ loose pleadings
    _____ other

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Appeals with the record. They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,
s/John M. Waters
CLERK, U. S. DISTRICT COURT

enc.

This is to acknowledge receipt of the appeal Record on _____.