


# United States District Court

JOHN M. WATERS
CLERK OF COURT

### Central District of Illinois

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

December 12, 2007

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

          RE: STILWELL v. AMERICAN GENERAL LIFE INS CO
          D. C. Docket No. 05-2160
          U. S. C. A. Docket No. 07-2613 and 07-2684

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    3 Volumes of Pleadings

     Volumes of Transcript

     Volumes of Depositions

     Volumes of Exhibits:

     Impounded Exhibits:

    Other (specify):

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                  Very truly yours,

                  JOHN M. WATERS, CLERK
                    s/S. Johnson
              BY:_____
                  Deputy Clerk

21, 24, APPEAL, CLOSED, REFER, REMOVAL

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CIVIL DOCKET FOR CASE #: 2:05-cv-02160-MPM-DGB
### Internal Use Only

Stilwell v. American General Life Insurance Company
Assigned to: Chief Judge Michael P. McCuskey
Referred to: Magistrate Judge David G. Bernthal
Case in other court: 7th Circuit, 07-02613
                    7th Circuit, 07-02684
Cause: 28:1441 Notice of Removal- Breach of Contract

Date Filed: 07/20/2005
Date Terminated: 06/14/2007
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Margaret J Stilwell**     represented by **Jason Crowder**
HELLER HOLMES & ASSOCIATES PC
PO Box 889
Mattoon, IL 61938-0889
(217) 235-2700
Fax: 235-0743
Email: crowderjason@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Haley Stilwell**     represented by **Jason Crowder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heidi Stilwell**     represented by **Jason Crowder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamie Stilwell**     represented by **Jason Crowder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Stilwell**     represented by **Jason Crowder**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **American General Life Insurance Company** | represented by | **Daniel J McMahon**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>120 N LaSalle St<br>Ste 2600<br>Chicago, IL 60602<br>(312) 704-0550<br>Fax: 704-1522<br>Email: daniel.mcmahon@wilsonelser.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Rebecca M Rothmann**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>120 N LaSalle St<br>Ste 2600<br>Chicago, IL 60602<br>(312) 704-0550<br>Fax: 704-1522<br>Email: rebecca.rothmann@wilsonelser.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cinthia G Motley**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>120 N LaSalle St<br>Ste 2600<br>Chicago, IL 60602<br>312-704-0550<br>Fax: 312-704<br>Email: cinthia.motley@wilsonelser.com<br><br>*ATTORNEY TO BE NOTICED*<br><br>**Jason M Kuzniar**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>120 N LaSalle St<br>Ste 2600<br>Chicago, IL 60602<br>312-704-0550<br>Fax: 312-704-1522 |

Email: Jason.Kuzniar@wilsonelser.com

*ATTORNEY TO BE NOTICED*

**Miscellaneous Party**

**First Mid Illinois Bank & Trust**

**Miscellaneous Party**

**Tuscola Furniture Group LLC**

**Miscellaneous Party**

**Janko Financial Group LLC**

**ThirdParty Plaintiff**

**American General Life Insurance Company**    represented by    **Cinthia G Motley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J McMahon**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca M Rothmann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**First Mid Illinois Bank & Trust**    represented by    **Julie Beyers**
HEAVNER SCOTT BEYERS & MIHLAR
Suite 200
111 E Main St
Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
Email: juliebeyers@hsbattys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L Heavner**
HEAVNER SCOTT BEYERS & MIHLAR
Suite 200
111 E Main St

Decatur, IL 62523
217-422-1719
Fax: 217-422-1754
Email: richardheavner@hsbattys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Tuscola Furniture Group LLC**  represented by  **Michael S Seneca**
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St
Ste 600
Peoria, IL 61602-1350
(309) 672-1483
Fax: 672-1568
Email: mseneca@howardandhoward.com
*ATTORNEY TO BE NOTICED*

**Timothy J Howard**
HOWARD & HOWARD ATTORNEYS PC
211 Fulton St
Ste 600
Peoria, IL 61602-1350
309-672-1483
Fax: 309-672-1568
Email: thoward@howardandhoward.com
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Janko Financial Group LLC**  represented by  **Michael S Seneca**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy J Howard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**First Mid Illinois Bank & Trust**  represented by  **Richard L Heavner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.
**Cross Defendant**

| | | |
|---|---|---|
| **Tuscola Furniture Group LLC** | represented by | **Timothy J Howard** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Michael S Seneca** (See above for address) |
| **Cross Defendant** | | |
| **Janko Financial Group LLC** | represented by | **Timothy J Howard** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Michael S Seneca** (See above for address) *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2005 | 1 | NOTICE OF REMOVAL from Coles County, case number 05-L-47 ( Filing fee $ 250 Receipt U4171) filed by American General Life Insurance Company.(MT, ilcd) Additional attachment(s) added on 7/20/2005 (MT, ilcd). (Entered: 07/20/2005) |
| 07/20/2005 | 2 | MOTION for Extension of Time to File Answer or Otherwise Plead by Defendant American General Life Insurance Company. Responses due by 8/3/2005 (MT, ilcd) (Entered: 07/20/2005) |
| 07/21/2005 | 3 | ORDER setting Rule 16 Scheduling Conference entered by Judge David G. Bernthal on 7/21/05. Rule 16 Scheduling Conference set for 9/2/2005 01:30 PM in Courtroom C before Chief Judge Michael P. McCuskey and U S Magistrate Judge. See written order.(VB, ilcd) (Entered: 07/21/2005) |
| 08/03/2005 | 4 | RESPONSE to Motion re 2 MOTION for Extension of Time to File Answer filed by Plaintiff Margaret Stilwell. (Crowder, Jason) (Entered: 08/03/2005) |
| 08/05/2005 |  | TEXT ORDER granting 2 Motion for Extension of Time to Answer or Otherwise Plead filed by defendant American General Life Insurance Company. Defendant American General Life Insurance Company's deadline to answer or otherwise plead is extended to 8/18/05. Entered by Judge David G. Bernthal on 8/5/05.(KM, ilcd) Modified on 8/5/2005 to correct typographical error (KM, ilcd). (Entered: 08/05/2005) |
| 08/09/2005 | 5 | NOTICE of Appearance of Attorney by Cinthia G Motley on behalf of American General Life Insurance Company (Motley, Cinthia) (Entered: 08/09/2005) |
| 08/09/2005 | 6 | Second MOTION for Extension of Time to File Answer *or Otherwise Plead* by Defendant American General Life Insurance Company. |

| | | |
|---|---|---|
| | | Responses due by 8/23/2005 (Motley, Cinthia) (Entered: 08/09/2005) |
| 08/09/2005 | | TEXT ORDER Entered by Judge David G. Bernthal on 8/9/2005. This Court has reviewed Defendant American General Life Insurance Company's Attorney Motley's recently e:filed documents and notes the following technical errors: #5 appearance - contains no certificate of service. #5 appearance and #6 motion for extension of time - the electronic signature lines and address blocks are inaccurate. The electronic signature should be "s/" followed by the typed name. The address block should immediately follow the signature line on the right side of the page and must contain the attorney's e:mail address. Counsel is warned that future filings may be stricken if not in accordance with the rules. Counsel must confer with this Court's Civ. Adm. Pr. (available online at www.ilcd.uscourts.gov), specifically p. 17 for electronic signatures. (KW, ilcd) Modified on 8/9/2005 (KW, ilcd). The punctuation was corrected. (Entered: 08/09/2005) |
| 08/09/2005 | | Notice of Docket Text or Event Modification re Order. Typographical error corrected. (KW, ilcd) (Entered: 08/09/2005) |
| 08/12/2005 | 7 | CERTIFICATE of Service/Counsel *Plaintiff's Initial Disclosures* by Jason Crowder on behalf of Margaret Stilwell (Crowder, Jason) (Entered: 08/12/2005) |
| 08/17/2005 | 8 | REPORT of Rule 26(f) Planning Meeting by Margaret Stilwell. (Crowder, Jason) (Entered: 08/17/2005) |
| 08/23/2005 | 9 | CERTIFICATE OF SERVICE by American General Life Insurance Company (Motley, Cinthia) (Entered: 08/23/2005) |
| 08/25/2005 | | TEXT ORDER entered by Judge David G. Bernthal on 8/25/05. Defendant American General Life Insurance Company's motion for extension of time to file answer plaintiff's complaint or otherwise plead (#6) is GRANTED. Defendant American General Life Insurance Company's deadline to answer Plaintiff's complaint or otherwise plead is 9/2/05.(SLJ, ilcd) (Entered: 08/25/2005) |
| 09/01/2005 | 10 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by American General Life Insurance Company. (Motley, Cinthia) (Entered: 09/01/2005) |
| 09/01/2005 | 11 | *Defendant's* ANSWER to Complaint (Notice of Removal) *and Affirmative Defenses* by Defendant American General Life Insurance Company.(Motley, Cinthia) (Entered: 09/01/2005) |
| 09/02/2005 | | Minute Entry for proceedings held before Judge Michael P. McCuskey and Magistrate Judge David G. Bernthal. Scheduling Conference held on 9/2/2005. Appearance of plaintiff by Jason Crowder. Appearance of defendant by Cinthia Motley. Proposed discovery plan approved. Options to consent to Magistrate Judge and for settlement conference offered to parties. Written Order to be entered. (SLJ, ilcd) (Entered: 09/02/2005) |
| 09/07/2005 | 12 | DISCOVERY ORDER entered by Judge David G. Bernthal on 9/7/05. |

| | | |
|---|---|---|
| | | Final Pretrial Conference set for 1/22/2007 01:30 PM by personal appearance in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 2/5/2007 09:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. See written Order.(SLJ, ilcd) (Entered: 09/07/2005) |
| 12/01/2005 | 13 | CERTIFICATE of Service/Counsel *Discovery Documents* by Jason Crowder on behalf of Margaret Stilwell (Crowder, Jason) (Entered: 12/01/2005) |
| 01/27/2006 | 14 | THIRD PARTY COMPLAINT against First Mid Illinois Bank & Trust, Tuscola Furniture Group LLC, Janko Financial Group LLC, filed by American General Life Insurance Company. (Attachments: # 1 Exhibit 1 - 5# 2 Exhibit 6 - 12# 3 Exhibit 13)(Motley, Cinthia) (Entered: 01/27/2006) |
| 02/07/2006 | 15 | MOTION to Amend/Correct *Complaint* by Plaintiff Margaret Stilwell. Responses due by 2/21/2006 (Attachments: # 1 Exhibit Amended Complaint# 2 Exhibit to Complaint)(Crowder, Jason) (Entered: 02/07/2006) |
| 02/15/2006 | | TEXT ORDER entered by Judge David G. Bernthal on 2/15/06. Plaintiff's Motion to Amend 15 is GRANTED. The Clerk of Court is directed to extract and e:file the proposed amended complaint and its attachment attached to the motion as Exhibits A and B. (VB, ilcd) (Entered: 02/15/2006) |
| 02/15/2006 | 16 | AMENDED COMPLAINT against American General Life Insurance Company, filed by Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell, Margaret J Stilwell. (Attachments: # 1 Exhibit To Complaint) (VB, ilcd) (Entered: 02/15/2006) |
| 02/16/2006 | 17 | SUMMONS Returned Executed by American General Life Insurance Company. Janko Financial Group LLC served on 1/30/2006, answer due 3/31/2006. (Motley, Cinthia) Modified on 2/23/06 to reflect that pursuant to Text Order entered 2/16/06 this document is STRICKEN (VB, ilcd). (Entered: 02/16/2006) |
| 02/16/2006 | 18 | WAIVER OF SERVICE Returned Executed by American General Life Insurance Company. Tuscola Furniture Group LLC waiver sent on 1/30/2006, answer due 3/31/2006. (Motley, Cinthia) (Entered: 02/16/2006) |
| 02/16/2006 | | TEXT ORDER STRIKING DOCUMENT entered by Judge David G. Bernthal on 2/16/06. Defense attorney Motley e:filed a document 17 as a "Summons Returned Executed" on 2/16/06. That document is actually a waiver of service. Therefore, document 17 is STRICKEN. Atty Motley is to choose the correct event to re-file the Waiver of Service as to defendant Janko Financial Group. (VB, ilcd) (Entered: 02/16/2006) |
| 02/16/2006 | 19 | WAIVER OF SERVICE Returned Executed by American General Life Insurance Company. (Motley, Cinthia) (Entered: 02/16/2006) |

| | | |
|---|---|---|
| 02/16/2006 | | Set/Reset Deadlines: Pursuant to the filing of the Waiver of Service Returned Executed by Janko Financial Group LLC 19 , the answer deadline is set of 3/31/06 (VB, ilcd) (Entered: 02/16/2006) |
| 02/21/2006 | 20 | WAIVER OF SERVICE Returned Executed by American General Life Insurance Company. First Mid Illinois Bank & Trust waiver sent on 1/30/2006, answer due 3/31/2006. (Motley, Cinthia) (Entered: 02/21/2006) |
| 03/07/2006 | 21 | ANSWER and AFFIRMATIVE DEFENSES to Amended Complaint by Defendant American General Life Insurance Company.(Motley, Cinthia) Modified on 3/14/2006 to add "Affirmative Defenses" to the title of this document (VB, ilcd). (Entered: 03/07/2006) |
| 03/13/2006 | 22 | NOTICE of Appearance of Attorney by Jason M Kuzniar on behalf of American General Life Insurance Company (Kuzniar, Jason) (Entered: 03/13/2006) |
| 03/14/2006 | | Notice of Docket Text or Event Modification re 21 Answer to Amended Complaint. The Clerk edited this entry to include "Affirmative Defenses" to the title of this document. (VB, ilcd) (Entered: 03/14/2006) |
| 03/14/2006 | 23 | CERTIFICATE OF SERVICE by American General Life Insurance Company re 22 Notice of Appearance of Attorney *Jason M. Kuzniar* (Kuzniar, Jason) (Entered: 03/14/2006) |
| 03/24/2006 | 24 | CERTIFICATE of Service/Counsel *Second Request to Admit* by Jason Crowder on behalf of all plaintiffs (Crowder, Jason) (Entered: 03/24/2006) |
| 03/30/2006 | 25 | NOTICE of Appearance of Attorney by Timothy J Howard on behalf of Janko Financial Group LLC (Howard, Timothy) (Entered: 03/30/2006) |
| 03/30/2006 | 26 | NOTICE of Appearance of Attorney by Timothy J Howard on behalf of Tuscola Furniture Group LLC (Howard, Timothy) Modified on 4/3/2006 to correct name represented by Attorney Timothy Howard. (SLJ, ilcd). (Entered: 03/30/2006) |
| 03/30/2006 | 27 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by Tuscola Furniture Group LLC, Janko Financial Group LLC. (Howard, Timothy) (Entered: 03/30/2006) |
| 03/31/2006 | 28 | NOTICE of Appearance of Attorney by Richard L Heavner on behalf of First Mid Illinois Bank & Trust (Heavner, Richard) (Entered: 03/31/2006) |
| 03/31/2006 | 29 | CERTIFICATE OF INTEREST pursuant to Local Rule 11.3 by First Mid Illinois Bank & Trust. (Heavner, Richard) (Entered: 03/31/2006) |
| 03/31/2006 | 30 | MOTION to Dismiss by Third Party Defendants Tuscola Furniture Group LLC, Janko Financial Group LLC. Responses due by 4/17/2006 (Howard, Timothy) (Entered: 03/31/2006) |
| 03/31/2006 | 31 | MEMORANDUM *of Law in Support of Motion to Dismiss* re 30 |

| | | |
|---|---|---|
| | | MOTION to Dismiss by Tuscola Furniture Group LLC, Janko Financial Group LLC. (Howard, Timothy) (Entered: 03/31/2006) |
| 03/31/2006 | 32 | MOTION to Dismiss *Third Party Complaint* by ThirdParty Defendant First Mid Illinois Bank & Trust. Responses due by 4/17/2006 (Heavner, Richard) (Entered: 03/31/2006) |
| 04/03/2006 | | Notice of Docket Text or Event Modification. Document #26 has been corrected by the Clerk to reflect the attorney appearance of Timothy Howard is for Tuscola Furniture Group LLC, Third-Party Defendant, not Janko Financial Group LLC. (SLJ, ilcd) (Entered: 04/03/2006) |
| 04/03/2006 | 33 | CERTIFICATE OF SERVICE by Tuscola Furniture Group LLC re 26 Notice of Appearance of Attorney (Howard, Timothy) (Entered: 04/03/2006) |
| 04/03/2006 | 34 | CERTIFICATE OF SERVICE by Janko Financial Group LLC re 25 Notice of Appearance of Attorney (Howard, Timothy) (Entered: 04/03/2006) |
| 04/07/2006 | 35 | MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Dismiss, 32 MOTION to Dismiss *Third Party Complaint (Agreed)* by Defendant American General Life Insurance Company, ThirdParty Plaintiff American General Life Insurance Company. Responses due by 4/21/2006 (Motley, Cinthia) (Entered: 04/07/2006) |
| 04/10/2006 | | TEXT ORDER entered by Judge David G. Bernthal on 4/10/06. The Agreed Motion for Extension of Time Within Which to File Response to Third-Party Defendants' Motions to Dismiss 35 is GRANTED. Defendant/Third-Party Plaintiff, American General Life Insurance Company's deadline to respond to both pending Third-Party Defendants' motions to dismiss [30 & 32] is extended to 4/28/06. (SLJ, ilcd) (Entered: 04/10/2006) |
| 04/10/2006 | 36 | NOTICE to Take Deposition of Diana Fields taken on May 11, 2006 by Plaintiffs Margaret J Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell.(Crowder, Jason) (Entered: 04/10/2006) |
| 04/20/2006 | 37 | CERTIFICATE OF SERVICE by American General Life Insurance Company *for Defendant's Response to Plaintiff's Second Request for Admission* (Motley, Cinthia) (Entered: 04/20/2006) |
| 04/28/2006 | 38 | RESPONSE to Motion re 30 MOTION to Dismiss, 32 MOTION to Dismiss *Third Party Complaint* filed by ThirdParty Plaintiff American General Life Insurance Company. (Motley, Cinthia) (Entered: 04/28/2006) |
| 05/05/2006 | 39 | ORDER entered by Judge David G. Bernthal on 5/5/06. Settlement Conference set for 5/17/2006 10:00 AM by personal appearance in Courtroom C before Magistrate Judge David G. Bernthal. See written Order.(SLJ, ilcd) (Entered: 05/05/2006) |
| 05/08/2006 | 40 | NOTICE of Appearance of Attorney by Michael S Seneca on behalf of Tuscola Furniture Group LLC, Janko Financial Group LLC (Seneca, |

| | | Michael) (Entered: 05/08/2006) |
|---|---|---|
| 05/12/2006 | 41 | NOTICE of Appearance of Attorney by Julie Beyers on behalf of First Mid Illinois Bank & Trust (Beyers, Julie) (Entered: 05/12/2006) |
| 05/17/2006 | | Minute Entry for proceedings held before Judge David G. Bernthal. Settlement Conference held on 5/17/2006. Appearance of Plaintiff by Jason Crowder. Marsha Combs-Skinner, Trustee for Margaret Stilwell appeared personally. Appearance of Defendant/Third Party Plaintiff by Cinthia Motley. Christine Meyer appeared as representative for Defendant/Third Party Plaintiff. Appearance of Third Party Defendant First Mid IL Bank & Trust by Julie Beyers. Personal appearance of John Hedges as representative for Third Party Defendant. Appearance of Third Party Defendants Tuscola Furniture Group LLC/Janko Financial Group LLC by Michael Seneca. Personal appearance of Larry Bianci as representative for Janko Financial Group LLC. No settlement reached. (SLJ, ilcd) Modified on 5/18/2006 to add additional attorneys and parties present at settlement conference held 5/17/06.(SLJ, ilcd) (Entered: 05/18/2006) |
| 05/17/2006 | | Notice of Docket Text or Event Modification. Clerk modified minute entry of 5/17/06 to add additional counsel and representatives that were present for settlement conference held on 5/17/06. (SLJ, ilcd) (Entered: 05/18/2006) |
| 06/23/2006 | 42 | REPORT AND RECOMMENDATIONS entered by Judge David G. Bernthal on 6/23/06. Court recommends that Third Party Defendants' Motions to Dismiss Third Party Complaint 30 and 32 be DENIED. Objections to R&R due by 7/7/2006. (SLJ, ilcd) (Entered: 06/23/2006) |
| 07/10/2006 | 43 | OBJECTION to Report and Recommendations. (Seneca, Michael) (Entered: 07/10/2006) |
| 07/10/2006 | 44 | OBJECTION to 42 Report and Recommendations. (Heavner, Richard) (Entered: 07/10/2006) |
| 07/11/2006 | 45 | OPINION entered by Chief Judge Michael P. McCuskey on 7/11/06 accepting the 42 Report and Recommendation of the Magistrate Judge and denying 30 and 32 Third-Party Defendants' Motions to Dismiss. See written opinion. (MB, ilcd) (Entered: 07/11/2006) |
| 08/01/2006 | 46 | ANSWER AND AFFIRMATIVE DEFENSES to Complaint by Third Party Defendants Tuscola Furniture Group LLC, Janko Financial Group LLC.(Seneca, Michael) (Entered: 08/01/2006) |
| 08/01/2006 | 47 | ANSWER AND AFFIRMATIVE DEFENSES to Third Party Complaint, CROSSCLAIM against Tuscola Furniture Group LLC, Janko Financial Group LLC by Third Party Defendant/Cross Claimant First Mid Illinois Bank & Trust.(Heavner, Richard) Modified on 8/2/2006 to add the words "Affirmative Defenses". (SLJ, ilcd). Modified on 8/11/2006 to correct name of party filing document.(SP, ilcd) (Entered: 08/01/2006) |
| 08/02/2006 | | Notice of Docket Text or Event Modification re 47 Answer to Third |

| | | |
|---|---|---|
| | | Party Complaint and Crossclaim. Clerk added the words "Affirmative Defenses". (SLJ, ilcd) (Entered: 08/02/2006) |
| 08/03/2006 | 48 | Second MOTION to Amend/Correct by Plaintiffs Margaret J Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell. Responses due by 8/17/2006 (Attachments: # 1)(Crowder, Jason) (Entered: 08/03/2006) |
| 08/07/2006 | 49 | NOTICE to Take Deposition of Margaret J. Stilwell taken on August 31, 2006 by Defendant American General Life Insurance Company.(Motley, Cinthia) (Entered: 08/07/2006) |
| 08/07/2006 | 50 | NOTICE to Take Deposition of Thomas J. Chamberlain taken on August 31, 2006 by Defendant American General Life Insurance Company. (Motley, Cinthia) (Entered: 08/07/2006) |
| 08/07/2006 | 51 | NOTICE to Take Deposition of Lawrence W. Bianchi taken on August 31, 2006 by Defendant American General Life Insurance Company. (Motley, Cinthia) (Entered: 08/07/2006) |
| 08/07/2006 | 52 | NOTICE to Take Deposition of First Mid Illinois Bank & Trust taken on August 31, 2006 by Defendant American General Life Insurance Company.(Motley, Cinthia) (Entered: 08/07/2006) |
| 08/07/2006 | 53 | NOTICE to Take Deposition of Haley Stilwell taken on August 30, 2006 by Defendant American General Life Insurance Company.(Motley, Cinthia) (Entered: 08/07/2006) |
| 08/07/2006 | 54 | NOTICE to Take Deposition of Heidi Stilwell taken on August 30, 2006 by Defendant American General Life Insurance Company.(Motley, Cinthia) (Entered: 08/07/2006) |
| 08/07/2006 | 55 | NOTICE to Take Deposition of Jamie Stilwell taken on August 30, 2006 by Defendant American General Life Insurance Company.(Motley, Cinthia) (Entered: 08/07/2006) |
| 08/07/2006 | 56 | NOTICE to Take Deposition of Megan Stilwell taken on August 30, 2006 by Defendant American General Life Insurance Company.(Motley, Cinthia) (Entered: 08/07/2006) |
| 08/11/2006 | | Notice of Docket Text Modification re 47 Answer to Third Party Complaint, Crossclaim. Docket Text modified to indicate filing party as First Mid Illinois Bank & Trust only. (SP, ilcd) (Entered: 08/11/2006) |
| 08/17/2006 | 57 | RESPONSE to Motion re 48 Second MOTION to Amend/Correct filed by Defendant American General Life Insurance Company, ThirdParty Plaintiff American General Life Insurance Company. (Motley, Cinthia) (Entered: 08/17/2006) |
| 08/21/2006 | 58 | *Tuscola Furniture Group & Janko Financial's* ANSWER to Crossclaim *of First Mid-Illinois Bank & Trust* by Cross Defendants Tuscola Furniture Group LLC, Janko Financial Group LLC.(Seneca, Michael) (Entered: 08/21/2006) |
| | | |

| | | |
|---|---|---|
| 08/23/2006 | 59 | MOTION to Quash by ThirdParty Defendant First Mid Illinois Bank & Trust.Responses due by 9/6/2006 (Attachments: # 1 Exhibit Letter)(Beyers, Julie) (Entered: 08/23/2006) |
| 08/24/2006 | 60 | RESPONSE to Motion re 59 MOTION to Quash *Response in Opposition to First Mid-Illinois Bank's Motion to Quash* filed by Defendant American General Life Insurance Company, ThirdParty Plaintiff American General Life Insurance Company. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B)(Motley, Cinthia) (Entered: 08/24/2006) |
| 08/24/2006 | 61 | RESPONSE to Motion re 59 MOTION to Quash filed by Third Party Defendants Tuscola Furniture Group LLC, Janko Financial Group LLC. (Howard, Timothy) (Entered: 08/24/2006) |
| 08/28/2006 | 62 | MOTION for Extension of Time to Complete Discovery by ThirdParty Defendant First Mid Illinois Bank & Trust.Responses due by 9/11/2006 (Beyers, Julie) (Entered: 08/28/2006) |
| 08/28/2006 | 63 | RESPONSE to Motion re 62 MOTION for Extension of Time to Complete Discovery filed by Third Party Defendants Tuscola Furniture Group LLC, Janko Financial Group LLC. (Seneca, Michael) (Entered: 08/28/2006) |
| 08/28/2006 | | TEXT ORDER entered by Judge David G. Bernthal on 8/28/06. Third Party Defendant, First Mid-Illinois Bank & Trust's Motion to Quash 59 is GRANTED. A written order will follow. Third Party Defendant, First Mid-Illinois Bank & Trust's Motion to Extend Discovery Order 62 remains pending and will be considered by this Court at a later date. (SLJ, ilcd) (Entered: 08/28/2006) |
| 08/29/2006 | 64 | RESPONSE to Motion re 62 MOTION for Extension of Time to Complete Discovery filed by Defendant American General Life Insurance Company. (Motley, Cinthia) (Entered: 08/29/2006) |
| 09/18/2006 | | TEXT ORDER setting hearing on Motion for Extension of Time to Complete Discovery 62 for 9/25/2006 02:30 PM by telephone (court will place call) before Magistrate Judge David G. Bernthal. (TC, ilcd) (Entered: 09/18/2006) |
| 09/19/2006 | 65 | ORDER entered by Judge David G. Bernthal on 9/19/06 denying 48 Plaintiff's Motion to Amend/Correct. See written Order. (SLJ, ilcd) (Entered: 09/19/2006) |
| 09/25/2006 | | Minute Entry for proceedings held before Judge David G. Bernthal. Motion Hearing held on 9/25/2006 re 62 MOTION for Extension of Time to Complete Discovery filed by First Mid Illinois Bank & Trust. Appearance of plaintiffs by Jason Crowder. Appearance of defendant American General Life Ins Co by Rebecca Rothmann. Appearance of Third Party Defendant First Mid Illinois Bank and Trust by Julie Beyers. Appearance of Third Party Defendants Tuscola Furniture Group LLC and Janko Financial Group LLC by Michael Seneca and Timothy Howard. Third Party Defendant First Mid-IL Bank & Trust's Motion to Extend Discovery is granted to the extent of extending discovery deadline and |

| | | |
|---|---|---|
| | | motion deadline for 6 months. No objections by parties. Discovery cutoff is extended to 3/1/2007. Third-Party Defendant`s to disclose expert witnesses by 12/29/2006. Dispositive motion deadline is 4/2/2007. Matter set for Final Pretrial Conference on 8/1/2007 at 1:30 PM by personal appearance in Courtroom A before Chief Judge Michael P. McCuskey. Jury Selection/Jury Trial set for 8/27/2007 at 9:00 AM in Courtroom A before Chief Judge Michael P. McCuskey. (Tape #C366:3953-4818.) (SLJ, ilcd) (Entered: 09/25/2006) |
| 09/25/2006 | | TEXT ORDER entered by Judge David G. Bernthal on 9/25/06 granting 62 Motion for Extension of Time to Complete Discovery as to discovery deadlines and case dispositive motion deadline. See Minute Entry of 9/25/06 for deadlines and trial dates.(SLJ, ilcd) (Entered: 09/25/2006) |
| 11/14/2006 | 66 | CERTIFICATE of Service/Counsel *Answers to 1st Set of Interrogatories propounded by American General* by Jason Crowder on behalf of Margaret J Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell (Crowder, Jason) (Entered: 11/14/2006) |
| 01/19/2007 | 67 | NOTICE to Take Deposition of Margaret J. Stilwell taken on February 9, 2007 (Motley, Cinthia) (Entered: 01/19/2007) |
| 01/19/2007 | 68 | NOTICE to Take Deposition of First Mid Illinois Bank & Trust taken on February 8, 2007 (Motley, Cinthia) (Entered: 01/19/2007) |
| 01/19/2007 | 69 | NOTICE to Take Deposition of Tuscola Furniture Group, LLC taken on February 9, 2007 (Motley, Cinthia) (Entered: 01/19/2007) |
| 01/19/2007 | 70 | NOTICE to Take Deposition of Janko Financial Group, LLC taken on February 9, 2007 (Motley, Cinthia) (Entered: 01/19/2007) |
| 01/19/2007 | 71 | NOTICE to Take Deposition of Lawrence W. Bianchi taken on February 9, 2007 (Motley, Cinthia) (Entered: 01/19/2007) |
| 01/19/2007 | 72 | NOTICE to Take Deposition of Thomas J. Chamberlain taken on February 8, 2007 (Motley, Cinthia) (Entered: 01/19/2007) |
| 02/15/2007 | 73 | NOTICE to Take Deposition of William "John" Lyons taken on February 26, 2007 (Beyers, Julie) (Entered: 02/15/2007) |
| 02/16/2007 | 74 | MOTION to Compel *American General to Produce Discovery Documents* by Plaintiffs Margaret J Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell.Responses due by 3/5/2007 (Attachments: # 1 Exhibit 1-5)(Crowder, Jason) (Entered: 02/16/2007) |
| 02/16/2007 | 75 | MEMORANDUM in Support re 74 MOTION to Compel *American General to Produce Discovery Documents* filed by Plaintiffs Margaret J Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell. (Crowder, Jason) (Entered: 02/16/2007) |
| 02/21/2007 | 76 | NOTICE to Take Deposition of RICHARD BROCH taken on February 26, 2007 at 10:00 a.m. (Motley, Cinthia) (Entered: 02/21/2007) |
| 03/05/2007 | 77 | RESPONSE to Motion re 74 MOTION to Compel *American General to* |

| | | |
|---|---|---|
| | | *Produce Discovery Documents* filed by Defendant American General Life Insurance Company. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Motley, Cinthia) (Entered: 03/05/2007) |
| 03/08/2007 | | TEXT ORDER entered by Judge David G. Bernthal on 3/8/07. In American General's Response Brief to Plaintiffs' Motion to Compel 77, Defendant has offered to provide the documents at issue to the Court for an in-camera review. After reading the written submissions of the parties, the Court has determined that such a review is necessary. Accordingly, Defendant American General Life Insurance Company is directed to provide the documents described in the motion and response for in camera review. Those documents shall be forwarded to United States Magistrate Judge David G. Bernthal within ten (10) days of the date of this entry.(SLJ, ilcd) (Entered: 03/08/2007) |
| 03/21/2007 | 78 | MOTION for Extension of Time to File *Dispositive Motions* by ThirdParty Defendant First Mid Illinois Bank & Trust.Responses due by 4/9/2007 (Beyers, Julie) (Entered: 03/21/2007) |
| 03/23/2007 | 79 | ORDER entered by Judge David G. Bernthal on 3/23/07 denying 74 Motion to Compel. See written Order.(SLJ, ilcd) (Entered: 03/23/2007) |
| 03/23/2007 | | TEXT ORDER entered by Judge David G. Bernthal on 3/23/07. Third Party Defendant First Mid-Illinois Bank & Trust's Motion for Extension of Time 78 is DENIED. (SLJ, ilcd) (Entered: 03/23/2007) |
| 03/28/2007 | 80 | MOTION for Summary Judgment by Plaintiffs Margaret J Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell.Responses due by 4/23/2007 (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13# 14 Exhibit 14# 15 Exhibit 15# 16 Exhibit 16# 17 Exhibit 17# 18 Exhibit 18# 19 Exhibit 19# 20 Exhibit 20# 21 Exhibit 21# 22 Exhibit 22# 23 Exhibit 23# 24 Exhibit 24# 25 Exhibit 25)(Crowder, Jason) (Entered: 03/28/2007) |
| 04/02/2007 | 81 | MOTION for Summary Judgment *COMBINED MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM* by Defendant American General Life Insurance Company.Responses due by 4/26/2007 (Rothmann, Rebecca) (Entered: 04/02/2007) |
| 04/02/2007 | 82 | MOTION for Summary Judgment *COMBINED MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT ON ITS THIRD-PARTY CLAIMS* by ThirdParty Plaintiff American General Life Insurance Company.Responses due by 4/26/2007 (Rothmann, Rebecca) (Entered: 04/02/2007) |
| 04/02/2007 | 83 | Appendix re 82 MOTION for Summary Judgment *COMBINED MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT ON ITS THIRD-PARTY CLAIMS*, 81 MOTION for Summary Judgment *COMBINED MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM APPENDIX OF EXHIBITS IN* |

| | | |
|---|---|---|
| | | *SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT* by American General Life Insurance Company. (Attachments: # 1 Exhibit A# 2 Exhibit A1# 3 Exhibit B-B2# 4 Exhibit B3-B4# 5 Exhibit B5 - part1# 6 Exhibit B5-part 2# 7 Exhibit B6-B7# 8 Exhibit B8-B20# 9 Exhibit C# 10 Exhibit C1-C13# 11 Exhibit D# 12 Exhibit E -part 1# 13 Exhibit E - part 2# 14 Exhibit F1# 15 Exhibit F2 - part 1# 16 # 17 Exhibit G1-G3, H, and I)(Rothmann, Rebecca) (Entered: 04/02/2007) |
| 04/02/2007 | 84 | MOTION for Summary Judgment *on Third Party Complaint and First Mid's Cross Claim Against TFG and JFG* by ThirdParty Defendant First Mid Illinois Bank & Trust.Responses due by 4/26/2007 (Attachments: # 1 Exhibit Exhibits 1-6 to Summary Judgment Motion# 2 Exhibit Exhibits 7-16 to Motion for Summary Judgment# 3 Exhibit Exhibits 17-29 to Motion for Summary Judgment)(Beyers, Julie) (Entered: 04/02/2007) |
| 04/02/2007 | 85 | MOTION for Summary Judgment *on Third Party Complaint* by Third Party Defendants Tuscola Furniture Group LLC, Janko Financial Group LLC.Responses due by 4/26/2007 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Howard, Timothy) (Entered: 04/02/2007) |
| 04/03/2007 | 86 | CERTIFICATE *of Compliance*. (Rothmann, Rebecca) (Entered: 04/03/2007) |
| 04/05/2007 | 87 | MOTION for Extension of Time to File Response/Reply as to 80 MOTION for Summary Judgment by Defendant American General Life Insurance Company.Responses due by 4/23/2007 (Motley, Cinthia) (Entered: 04/05/2007) |
| 04/05/2007 | | TEXT ORDER granting 87 Motion for Extension of Time to File Response to Motion for Summary Judgment. Response due by 4/26/2007. Reply due by 5/10/2007. Entered by Judge Michael P. McCuskey on 4/5/07. (BB, ilcd) (Entered: 04/05/2007) |
| 04/20/2007 | 88 | RESPONSE to Motion re 81 MOTION for Summary Judgment *COMBINED MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM* filed by Third Party Defendants First Mid Illinois Bank & Trust, Tuscola Furniture Group LLC, Janko Financial Group LLC. (Howard, Timothy) (Entered: 04/20/2007) |
| 04/20/2007 | 89 | Response by Tuscola Furniture Group LLC, Janko Financial Group LLC re 84 MOTION for Summary Judgment *on Third Party Complaint and First Mid's Cross Claim Against TFG and JFG*. (Howard, Timothy) (Entered: 04/20/2007) |
| 04/25/2007 | 90 | RESPONSE to Motion re 81 MOTION for Summary Judgment *COMBINED MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM* filed by Plaintiffs Margaret J Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell. (Crowder, Jason) (Entered: 04/25/2007) |
| 04/26/2007 | 91 | RESPONSE to Motion re 80 MOTION for Summary Judgment *Response* |

| | | |
|---|---|---|
| | | *in Opposition to Plaintiffs' Motion for Summary Judgment* filed by Defendant American General Life Insurance Company. (Rothmann, Rebecca) (Entered: 04/26/2007) |
| 04/26/2007 | 92 | RESPONSE to Motion re 82 MOTION for Summary Judgment *COMBINED MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT ON ITS THIRD-PARTY CLAIMS* filed by ThirdParty Defendant First Mid Illinois Bank & Trust. (Attachments: # 1 Exhibit Exhibit A)(Beyers, Julie) (Entered: 04/26/2007) |
| 04/26/2007 | 93 | RESPONSE to Motion re 85 MOTION for Summary Judgment *on Third Party Complaint*, 84 MOTION for Summary Judgment *on Third Party Complaint and First Mid's Cross Claim Against TFG and JFG* filed by ThirdParty Plaintiff American General Life Insurance Company. (Rothmann, Rebecca) (Entered: 04/26/2007) |
| 05/04/2007 | 94 | REPLY to Response to Motion re 85 MOTION for Summary Judgment *on Third Party Complaint* filed by Third Party Defendants Tuscola Furniture Group LLC, Janko Financial Group LLC. (Howard, Timothy) (Entered: 05/04/2007) |
| 05/04/2007 | 95 | REPLY to Response to Motion re 82 MOTION for Summary Judgment *COMBINED MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT ON ITS THIRD-PARTY CLAIMS AMERICAN GENERAL'S COMBINED REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON ITS THIRD-PARTY CLAIMS* filed by Defendant American General Life Insurance Company, ThirdParty Plaintiff American General Life Insurance Company. (Rothmann, Rebecca) (Entered: 05/04/2007) |
| 05/09/2007 | 96 | REPLY to Response to Motion re 80 MOTION for Summary Judgment filed by Plaintiffs Margaret J Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell. (Crowder, Jason) (Entered: 05/09/2007) |
| 05/09/2007 | 97 | REPLY to Response to Motion re 81 MOTION for Summary Judgment *COMBINED MOTION AND MEMORANDUM FOR SUMMARY JUDGMENT ON PLAINTIFF'S CLAIM* filed by Defendant American General Life Insurance Company, ThirdParty Plaintiff American General Life Insurance Company. (Rothmann, Rebecca) (Entered: 05/09/2007) |
| 05/10/2007 | 98 | REPLY to Response to Motion re 84 MOTION for Summary Judgment *on Third Party Complaint and First Mid's Cross Claim Against TFG and JFG* filed by ThirdParty Defendant First Mid Illinois Bank & Trust. (Beyers, Julie) (Entered: 05/10/2007) |
| 06/14/2007 | 99 | OPINION entered by Chief Judge Michael P. McCuskey on 6/14/07. IT IS THEREFORE ORDERED: (1) Plaintiffs' Motion for Summary Judgment 80 is DENIED. (2) Defendant American General's Motion for Summary Judgment on Plaintiffs' Claim 81 is GRANTED. (3) Defendant American General's Motion for Summary Judgment on its Third-Party Claims 82 is denied as MOOT. (4) Third Party Defendant First Mid-Illinois Bank and Trust's Motion for Summary Judgment on American General's Third Party Complaint and its Cross Claim 84 is denied as |

| | | |
|---|---|---|
| | | MOOT. (5) Third Party Defendants Tuscola Furniture Group's and Janko Financial Group's Motion for Summary Judgment on American General's Third Party Complaint 85 is denied as MOOT. (6) The final pretrial conference scheduled in this matter for August 1, 2007, and the jury trial scheduled to begin August 27, 2007, are VACATED. (7) This case is terminated. See written opinion. (VB, ilcd) (Entered: 06/14/2007) |
| 06/14/2007 | 100 | JUDGMENT is entered in favor of defendant American General Life Insurance Company against plaintiffs Margaret J Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell (VB, ilcd) (Entered: 06/14/2007) |
| 07/11/2007 | 101 | NOTICE OF APPEAL by Margaret J Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell. (Stevens, David) (Entered: 07/11/2007) |
| 07/11/2007 | 102 | JURISDICTIONAL STATEMENT by Margaret J Stilwell, Haley Stilwell, Heidi Stilwell, Jamie Stilwell, Megan Stilwell re 101 Notice of Appeal (Stevens, David) (Entered: 07/11/2007) |
| 07/12/2007 | | USCA Appeal Fees received $455 receipt number U5857 re 101 Notice of Appeal filed by Margaret J Stilwell, Jamie Stilwell, Heidi Stilwell, Haley Stilwell, Megan Stilwell (SLJ, ilcd) (Entered: 07/12/2007) |
| 07/12/2007 | 103 | Short Record of Appeal Sent to US Court of Appeals re 101 Notice of Appeal (SLJ, ilcd) (Entered: 07/12/2007) |
| 07/12/2007 | 104 | NOTICE of Docketing Record on Appeal from USCA re 101 Notice of Appeal filed by Margaret J Stilwell, Jamie Stilwell, Heidi Stilwell, Haley Stilwell, Megan Stilwell. USCA Case Number 07-2613 (SLJ, ilcd) (Entered: 07/12/2007) |
| 07/16/2007 | 105 | NOTICE OF APPEAL by American General Life Insurance Company. (Motley, Cinthia) (Entered: 07/16/2007) |
| 07/17/2007 | | USCA Appeal Fees received $ 455 receipt number U5867 re 105 Notice of Appeal filed by American General Life Insurance Company (MT, ilcd) (Entered: 07/17/2007) |
| 07/17/2007 | 106 | Short Record of Appeal Sent to US Court of Appeals re 105 Notice of Appeal (MT, ilcd) (Additional attachment(s) added on 7/17/2007: # 1 USCA Information Sheet) (MT, ilcd). (Entered: 07/17/2007) |
| 07/18/2007 | 107 | NOTICE of Docketing Record on Appeal from USCA re 105 Notice of Appeal filed by American General Life Insurance Company. USCA Case Number 07-2684. (SLJ, ilcd) (Entered: 07/18/2007) |
| 09/27/2007 | 108 | MOTION to Withdraw *Record on Appeal* by Defendant American General Life Insurance Company, ThirdParty Plaintiff American General Life Insurance Company. Responses due by 10/15/2007 (Motley, Cinthia) (Entered: 09/27/2007) |
| 09/28/2007 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 9/28/07 granting 108 Motion to Withdraw Record on Appeal. (SLJ, ilcd) |

|  |  | (Entered: 09/28/2007) |
|---|---|---|
| 10/01/2007 | 109 | Letter from Clerk to Attorney Cinthia G Motley with the record on appeal consisting of 3 volumes of pleadings. (Attachments: # 1 Certified Docket Sheet) (VB, ilcd) (Entered: 10/01/2007) |
| 10/11/2007 | 110 | Letter from Attorney Cinthia Motley acknowledging receipt of 3 volumes of pleadings of record on appeal. (SLJ, ilcd) (Entered: 10/11/2007) |
| 10/16/2007 |  | Remark: 3 volumes of pleadings returned from attorney Cinthia Motley. (SLJ, ilcd) (Entered: 10/16/2007) |
| 12/12/2007 | 111 | NOTICE from USCA to transmit appeal record. (SLJ, ilcd) (Entered: 12/12/2007) |