2:05-cv-02160-MPM-DGB   # 113   Page 1 of 1
E-FILED
Thursday, 20 December, 2007 02:26:45 PM
Clerk, U.S. District Court, ILCD

2:05-cv-02160-MPM-DGB   # 112   Page 1 of 19
E-FILED
Wednesday, 12 December, 2007 02:13:43 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

December 12, 2007

07-2613   07-2684

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: STILWELL v. AMERICAN GENERAL LIFE INS CO
D. C. Docket No. 05-2160
U. S. C. A. Docket No. 07-2613 and 07-2684

Dear Mr. Agnello:

I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

   3 Volumes of Pleadings

   Volumes of Transcript

   Volumes of Depositions

   Volumes of Exhibits:

   Impounded Exhibits:

   Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

U.S.C.A. – 7th Circuit
FILED
DEC 13 2007  DW
GINO J. AGNELLO
CLERK
DOC. # 2170017-1

ON AIMS
DEC 13 2007
DW

Very truly yours,

JOHN M. WATERS, CLERK
   s/S. Johnson
BY:_____
   Deputy Clerk

FILED
DEC 20 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL